QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael D. Powell (Bar. No. 202850)
  mikepowell@quinnemanuel.com
  Michelle Ann Clark (Bar No. 243777)
  michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
T:   415.875.6600
F:   415.875.6700

Attorneys for Defendant ASM America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HITACHI KOKUSAI ELECTRIC INC.,<br><br>              Plaintiff,<br><br>        vs.<br><br>ASM International, N.V. and ASM America, INC.,<br><br>              Defendants. | Case No. 3:17-cv-6880-JCS<br><br>**ASM'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure ASM America, Inc. states as follows:

1.     The parent corporation for ASM America, Inc. is ASM International N.V.

2.     ASM International N.V. is a publicly held company and it owns an equity stake of more that 10% of ASM America, Inc.   No other publicly held company owns an equity stake of more that 10% of ASM America, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:   ASM International N.V and ASM IP Holding B.V.

By filing this Statement, ASM America, Inc., does not waive any defenses under Federal Rule of Civil Procedure 12(b).

DATED: January 11, 2018                    Respectfully submitted,


By */s/ Michael D. Powell*
_____
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
   Michael D. Powell (Bar. No. 202850)
   mikepowell@quinnemanuel.com
   Michelle Ann Clark (Bar No. 243777)
   michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
T:  415.875.6600
F:  415.875.6700

Attorneys for Defendant ASM America, Inc.

-1-
ASM'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS