# Exhibit A

US007033937B2

(12) **United States Patent**   (10) **Patent No.:**   **US 7,033,937 B2**

Toyoda et al.   (45) **Date of Patent:**   **Apr. 25, 2006**

(54) **APPARATUS AND METHOD FOR USE IN MANUFACTURING A SEMICONDUCTOR DEVICE**

(75) Inventors: **Kazuyuki Toyoda**, Tokyo (JP); **Osamu Kasahara**, Tokyo (JP); **Tsutomu Tanaka**, Tokyo (JP); **Mamoru Sueyoshi**, Tokyo (JP); **Nobuhito Shima**, Tokyo (JP); **Masanori Sakai**, Tokyo (JP)

(73) Assignee: **Hitachi Kokusai Electric, Inc.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 88 days.

(21) Appl. No.: **10/342,011**

(22) Filed: **Jan. 14, 2003**

(65) **Prior Publication Data**

US 2003/0124876 A1      Jul. 3, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/768,663, filed on Jan. 24, 2001, now Pat. No. 6,576,063.

(30) **Foreign Application Priority Data**

Mar. 30, 2000   (JP)   .............................. 2000-093139

(51) **Int. Cl.**
*H01L 21/44* (2006.01)
*H01L 21/31* (2006.01)

(52) **U.S. Cl.** ...................... **438/680**; 438/685; 438/758; 438/785

(58) **Field of Classification Search** ................ 438/758, 438/785, 680, 681, 685; 427/585, 248.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,389,197 A | * | 2/1995 | Ishimaru | ...................... 216/67 |
| 6,187,693 B1 | * | 2/2001 | Koyanagi | ................... 438/785 |
| 6,261,973 B1 | * | 7/2001 | Misium et al. | ............. 438/775 |

* cited by examiner

*Primary Examiner*—Alexander Ghyka
(74) *Attorney, Agent, or Firm*—Katten Muchin Rosenman LLP

(57) **ABSTRACT**

An apparatus for use in manufacturing a semiconductor device allows one or more substrates treated substantially free of the metal particles released from the chamber wall and the high energy particles emitted from the plasma and also allows them to uniformly heated to a relatively high temperature. The apparatus comprises a reaction chamber wherein one or more substrates to be treated are disposed, a plasma source arranged outside of and in proximity to the reaction chamber, an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber and an exhaust port provided at the opposite side to the active species supply port. The active species flows parallel to the surfaces of the substrates.

**18 Claims, 18 Drawing Sheets**



**U.S. Patent**          Apr. 25, 2006          Sheet 1 of 18          **US 7,033,937 B2**

# *FIG.1*
## *(PRIOR ART)*



# FIG.2

## (PRIOR ART)



# FIG.3

## (PRIOR ART)



Case 5:17-cv-06880-BLF    Document 24-1    Filed 02/16/18    Page 6 of 225

# FIG. 4A



Case 5:17-cv-06880-BLF    Document 24-1    Filed 02/16/18    Page 7 of 225

# FIG.4B





FIG.5

FLOW OF ACTIVE SPECIES

*FIG.6*



# FIG.7



# FIG.8



DEPTH (Å)

*FIG.9*



*FIG.10*



*FIG.11*





FIG.12

*FIG.13*





FIG.14



FIG.15

Case 5:17-cv-06880-BLF     Document 24-1     Filed 02/16/18     Page 19 of 225

*FIG.16*



FIG.17



US 7,033,937 B2

**1**

## APPARATUS AND METHOD FOR USE IN MANUFACTURING A SEMICONDUCTOR DEVICE

This is a division of application Ser. No. 09/768,663, filed Jan. 24, 2001, now U.S. Pat. No. 6,576,063.

### FIELD OF THE INVENTION

The present invention relates to an apparatus and method for use in manufacturing a semiconductor device; and, more particularly, to an apparatus and method for use in forming films on surfaces of one or more substrates such as semiconductor substrate and glass substrate and improving the film quality.

### DESCRIPTION OF THE PRIOR ART

In the semiconductor industry, various kinds of films are manufactured by thermal chemical vapor deposition (CVD) method. Some of them are acceptable without further treatment but others may need pre-deposition treatment and/or post-deposition treatment in order to achieve a desired performance.

An example of the latter case requiring a further treatment is tantalum pentoxide ($Ta_2O_5$) film which is used as a capacitor insulating film for semiconductor memory and the like. In a process for forming a tantalum oxide film as an insulating film for a capacitor portion of a 64 megabit-DRAM, volatized tantalum pentaethoxide ($Ta(OC_2H_5)_5$) gas as a precursor and oxygen gas are delivered into a reaction chamber maintaining a predetermined temperature and reacted with a Si wafer, to thereby form an oxide film.

During the deposition process of the tantalum oxide film, carbon included in the precursor, i.e., tantalum pentaethoxide ($Ta(OC_2H_5)_5$) may be introduced into tantalum pentoxide film and, when the amount of the carbon in the film exceeds a certain level, the insulating characteristics of the film become deteriorated, thereby elevating the leakage current.

By treating the wafer in a gaseous atmosphere including oxygen as a component thereof, carbon is removed from the film in the form of carbon dioxide and the concentration of the carbon in the film becomes decreased, thereby lowering the leakage current. Further, oxygen, which is generally insufficiently incorporated into the growing film during the deposition process, may also be supplied to the film.

One of the techniques for post-processing a tantalum oxide film is a furnace annealing method. In this method, thermal treatment is performed on a deposited tantalum pentoxide ($Ta_2O_5$) film at a temperature of higher than 800° C. in an atmosphere of a gas including oxygen as a component thereof, e.g., $O_2$, $O_3$ (ozone), $N_2O$ or NO. Conventionally, the deposition process is performed at a temperature equal to or lower than 500° C., which is considerably different from post-processing temperature, and, therefore, the post-deposition treatment is normally performed in a separate chamber or a separate apparatus.

In an alternative post-deposition treatment, the wafer is treated by active species generated from the plasma of gases including oxygen as a component thereof, e.g., $O_2$, $O_3$, $N_2O$ or NO.

Without such post-deposition treatments, the leakage current level may be so high that the tantalum pentoxide film cannot function properly as a capacitor insulating film.

FIG. **1** shows compositional depth profiles of the elements included in the tantalum oxide film manufactured by the

**2**

above mentioned deposition process at a temperature of 470° C. The abscissa of this graph represents the depth from the surface of tantalum oxide film and the ordinate at the left provides the atom concentrations (atoms/cc) of C, H and N, and the ordinate at the right shows the secondary ion counts (counts/sec) of Ta and Si. The thickness of the tantalum oxide film is 100 Å.

As shown in FIG. **1**, a very small amount of carbon is included at the interface between the Si wafer and the tantalum oxide film but this amount of carbon can be sufficient enough to deteriorate the film quality, i.e., entail a leakage current. In order to remove carbon from the interface to thereby reduce the amount of leakage, therefore, the substrate is processed by oxygen after the film forming. Specifically, oxygen annealing is performed at a temperature of higher than 800° C. after the film forming.

FIG. **2** provides compositional depth profiles of a tantalum oxide film formed at 450° C. and oxygen-annealed at 600° C. in a reduced pressure. The abscissa of this graph shows the depth from the surface of the substrate and the ordinate at the left shows the atom concentrations (atoms/cc) of C, H and N, and the ordinate at the right shows the secondary ion counts (counts/sec) of Ta and Si. The thickness of the tantalum oxide film is 100 Å.

It is apparent from FIG. **2** that the concentration of hydrogen is decreased but carbon still remains at the interface.

Meanwhile, in order to meet the requirement of low temperature process, it is preferable to perform the oxygen annealing by using plasma. The temperature of wafer can be lowered to 300–400° C. during the process of using plasma. As an apparatus for plasma treatment, the so-called down-flow type apparatus appeared recently, in which the reactive gas flows downward from an upper region of the reaction chamber. This type of apparatus is preferable for achieving uniformity of film quality.

FIG. **3** shows a cross-sectional view of a down-flow type apparatus.

The apparatus includes an airtight reaction chamber **151** having walls **152** made of, e.g., stainless steel and a plasma chamber **154**, arranged above the reaction chamber for generating plasma **153**. The plasma chamber **154** has a quartz window **155** at its side and a coil **156** is arranged at the outer side of the quartz window **155**. The coil **156** generates induced magnetic fields in the plasma chamber **154**. A reactive gas inlet **157** is provided on top of the plasma chamber **154**. In the reaction chamber **151**, a substrate such as a wafer **158** is loaded on a wafer holder **159** having a built-in heater **160** for heating the wafer **158**.

The apparatus is operated as follows.

The reaction chamber **151** and plasma chamber **154** are evacuated by an exhaust pump (not shown) through an exhaust port **161** and then a reactive gas of a predetermined flow rate is introduced through the reactive gas inlet **157** into the chambers **151**, **154**. After the inner pressure of the chambers **151**, **154** becomes stabilized at a certain level, high frequency power is applied to the coil **156** from a high frequency power supply (not shown) in order to generate plasma **153** in the plasma chamber **154** and the substrate is processed by the plasma.

The plasma **153** generated in the plasma chamber **154** is spaced apart from the wafer **158** and only the neutral active species are provided to the wafer surface in the form of a down-flow **162**.

Oxygen is generally used as the reactive gas. In the apparatus shown in FIG. **3**, oxygen radicals (O*) activated by the plasma **153** is provided in the form of a down-flow

US 7,033,937 B2

**3**

162 to the wafer surface to react with carbon and thereby remove carbon from the surface region of the wafer 158.

In this oxygen plasma treatment, the amount and the lifetime of the oxygen radicals may vary with the chamber pressure. Therefore, the flow rate of oxygen gas and the pressure of the plasma chamber 154 are controlled by, e.g., an exhaust pump. Typically, the process is performed under a chamber pressure of 1–100 Pa.

Such conventional type apparatus shown in FIG. 3 may have such deficiencies as: a) release of metal particles from the walls 152 of the reaction chamber 151 which is made of metal such as stainless steel; and b) high energy particles provided by the plasma 153.

The released metal contaminants may be incorporated into the wafer 158 or the film thereon to thereby reduce the yield.

The high energy particles from the plasma 153 may cause the metal contaminants released from the walls 152 of the reaction chamber 151 and also directly create physical and electrical defects in the wafer 158.

The apparatus shown in FIG. 3 is of a cold-wall type, in which only the wafer holder 159 is heated to a desired temperature.

This may entail other problems. Since the heat transfer to the wafer 158 may not be performed uniformly due to the bending and/or surface roughness of the wafer 158, it is difficult to heat the wafer 158 uniformly in a temperature range of 500° C.±1%. In order to solve this problem, electrostatic chuck has been contemplated. However, the use of a heater incorporated with an electrostatic chuck is not reliable in its wafer holding function and too costly to be used as a supply item.

Further, not all carbon contaminants in a relatively thick oxide film may be removed by a single post-deposition treatment: that is, post-deposition treatment may be effective only at a proximate portion of the film surface and may not affect the deeper portion of the film. As the semiconductor devices become more micro-structured and integrated, higher film quality, e.g., lower leakage level for tantalum pentoxide film, is required. This requirement may be fulfilled by repeating the deposition and post-deposition processes a multiple number of times, wherein the effect of post-deposition treatment may be uniformly achieved through the entire depth of film.

In the conventional type apparatus, a deposition process and a post-deposition process are performed in two separate chambers. Therefore, if these two processes are repeatedly performed in separate chambers, productivity becomes lowered due to, e.g., by the increased time for conveying the wafer between the chambers.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide an apparatus and a method for use in manufacturing a semiconductor device wherein a substrate to be processed is substantially not affected by the metal contaminants released from the chamber walls or the high energy particles emitted from the plasma and wherein the substrate can be uniformly heated to a relatively high temperature.

It is another object of the present invention to provide an apparatus and a method for use in manufacturing a semiconductor device capable of performing a deposition process and a pre- and/or a post-deposition process in an efficient manner.

In accordance with one aspect of the present invention, there is provided an apparatus for use in manufacturing a

**4**

semiconductor device, comprising: a reaction chamber wherein one or more substrates to be treated are disposed; a plasma source arranged outside of and in proximity to the reaction chamber; an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber; and, an exhaust port provided at the opposite side to the active species supply port, wherein the active species flows parallel to the surfaces of the substrates.

By arranging the plasma source outside of and in proximity of the reaction chamber, the substrates can be treated without metal contamination and damages by the plasma. Further, more than one substrate can be treated by supplying the active species flowing parallel to the substrates, thereby enhancing the throughput.

In accordance with a preferred embodiment of the invention, there is provided an apparatus for use in manufacturing a semiconductor device, comprising: means for supplying a film forming gas into a reaction chamber; and, a plasma source for generating active species supplied to one or more substrates to be treated.

By this constitution, the film forming process and the plasma treatment process can be performed in a same chamber.

As another aspect of the present invention, there is provided a method for use in manufacturing a semiconductor device by performing a predetermined treatment to one or more substrates, comprising the steps of: generating active species in a plasma source arranged outside of a reaction chamber; and, supplying active species flowing in a direction substantially parallel to the substrates.

In accordance with a preferred embodiment of the present invention, there is provided a method for use in manufacturing a semiconductor device, comprising the steps of: film forming on one or more substrates by thermal CVD method; and, plasma treating on the substrates.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and features of the present invention will become apparent from the following description given in conjunction with the accompanying drawings, wherein:

FIG. 1 reproduces compositional depth profiles of the elements included in a tantalum pentoxide film before post-treatment;

FIG. 2 charts compositional depth profiles of the elements included in a tantalum pentoxide film treated by a conventional oxygen annealing method;

FIG. 3 pictorializes a cross-sectional view of a reaction chamber and a plasma chamber of a conventional reactor;

FIGS. 4A and 4B illustrate a plan view and a side view of the apparatus in accordance with the first embodiment of the present invention;

FIG. 5 is a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with a first embodiment of the present invention;

FIG. 6 shows a cross-sectional side view of the reaction chamber and the plasma source of the apparatus shown in FIG. 5;

FIG. 7 exhibits a graph showing the concentrations of active species as a function of distance from the plasma source;

FIG. 8 displays a compositional depth profiles of the elements included in a tantalum pentoxide film treated by oxygen plasma in the apparatus in accordance with the first embodiment of the present invention;

US 7,033,937 B2

**5**

FIG. **9** presents a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a second embodiment of the present invention;

FIG. **10** depicts a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a third embodiment of the present invention;

FIG. **11** represents a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a fourth embodiment of the present invention;

FIG. **12** provides a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with a fifth embodiment of the present invention;

FIG. **13** offers a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with a sixth embodiment of the present invention;

FIG. **14** sets forth a perspective view of an active species supply part and a supply port of a discharge tube in accordance with a seventh embodiment of the present invention;

FIG. **15** exemplifies a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with an eighth embodiment of the present invention;

FIG. **16** outlines a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a ninth embodiment of the present invention; and

FIG. **17** discloses a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a tenth embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The preferred embodiments of the present invention will now be described in detail with reference to the accompanying drawings.

FIGS. **4**A and **4**B illustrate a plan view and a side view of a semiconductor manufacturing apparatus in accordance with a first embodiment of the present invention, respectively.

In the drawings, the reference numeral **4** represents wafers; **35**, wafer cassettes for receiving the wafers **4**; **31**, load-lock chambers where the wafer cassettes **35** are conveyed into and then evacuated; **36**, an auto cassette loader conveying the wafer cassette **35** into the load-lock chambers **31**; **2**, an ICP (inductively coupled plasma) type plasma source for generating plasma by exciting a supplied gas to thereby provide active species; **1**, reaction chambers performing various treatments on the wafers using the actuated gases supplied from the plasma sources **2**; **5**, wafer holders, two wafer holders being arranged in a reaction chamber in order to process two wafers simultaneously; **3**, an transfer chamber for conveying wafers between the load-lock chambers **31** and the reaction chambers **1** under vacuum; **32**, a robot arranged in the transfer chamber **3**; **33**, cooling chambers for cooling heated wafers after the processes in the reaction chambers; **34**, gate valves arranged between the load-lock chambers **31** and the transfer chamber **3**; and **6**, gate valves arranged between the transfer chamber **3** and the reaction chambers **1**.

FIGS. **5** and **6** represent a cross-sectional plan view and a cross-sectional side view of one of the reaction chambers **1**, respectively, and one of the plasma sources **2** of the semiconductor manufacturing apparatus shown in FIGS. **4**A and **4**B.

As shown in FIGS. **5** and **6**, the reaction chamber **1** includes a reaction tube **11** made of, e.g., quartz and a wafer

**6**

holder **5** arranged therein and made of, e.g., quartz. The wafer **4** is conveyed by the robot **32** arranged in the transfer chamber **3** and is loaded onto the wafer holder **5**. The reaction tube **11** of a hot-wall type is heated to and maintained at a predetermined temperature by a resistive electric heater **12** positioned therearound.

The wafer **4** is conveyed between the reaction chamber **1** and the transfer chamber **3** through the gate valve **6**. The wafer **4** and other parts of the reaction chamber **1** are heated by the heater **12** installed outside of the reaction chamber **1**. At the opposite side of the gas manifold **7**B connected to the reaction tube **11** is arranged a discharge tube **16**, wherein plasma **17** is generated.

The plasma source **2** utilizes inductively coupled plasma to excite the gas to thereby generate plasma having high efficiency. A power source having a radio frequency of, e.g., 13.56 MHz is used for generating the plasma.

Gas manifolds **7**A, **7**B are airtightly connected to two opposite end portions of the reaction tube **11**, respectively. The gas manifolds **7**A, **7**B are respectively provided with reactive gas inlets **8**A, **8**B, through which the reactive gas is supplied to the reaction chamber **1**. Further provided to the respective gas manifolds **7**A, **7**B are exhaust ports **9**A, **9**B at the bottom portions thereof, through which the reactive gas is exhausted from the reaction chamber **1**.

The reactive gas is fed through a reactive gas inlet **8**C installed at one end of the discharge tube **16**, and the reactive gas itself or active species thereof is supplied into the reaction chamber **1** therethrough.

Although the material for the discharge tube **16** may be chosen depending on the types of the plasma **17** and the process, quartz is preferred because states of discharge in the discharge tube **16** can be easily observed therethrough. However, a ceramic having a low dielectric loss for the high frequency power may also be used.

A coil **19** formed of copper pipe is wound around the discharge tube **16** and a high frequency power generated by a RF generator **20** is applied thereto through an impedance matcher **21**.

Since the temperature of the coil **19** is increased by a high frequency current flowing therethrough, it is preferable that the coil **19** be made of copper which has a low electric resistance, in a shape of pipe through which cooling water can flow. Further, the coil **19** is preferably arranged spaced apart from the discharge tube **16**; and, more preferably, the surfaces of the coil are nickel-plated in order to prevent copper contamination of the discharge tube **16**.

As shown in FIGS. **5** and **6**, the discharge tube **16** in accordance with the first embodiment of the invention is of a T-shape having an active species supply port **22** facing the reaction tube **11**, the supply port being extended in a direction substantially parallel to the main surface of the wafer **4**. Further, the supply port **22** is provided with an active species supply outlet **23** formed toward the reaction chamber **1** along the direction of extension of the supply port **22**, thereby enabling the active species to be uniformly supplied to the surface of the wafer **4**.

The frequency of the high frequency power generated by the RF generator **20** is preferably 13.56 MHz. However, any frequency ranging from 400 kHz to 1 MHz or a microwave frequency of 2.45 GHz can also be used instead (see FIG. **12**). The optimal frequency may be selected depending on the type of reactive gas or process pressure.

When the active species are generated by exciting the reactive gas into plasma, the type of generated active species depends on the electron temperature of the plasma. Therefore, by applying a pulsed high frequency power to the coil

US 7,033,937 B2

**7**

19 and adjusting the duty ratio thereof, the electron temperature can be controlled and thus the ratio of the generated active species can be adjusted in a desired manner.

Further, since the lifetimes of the active species are different depending on their types, it is preferable that the distance between the plasma **17** (plasma source **2**) and the wafer **4** be adjustable as required. In this embodiment, the coil **19** is constructed to be movable and, therefore, the distance therebetween can be adjusted by positioning the coil **19** at a proper location.

FIG. **7** is a graph showing the relation between the distance from the plasma source and the concentrations of active species. The abscissa of this graph shows the distance from the plasma source and the ordinate shows the concentrations of the active species.

Curve A represents a distribution of active species having longer lifetimes and curve B represents a distribution of active species having shorter lifetimes. Curve C is the superposition of Curve A and B.

As shown in FIG. **7**, the total concentration of active species is decreased as the distance from the plasma source is increased and becomes constant when the distance exceeds a certain limit d. So, if the wafer **4** is placed in a region beyond the distance d, the active species of a constant concentration can be provided to the surface of the wafer **4**, and, consequently, the treatment of the wafer **4** can be performed uniformly.

Further, since the reaction chamber **1** is of a hot wall type, the wafer **4** is prevented from metal contamination and can be treated at high temperatures since it can be uniformly heated even at a temperature higher than, e.g., 500° C.

As shown in FIG. **5**, the active species supply port **22** having the supply outlet **23** is formed to extend in a direction parallel to the wafer **4** and the supply outlet **23** is constituted by a plurality of openings. This makes a uniform supply of the active species to the wafer **4** possible, and, therefore, the treatment for the wafer **4** can be performed uniformly.

Further, since the reactive gas inlets **8A**, **8B** and the plasma source **2** are provided in the reaction chamber **1** separately, as shown in FIG. **6**, the deposition process can be performed on the wafer **4** by supplying the reactive gas to the reaction chamber **1** through the reactive gas inlets **8A**, **8B**; and, thereafter, the plasma treatment can be performed on the deposited film in the same chamber.

The operation of the semiconductor manufacturing apparatus in accordance with the first embodiment of the invention will now be described hereinafter with reference to FIGS. **4A** to **6**.

First, the wafer cassette **35** containing a number of wafers to be treated is loaded into the load-lock chamber **31** via the auto cassette loader **36**. Thereafter, the load-lock chamber **31** is evacuated to vacuum. Next, the reaction chamber **1** is exhausted by an exhaust pump (not shown) through the exhaust ports **9A**, **9B**. Then, the gate valve **6** is opened and one of the wafers received in the wafer cassette **35** is transferred from the wafer cassette **35** in the load-lock chamber **31** onto the wafer holder **5** arranged in the reaction chamber **1** by the robot **32**.

Thereafter, a reactive gas of a predetermined flow rate is supplied through the reactive gas inlet **8C** arranged at an end portion of the discharge tube **16**. The pressure of the reaction chamber **1** is controlled to have a predetermined level by a pressure regulator coupled thereto through the exhaust port **9A**.

After the pressure in the reaction chamber **1** is stabilized, high frequency power generated by the RF generator **20** is applied via the matcher **21** to the coil **19** wound around the

**8**

discharge tube **16**. By the alternating electromagnetic field generated by the coil **19**, the gas in the discharge tube **16** is plasma discharged to generate the plasma. Active species excited by the plasma are supplied into the reaction chamber **1** through the active species supply outlet **23** to process the wafer **4**.

With reference to FIGS. **5** and **6**, there will be described a post-deposition process, i.e., carbon removing treatment by using oxygen, of a tantalum pentoxide film used as a dielectric layer of a DRAM capacitor.

After introducing the wafer **4** having tantalum pentoxide film deposited thereon into the reaction chamber **1**, oxygen gas is supplied to the reaction chamber **1** with a flow rate of about 300–400 sccm through the reactive gas inlet **8C** at the end portion of the discharge tube **16** (other reactive gas inlets **8A**, **8B** are not used). After the pressure in the reaction chamber **1** is stabilized, high frequency power is supplied to the coil **19** surrounding the discharge tube **16**, inducing plasma discharge in the discharge tube **16** to generate plasma **17**. Oxygen radicals activated by the plasma **17** are supplied into the reaction chamber **1** through the supply outlet **23** and then onto the tantalum pentoxide film formed on the wafer **4**. The carbon removing treatment is performed, e.g., under a reaction chamber pressure of 10 Pa at a temperature ranging from 500 to 700° C. for 5 minutes. Oxygen deficiency in the tantalum pentoxide film can also be cured by this treatment.

As described above, plasma **17** is generated from the oxygen gas in the discharge tube **16** by the plasma discharge induced by the alternating electric fields. Ions, radicals and ozone $(O_3)$ are generated from the oxygen gas by the plasma discharge, among which radicals and ozone are used in the treatment. In order to prevent the wafer **4** and the film from being damaged or attacked by the collision of ions, the plasma source **2** is separated from the reaction chamber **1**. Oxygen radicals and ozone having higher reactivity than oxygen are extracted from the ICP type remote plasma source **2** onto the heated wafer **4**, and carbon included in the interface between the tantalum pentoxide film and the Si wafer is removed, resulting in the leakage current being substantially decreased.

FIG. **8** shows compositional depth profiles of the elements included in an oxygen plasma treated tantalum pentoxide film by the apparatus in accordance with the first embodiment of the present invention ($Ta_2O_5$ deposition temperature: 470° C.). The abscissa of this graph represents depth from the surface of the tantalum pentoxide film; the ordinate at the left, atom concentrations (atoms/cc) of C, H and N; and the ordinate at the right, secondary ion counts (counts/sec) of Ta and Si. The thickness of the tantalum oxide film is 100 Å.

As can be seen from FIG. **8**, carbon is preferably removed from the interface.

Further, carbon is removed at the edge portion of the wafer as well as in the center portion thereof to a substantially same degree, i.e., carbon is uniformly removed from the film. Oxygen deficiency of the film can also be cured. Moreover, if the oxygen plasma treatment is performed at a higher temperature than that of the deposition, crystallization of the tantalum pentoxide film and the film quality improvement can be accomplished simultaneously.

Nitriding of a DRAM gate oxide film will now be described hereinafter with reference to FIGS. **5** and **6**.

A wafer having an oxide film ($SiO_2$ film) on its surface is loaded into the reaction chamber **1**. Thereafter, a nitrogen containing gas such as $N_2$, $NH_3$, $N_2O$ and/or NO is supplied into the reaction chamber **1** through the reactive gas inlet **8C**

US 7,033,937 B2

**9**

at the end portion of the discharge tube **16** (other reactive gas inlets **8**A, **8**B are not used). After the pressure of the reaction chamber **1** is stabilized, high frequency power is applied to the coil **19**, thereby generating plasma **17** in the discharge tube **16**. Active species excited by the plasma **17** are then supplied into the reaction chamber **1** through the active species supply outlet **23** and the nitriding of the surface of the oxide film is carried out. The nitriding treatment may be performed, e.g., with a nitrogen containing gas having a flow rate of 200 to 400 sccm and at a reaction chamber tempera-ture of 750° C. for 5 minutes.

Further, a film deposition process can also be performed on a wafer in the reaction chamber **1** by supplying a reactive gas through one of the reactive gas inlets **8**A, **8**B shown in FIG. **6** without using remote plasma. During the deposition process, reaction products are also adhered to and accumu-lated on the inner surfaces of the reaction chamber **1** and the discharge tube **16**. Since reaction products can be released and adhered to the wafer **4** during the deposition, thereby deteriorating the production yield, they have to be periodi-cally removed. Removal of the contaminants can be readily accomplished in the apparatus of the present invention by using the plasma of a remote etching gas. That is, the inner surfaces of reaction chamber **1** and the discharge tube **16** can be cleaned effectively without or with little damages by using the active species generated by the remote plasma. The type of reactive gas can vary with the types of reaction products to be removed and can be of a gas containing, e.g., $NF_1$, $C_2F_6$, $CF_4$, $N_2$, $N_2O$, $O_2$ or a mixture thereof. During the chamber cleaning process, the etching gas is supplied through the reactive gas inlet **8**C and exhausted through the exhaust port **9**A.

FIG. **9** shows a cross-sectional side view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with a second embodiment of the present invention, wherein the structure of a wafer holder **5** differs from that of the first embodiment.

The wafer holder **5** shown in FIG. **9** has two, i.e., upper and lower, racks by which two wafers can be processed simultaneously, while the wafer holder **5** of the reaction chamber **1** of the first embodiment shown in FIGS. **5** and **6** has one rack so that wafers can be processed one at a time. Such configuration is possible due to the fact that the active species generated in the plasma source **2** are extracted into the reaction chamber **1** to flow in a substantially parallel direction to the surfaces of the wafers. By treating two wafers simultaneously, production time and cost can be substantially reduced.

FIG. **10** shows a cross-sectional side view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with a third embodi-ment of the present invention, which is suitable for uniform treatment of the wafer.

As shown in the drawing, the apparatus has a wafer holder **55** which can be rotated in the reaction chamber **1**. Process uniformity can be enhanced by the rotation of the wafer **4** loaded on the rotating wafer holder **55**.

FIG. **11** provides a cross-sectional side view of a reaction chamber **1** and plasma sources **2**A and **2**B of a semiconduc-tor manufacturing apparatus in accordance with a fourth embodiment of the present invention, which is also suitable for uniform treatment of the wafer **4**.

The apparatus has two plasma sources **2**A, **2**B, each being identical to that of the first embodiment shown in FIGS. **5** and **6**. The plasma sources **2**A, **2**B are, respectively, arranged at the gas manifolds **7**A, **7**B. By implementing two plasma sources in such a configuration, it is possible to make active

**10**

species flow in two opposite directions: one stream from the active species supply outlet **23**A to the exhaust port **9**B, the other from the supply outlet **23**B to the exhaust port **9**A. By using this configuration (flip-flop flow), the wafer **4** can be treated uniformly even if it is disposed in a region where the distribution of active species is not stabilized since the biased effect of one active species stream can be counter-balanced by the other.

FIG. **12** depicts a cross-sectional plan view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with a fifth embodi-ment of the present invention, in which microwave power is used as a power source.

When microwave is used as a power source, a microwave cavity **72** is formed by a waveguide **71**.

FIG. **13** offers a cross-sectional plan view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with a sixth embodi-ment of the present invention, wherein an active species supply port **82** and an active species supply outlet **83** have different structures from those of the first embodiment shown in FIGS. **5** and **6**.

The discharge tube **86** shown in FIG. **13** is not T-shaped as shown in FIG. **5**, but straight pipe-shaped. The active species supply outlet **83** can have various shapes such as circle, rectangular or the like.

FIG. **14** describes a perspective view of an active species supply port **92** and a supply outlet **93** of a discharge tube **96** in accordance with a seventh embodiment of the present invention.

As shown in the drawing, the discharge tube **96** may be T-shaped as in the first embodiment but with a slit-shaped supply outlet **93** at the supply port **92** to thereby uniformly supply active species to the wafer **4**.

FIG. **15** outlines a cross-sectional plan view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with an eighth embodiment of the present invention, in which metal con-tamination of wafer can be substantially reduced or pre-vented.

In order to prevent metal contamination of the wafer, it is preferable that any parts capable of releasing metal contami-nants be not disposed in a space between the supply outlet **23** and the wafer **4**. In case the gas manifold **7**B is made of a metal, e.g., stainless steel, the metal contamination of the wafer can be significantly reduced by positioning the active species supply outlet **23** of the discharge tube **16** inside the reaction tube **11** as shown in FIG. **15**.

FIG. **16** exemplifies a schematic cross-sectional side view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with a ninth embodiment of the present invention.

In the drawing, the reference numeral **1** represents a reaction chamber; **6**, a gate valve airtightly separate the reaction chamber **1** from the transfer chamber; **8**A, a reactive gas inlet to the reaction chamber **1**; **9**A, an exhaust port of the reaction chamber **1**; **4**, wafers; **2**, a plasma source of the ICP type; **16**, a discharge tube of the plasma source **2**; **116**, a gate valve between the reaction chamber and the plasma source **2**; **8**C, a reactive gas inlet to the plasma source **2**; **20** RF generator; **114** and **115**, pressure gages; and **118**, pres-sure balancing valve.

In the apparatus in accordance with this embodiment, the plasma source **2** is arranged outside of the reaction chamber **1**, i.e., it is of a remote plasma type as in the previous embodiments. A gas is supplied to the plasma source **2** and excited therein. Thereafter, active radicals generated in the

US 7,033,937 B2

11 12

plasma source 2 are supplied to the reaction chamber 1 and reacted with the wafer 4 to be treated. The reaction chamber 1 is of a hot-wall type as in the previous embodiments, wherein the reaction chamber 1 is heated by a resistive electric heater 11 positioned outside the reaction tube 11. The apparatus has a wafer holder (not shown) receiving two wafers in a vertical direction as shown in FIG. 9.

In accordance with the embodiment shown in FIG. 16, the semiconductor manufacturing apparatus has the reactive gas inlet 8A for deposition process in the reaction chamber 1 which can be separated from the plasma source 2 by the gate valve 16. In the apparatus shown in FIG. 16, the deposition process is performed, while the gate valve 116 is closed, by supplying a reactive gas for deposition into the reaction chamber 1 from the reactive gas inlet 8A; and subsequently plasma treatment can be performed in the same reaction chamber 1, while the gate valve 116 is open. By closing the gate valve 116 during the deposition process, the reactive deposition gas is prevented from entering into the plasma source 2 and forming reaction products inside thereof. If the plasma source 2 is contaminated by the reaction products of the deposition gas, plasma generation can be undesirably affected.

Since the gate valve 116 is opened in the presence of a large pressure difference between the plasma source 2 and the reaction chamber 1, particulates of foreign materials may be introduced from one to the other to cause defects on the wafer 4. In order to prevent this problem, pressure gauges 114, 115 and the pressure balancing valve 118 are provided in the apparatus.

A film deposition process and a post-deposition process are performed in the apparatus as follows:

(a) loading a substrate, e.g., wafer 4, into the reaction chamber 1 from the transfer chamber 3 and closing the gate valve 6;

(b) depositing, e.g., a tantalum pentoxide film on the wafer 4 at a deposition temperature while supplying a deposition gas through the gas inlet 8A;

(c) performing purge process for several minutes after completing the film deposition process in order to remove the remaining gas in the reaction chamber 1;

(d) balancing or equalizing the pressures of the plasma source 2 and the reaction chamber 1 via the pressure balancing valve 118 and then opening the gate valve 116 between the reaction chamber 1 and the plasma source 2;

(e) performing the post-deposition process by supplying a reaction gas, e.g., $O_2$, $O_3$, $N_2O$ or NO gas containing oxygen for removing carbon from the deposited tantalum pentoxide film, into the discharge tube 16 via the gas inlet 8C, exciting the gas to generate plasma, and removing carbon from the tantalum pentoxide film and curing the oxygen deficiency therein with the active radicals extracted from the plasma source 2 into the reaction chamber 1;

(f) terminating the gas supply into the plasma source 2 and closing the gate valve 116 between the plasma source 2 and the reaction chamber 1;

(g) purging the reaction chamber 1 for several minutes again in order to remove the remaining gas therein and lowering the temperature of the wafer 4; and,

(h) opening the gate valve 6 and unloading the processed wafer 4 into the transfer chamber 3.

Further, if a single post-deposition treatment cannot sufficiently reduce carbon concentrations inside the film and the interface region between the wafer and the film below a desired level, e.g., if a penetration depth of a single carbon removing process is less than the film thickness, carbon removal can be effectively accomplished by repeating the

deposition and post-deposition processes a multiple number of times. In that case, steps (b)–(g) are repeated a multiple number of times while controlling the thickness of the film formed by one deposition process of step (b) to be less than the penetration depth of one post-deposition process of step (e).

A pre-deposition process can be also carried out between steps (a) and (b), if necessary, in the same reaction chamber 1. In that case, the pre-deposition process can be performed as follows:

(a-1) balancing the pressures of the plasma source 2 and the reaction chamber 1 and opening the gate valve 116 in a similar manner as in step (d);

(a-2) performing the pre-deposition process by supplying, e.g., a nitriding gas such as $N_2$, $NH_3$, $N_2O$ or NO gas containing nitrogen, into the discharging tube 16 via the gas inlet 8C, generating plasma of the nitriding gas, and nitriding the surface of the wafer 4 with the active species generated by the plasma source 2;

(a-3) terminating the gas supply into the plasma source 2 and closing the gate valve 116; and,

(a-4) purging the reaction chamber 1, if necessary, to remove the remaining gas therein.

The nitriding pre-deposition process is carried out in order to prevent the formation of a silicon oxide layer between the tantalum pentoxide film and its base layer, when the base layer is Si (especially polycrystalline silicon). For silicon can react with oxygen contained in the tantalum pentoxide forming gas or the tantalum pentoxide film to form silicon oxide.

By providing the gate valve 116, the plasma source 2 can be isolated from the reaction chamber 1 during the deposition process and, therefore, the plasma source 2 is prevented from being contaminated by the reaction products of the deposition gas, which can adversely affect the plasma generation. Further, the pre-deposition, deposition and post-deposition processes can be performed in a same chamber without having to employ a multiple number of apparatus, to thereby reduce process time and improve productivity. Also, the deposition and the post-deposition processes can be performed a multiple number of times in the same chamber without conveying the wafer between different process chambers, rendering the film quality more uniform. It is to be understood that the semiconductor manufacturing apparatus of the present invention is applicable to various fabrication processes, including but not limited to a deposition process for forming a $Ta_2O_5$ film or post-deposition process therefor using an oxygen based gas.

FIG. 17 highlights a cross-sectional side view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with a tenth embodiment of the present invention.

The apparatus is identical to that shown in FIG. 9 excepting that it further includes a gate valve 116, pressure gages 114, 115 and a pressure balancing valve 118 as shown in FIG. 16. The manner of operation, function and effects of the apparatus are the same as in the ninth embodiment described with reference to FIG. 11.

Although the invention has been shown and described with respect to the preferred embodiments, it will be understood by those skilled in the art that various changes and modifications may be made without departing from the spirit and scope of the invention as defined in the following claims.

What is claimed is:

1. A method for use in manufacturing a semiconductor device, comprising the steps of:

US 7,033,937 B2

**13**

generating a plasma in each of at least one plasma source arranged outside a reaction chamber, the reaction chamber having therein at least two substrates to be simultaneously processed; and

supplying active species included in the plasma into the reaction chamber through a supply port arranged at a side of the reaction chamber and flowing the active species from the supply port to an exhaust port arranged at a substantially opposite side to the supply port to perform a predetermined process on the substrates, the actives species flowing across the substrates in one direction substantially parallel to surfaces of the substrates.

2. The method of claim 1, wherein the number of said at least one plasma source is at least two, directions of the active species supplied from the plasma sources are different from each other and the substrates are processed by alternately using the active species from at least two plasma sources a predetermined number of times.

3. The method of claim 1, wherein each substrate has thereon a tantalum oxide film and the process is performed by using active species containing oxygen species for improving film quality of the tantalum oxide film.

4. The method of claim 3, wherein the process is performed at a higher temperature than deposition temperature of the tantalum oxide film to thereby cause crystallization of the tantalum oxide film to occur during the process.

5. The method of claim 1, wherein each substrate has an oxide film on top thereof and the process is performed by using active species containing nitrogen species for nitriding the surface of the oxide film.

6. The method of claim 1, wherein the substrates are spaced apart from the plasma source at a distance where the concentration of the active species on surfaces of the substrates becomes substantially constant.

7. A method for use in manufacturing a semiconductor device, comprising the steps of:

(b1) generating a plasma in at least one plasma source arranged outside a reaction chamber, the reaction chamber having therein at least two substrates to be simultaneously processed;

(b2) supplying active species included in the plasma into the reaction chamber in a direction substantially parallel to surfaces of the substrates to perform a predetermined process thereon; and

(a) simultaneously forming a film on each of said at least two substrates by a thermal CVD method in the reaction chamber before performing the step (b1).

8. The method of claim 7, the method further comprising a step of subjecting each substrate to the steps (a), (b1) and (b2) a predetermined number of times in order to obtain a desired film thickness.

9. The method of claim 7, wherein the film forming step (a) is a tantalum oxide film forming step by using tantalum pentaethoxide and the plasma treatment performing steps (b1) and (b2) are performed by supplying to the substrate an active gas containing oxygen species.

**14**

10. A method for use in manufacturing a semiconductor device, comprising the steps of:

(a) generating a plasma in at least one plasma source arranged outside a reaction chamber, the reaction chamber having therein at least one substrate to be processed; and

(b) supplying and removing active species generated by the plasma source into and from the reaction chamber through a supply port arranged at a side of the reaction chamber and an exhaust port arranged at a substantially opposite side to the supply port, the supply port and the exhaust port being positioned substantially at a same level, and the active species flowing in a substantially horizontal direction from the supply port to the exhaust port.

11. The method of claim 10, wherein said at least one substrate is spaced apart from said at least one plasma source at a distance where the concentration of the active species on surface of said at least one substrate becomes substantially constant.

12. The method of claim 10, wherein the number of said at least one substrate processed in the reaction chamber at a time is at least two.

13. The method of claim 10, wherein the number of said at least one plasma source is at least two, directions of the active species supplied from the plasma sources are different from each other and said at least one substrate is processed by alternately using the active species from at least two plasma sources a predetermined number of times.

14. The method of claim 10, wherein said at least one substrate has thereon a tantalum oxide film and the process is performed by using active species containing oxygen species for improving film quality of the tantalum oxide film.

15. The method of claim 14, wherein the process is performed at a higher temperature than deposition temperature of the tantalum oxide film to thereby cause crystallization of the tantalum oxide film to occur during the process.

16. The method of claim 13, further comprising the step of:

(c) forming a film on said at least one substrate by a thermal CVD method in the reaction chamber before performing the step (a).

17. The method of claim 16, the method further comprising a step of subjecting said at least one substrate to the steps (a), (b) and (c) a predetermined number of times in order to obtain a desired film thickness.

18. The method of claim 16, wherein the film forming step (c) is a tantalum oxide film forming step by using tantalum pentaethoxide and the plasma treatment performing steps (a) and (b) are performed by supplying to said at least one substrate an active gas containing oxygen species.

*    *    *    *    *

# Exhibit B

US006576063B2

(12) **United States Patent**
Toyoda et al.

(10) **Patent No.:**     **US 6,576,063 B2**
(45) **Date of Patent:**     **Jun. 10, 2003**

(54) **APPARATUS AND METHOD FOR USE IN MANUFACTURING A SEMICONDUCTOR DEVICE**

(75) Inventors: **Kazuyuki Toyoda**, Tokyo (JP); **Osamu Kasahara**, Tokyo (JP); **Tsutomu Tanaka**, Tokyo (JP); **Mamoru Sueyoshi**, Tokyo (JP); **Nobuhito Shima**, Tokyo (JP); **Masanori Sakai**, Tokyo (JP)

(73) Assignee: **Hitachi Kokusai Electric, Inc.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/768,663**

(22) Filed: **Jan. 24, 2001**

(65) **Prior Publication Data**

US 2001/0029112 A1 Oct. 11, 2001

(30) **Foreign Application Priority Data**

Mar. 30, 2000   (JP) ......................................... 2000-093139

(51) **Int. Cl.$^7$** .............................................. **C23C 16/00**
(52) **U.S. Cl.** ............................... **118/719**; 118/723 MW; 118/723 MA

(58) **Field of Search** ................................ 118/723 MW, 118/719, 723 MA; 438/758, 685, 680, 681

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,389,197 A   *   2/1995   Ishimaru ..................... 156/643

* cited by examiner

*Primary Examiner*—Alexander Ghyka
(74) *Attorney, Agent, or Firm*—Katten Muchin Zavis Rosenman

(57) **ABSTRACT**

An apparatus for use in manufacturing a semiconductor device allows one or more substrates treated substantially free of the metal particles released from the chamber wall and the high energy particles emitted from the plasma and also allows them to uniformly heated to a relatively high temperature. The apparatus comprises a reaction chamber wherein one or more substrates to be treated are disposed, a plasma source arranged outside of and in proximity to the reaction chamber, an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber and an exhaust port provided at the opposite side to the active species supply port. The active species flows parallel to the surfaces of the substrates.

**16 Claims, 18 Drawing Sheets**



# FIG. 1
## (PRIOR ART)



# FIG.2

## (PRIOR ART)



Case 5:17-cv-06880-BLF     Document 24-1     Filed 02/16/18     Page 32 of 225

# FIG.3

## (PRIOR ART)



# FIG. 4A



# FIG.4B





FIG.5

FLOW OF ACTIVE SPECIES

*FIG.6*



# FIG.7



# FIG.8



DEPTH (Å)

Case 5:17-cv-06880-BLF    Document 24-1    Filed 02/16/18    Page 39 of 225



FIG.9

**U.S. Patent**    Jun. 10, 2003    Sheet 11 of 18    US 6,576,063 B2

*FIG.10*



*FIG.11*





FIG.12



FIG.13



FIG.14



FIG.15

FLOW OF
ACTIVE SPECIES

*FIG.16*



*FIG.17*



US 6,576,063 B2

# 1

## APPARATUS AND METHOD FOR USE IN MANUFACTURING A SEMICONDUCTOR DEVICE

### FIELD OF THE INVENTION

The present invention relates to an apparatus and method for use in manufacturing a semiconductor device; and, more particularly, to an apparatus and method for use in forming films on surfaces of one or more substrates such as semiconductor substrate and glass substrate and improving the film quality.

### DESCRIPTION OF THE PRIOR ART

In the semiconductor industry, various kinds of films are manufactured by thermal chemical vapor deposition (CVD) method. Some of them are acceptable without further treatment but others may need pre-deposition treatment and/or post-deposition treatment in order to achieve a desired performance.

An example of the latter case requiring a further treatment is tantalum pentoxide ($Ta_2O_5$) film which is used as a capacitor insulating film for semiconductor memory and the like. In a process for forming a tantalum oxide film as an insulating film for a capacitor portion of a 64 megabit-DRAM, volatized tantalum pentaethoxide ($Ta(OC_2H_5)_5$) gas as a precursor and oxygen gas are delivered into a reaction chamber maintaining a predetermined temperature and reacted with a Si wafer, to thereby form an oxide film.

During the deposition process of the tantalum oxide film, carbon included in the precursor, i.e., tantalum pentaethoxide ($Ta(OC_2H_5)_5$) may be introduced into tantalum pentoxide film and, when the amount of the carbon in the film exceeds a certain level, the insulating characteristics of the film become deteriorated, thereby elevating the leakage current.

By treating the wafer in a gaseous atmosphere including oxygen as a component thereof, carbon is removed from the film in the form of carbon dioxide and the concentration of the carbon in the film becomes decreased, thereby lowering the leakage current. Further, oxygen, which is generally insufficiently incorporated into the growing film during the deposition process, may also be supplied to the film.

One of the techniques for post-processing a tantalum oxide film is a furnace annealing method. In this method, thermal treatment is performed on a deposited tantalum pentoxide ($Ta_2O_5$) film at a temperature of higher than 800° C. in an atmosphere of a gas including oxygen as a component thereof, e.g., $O_2$, $O_3$ (ozone), $N_2O$ or NO. Conventionally, the deposition process is performed at a temperature equal to or lower than 500° C., which is considerably different from post-processing temperature, and, therefore, the post-deposition treatment is normally performed in a separate chamber or a separate apparatus.

In an alternative post-deposition treatment, the wafer is treated by active species generated from the plasma of gases including oxygen as a component thereof, e.g., $O_2$, $O_3$, $N_2O$ or NO.

Without such post-deposition treatments, the leakage current level may be so high that the tantalum pentoxide film cannot function properly as a capacitor insulating film.

FIG. 1 shows compositional depth profiles of the elements included in the tantalum oxide film manufactured by the above mentioned deposition process at a temperature of 470° C. The abscissa of this graph represents the depth from

# 2

the surface of tantalum oxide film and the ordinate at the left provides the atom concentrations (atoms/cc) of C, H and N, and the ordinate at the right shows the secondary ion counts (counts/sec) of Ta and Si. The thickness of the tantalum oxide film is 100 Å.

As shown in FIG. 1, a very small amount of carbon is included at the interface between the Si wafer and the tantalum oxide film but this amount of carbon can be sufficient enough to deteriorate the film quality, i.e., entail a leakage current. In order to remove carbon from the interface to thereby reduce the amount of leakage, therefore, the substrate is processed by oxygen after the film forming. Specifically, oxygen annealing is performed at a temperature of higher than 800° C. after the film forming.

FIG. 2 provides compositional depth profiles of a tantalum oxide film formed at 450° C. and oxygen-annealed at 600° C. in a reduced pressure. The abscissa of this graph shows the depth from the surface of the substrate and the ordinate at the left shows the atom concentrations (atoms/cc) of C, H and N, and the ordinate at the right shows the secondary ion counts (counts/sec) of Ta and Si. The thickness of the tantalum oxide film is 100 Å.

It is apparent from FIG. 2 that the concentration of hydrogen is decreased but carbon still remains at the interface.

Meanwhile, in order to meet the requirement of low temperature process, it is preferable to perform the oxygen annealing by using plasma. The temperature of wafer can be lowered to 300–400° C. during the process of using plasma. As an apparatus for plasma treatment, the so-called down-flow type apparatus appeared recently, in which the reactive gas flows downward from an upper region of the reaction chamber. This type of apparatus is preferable for achieving uniformity of film quality.

FIG. 3 shows a cross-sectional view of a down-flow type apparatus.

The apparatus includes an airtight reaction chamber 151 having walls 152 made of, e.g., stainless steel and a plasma chamber 154, arranged above the reaction chamber for generating plasma 153. The plasma chamber 154 has a quartz window 155 at its side and a coil 156 is arranged at the outer side of the quartz window 155. The coil 156 generates induced magnetic fields in the plasma chamber 154. A reactive gas inlet 157 is provided on top of the plasma chamber 154. In the reaction chamber 151, a substrate such as a wafer 158 is loaded on a wafer holder 159 having a built-in heater 160 for heating the wafer 158.

The apparatus is operated as follows.

The reaction chamber 151 and plasma chamber 154 are evacuated by an exhaust pump (not shown) through an exhaust port 161 and then a reactive gas of a predetermined flow rate is introduced through the reactive gas inlet 157 into the chambers 151, 154. After the inner pressure of the chambers 151, 154 becomes stabilized at a certain level, high frequency power is applied to the coil 156 from a high frequency power supply (not shown) in order to generate plasma 153 in the plasma chamber 154 and the substrate is processed by the plasma.

The plasma 153 generated in the plasma chamber 154 is spaced apart from the wafer 158 and only the neutral active species are provided to the wafer surface in the form of a down-flow 162.

Oxygen is generally used as the reactive gas. In the apparatus shown in FIG. 3, oxygen radicals (O*) activated by the plasma 153 is provided in the form of a down-flow

US 6,576,063 B2

**3**

162 to the wafer surface to react with carbon and thereby remove carbon from the surface region of the wafer **158**.

In this oxygen plasma treatment, the amount and the lifetime of the oxygen radicals may vary with the chamber pressure. Therefore, the flow rate of oxygen gas and the pressure of the plasma chamber **154** are controlled by, e.g., an exhaust pump. Typically, the process is performed under a chamber pressure of 1–100 Pa.

Such conventional type apparatus shown in FIG. **3** may have such deficiencies as: a) release of metal particles from the walls **152** of the reaction chamber **151** which is made of metal such as stainless steel; and b) high energy particles provided by the plasma **153**.

The released metal contaminants may be incorporated into the wafer **158** or the film thereon to thereby reduce the yield.

The high energy particles from the plasma **153** may cause the metal contaminants released from the walls **152** of the reaction chamber **151** and also directly create physical and electrical defects in the wafer **158**.

The apparatus shown in FIG. **3** is of a cold-wall type, in which only the wafer holder **159** is heated to a desired temperature.

This may entail other problems. Since the heat transfer to the wafer **158** may not be performed uniformly due to the bending and/or surface roughness of the wafer **158**, it is difficult to heat the wafer **158** uniformly in a temperature range of 500° C.±1%. In order to solve this problem, electrostatic chuck has been contemplated. However, the use of a heater incorporated with an electrostatic chuck is not reliable in its wafer holding function and too costly to be used as a supply item.

Further, not all carbon contaminants in a relatively thick oxide film may be removed by a single post-deposition treatment: that is, post-deposition treatment may be effective only at a proximate portion of the film surface and may not affect the deeper portion of the film. As the semiconductor devices become more micro-structured and integrated, higher film quality, e.g., lower leakage level for tantalum pentoxide film, is required. This requirement may be fulfilled by repeating the deposition and post-deposition processes a multiple number of times, wherein the effect of post-deposition treatment may be uniformly achieved through the entire depth of film.

In the conventional type apparatus, a deposition process and a post-deposition process are performed in two separate chambers. Therefore, if these two processes are repeatedly performed in separate chambers, productivity becomes lowered due to, e.g., by the increased time for conveying the wafer between the chambers.

### SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide an apparatus and a method for use in manufacturing a semiconductor device wherein a substrate to be processed is substantially not affected by the metal contaminants released from the chamber walls or the high energy particles emitted from the plasma and wherein the substrate can be uniformly heated to a relatively high temperature.

It is another object of the present invention to provide an apparatus and a method for use in manufacturing a semiconductor device capable of performing a deposition process and a pre- and/or a post-deposition process in an efficient manner.

In accordance with one aspect of the present invention, there is provided an apparatus for use in manufacturing a

**4**

semiconductor device, comprising: a reaction chamber wherein one or more substrates to be treated are disposed; a plasma source arranged outside of and in proximity to the reaction chamber; an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber; and, an exhaust port provided at the opposite side to the active species supply port, wherein the active species flows parallel to the surfaces of the substrates.

By arranging the plasma source outside of and in proximity of the reaction chamber, the substrates can be treated without metal contamination and damages by the plasma. Further, more than one substrate can be treated by supplying the active species flowing parallel to the substrates, thereby enhancing the throughput.

In accordance with a preferred embodiment of the invention, there is provided an apparatus for use in manufacturing a semiconductor device, comprising: means for supplying a film forming gas into a reaction chamber; and, a plasma source for generating active species supplied to one or more substrates to be treated.

By this constitution, the film forming process and the plasma treatment process can be performed in a same chamber.

As another aspect of the present invention, there is provided a method for use in manufacturing a semiconductor device by performing a predetermined treatment to one or more substrates, comprising the steps of: generating active species in a plasma source arranged outside of a reaction chamber; and, supplying active species flowing in a direction substantially parallel to the substrates.

In accordance with a preferred embodiment of the present invention, there is provided a method for use in manufacturing a semiconductor device, comprising the steps of: film forming on one or more substrates by thermal CVD method; and, plasma treating on the substrates.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and features of the present invention will become apparent from the following description given in conjunction with the accompanying drawings, wherein:

FIG. **1** reproduces compositional depth profiles of the elements included in a tantalum pentoxide film before post-treatment;

FIG. **2** charts compositional depth profiles of the elements included in a tantalum pentoxide film treated by a conventional oxygen annealing method;

FIG. **3** pictorializes a cross-sectional view of a reaction chamber and a plasma chamber of a conventional reactor;

FIGS. **4A** and **4B** illustrate a plan view and a side view of the apparatus in accordance with the first embodiment of the present invention;

FIG. **5** is a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with a first embodiment of the present invention;

FIG. **6** shows a cross-sectional side view of the reaction chamber and the plasma source of the apparatus shown in FIG. **5**;

FIG. **7** exhibits a graph showing the concentrations of active species as a function of distance from the plasma source;

FIG. **8** displays a compositional depth profiles of the elements included in a tantalum pentoxide film treated by

US 6,576,063 B2

5                                                                          6

oxygen plasma in the apparatus in accordance with the first embodiment of the present invention;

FIG. **9** presents a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a second embodiment of the present invention;

FIG. **10** depicts a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a third embodiment of the present invention;

FIG. **11** represents a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a fourth embodiment of the present invention;

FIG. **12** provides a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with a fifth embodiment of the present invention;

FIG. **13** offers a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with a sixth embodiment of the present invention;

FIG. **14** sets forth a perspective view of an active species supply part and a supply port of a discharge tube in accordance with a seventh embodiment of the present invention;

FIG. **15** exemplifies a cross-sectional plan view of a reaction chamber and a plasma source of an apparatus in accordance with an eighth embodiment of the present invention;

FIG. **16** outlines a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a ninth embodiment of the present invention; and

FIG. **17** discloses a cross-sectional side view of a reaction chamber and a plasma source of an apparatus in accordance with a tenth embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The preferred embodiments of the present invention will now be described in detail with reference to the accompanying drawings.

FIGS. **4A** and **4B** illustrate a plan view and a side view of a semiconductor manufacturing apparatus in accordance with a first embodiment of the present invention, respectively.

In the drawings, the reference numeral **4** represents wafers; **35**, wafer cassettes for receiving the wafers **4**; **31**, load-lock chambers where the wafer cassettes **35** are conveyed into and then evacuated; **36**, an auto cassette loader conveying the wafer cassette **35** into the load-lock chambers **31**; **2**, an ICP (inductively coupled plasma) type plasma source for generating plasma by exciting a supplied gas to thereby provide active species; **1**, reaction chambers performing various treatments on the wafers using the actuated gases supplied from the plasma sources **2**; **5**, wafer holders, two wafer holders being arranged in a reaction chamber in order to process two wafers simultaneously; **3**, an transfer chamber for conveying wafers between the load-lock chambers **31** and the reaction chambers **1** under vacuum; **32**, a robot arranged in the transfer chamber **3**; **33**, cooling chambers for cooling heated wafers after the processes in the reaction chambers; **34**, gate valves arranged between the load-lock chambers **31** and the transfer chamber **3**; and **6**, gate valves arranged between the transfer chamber **3** and the reaction chambers **1**.

FIGS. **5** and **6** represent a cross-sectional plan view and a cross-sectional side view of one of the reaction chambers **1**, respectively, and one of the plasma sources **2** of the semiconductor manufacturing apparatus shown in FIGS. **4A** and **4B**.

As shown in FIGS. **5** and **6**, the reaction chamber **1** includes a reaction tube **11** made of, e.g., quartz and a wafer holder **5** arranged therein and made of, e.g., quartz. The wafer **4** is conveyed by the robot **32** arranged in the transfer chamber **3** and is loaded onto the wafer holder **5**. The reaction tube **11** of a hot-wall type is heated to and maintained at a predetermined temperature by a resistive electric heater **12** positioned therearound.

The wafer **4** is conveyed between the reaction chamber **1** and the transfer chamber **3** through the gate valve **6**. The wafer **4** and other parts of the reaction chamber **1** are heated by the heater **12** installed outside of the reaction chamber **1**. At the opposite side of the gas manifold **7B** connected to the reaction tube **11** is arranged a discharge tube **16**, wherein plasma **17** is generated.

The plasma source **2** utilizes inductively coupled plasma to excite the gas to thereby generate plasma having high efficiency. A power source having a radio frequency of, e.g., 13.56 MHz is used for generating the plasma.

Gas manifolds **7A**, **7B** are airtightly connected to two opposite end portions of the reaction tube **11**, respectively. The gas manifolds **7A**, **7B** are respectively provided with reactive gas inlets **8A**, **8B**, through which the reactive gas is supplied to the reaction chamber **1**. Further provided to the respective gas manifolds **7A**, **7B** are exhaust ports **9A**, **9B** at the bottom portions thereof, through which the reactive gas is exhausted from the reaction chamber **1**.

The reactive gas is fed through a reactive gas inlet **8C** installed at one end of the discharge tube **16**, and the reactive gas itself or active species thereof is supplied into the reaction chamber **1** therethrough.

Although the material for the discharge tube **16** may be chosen depending on the types of the plasma **17** and the process, quartz is preferred because states of discharge in the discharge tube **16** can be easily observed therethrough. However, a ceramic having a low dielectric loss for the high frequency power may also be used.

A coil **19** formed of copper pipe is wound around the discharge tube **16** and a high frequency power generated by a RF generator **20** is applied thereto through an impedance matcher **21**.

Since the temperature of the coil **19** is increased by a high frequency current flowing therethrough, it is preferable that the coil **19** be made of copper which has a low electric resistance, in a shape of pipe through which cooling water can flow. Further, the coil **19** is preferably arranged spaced apart from the discharge tube **16**; and, more preferably, the surfaces of the coil are nickel-plated in order to prevent copper contamination of the discharge tube **16**.

As shown in FIGS. **5** and **6**, the discharge tube **16** in accordance with the first embodiment of the invention is of a T-shape having an active species supply port **22** facing the reaction tube **11**, the supply port being extended in a direction substantially parallel to the main surface of the wafer **4**. Further, the supply port **22** is provided with an active species supply outlet **23** formed toward the reaction chamber **1** along the direction of extension of the supply port **22**, thereby enabling the active species to be uniformly supplied to the surface of the wafer **4**.

The frequency of the high frequency power generated by the RF generator **20** is preferably 13.56 MHz. However, any frequency ranging from 400 kHz to 1 MHz or a microwave frequency of 2.45 GHz can also be used instead (see FIG. **12**). The optimal frequency may be selected depending on the type of reactive gas or process pressure.

When the active species are generated by exciting the reactive gas into plasma, the type of generated active species

US 6,576,063 B2

**7**

depends on the electron temperature of the plasma. Therefore, by applying a pulsed high frequency power to the coil **19** and adjusting the duty ratio thereof, the electron temperature can be controlled and thus the ratio of the generated active species can be adjusted in a desired manner.

Further, since the lifetimes of the active species are different depending on their types, it is preferable that the distance between the plasma **17** (plasma source **2**) and the wafer **4** be adjustable as required. In this embodiment, the coil **19** is constructed to be movable and, therefore, the distance therebetween can be adjusted by positioning the coil **19** at a proper location.

FIG. **7** is a graph showing the relation between the distance from the plasma source and the concentrations of active species. The abscissa of this graph shows the distance from the plasma source and the ordinate shows the concentrations of the active species.

Curve A represents a distribution of active species having longer lifetimes and curve B represents a distribution of active species having shorter lifetimes. Curve C is the superposition of Curve A and B.

As shown in FIG. **7**, the total concentration of active species is decreased as the distance from the plasma source is increased and becomes constant when the distance exceeds a certain limit d. So, if the wafer **4** is placed in a region beyond the distance d, the active species of a constant concentration can be provided to the surface of the wafer **4**, and, consequently, the treatment of the wafer **4** can be performed uniformly.

Further, since the reaction chamber **1** is of a hot wall type, the wafer **4** is prevented from metal contamination and can be treated at high temperatures since it can be uniformly heated even at a temperature higher than, e.g., 500° C.

As shown in FIG. **5**, the active species supply port **22** having the supply outlet **23** is formed to extend in a direction parallel to the wafer **4** and the supply outlet **23** is constituted by a plurality of openings. This makes a uniform supply of the active species to the wafer **4** possible, and, therefore, the treatment for the wafer **4** can be performed uniformly.

Further, since the reactive gas inlets **8A**, **8B** and the plasma source **2** are provided in the reaction chamber **1** separately, as shown in FIG. **6**, the deposition process can be performed on the wafer **4** by supplying the reactive gas to the reaction chamber **1** through the reactive gas inlets **8A**, **8B**; and, thereafter, the plasma treatment can be performed on the deposited film in the same chamber.

The operation of the semiconductor manufacturing apparatus in accordance with the first embodiment of the invention will now be described hereinafter with reference to FIGS. **4A** to **6**.

First, the wafer cassette **35** containing a number of wafers to be treated is loaded into the load-lock chamber **31** via the auto cassette loader **36**. Thereafter, the load-lock chamber **31** is evacuated to vacuum. Next, the reaction chamber **1** is exhausted by an exhaust pump (not shown) through the exhaust ports **9A**, **9B**. Then, the gate valve **6** is opened and one of the wafers received in the wafer cassette **35** is transferred from the wafer cassette **35** in the load-lock chamber **31** onto the wafer holder **5** arranged in the reaction chamber **1** by the robot **32**.

Thereafter, a reactive gas of a predetermined flow rate is supplied through the reactive gas inlet **8C** arranged at an end portion of the discharge tube **16**. The pressure of the reaction chamber **1** is controlled to have a predetermined level by a pressure regulator coupled thereto through the exhaust port **9A**.

**8**

After the pressure in the reaction chamber **1** is stabilized, high frequency power generated by the RF generator **20** is applied via the matcher **21** to the coil **19** wound around the discharge tube **16**. By the alternating electromagnetic field generated by the coil **19**, the gas in the discharge tube **16** is plasma discharged to generate the plasma. Active species excited by the plasma are supplied into the reaction chamber **1** through the active species supply outlet **23** to process the wafer **4**.

With reference to FIGS. **5** and **6**, there will be described a post-deposition process, i.e., carbon removing treatment by using oxygen, of a tantalum pentoxide film used as a dielectric layer of a DRAM capacitor.

After introducing the wafer **4** having tantalum pentoxide film deposited thereon into the reaction chamber **1**, oxygen gas is supplied to the reaction chamber **1** with a flow rate of about 300–400 sccm through the reactive gas inlet **8C** at the end portion of the discharge tube **16** (other reactive gas inlets **8A**, **8B** are not used). After the pressure in the reaction chamber **1** is stabilized, high frequency power is supplied to the coil **19** surrounding the discharge tube **16**, inducing plasma discharge in the discharge tube **16** to generate plasma **17**. Oxygen radicals activated by the plasma **17** are supplied into the reaction chamber **1** through the supply outlet **23** and then onto the tantalum pentoxide film formed on the wafer **4**. The carbon removing treatment is performed, e.g., under a reaction chamber pressure of 10 Pa at a temperature ranging from 500 to 700° C. for 5 minutes. Oxygen deficiency in the tantalum pentoxide film can also be cured by this treatment.

As described above, plasma **17** is generated from the oxygen gas in the discharge tube **16** by the plasma discharge induced by the alternating electric fields. Ions, radicals and ozone ($O_3$) are generated from the oxygen gas by the plasma discharge, among which radicals and ozone are used in the treatment. In order to prevent the wafer **4** and the film from being damaged or attacked by the collision of ions, the plasma source **2** is separated from the reaction chamber **1**. Oxygen radicals and ozone having higher reactivity than oxygen are extracted from the ICP type remote plasma source **2** onto the heated wafer **4**, and carbon included in the interface between the tantalum pentoxide film and the Si wafer is removed, resulting in the leakage current being substantially decreased.

FIG. **8** shows compositional depth profiles of the elements included in an oxygen plasma treated tantalum pentoxide film by the apparatus in accordance with the first embodiment of the present invention ($Ta_2O_5$ deposition temperature: 470° C.). The abscissa of this graph represents depth from the surface of the tantalum pentoxide film; the ordinate at the left, atom concentrations (atoms/cc) of C, H and N; and the ordinate at the right, secondary ion counts (counts/sec) of Ta and Si. The thickness of the tantalum oxide film is 100 Å.

As can be seen from FIG. **8**, carbon is preferably removed from the interface.

Further, carbon is removed at the edge portion of the wafer as well as in the center portion thereof to a substantially same degree, i.e., carbon is uniformly removed from the film. Oxygen deficiency of the film can also be cured. Moreover, if the oxygen plasma treatment is performed at a higher temperature than that of the deposition, crystallization of the tantalum pentoxide film and the film quality improvement can be accomplished simultaneously.

Nitriding of a DRAM gate oxide film will now be described hereinafter with reference to FIGS. **5** and **6**.

US 6,576,063 B2

9

A wafer having an oxide film ($SiO_2$ film) on its surface is loaded into the reaction chamber 1. Thereafter, a nitrogen containing gas such as $N_2$, $NH_3$, $N_2O$ and/or NO is supplied into the reaction chamber 1 through the reactive gas inlet 8C at the end portion of the discharge tube 16 (other reactive gas inlets 8A, 8B are not used). After the pressure of the reaction chamber 1 is stabilized, high frequency power is applied to the coil 19, thereby generating plasma 17 in the discharge tube 16. Active species excited by the plasma 17 are then supplied into the reaction chamber 1 through the active species supply outlet 23 and the nitriding of the surface of the oxide film is carried out. The nitriding treatment may be performed, e.g., with a nitrogen containing gas having a flow rate of 200 to 400 sccm and at a reaction chamber temperature of 750° C. for 5 minutes.

Further, a film deposition process can also be performed on a wafer in the reaction chamber 1 by supplying a reactive gas through one of the reactive gas inlets 8A, 8B shown in FIG. 6 without using remote plasma. During the deposition process, reaction products are also adhered to and accumulated on the inner surfaces of the reaction chamber 1 and the discharge tube 16. Since reaction products can be released and adhered to the wafer 4 during the deposition, thereby deteriorating the production yield, they have to be periodically removed. Removal of the contaminants can be readily accomplished in the apparatus of the present invention by using the plasma of a remote etching gas. That is, the inner surfaces of reaction chamber 1 and the discharge tube 16 can be cleaned effectively without or with little damages by using the active species generated by the remote plasma. The type of reactive gas can vary with the types of reaction products to be removed and can be of a gas containing, e.g., $NF_3$, $C_2F_6$, $CF_4$, $N_2$, $N_2O$, $O_2$ or a mixture thereof. During the chamber cleaning process, the etching gas is supplied through the reactive gas inlet 8C and exhausted through the exhaust port 9A.

FIG. 9 shows a cross-sectional side view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with a second embodiment of the present invention, wherein the structure of a wafer holder 5 differs from that of the first embodiment.

The wafer holder 5 shown in FIG. 9 has two, i.e., upper and lower, racks by which two wafers can be processed simultaneously, while the wafer holder 5 of the reaction chamber 1 of the first embodiment shown in FIGS. 5 and 6 has one rack so that wafers can be processed one at a time. Such configuration is possible due to the fact that the active species generated in the plasma source 2 are extracted into the reaction chamber 1 to flow in a substantially parallel direction to the surfaces of the wafers. By treating two wafers simultaneously, production time and cost can be substantially reduced.

FIG. 10 shows a cross-sectional side view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with a third embodiment of the present invention, which is suitable for uniform treatment of the wafer.

As shown in the drawing, the apparatus has a wafer holder 55 which can be rotated in the reaction chamber 1. Process uniformity can be enhanced by the rotation of the wafer 4 loaded on the rotating wafer holder 55.

FIG. 11 provides a cross-sectional side view of a reaction chamber 1 and plasma sources 2A and 2B of a semiconductor manufacturing apparatus in accordance with a fourth embodiment of the present invention, which is also suitable for uniform treatment of the wafer 4.

10

The apparatus has two plasma sources 2A, 2B, each being identical to that of the first embodiment shown in FIGS. 5 and 6. The plasma sources 2A, 2B are, respectively, arranged at the gas manifolds 7A, 7B. By implementing two plasma sources in such a configuration, it is possible to make active species flow in two opposite directions: one stream from the active species supply outlet 23A to the exhaust port 9B, the other from the supply outlet 23B to the exhaust port 9A. By using this configuration (flip-flop flow), the wafer 4 can be treated uniformly even if it is disposed in a region where the distribution of active species is not stabilized since the biased effect of one active species stream can be counterbalanced by the other.

FIG. 12 depicts a cross-sectional plan view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with a fifth embodiment of the present invention, in which microwave power is used as a power source.

When microwave is used as a power source, a microwave cavity 72 is formed by a waveguide 71.

FIG. 13 offers a cross-sectional plan view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with a sixth embodiment of the present invention, wherein an active species supply port 82 and an active species supply outlet 83 have different structures from those of the first embodiment shown in FIGS. 5 and 6.

The discharge tube 86 shown in FIG. 13 is not T-shaped as shown in FIG. 5, but straight pipe-shaped. The active species supply outlet 83 can have various shapes such as circle, rectangular or the like.

FIG. 14 describes a perspective view of an active species supply port 92 and a supply outlet 93 of a discharge tube 96 in accordance with a seventh embodiment of the present invention.

As shown in the drawing, the discharge tube 96 may be T-shaped as in the first embodiment but with a slit-shaped supply outlet 93 at the supply port 92 to thereby uniformly supply active species to the wafer 4.

FIG. 15 outlines a cross-sectional plan view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with an eighth embodiment of the present invention, in which metal contamination of wafer can be substantially reduced or prevented.

In order to prevent metal contamination of the wafer, it is preferable that any parts capable of releasing metal contaminants be not disposed in a space between the supply outlet 23 and the wafer 4. In case the gas manifold 7B is made of a metal, e.g., stainless steel, the metal contamination of the wafer can be significantly reduced by positioning the active species supply outlet 23 of the discharge tube 16 inside the reaction tube 11 as shown in FIG. 15.

FIG. 16 exemplifies a schematic cross-sectional side view of a reaction chamber 1 and a plasma source 2 of a semiconductor manufacturing apparatus in accordance with a ninth embodiment of the present invention.

In the drawing, the reference numeral 1 represents a reaction chamber; 6, a gate valve airtightly separate the reaction chamber 1 from the transfer chamber; 8A, a reactive gas inlet to the reaction chamber 1; 9A, an exhaust port of the reaction chamber 1; 4, wafers; 2, a plasma source of the ICP type; 16, a discharge tube of the plasma source 2; 116, a gate valve between the reaction chamber and the plasma source 2; 8C, a reactive gas inlet to the plasma source 2; 20

US 6,576,063 B2

**11**

RF generator; **114** and **115**, pressure gages; and **118**, pressure balancing valve.

In the apparatus in accordance with this embodiment, the plasma source **2** is arranged outside of the reaction chamber **1**, i.e., it is of a remote plasma type as in the previous embodiments. A gas is supplied to the plasma source **2** and excited therein. Thereafter, active radicals generated in the plasma source **2** are supplied to the reaction chamber **1** and reacted with the wafer **4** to be treated. The reaction chamber **1** is of a hot-wall type as in the previous embodiments, wherein the reaction chamber **1** is heated by a resistive electric heater **11** positioned outside the reaction tube **11**. The apparatus has a wafer holder (not shown) receiving two wafers in a vertical direction as shown in FIG. 9.

In accordance with the embodiment shown in FIG. **16**, the semiconductor manufacturing apparatus has the reactive gas inlet **8A** for deposition process in the reaction chamber **1** which can be separated from the plasma source **2** by the gate valve **16**. In the apparatus shown in FIG. **16**, the deposition process is performed, while the gate valve **116** is closed, by supplying a reactive gas for deposition into the reaction chamber **1** from the reactive gas inlet **8A**; and subsequently plasma treatment can be performed in the same reaction chamber **1**, while the gate valve **116** is open. By closing the gate valve **116** during the deposition process, the reactive deposition gas is prevented from entering into the plasma source **2** and forming reaction products inside thereof. If the plasma source **2** is contaminated by the reaction products of the deposition gas, plasma generation can be undesirably affected.

Since the gate valve **116** is opened in the presence of a large pressure difference between the plasma source **2** and the reaction chamber **1**, particulates of foreign materials may be introduced from one to the other to cause defects on the wafer **4**. In order to prevent this problem, pressure gauges **114, 115** and the pressure balancing valve **118** are provided in the apparatus.

A film deposition process and a post-deposition process are performed in the apparatus as follows:

(a) loading a substrate, e.g., wafer **4**, into the reaction chamber **1** from the transfer chamber **3** and closing the gate valve **6**;

(b) depositing, e.g., a tantalum pentoxide film on the wafer **4** at a deposition temperature while supplying a deposition gas through the gas inlet **8A**;

(c) performing purge process for several minutes after completing the film deposition process in order to remove the remaining gas in the reaction chamber **1**;

(d) balancing or equalizing the pressures of the plasma source **2** and the reaction chamber **1** via the pressure balancing valve **118** and then opening the gate valve **116** between the reaction chamber **1** and the plasma source **2**;

(e) performing the post-deposition process by supplying a reaction gas, e.g., $O_2$, $O_3$, $N_2O$ or NO gas containing oxygen for removing carbon from the deposited tantalum pentoxide film, into the discharge tube **16** via the gas inlet **8C**, exciting the gas to generate plasma, and removing carbon from the tantalum pentoxide film and curing the oxygen deficiency therein with the active radicals extracted from the plasma source **2** into the reaction chamber **1**;

(f) terminating the gas supply into the plasma source **2** and closing the gate valve **116** between the plasma source **2** and the reaction chamber **1**;

**12**

(g) purging the reaction chamber **1** for several minutes again in order to remove the remaining gas therein and lowering the temperature of the wafer **4**; and,

(h) opening the gate valve **6** and unloading the processed wafer **4** into the transfer chamber **3**.

Further, if a single post-deposition treatment cannot sufficiently reduce carbon concentrations inside the film and the interface region between the wafer and the film below a desired level, e.g., if a penetration depth of a single carbon removing process is less than the film thickness, carbon removal can be effectively accomplished by repeating the deposition and post-deposition processes a multiple number of times. In that case, steps (b)–(g) are repeated a multiple number of times while controlling the thickness of the film formed by one deposition process of step (b) to be less than the penetration depth of one post-deposition process of step (e).

A pre-deposition process can be also carried out between steps (a) and (b), if necessary, in the same reaction chamber **1**. In that case, the pre-deposition process can be performed as follows:

(a-1) balancing the pressures of the plasma source **2** and the reaction chamber **1** and opening the gate valve **116** in a similar manner as in step (d);

(a-2) performing the pre-deposition process by supplying, e.g., a nitriding gas such as $N_2$, $NH_3$, $N_2O$ or NO gas containing nitrogen, into the discharging tube **16** via the gas inlet **8C**, generating plasma of the nitriding gas, and nitriding the surface of the wafer **4** with the active species generated by the plasma source **2**;

(a-3) terminating the gas supply into the plasma source **2** and closing the gate valve **116**; and,

(a-4) purging the reaction chamber **1**, if necessary, to remove the remaining gas therein.

The nitriding pre-deposition process is carried out in order to prevent the formation of a silicon oxide layer between the tantalum pentoxide film and its base layer, when the base layer is Si (especially polycrystalline silicon). For silicon can react with oxygen contained in the tantalum pentoxide forming gas or the tantalum pentoxide film to form silicon oxide.

By providing the gate valve **116**, the plasma source **2** can be isolated from the reaction chamber **1** during the deposition process and, therefore, the plasma source **2** is prevented from being contaminated by the reaction products of the deposition gas, which can adversely affect the plasma generation. Further, the pre-deposition, deposition and post-deposition processes can be performed in a same chamber without having to employ a multiple number of apparatus, to thereby reduce process time and improve productivity. Also, the deposition and the post-deposition processes can be performed a multiple number of times in the same chamber without conveying the wafer between different process chambers, rendering the film quality more uniform. It is to be understood that the semiconductor manufacturing apparatus of the present invention is applicable to various fabrication processes, including but not limited to a deposition process for forming a $Ta_2O_5$ film or post-deposition process therefor using an oxygen based gas.

FIG. **17** highlights a cross-sectional side view of a reaction chamber **1** and a plasma source **2** of a semiconductor manufacturing apparatus in accordance with a tenth embodiment of the present invention.

The apparatus is identical to that shown in FIG. 9 excepting that it further includes a gate valve **116**, pressure gages **114, 115** and a pressure balancing valve **118** as shown in

US 6,576,063 B2

13

FIG. 16. The manner of operation, function and effects of the apparatus are the same as in the ninth embodiment described with reference to FIG. 11.

Although the invention has been shown and described with respect to the preferred embodiments, it will be understood by those skilled in the art that various changes and modifications may be made without departing from the spirit and scope of the invention as defined in the following claims.

What is claimed is:

1. A semiconductor manufacturing apparatus, comprising:

a reaction chamber in which one or more substrates to be processed are disposed;

a plasma source arranged outside of and in proximity to the reaction chamber;

an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber; and

an exhaust port provided at a substantially opposite side to the active species supply port,

wherein the substrates are disposed between the active species supply port and the exhaust port and the active species flow substantially parallel to the surfaces of the substrates and

wherein two or more substrates are simultaneously processed in the reaction chamber.

2. The apparatus of claim 1, wherein a first active species flow is generated by the active species supply port and the exhaust port, and the apparatus further comprising another active species supply port and another exhaust port arranged to generate a second active species flow having a flow direction opposite to that of the first active species flow, wherein the first and second active species flows are alternated a predetermined number of times during processing the substrates.

3. The apparatus of claim 1, wherein the substrates are spaced apart from the plasma source at a distance where the concentration of the active species on surfaces of the substrates becomes substantially constant.

4. The apparatus of claim 1, wherein the reaction chamber is heated by a hot-wall type method.

5. The apparatus of claim 1, wherein the active species supply port has an opening of a slit-shape elongated along a direction substantially parallel to the surfaces of the substrates or a plurality of holes formed along the direction.

6. The apparatus of claim 1, wherein the reaction chamber includes two openings for introducing and removing the active species into and from the reaction chamber, the openings being positioned substantially at a same level, and the active species flow in a substantially horizontal direction from one opening to the other.

7. The apparatus of claim 1, wherein a distance between the substrates and the plasma source is adjusted by moving the plasma source.

8. The apparatus of claim 1, further comprising means for supplying a gas for use in depositing a film on each substrate into the reaction chamber, wherein the active species generated in the plasma source is used for performing plasma treatment to the film formed on each substrate.

9. The apparatus of claim 8, wherein a temperature of the plasma treatment is equal to or higher than that of the film deposition.

14

10. A semiconductor manufacturing apparatus, comprising:

a reaction chamber in which one or more substrates to be processed are disposed;

a plasma source arranged outside of and in proximity to the reaction chamber;

an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber: and

an exhaust port provided at a substantially opposite side to the active species supply port,

wherein the active species flow substantially parallel to the surface of each substrate from an edge in proximity to the active species supply port to another edge in proximity to the exhaust port and

wherein the reaction chamber includes two openings for introducing and removing the active species into and from the reaction chamber, the openings being positioned substantially at a same level, and the active species flow in a substantially horizontal direction from one opening to the other.

11. The apparatus of claim 10, wherein the substrates are spaced apart from the plasma source at a distance where the concentration of the active species on surfaces of the substrates becomes substantially constant.

12. The apparatus of claim 11, wherein a distance between the substrates and the plasma source is adjusted by moving the plasma source.

13. The apparatus of claim 10, further comprising means for supplying a gas for use in depositing a film on each substrate into the reaction chamber, wherein the active species generated in the plasma source is used for performing plasma treatment to the film formed on each substrate.

14. The apparatus of claim 13, wherein a temperature of the plasma treatment is equal to or higher than that of the film deposition.

15. The apparatus of claim 10, wherein two or more substrates are simultaneously processed in the reaction chamber.

16. A semiconductor manufacturing apparatus, comprising:

a reaction chamber in which one or more substrates to be processed are disposed;

a plasma source arranged outside of and in proximity to the reaction chamber;

an active species supply port for providing active species generated by the plasma source to the reaction chamber and arranged at a side of the reaction chamber, and an exhaust port provided at a substantially opposite side to the active species supply port,

wherein the substrates are disposed between the active species supply port and the exhaust port and the active species flow substantially parallel to the surfaces of the substrates and

wherein a first active species flow is generated by the active species supply port and the exhaust port, and the apparatus further comprising another active species supply port and another exhaust port arranged to generate a second active species flow having a flow direction opposite to that of the first active species flow, wherein the fist and second active species flows are alternated a predetermined number of times during processing the substrates.

* * * * *

# Exhibit C

US007808396B2

(12) **United States Patent**
Iida et al.

(10) **Patent No.:**    **US 7,808,396 B2**
(45) **Date of Patent:**    **Oct. 5, 2010**

(54) **SUBSTRATE PROCESSING APPARATUS**

(75) Inventors: **Tsukasa Iida**, Toyama (JP); **Akihiko Yoneda**, Toyama (JP); **Kaori Inoshima**, Toyama (JP)

(73) Assignee: **Hitachi Kokusai Electric, Inc.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 335 days.

(21) Appl. No.: **11/991,093**

(22) PCT Filed: **Sep. 26, 2006**

(86) PCT No.: **PCT/JP2006/319014**

§ 371 (c)(1),
(2), (4) Date: **Apr. 23, 2008**

(87) PCT Pub. No.: **WO2007/034957**

PCT Pub. Date: **Mar. 29, 2007**

(65) **Prior Publication Data**

US 2009/0072990 A1    Mar. 19, 2009

(30) **Foreign Application Priority Data**

Sep. 26, 2005    (JP) ............................ 2005-277618
Jun. 8, 2006    (JP) ............................ 2006-159513

(51) **Int. Cl.**
*G08B 3/00*    (2006.01)
(52) **U.S. Cl.** ............. **340/691.1**; 340/691.5; 204/192.12
(58) **Field of Classification Search** ............. 340/691.1, 340/691.2, 691.4, 691.5, 691.9, 691.8; 204/192.12, 204/192.15, 192.2; 700/108, 121; 348/87; 156/345.24
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,626,336 A | * | 12/1986 | Bloomquist et al. | .... | 204/298.12 |
| 4,790,921 A | * | 12/1988 | Bloomquist et al. | .... | 204/192.12 |
| 4,834,855 A | * | 5/1989 | Bloomquist et al. | .... | 204/192.15 |
| 6,849,151 B2 | * | 2/2005 | Barnes et al. | .......... | 156/345.24 |
| 7,173,648 B1 | * | 2/2007 | Phan et al. | .................... | 348/87 |
| 7,702,413 B2 | * | 4/2010 | Ushiku et al. | ............... | 700/121 |
| 2002/0138814 A1 | * | 9/2002 | Katayama | ...................... | 716/5 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | A-9-251938 | 9/1997 |
| JP | A-2000-30999 | 1/2000 |
| JP | A-2001-257140 | 9/2001 |
| JP | A-2002-268720 | 9/2002 |
| JP | A-2004-128203 | 4/2004 |
| JP | A-2005-93922 | 4/2005 |

* cited by examiner

*Primary Examiner*—Van T. Trieu
(74) *Attorney, Agent, or Firm*—Oliff & Berridge, PLC

(57) **ABSTRACT**

It is intended to provide a substrate processing apparatus capable of reliably informing a running state of the apparatus. The substrate processing apparatus **100** having a signal indicator for indicating the running state, including a signal indicator **306** capable of setting at least one operation condition under which the signal indicator **306** operates as well as of operating under any one of a plurality of operation conditions and a display unit **314** capable of displaying that a cause of the operation is any one of the operation conditions during the operation of the signal indicator **306**.

**10 Claims, 14 Drawing Sheets**



FIG.1





FIG.2



FIG.3

# FIG.4



U.S. Patent    Oct. 5, 2010    Sheet 5 of 14    US 7,808,396 B2



FIG.5

FIG.6



FIG.7

RUNNING STATE OF SUBSTRATE PROCESSING APPARATUS 100

| |
|---|
| ... |
| ... |
| APPARATUS "RESET" |
| APPARATUS "WAITING FOR START" |
| APPARATUS "RUN" |
| APPARATUS "END" |
| APPARATUS "IDLE" |
| ... |
| ... |

FIG.8





FIG.9



FIG.10



FIG.11

# FIG.12



SOUND CONTROL
PROGRAM <u>40</u>

# FIG.13

| CODE | APPARATUS STATE | BUZZER TYPE | SOUND TIME (SECOND) |
|---|---|---|---|
| 1 | RESET | CONTINUOUS SOUND 2 | 01:00 |
| 2 | WAITING FOR START | CONTINUOUS SOUND 1 | NOT STOPPING AUTOMATICALLY |
| 3 | RUN | INTERMITTENT SOUND 4 | 00:30 |
| 4 | END | NO SOUND | NO SETTING |
| 5 | IDLE | NO SOUND | NO SETTING |
| 6 | HOLD | INTERMITTENT SOUND 3 | NOT STOPPING AUTOMATICALLY |
| 7 | READY | CONTINUOUS SOUND 3 | 00:30 |
| . . | . . | . . | . . |

# FIG.14



OVERALL
OPERATION
S10

US 7,808,396 B2

**1**

## SUBSTRATE PROCESSING APPARATUS

### TECHNICAL FIELD

This invention relates to a substrate processing apparatus for processing substrates of semiconductor devices and the like.

### RELATED ART

In the substrate processing apparatuses of this type, a signal indicator has widely been used as a means for displaying (informing) a running state to the outside of the apparatus. For example, as the signal indicator, a buzzer (device for making continuous sound, intermittent sound, or voice), a signal tower (device for lighting or blinking lamps of plural colors aligned by color), and the like are generally used. Such signal indicator operates (makes sound, turns light on, blinks, or turns light off) by predetermined operation conditions set by a user (operator) to inform the running state of the substrate processing apparatus to the outside. Though the function of recognizing normal/abnormal has been sufficient in conventional buzzers, there is a demand for enhancement of buzzer function since the operation conditions of the signal indicator have become complicated.

Particularly, in a large-scale factory or the like where plural substrate processing apparatuses are installed, there is a demand for a signal indicator capable of recognizing each of running states of the substrate processing apparatuses on real-time basis.

In the operation conditions for operating the signal indicator, it is possible to set not only one operation condition (for example, turn light on (make sound) when the substrate processing apparatus is in A-state) but also plural operation conditions (for example, turn light on when the substrate apparatus is in A-state or B-state).

### DISCLOSURE OF THE INVENTION

#### Problem to be Solved by the Invention

However, there has been a problem that it is difficult to recognize under which one of the operation conditions the current signal (operation state of the signal indicator) is being displayed on the signal indicator in the case of controlling the signal indicator under the plural operation conditions.

An object of this invention is to provide a substrate processing apparatus that solves the above-described problem and is capable of displaying under which one/ones of a plurality of operation conditions a signal indicator operates.

#### Means for Solving the Problem

This invention is characterized by a substrate processing apparatus comprising a signal indicator for indicating a running state, comprising a signal indicator operating under any one of a plurality of operation conditions and a display unit for displaying that a cause of the operation is any one of the plural operation conditions during the operation of the signal indicator.

Preferably, a signal tower is provided as the signal indicator, and the display unit displays an operation state of the signal tower.

Preferably, a buzzer is provided as the signal indicator, and the display unit displays an operation state of the buzzer.

Preferably, a logical formula and brackets are set independently in a frame as each of the operation conditions.

**2**

Preferably, the display unit displays under which one of the operation conditions the signal indicator operates.

Preferably, the display unit displays presence/absence of instruction from a host computer in addition to the operation condition. In the case where maintenance is required, a remote instruction is given to a predetermined substrate processing apparatus for calling a worker. By controlling the operations of the signal tower and the buzzer, it is possible to easily grasp the predetermined substrate processing apparatus even when a plurality of substrate processing apparatuses are aligned in a factory.

Preferably, the display unit displays the operation state by selecting a priority order.

Preferably, it is possible to select either one of the operation condition or the instruction from the host computer to be prioritized.

### EFFECT OF THE INVENTION

According to this invention, even in the case where the signal indicator operates under the plural conditions, it is possible to display under which one/ones of the operation conditions the signal indicator operates, thereby informing a running state of the substrate processing apparatus without fail.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** A perspective view showing a substrate processing apparatus according to one embodiment of this invention.

FIG. **2** A sectional side view showing the substrate processing apparatus according to the embodiment of this invention.

FIG. **3** A diagram showing one example of a structure of a substrate processing system using the substrate processing apparatus according to the embodiment of this invention.

FIG. **4** A diagram showing one example of a hardware structure centered on a control device of the substrate processing apparatus according to the embodiment of this invention.

FIG. **5** A diagram showing one example of a function structure of a signal control program that is executed by a signal control device of the substrate processing apparatus according to the embodiment of this invention.

FIG. **6** A flowchart showing a series of processings for displaying an operation condition and an operation state in the signal indicator of the substrate processing apparatus according to the embodiment of this invention.

FIG. **7** A diagram showing a table indicating one example of running state of the substrate processing apparatus which is an operation condition of the signal indicator of the substrate processing apparatus according to the embodiment of this invention.

FIG. **8** A diagram showing one example of a first input screen displayed on a display unit of the substrate processing apparatus according to the embodiment of this invention.

FIG. **9** A diagram showing one example of a first monitor screen displayed on the display unit of the substrate processing apparatus according to the embodiment of this invention.

FIG. **10** A diagram showing one example of a second input screen displayed on the display unit of the substrate processing apparatus according to the embodiment of this invention.

FIG. **11** A diagram showing one example of a second monitor screen displayed on the display unit of the substrate processing apparatus according to the embodiment of this invention.

US 7,808,396 B2

3

FIG. **12** A diagram showing a structure of a sound control program operating on the signal control device.

FIG. **13** A diagram showing one example of relationship stored in a memory relating unit of the sound control program.

FIG. **14** A flowchart showing an overall operation (S**10**) of the substrate processing apparatus according to the embodiment of this invention.

DESCRIPTION OF REFERENCE NUMERALS
AND SIGNS

**5**: signal control program
**40**: sound control program
**100**: substrate processing apparatus
**103**: front maintenance opening
**104**: front maintenance door
**105**: rotational pod shelf
**110**: pod
**111**: housing
**111**$a$: front wall
**112**: pod carrying in/out opening
**113**: front shutter
**114**: load port
**115**: boat elevator
**116**: columnar support
**117**: rack
**118**: pod conveying device
**118**$a$: pod elevator
**118**$b$: pod conveying mechanism
**119**: sub-housing
**119**$a$: sub-housing front wall
**120**: wafer carrying in/out opening
**121**: pod opener
**122**: placing table
**123**: cap attaching/detaching mechanism
**124**: transfer chamber
**125**: wafer transfer mechanism
**125**$a$: wafer transfer device
**125**$b$: wafer transfer device elevator
**125**$c$: tweezers
**126**: stand-by unit
**128**: arm
**133**: clean air
**134**: clean unit
**135**: notch matching device
**147**: furnace shutter
**200**: wafer
**202**: processing furnace
**217**: boat
**219**: sealing cap
**300**: substrate processing system
**302**: host computer
**304**: communication line
**306**: signal indicator
**308**: signal tower
**310**: buzzer
**312**: UI device
**314**: display unit
**316**: first monitor screen
**318**: first input screen
**320**: signal control device
**322**: CPU
**324**: memory
**326**: operation condition
**330**: access management unit
**332**: control unit

4

**334**: signal I/O unit
**340**: color distinction input section
**342**: priority setting input section
**344**: lighting condition input section
**346**: first device state input section
**348**: first approval condition input section
**350**: blinking condition input section
**352**: second device state input section
**354**: second approval condition input section
**358**: lighting state display section
**360**: blinking state display section
**362**: host icon
**364**: second input screen
**366**: tone distinction input section
**368**: sound condition input section
**370**: third device state input section
**372**: third approval condition input section
**374**: second monitor screen
**376**: sound state display section
**378**: sound absence/presence display unit
**380**: second host icon
**400**: substrate processing control unit
**402**: state receiving unit
**404**: sound control unit
**406**: setting unit
**408**: relationship storage unit
**S10**: overall operation

BEST MODE FOR CARRYING OUT THE
INVENTION

In the best mode for carrying out this invention, a substrate processing apparatus is structured as a semiconductor production apparatus performing a processing device in a production method of semiconductor devices (IC) by way of example. In the following description, a case of using a vertical apparatus (hereinafter simply referred to as processing apparatus) performing oxidization, diffusion processing, CVD processing, and the like on substrates as the substrate processing apparatus will be described. FIG. **1** is a perspective view showing the substrate processing apparatus applied to this invention. FIG. **2** is a sectional side view of the substrate processing apparatus of FIG. **1**.

As shown in FIGS. **1** and **2**, the substrate processing apparatus **100** of this invention using a hoop (substrate container; hereinafter referred to as pod) **110** as a wafer carrier housing a wafer **200** made from silicon and the like is provided with a housing **111**. A front maintenance opening **103** is formed as an aperture on a front part of a front wall **111**$a$ of the housing **111** for enabling maintenance, and front maintenance doors **104**, **104** are attached for open/close the front maintenance opening **103**.

A pod carrying in/out opening (substrate container carrying in/out opening) **112** is formed on the front wall **111**$a$ of the housing **111** in such a fashion as to provide communication between inside and outside of the housing **111**, and the pod carrying in/out opening **112** is opened/closed by a front shutter (substrate container carrying in/out opening open/close mechanism) **113**.

A load port (substrate container delivery table) **114** is formed on a front side of the pod carrying in/out opening **112**, and the load port **114** has such a structure that the pod **110** is placed thereon for positioning. The pod **110** is carried in on the load port **114** and carried out from the load port **114** by an in-process conveyer (not shown).

In an upper part at a central part in a cross direction of the housing **111**, a rotational pod shelf (substrate container plac-

US 7,808,396 B2

5

ing shelf) 105 is disposed, and the rotational pod shelf 105 has a structure for storing a plurality of pods 110. That is, the rotational pod shelf 105 is disposed upright and provided with a columnar support 116 intermittently rotated in a horizontal plane and a plurality of racks (substrate container placing table) 117 supported radially to the columnar support 116 at respective positions of upper, middle and lower stage, and the plurality of racks 117 have a structure of retaining the pods 110 in a state where the pods 110 are respectively placed on the racks 117.

A pod conveying device (substrate container conveying device) 118 is disposed between the load port 114 and the rotational pod shelf 105 in the housing 111 and formed of a pod elevator (substrate container elevating mechanism) 118a capable of elevation while retaining the pod 110 and a pod conveying mechanism (substrate container conveying mechanism) 118b as a conveying mechanism for conveying the pod 110 among the load port 114, the rotational pod shelf 105, a pod opener (substrate container cover open/close mechanism) 121 by a continuous operation of the pod elevator 118a and the conveying mechanism 118b.

A sub-housing 119 extends to a rear end in the housing 111 in a lower part at a substantially central part in the cross direction of the housing 111. A pair of wafer carrying in/out openings (substrate carrying in/out openings) 120 for carrying in/out a wafer 200 to/from the sub-housing 119 is formed on a front wall 119a of the sub-housing 119, the wafer carrying in/out openings 120 being aligned along a vertical direction as two stages, and each of the upper and lower wafer carrying in/out openings 120 being provided with the pod opener 121. Each of the pair of pod openers 121, 121 is provided with placing tables 122, 122 and cap attaching/detaching mechanisms (cover attaching/detaching mechanisms) 123, 123 for attaching and detaching a cap (cover) of the pod 110. The pod opener attaches and detaches the cap of the pod 110 placed on the placing table 122 by the cap detaching/attaching mechanism 123 to open and close a wafer taking in/out opening of the pod 110.

The sub-housing 119 forms a transfer chamber 124 which is fluidically isolated from a space in which the pod conveying device 118 and the rotational pod shelf 105 are installed. A wafer transfer mechanism (substrate transfer mechanism) 125 is disposed at a front region of the transfer chamber 124 and is formed of a wafer transfer device (substrate transfer device) 125a capable of rotating and directly operating the wafer 200 in a horizontal direction and a wafer transfer device elevator (substrate transfer device elevation mechanism) 125b for elevating the wafer transfer device 125a. As schematically shown in FIG. 1, the wafer transfer device elevator 125b is disposed between a right end of the pressure-resistant housing 111 and a right end of the front region of the transfer chamber 124 of the sub-housing 119. By a continuous operation of the wafer transfer device elevator 125b and the wafer transfer device 125a, the wafer 200 is loaded (charging) and unloaded (discharging) on and from a boat (substrate holder) 217 by using tweezers (substrate holding member) 125c of the wafer transfer device 125a as a placing unit of the wafer 200.

A stand-by unit 126 for housing the boat 217 for stand-by is formed in a rear region of the transfer chamber 124. A processing furnace 202 is provided above the stand-by unit 126. A lower end of the processing furnace 202 is opened and closed by a furnace shutter (furnace open/close mechanism) 147.

As schematically shown in FIG. 1, a boat elevator (substrate retaining elevation mechanism) 115 for elevating the boat 217 is disposed between a right end part of the pressure

6

resistant housing 111 and a right end part of the stand-by unit of the sub-housing 119. A sealing cap 219 serving as a cover is horizontally fixed to an arm 128 serving as a connection member connected to a platform of the boat elevator and has a structure of vertically supporting the boat 217 and capable of closing the lower end of the processing furnace 202.

The boat 217 is provided with a plurality of holding members and has a structure of horizontally retaining a plurality of (for example, about 50 to 125) wafers 200 in a state where the wafers 200 are aligned vertically with centers thereof being kept in line with one another.

As schematically shown in FIG. 1, a clean unit 134 formed of a supply fan for supplying a clean air 133 which is a cleaned atmosphere or an inert gas and a dust-proof filter is provided at a left end of the transfer chamber 124, which is opposite to the side at which the wafer transfer device elevator 125b and the boat elevator 115 are provided, and a notch matching device 135 serving as a substrate alignment device for aligning positions of the wafers in a circumferential direction is disposed, though not shown, between the wafer transfer device 125a and the clean unit 134.

The clean air 133 blown out from the clean unit 134 is flown to the notch matching device 135, the wafer transfer device 125a, and the boat 217 in the stand-by unit 126 and then drawn by a duct not shown to be discharged outside the housing 111 or circulated to a first side (supply side) which is an drawing side of the clean unit 134 so as to be blown out into the transfer chamber 124 again by the clean unit 134.

Hereinafter, an operation of the substrate processing apparatus 100 of this invention will be described.

As shown in FIGS. 1 and 2, when the pod 110 is supplied to the load pot 114, the pod carrying in/out opening 112 is opened by the front shutter 113, and the pod 110 on the load port 114 is carried to the inside of the housing 111 though the pod carrying in/out opening 112 by the pod conveying device 118.

The pod 110 thus carried in is automatically conveyed and delivered to the designated rack 117 of the rotational pod shelf 105 by the pod conveying device 118 to be temporarily stored and then conveyed and delivered to one of the pod openers 121 from the rack 117 to be temporarily stored, followed by being conveyed from the rack 117 to the pod opener 121 to be transferred to the placing table 122 or being conveyed directly to the pod opener 121 to be transferred to the placing table 122. In this case, the wafer carrying in/out opening 120 of the pod opener 121 is closed by the cap attaching/detaching mechanism 123, so that the clean air 133 is flown to the transfer chamber 124 to fill up the transfer chamber 124. For example, by filling the transfer chamber 124 with a nitrogen gas as the clean air 133, an oxygen concentration is set to 20 ppm or less which is very much lower than that inside (under the atmosphere of) the housing 111.

When an opening side end face of the pod 110 placed on the placing table 122 is pressed against an aperture rim of the wafer carrying in/out opening 120 at the front wall 119a of the sub-housing 119, the cap is detached by the cap attaching/detaching mechanism 123 to open the wafer taking in/out opening.

When the pod 110 is opened by the pod opener 121, the wafers 200 are picked up from the pod 110 by the tweezers 125c of the wafer transfer device 125a through the wafer taking in/out opening and aligned by the notch matching device 135 not shown and then carried to the stand-by unit 126 at the rear part of the transfer chamber 124 to be loaded (charging) on the boat 217. The wafer transfer device 125a

US 7,808,396 B2

7

that has delivered the wafers 200 to the boat 217 returns to the pod 110 to load next wafers 110 to the boat 217.

During the loading work in one of the pod openers 121 (upper or lower pod opener) of the wafers to the boat 217 by the wafer transfer mechanism 125, another pod 110 is conveyed and transferred from the rotational pod shelf 105 to the other pod opener 121 (upper or lower pod opener) by the pod conveying device 118, so that an opening work of the pod 110 by the pod opener 121 is performed simultaneously with the loading work.

When a predetermined number of wafers 200 is loaded on the boat 217, the lower end of the processing furnace 202 that has been closed by the furnace shutter 147 is opened by the furnace shutter 147. Subsequently, the boat 217 retaining the wafers 200 is carried (loaded) into the processing furnace 202 as a sealing cap 219 being elevated by the boat elevator 115.

After the loading, an arbitrary processing is performed on the wafers 200 in the processing furnace 202.

After the processing, the wafers 200 and the pod 110 are withdrawn outside the housing by a procedure reverse to the above-described procedure except for the wafer alignment step by the notch matching device 135 not shown.

Hereinafter, one example of substrate processing system 300 using the above-described substrate processing apparatus 100 will be described based on FIG. 3.

As shown in FIG. 3, the substrate processing system 300 has a host computer 302 and a plurality of the above-described substrate processing apparatuses 100. The substrate processing apparatuses 100 and the host computer 302 are connected to each other via a communication line 304 such as LAN, so that instructions (output signal) from the host computer 302 are sent (outputted) to the substrate processing apparatuses.

Each of the substrate processing apparatuses 100 has a signal indicator 306. More specifically, as the signal indicator 306, a signal light (signal tower 308) and a sound outputting device (buzzer 310) are provided, and the signal tower 308 and the buzzer 310 operate to indicate an operation state of the substrate processing apparatus 100 to the outside.

The signal tower 308 has light sources that are LEDs or bulbs are layered as a plurality of stages (for example, four stages), and the light sources emit lights different in color from one another (for example, red, green, yellow, and blue). The light sources (colors) are operated independently (light-on, blinking, or light-off) or operated as the light sources (colors) being combined (merged) (for example, all colors are blinking).

The buzzer 310 is capable of making (operating) sounds such as a continuous sound, an intermittent sound, voice, and a melody at a predetermined sound pressure level.

The signal tower 308 and the buzzer 310 are capable of outputting the operation state (for example, light-on, blinking, making sound, and the like) to a predetermined device that is connected thereto as an output value.

A user interface device (UI device) 312 is provided integrally with the substrate processing apparatus 100 or via a network. The UI device 312 has a panel (display unit 314) of liquid crystal display, for example, and a display screen (for example, a first monitor screen 316 and a second monitor screen 374 described later in this specification) and an operation screen (for example, a first input screen 318 and a second input screen 364 described later in this specification) are displayed on the display unit 314. The display screen displays an operation state (light-on, blinking, making sound, etc.) that indicates an operation condition under which the signal indicator 306 operates and that the signal indicator 306 satisfies the operation condition, and it is possible to input (set) in the

8

operation screen at least one operation condition under which the signal indicator 306 operates.

A signal control device 320 is provided in the substrate processing apparatus 100, and the above-described host computer 302, the signal indicator 306, and the UI device 312 are connected to the signal control device 320 via an electric line or a communication line, so that the signal control device 320 controls the signal indicator 306, the UI device 312, and the like.

Shown in FIG. 4 is a hardware structure centered on the signal control device 320.

As shown in FIG. 4, the signal control device 320 includes a CPU 322, a memory 324, and the like, and a signal control program 5 that will be described later in this specification is memorized (stored) in the signal control device 320. The signal control device 320 controls the operation of the signal indicator 306 via the host computer 302 and the UI device 312 and displays the operation state and the like of the signal indicator 306 on the UI device and the like in response to a request from a user (operator). Also, the signal control device 320 acquires information relating to the running state of the substrate processing apparatus 100 from the apparatus. The running state and the operation of the signal indicator 306 will be described later in this specification. Though the display screen and the operation screen are displayed on one screen in FIG. 4, it is needless to mention that a mode of switching between the screens to be displayed is encompassed by the scope of this invention.

Shown in FIG. 5 is a function structure of the signal control program 5 executed by the signal control device 320. As shown in FIG. 5, the signal control program 5 has an access management unit 330, a control unit 332, and a signal I/O unit 334.

The access management unit 330 receives instructions of the operation condition of the signal indicator 306 from the user (operator) via the host computer 302 and the UI device 312. The access management unit 330 decodes the operation condition of the signal indicator 306 given from the user (operator) to check whether or not there is an error in the given operation condition and, in the case where a result of the checking is NG, displays the check result on the display unit 314 of the UI device 312. In the case where the check result is OK, the access management unit 330 sends the operation condition to the control unit 332.

The access management unit 330 manages user authentication (access control), data coding, and connection conditions (continuous connection/irregular connection) and has a function of translation by performing a predetermined processing for executing a word (text or source code) that is inputted as a command from an external devices (host computer 302, UI device 312, etc.).

The access management unit 330 receives a translation result (in a state where the condition is approved) of the operation condition of the signal indicator 306 from the control unit 332 as described later in this specification and also receives a monitoring result (operation state) of the signal indicator 306 by the signal I/O unit 334. Further, the access management unit 330 displays the operation condition of the signal indicator 306 and the operation state of the signal indicator 306 on the display screen of the UI device 312 and updates the display screen at a predetermined interval.

The control unit 332 receives the operation condition of the signal indicator 306 sent from the access management unit 330 and translates the operation condition by performing a predetermined processing condition to decide an output value to the signal indicator 306. The control unit 332 sends the decided output value to the signal I/O unit 334 simultaneously

US 7,808,396 B2

9                                           10

sends (informs) the translation result of the operation condition (in the state where the condition is approved) to the access management unit 330.

The signal I/O unit 334 outputs the output value sent from the control unit 332 to the signal indicator 306. The signal I/O unit 334 receives an output value of the operation state (state of lighting, blinking, making sound, or the like) sent from the signal indicator 306 and continuously monitors the output value to send a result of the monitoring (operation state of signal indicator 306) to the access management unit 330.

Hereinafter, a series of processings for displaying an operation condition and an operation state of the signal indicator 306 will be described based on FIG. 6. Shown in FIG. 6 is a flowchart in the series of processings for displaying an operation condition and an operation state of the signal indicator 306.

As shown in FIG. 6, in Processing 1, the access management unit 330 receives an operation condition of the signal indicator 306 inputted by a user (operator) to the input screen of the UI device 312 and check (judges) whether or not there is an error in the given operation condition (whether or not there is a lack of bracket, or whether or not there is input omission as described later in this specification). In the case where a result of the checking is OK (no error), the operation condition is sent to the control unit 332 to proceed to Processing 2. In the case where the checking result is NG (there is an error), the process proceeds to Processing 1-1 to display a factor for the NG checking result (cause) and the checking result on the display screen of the UI device 312.

In Processing 2, the control unit 332 receives the operation condition of the signal indicator 306 sent from the access management unit 330 and translates the operation condition by performing a predetermined processing on the operation condition to decide an output value to the signal indicator 306.

In Processing 3-1, the control unit 332 sends the decided output value to the signal I/O unit 334. The signal I/O unit 334 outputs the output value sent from the control unit 332 to the signal indicator 306. Further, since the signal I/O unit 334 receives an operation state (state of lighting, blinking, making sound, or the like) sent from the signal indicator 306 and continuously monitors the output value to send the monitoring result (operation state of signal indicator 306) to the access management unit 330.

In Processing 3-2, the control unit 332 sends (informs) the operation condition of the signal indicator 306 to the access management unit 330 simultaneously with Processing 3-1.

In Processing 4, the access management unit 330 receives the operation condition of the signal indicator 306 from the control unit 332 and the operation state of the signal indicator 306 from the signal I/O unit 334. The access management unit 330 displays the operation condition and the operation state of the signal indicator 306 on the display screen of the UI device 312 and updates the display screen at a predetermined interval.

Hereinafter, a method for displaying the operation condition and the operation state of the signal indicator 306 will be described based on FIGS. 7 to 11.

Shown in FIG. 7 is one example (part) of running state of the substrate processing apparatus 100, which is the operation condition of the signal indicator 306 (signal tower 308 and buzzer 310). As shown in FIG. 7, it is possible to set a plurality of factors (requirements) as the conditions for operating the signal indicator 306. That is, the user (operator) may set one factor (requirement) (such as "apparatus: waiting for start" shown in FIG. 7) as the operation condition of the signal indicator 306 or may set (for example "apparatus: RESET" or

apparatus: "waiting for start") by using a logical formula (or logical theoretical formula such as AND and OR).

[Signal Tower]

[Input Screen]

Shown in FIG. 8 is a first input screen 318 which is an operation screen displayed on the display unit 314 of the UI device 312. The user operates on the first input screen 318 to set an operation condition of the signal tower 308.

As shown in FIG. 8, it is possible to set a lighting condition of the signal tower 308 and a blinking condition of the signal tower 308 in the first input screen.

At a central part of the first input screen 318, a plurality of (for example, four) color distinction input sections 340 are displayed. The color distinction input sections 340 are used for setting light emission colors of the signal towers 308 by selection among four colors, for example (e.g. red, green, yellow, and blue, etc.). Also, priority setting input sections 342 (for example, four priority setting input sections 342) respectively corresponding to the color distinction input sections 340 are displayed below the color distinction input sections 340. A priority operation (lighting operation and blinking operation) of the light emission color set by each of the color distinction input sections 340 is set by each of the priority setting input sections 342. That is, it is possible to select and display the priority order of the operation conditions (lighting operation, blinking operation, etc.) of the signal towers 308.

Also, lighting condition input sections 344 (for example, four lighting condition input sections) corresponding to the color distinction sections 340 are displayed on the first input screen 318. Each of the lighting condition input sections 344 has a plurality of first device state input sections 346 and a plurality of first approval condition input sections 348.

To each of the plurality of (for example, two) first device state input sections 346, an running state (for example, "carrier being carried in", "carrier being carried out", and the like) of the substrate processing apparatus 100 when lighting the light emission color (color selected in the color distinction input section 340) of the signal tower 308 is inputted. The device state inputted to the first device state input section 346 is used as a component in a logical formula described later in this specification).

In each of the plurality of (for example, six) first approval condition input sections 348, a conjunction (for example, or, and, yes, no, and the like) in the logical formula and brackets is inputted.

That is, in the lighting condition input section 344, it is possible to set the logical formula (component and conjunction) and brackets in each of frames (e.g. first device state input section 340, first approval condition input section 348, and the like) as a lighting condition (operation condition) of the signal tower 304. Therefore, the lighting condition is easy to view, thereby preventing a setting error even when there is a lighting condition having two or more sets of brackets.

Also, it is possible to set a plurality of conditions (requirements) as a logical formula satisfying the lighting condition (operation condition) of the signal tower 308. For example, as shown in FIG. 8, it is possible to set the condition of lighting the yellow of the signal tower 308 as a logical formula of "carrier being carried in, or carrier being carried out", for example.

Also, blinking condition input sections 350 (for example, four blinking condition input sections 350) corresponding to the color distinction sections 340 are displayed on the input screen 318. Each of the blinking condition input sections 350 has a plurality of second device state input sections 352 having a function same as that of the lighting condition input

US 7,808,396 B2

11

sections **344** and a plurality of second approval condition input sections **354**. Though only two operation conditions are inputted to the lighting condition input section **344** and the blinking condition input section **350** in FIG. **8**, the number of operation states is not limited thereto, and it is possible to input more operation states.

Also, a priority instruction setting input section not shown is displayed on the first input screen **318**. By setting the priority instruction setting input section, it is possible to select which one of the operation condition set by the lighting condition input section **344** and the like and the instruction from the host computer **302** is to be prioritized.

The logical formula is not limited to those described above, and it is possible to set a more complicated logical formula. For example, in the case where: the first component is A; the second component is B; and the third component is C, it is possible to set a complicated logical formula such as (A) or ((B and C)). Also, since it is possible to set the logical formula and the brackets in one frame even when the condition satisfied by the logical formula is complicated, it is possible not only to prevent setting error but also to offer a display that is easy for users to understand.

The settings of the operation conditions of the signal tower **308** are not limited to those described above, and it is possible to input settings for repeating the lighting operation and the blinking operation of one color at a constant interval.

[Monitor Screen]

Shown in FIG. **9** is the first monitor screen **316** as a display screen displayed on the display unit **314** of the UI device **312**. The user watches (confirms) the first monitor screen **316** to understand the operation conditions and the operation states of the signal towers **308**.

As shown in FIG. **9**, the first monitor screen displays the operation conditions (lighting conditions and blinking conditions) of the signal towers **308** set on the first input screen **318** and current operation states of the signal towers **308**.

At a central part of the first monitor screen **316**, the colors (for example, four colors of red, green, yellow, and blue, etc.) set by the color distinction sections **340** of the above-described first input screen **318** are displayed.

Also, lighting state display sections **358** corresponding to the colors set by the color distinction input sections **340** are displayed on the first monitor screen **316**. In the lighting state display sections **358**, the lighting conditions set by the lighting condition input sections **344** are respectively displayed, and, in the case where the lighting condition is satisfied, the satisfaction of the lighting condition is indicated. More specifically, a background color of a part of the lighting condition display section **358** is displayed with a color different from that of the rest of the background part. Therefore, in the case where the signal tower **308** satisfies plural lighting conditions (in the case where plural lighting conditions are set), it is displayed which ones of the lighting conditions are satisfied for the lighting.

Also, blinking states display sections **360** corresponding to the colors set by the color distinction input sections **340** are respectively displayed on the first monitor screen **316**. In the blinking state display sections **360**, the blinking conditions set by the blinking condition input sections **350** are displayed, and, in the case where the blinking condition is satisfied, the satisfaction of the blinking condition is indicated. More specifically, a background color of a part of the blinking condition display section **360** is displayed with a color different from that of the rest of the background part. Therefore, in the case where the signal tower **308** satisfies plural blinking con-

12

ditions (in the case where plural blinking conditions are set), it is displayed which ones of the blinking conditions are satisfied for the blinking.

Also, each of the lighting condition display sections **358** and the blinking state display sections **360** has a host computer instruction display section (first host icon **362**). The first host icon **362** is displayed when there is an instruction (settings for lighting condition and blinking condition of signal tower **308**, etc.) from the host computer **302**.

For example, as shown in FIG. **9**, in the case where the yellow lighting condition of the signal tower **308**, i.e. a lighting condition of "carrier being carried in or carrier being carried out", for example, is displayed and that a background color of the display section of the lighting condition of the "carrier being carried out" is different from that of the rest of background part, the user (operator) understands that yellow of the signal tower **308** is lit due to the condition (factor) of "carrier being carried out".

Also, the user (operator) confirms whether or not there is an instruction from the host computer **302** by the presence/absence of the display of the host icon **362**.

In the case where a light source (color) is added to the signal tower **308** and there is an instruction from the host computer **302**, the added light source (color) may be operated (lit, blinked, etc.). With such configuration, it is possible to clearly separate the lighting condition (factor) inputted by the user (operator) and the operation (lighting, blinking) under the instruction from the host computer **302**. Therefore, only by watching the lighting state of the signal tower **308**, the user (operator) understands that the lighting state is the instruction from the host computer **302** and is not relevant to the running state of the substrate processing apparatus **100**. Also, in the case where there is an instruction from the host computer **302**, plural light sources (colors) may be operated (lit, blinked, etc.) at once without limitation to the operation of one light source.

[Buzzer]

Hereinafter, a method for displaying an operation condition and an operation state of the buzzer **310** will be described based on FIGS. **10** and **11**. Description that overlaps with the above-described signal tower operation condition and the operation state display method will be omitted.

[Input Screen]

Shown in FIG. **10** is a second input screen **364** as an operation screen displayed on the display unit **314** of the UI device **312**. The user operates the second input screen **364** to set the operation conditions of the buzzers **310**.

A plurality of (for example, three) tone distinction input sections **366** are displayed on the second input screen **364**. In each of the tone distinction input sections **366**, a selection is made from three types of tones (continuous sound, intermittent sound **1**, and intermittent sound **2**, etc.), for example, to set the tone of the buzzer **310**. Also, in the vicinity of the tone distinction input sections **366**, sound condition input sections (for example, three sound condition input sections) **368** corresponding to the tone distinction input sections **366** are displayed. Each of the sound condition input sections **368** has a plurality of third device state input sections **370** and a plurality of third approval condition input sections **372**.

[Monitor Screen]

Shown in FIG. **11** is the second monitor screen **374** as a display screen displayed on the display unit **314** of the UI device **312**. The user watches (confirms) the second monitor screen **374** to understand the sound conditions (operation conditions) and the sound states (operation state) of the buzzers **310**.

US 7,808,396 B2

13

As shown in FIG. **11**, sound state display sections **346** indicating the operation condition (sound condition) of the buzzers **310** set in the second input screen **364** and current operation states of the buzzers **310** are displayed on the second monitor screens **374**.

The sound (operation) conditions set by the sound condition input sections **368** are respectively displayed in the sound state display sections **376**, and, in the case where the sound condition is satisfied, the satisfaction of the sound condition is indicated. More specifically, a background color of a part of the sound condition display section **376** is displayed with a color different from that of the rest of the background part. Therefore, in the case where the buzzer **310** satisfies plural sound conditions (in the case where plural sound conditions are set), it is displayed which one/ones of the sound conditions is/are satisfied for the sound (operation). Further, in each of the sound condition display sections **376**, a sound presence/absence display section **378** indicating a current sound state (presence/absence of sound) of the buzzer **310** is displayed. Though the sound conditions of "1" and "2" are satisfied in FIG. **11**, either one of the tones may be prioritized. For example, only the tone corresponding to "alarm being generated" which is the sound condition of "1" may be sounded.

Also, each of the sound state display sections **360** has a host computer instruction display section (second host icon **380**). The second host icon **380** is displayed when there is an instruction (setting for sound condition of buzzer **310**, etc.) from the host computer **302**.

As described in the foregoing, by displaying the operation conditions of the signal indicator **306** and the operation states of the signal indicator **306** on the display screen of the UI device **312**, it is possible to display under which one/ones of the operation conditions the operation is executed even when plural operation conditions are set in the signal indicator **306**, thereby making it possible for the user (operator) to correctly understand the current state of the substrate processing apparatus **100**. Also, in the case where the operation condition of the signal indicator **306** is different from that expected by the user, it is possible to judge whether the control abnormality is due to software (operation condition is incorrect) or hardware (malfunction of the equipment, erroneous wiring) by confirming (watching) the monitor screen (first monitor screen **316** and second monitor screen **374**) (by confirming the current operation condition of the signal indicator **306** and the operation state of the signal indicator **306**).

Hereinafter, an operation validation of the signal indicator **306** will be described.

As one example of the operation validation in the signal indicator **306**, an operation validation is performed on the signal tower **308**. More specifically, signal lighting (blinking) conditions are set by the first input screen **318** displayed on the display unit **314**, and the operation conditions (lighting or blinking) of the signal tower **308** displayed on the first monitor screen **316** of the display unit **314** and the operation conditions (lighting or blinking) of the signal tower actually provided in the upper part of the substrate processing apparatus **100** are compared to each other for confirmation.

In this case, when a desired operation is not performed actually in the signal tower **308** though the signal tower **308** displayed on the first monitor screen **316** of the display unit **314** performs the desired operation, there may be a malfunction in the hardware such as erroneous wiring and disconnection.

In turn, when the desired operation is not performed in either one of the signal towers **308** (response is not received from the actually provided signal tower **308** and the first

14

monitor screen **316**), there may be not only malfunction in the hardware such as erroneous wiring and disconnection but also setting condition input error and software malfunction.

When results of checking all of the lighting (blinking) conditions relating to the signal tower **308** are OK, the operation validation of the signal tower **308** is terminated.

As described above, by performing the operation validation on both of the signal tower **308** displayed on the operation screen and the signal tower **308** actually provided in the substrate processing apparatus, it is possible to judge whether the control abnormality is due to the software or due to the hardware, thereby making it easy to perform the operation validation when an error occurs.

Also, in the case where the condition is satisfied that the plural buzzers **310** in the plural substrate processing apparatuses **100** are simultaneously sounded, since the operation conditions of the buzzers **310** and the operation states of the buzzers **310** are displayed on the second monitor screen **374**, it is possible for the user (operator) to make judgment not only auditory (by the ears) but also visually, thereby making it possible to prevent erroneous judgment.

Further, by providing a plurality of buzzers different in tone in addition to the error reporting buzzer (alarm buzzer) as in the setting screen of FIG. **10** of this invention, it is possible to more effectively inform the people around the apparatus about the apparatus state. For example, when developing and studying the film formation technology or performing maintenance work, the workers around the apparatus is informed of the apparatus running state only by hearing the tone.

FIG. **12** is a diagram showing a structure of the sound control program **40** operating on the signal control device **320**.

As shown in FIG. **12**, the sound control program **40** has a substrate processing control unit **400**, a state receiving unit **402**, a sound control unit **404**, a setting unit **406**, and a relationship storage unit **408**. The sound control program **40** is stored in the signal control device **320** and loaded on the memory **324** to be executed by the CPU **332** on an OS not shown.

In the sound control program **40**, the substrate processing control unit **400** controls the program and other components to issue processing instructions relating to the substrate processing to the substrate processing apparatus **100** and a material conveying apparatus. For example, the substrate processing control unit **400** issues a wafer transfer instruction and a wafer collection instruction after film formation processing to the material conveying apparatus. Also, the substrate processing control unit **400** issues a wafer processing instruction to the substrate processing apparatus **100**. Further, the substrate processing control unit **400** performs data transmission and reception with the host computer **302** relating to the state of the substrate processing apparatus **100**.

The relationship storage unit **408** stores a relationship of a state of at least one of the substrate processing apparatus **100** and the material conveying apparatus and the mode of sound made by the buzzer **310**. More specifically, the relationship storage unit **408** stores a relationship of a state of the substrate processing apparatus **100** and a buzzer type and a sound time of the buzzer **310** that sounds when the state occurs. One embodiment of the relationship will be described later in this specification. The relationship storage unit **408** is realized by at least one of the memory **324** or a storage device not shown.

The state receiving unit **402** receives reports of states of the substrate processing apparatus **100**, the material conveying apparatus, and the host computer **302** outputted from the apparatuses to output the reports to the sound control unit **404**.

US 7,808,396 B2

15                                                16

The sound control unit 404 controls the sound of the buzzer 310 based on the states received by the state receiving unit 402 and the relationship stored in the relationship storage unit 402. More specifically, upon reception of the apparatus states from the state receiving unit 402, the sound control unit 404 refers to the relationship storage unit 408 to confirm the mode of sound of the buzzer 310 in the states. The relationship storage unit 408 controls the buzzer type and the sound time of the buzzer 310 based on the mode to cause the buzzer 310 to sound.

The setting unit 406 sets the relationship stored in the relationship storage unit 408. More specifically, the setting unit 406 registers, updates, and deletes data of the relationship stored in the relationship storage unit 408 based on contents sent via the UI device 312 from the workers.

FIG. 13 is a diagram showing one example of relationship stored in the relationship storage unit 408 of the sound control program 40.

A shown in FIG. 13, each of the relationship data includes an apparatus state, a buzzer type, and a sound time (seconds). The apparatus state indicates a state of the substrate processing apparatus 100 and the like and includes reset, waiting for start, run, end, idle, hold, ready, and the like. The buzzer type is the type of the buzzer sounded by the buzzer 310 when the corresponding apparatus state occurs, which is any one of continuous sounds 1 to 4, intermittent sounds 1 to 4, and no sound. The sound time indicates a length of time during which the buzzer 310 sounds.

For example, in the case where the signal control device 320 receives a report informing that the apparatus state is "not ready"; the signal control device 320 does not cause the buzzer 310 to sound since the state is not included in the relationship indicated on FIG. 13. For example, in the case where the signal control device 320 receives a report informing that the apparatus state is "reset", the signal control device 320 controls the buzzer 310 to sound a buzzer of the continuous sound 2 for one minute.

Also, when the signal control device 320 receives a report informing that the apparatus state is "waiting for start", for example, the signal control device 320 causes the buzzer of the continuous sound 1 to be sounded continuously, and the buzzer is manually stopped by the worker. For example, in the case where the signal control device 320 receives a report informing that the apparatus state is "end", though the state is included in the relationship indicated in FIG. 13, the signal control device 320 does not cause the buzzer 10 to sound since the buzzer type is "no sound".

In the case where the sound time is set to "not stopping automatically", the sound may be stopped when the apparatus state is changed to another state by the worker. The relationships stored in the relationship storage device 408 are not limited to the present examples and may contain other data. For example, the operation states of the signal towers may be added.

Hereinafter, the states of the apparatus received by the state receiving unit 402 of the sound control program 40 will be described in detail.

The apparatus states include an apparatus mode indicating a mode of state under which the substrate processing apparatus 100 and the like operate, a carrier conveyance indicating a mode of conveyance of the carrier in the substrate processing steps, and host communication indicating a state of data transmission and reception with the host computer 302. Hereinafter, each of states of the apparatus mode, the carrier conveyance, and the host communication will be described.

The apparatus mode state include reset, waiting for start, run, end, idle, hold, ready, PM waiting for start, step buzzer and alarm being generated.

"Reset" means that the apparatus has stopped in a safe state. In the case where apparatus maintenance is performed by human intervention, it is necessary that the apparatus is stopped in the safe state. "Waiting for start" means that in a case of ultimately confirming setting contents or the like before executing a job, or in a case of requiring human intervention when deciding an execution timing, preparation for job execution has been made and start instruction is awaited.

"Run" means that the job has been executed. "End" means that a recipe in a processing apparatus has been terminated. Furnace maintenance is performed after executing the recipe in the processing apparatus in some cases. "Idle" means that the processing furnace is in the stand-by state. When the processing furnace is in the stand-by state, it is possible to perform processing that is to be performed by the furnace alone. "Hold" means a temporary halt state. Job execution or recipe execution is temporarily stopped, and the factor for the temporary stop should be eliminated by human intervention. "Ready" means that the apparatus is in the stand-by state. Since it is possible to execute a next job when the substrate processing apparatus 100 and the material conveying apparatus are at the stand-by state, human intervention is required for job generation, carrier preparation, and the like.

"PM waiting for start" means a state of waiting for a start of a recipe the substrate processing apparatus 100 alone. In the case where the recipe is executed by the substrate processing apparatus 100 alone, human intervention is required for considering an apparatus state and an execution timing before execution. "Step buzzer" means that the processing designated by the recipe has been executed. It is necessary to confirm a progress of the recipe or human intervention is required in a main part of the recipe in some cases. "Alarm being generated" means that abnormality has occurred in the apparatus. In the case where abnormality occurs in the apparatus, human intervention is required.

The state of the carrier conveyance include carrier being conveyed, carrier being carried out, carrier to be carried in being delivered, carrier to be carried out being delivered, carrier to be withdrawn, finished carrier, carrier for processing, free space in buffer [production], free space in buffer [monitor], free space in buffer [monitor-2], free space in buffer [return monitor], free space in buffer [return monitor-2], load port [automatic], and load port [manual].

"Carrier being carried in" means a period until termination of conveyance of all the designated carriers. When the plural carriers are carried into an internal buffer, the carriers are set one by one by on the load port by human intervention. "Carrier being carried out" means a period until all the supported carriers are carried out. When plural carriers are carried out from an internal buffer, the carriers are taken out one by one from a load port by human intervention.

"Carrier to be carried in being delivered" means that the load port is being opened/closed. In the case where a carrier is carried into an internal buffer, the load port open/close operation is performed by human intervention. "Carrier to be carried out being delivered" means that the load port open/close operation is being performed. When a carrier is carried out from an internal buffer, the load port open/close operation is performed by human intervention. "Carrier to be withdrawn" means that a carrier is in a state of being in the load port after being carried out. It is necessary that the carrier is carried out from the apparatus and taken out from the load port by human intervention.

US 7,808,396 B2

**17**                                                      **18**

"Finished carrier" means that there is a processed carrier staying in an internal buffer. When the carrier from which the processed wafers are collected stays in the internal buffer, it is necessary to carry out the carrier by human intervention. "Carrier waiting for processing" means that an unprocessed carrier stays in an internal buffer. In the case where the unprocessed carrier stays in the apparatus, it is necessary to perform processing on wafers inside the carrier by human intervention.

"Free space in buffer [production]" means that there is a free space in an internal buffer of a carrier for production. In the case where there is a free space in the internal buffer of the carrier for production in the apparatus, preparation for the next processing is made by carrying in a carrier for production. "Free space in buffer [monitor]" means that there is a free space in an internal buffer of a carrier for monitor. In the case where there is a free space in the internal buffer of the carrier for monitor in the apparatus, preparation for the next processing is made by carrying in a carrier for monitor. "Free space in buffer [monitor-2]" means that there is a free space in an internal buffer of a carrier for monitor-2. In the case where there is a free space in the internal buffer of the carrier for monitor-2 in the apparatus, preparation for the next processing is made by carrying in a carrier for monitor-2.

"Free space in buffer [return monitor]" means that there is a free space in an internal buffer of a carrier for return monitor. In the case where there is a free space in the internal buffer of the carrier for return monitor in the apparatus, preparation for the next processing is made by carrying in a carrier for return monitor. "Free space in buffer [return monitor-2]" means that there is a free space in an internal buffer of a carrier for return monitor-2. In the case where there is a free space in the internal buffer of the carrier for return monitor-2 in the apparatus, preparation for the next processing is made by carrying in a carrier for return monitor-2.

"Load port [automatic]" means that the load port is under automatic control. In the case where the load port is set to an automatic control mode, it is informed that human intervention is unnecessary. "Load port [manual]" means that the load port is under manual control. In the case where the load port is set to a manual control mode, it is informed that human intervention is required in the following carrier carrying in/out.

The host communication states include online [remote], online [local], and offline.

"Online [remote]" means that [remote mode] is designated at the host, and the apparatus state is being reported. Communication with the host computer **302** is performed, and it is informed that the report to the host computer **302** has been done. "Online [local]" means that [local mode] is designated at the host, and the apparatus state is being reported. Communication with the host computer **302** is performed, and it is informed that the report to the host computer **302** has been done. "Offline" means that no communication is made with the host computer **302**. It is informed that communication with the host computer **302** is not performed.

FIG. **14** is a flowchart showing an overall operation (S**10**) of the substrate processing apparatus **100** according to the embodiment of this invention.

In the substrate processing apparatus **100**, the substrate processing control unit **400** of the sound control program **40** operating on the signal control device **320** performs the control. As shown in FIG. **14**, in Step **100** (S**100**), the state receiving unit **402** judges whether or not reports of states of the apparatuses such as the substrate processing apparatus **100** and the material conveying apparatus have been received from the apparatuses. The sound control program **40** proceeds

to the processing of S**102** when the apparatus state reports have been received. If not, the process returns to the processing of S**100**. For example, the state receiving unit **402** receives a report informing that a state of the apparatus is "ready" in the case where the substrate processing apparatus **100** is in a ready state, a report informing that a state of the apparatus is "run" in the case where a job is executed, and a report informing that a state of the apparatus is "end" in the case where the recipe in the substrate processing apparatus **100** has been finished.

In Step **102** (S**102**), the sound control unit **404** refers to the relationship stored in the relationship storage unit **408** to confirm the mode of sound of the buzzer **310** corresponding to the state of the apparatus received by the state receiving unit **402**.

In Step **104** (S**104**), the sound control unit **404** causes the buzzer **310** to sound with the sound mode corresponding to the received state of the apparatus. For example, in the case where the received apparatus state report is that "apparatus mode is in ready state", the buzzer **310** sounds the buzzer type of the continuous sound-**3** for thirty seconds under the control of the sound control unit **404**. Also, for example, when the received apparatus state report is "apparatus mode is in run state", the buzzer **310** sounds the buzzer type of continuous sound-**4** for 30 seconds under the control of the sound control unit **404**.

In Step **106** (S**106**), the substrate processing control unit **400** judges whether or not the substrate processing has been completed. The sound control program **40** terminates the processing in the case where the substrate processing has been completed. If not, the process returns to the processing of S**100**. In this embodiment, in the case where an error occurs when the apparatus state is "run", it is possible to make sound in accordance with the setting for occurrence of error.

This invention is applicable not only to semiconductor production apparatuses as the substrate processing apparatuses but also to apparatuses such as LCD apparatuses for processing on glass substrates. The film formation processing include processings such as CVD, PVD, processings for forming oxide film and nitride film, and processings for forming film containing metal.

INDUSTRIAL APPLICABILITY

This invention is usable for a substrate processing apparatus that is required to reliably inform about a running state thereof in substrate processing apparatuses for processing substrates of semiconductor devices and the like.

The invention claimed is:

**1**. A substrate processing apparatus comprising a signal indicator for indicating a running state, comprising:

a plurality of signal indicators operating under any one of a plurality of operation conditions, and

a display unit for displaying the operation conditions of the signal indicators, the operation conditions being set independently in advance of being displayed, wherein the display unit displays whole operation causes which corresponds to the signal indicators and displays with a different color the operation cause which corresponds to the operation of the signal indicator among the whole operation causes.

**2**. The substrate processing apparatus according to claim **1**, wherein the display unit comprises a setting screen for setting priority to the operation conditions, and the signal indicators operate in accordance with the priority order.

**3**. The substrate processing apparatus according to claim **1**, wherein the signal indicators operate under instructions from

US 7,808,396 B2

**19**

the host computer, and the display unit displays presence or absence of the instructions from the host computer with different colors.

**4**. The substrate processing apparatus according to claim **3**, wherein the setting screen is set by independently inputting a logical formula and brackets in one frame.

**5**. The substrate processing apparatus according to claim **4**, comprising a signal tower and a buzzer as the signal indicators, wherein sound of the buzzer is recognized depending on a lighting state of the signal tower.

**6**. The substrate processing apparatus according to claim **3**, comprising a signal tower and a buzzer as the signal indicators, wherein sound of the buzzer is recognized depending on a lighting state of the signal tower.

**7**. The substrate processing apparatus according to claim **2**, comprising a signal tower and a buzzer as the signal indicators, wherein sound of the buzzer is recognized depending on a lighting state of the signal tower.

**8**. The substrate processing apparatus according to claim **1**, comprising a signal tower and a buzzer as the signal indica-

**20**

tors, wherein sound of the buzzer is recognized depending on a lighting state of the signal tower.

**9**. A substrate processing apparatus comprising a signal tower and a buzzer as a plurality of signal indicators for indicating a running state, comprising:

a display unit displaying operation conditions that are set independently and in advance corresponding to the signal tower and the buzzer, wherein

the display unit sets sound of the buzzer as the operation condition of the signal tower.

**10**. A substrate processing system comprising a substrate processing apparatus comprising a plurality of signal indicators indicating a running state and a host computer connected to the substrate processing apparatus via a communication line, wherein

the display unit displays, in the case where the signal indicators operate under instructions from the host computer, all of operation causes of the signal indicators and displays the instructions from the host computer with a different color.

\*   \*   \*   \*   \*

# Exhibit D

US00RE43023E

(19) **United States**

(12) **Reissued Patent**
Nakashima et al.

(10) Patent Number: **US RE43,023 E**
(45) Date of Reissued Patent: **Dec. 13, 2011**

(54) **DUAL LOADING PORT SEMICONDUCTOR PROCESSING EQUIPMENT**

(75) Inventors: **Takanobu Nakashima**, Tokyo (JP); **Tatsuhisa Matsunaga**, Tokyo (JP); **Hidehiro Yanagawa**, Tokyo (JP)

(73) Assignee: **Hitachi Kokusai Electric Inc.**, Tokyo (JP)

(21) Appl. No.: **12/724,026**

(22) Filed: **Mar. 15, 2010**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,641,350**
Issued: **Nov. 4, 2003**
Appl. No.: **09/834,913**
Filed: **Apr. 16, 2001**

(30) **Foreign Application Priority Data**

Apr. 17, 2000    (JP) ................................. 2000-114818

(51) **Int. Cl.**
**F26B 21/06**        (2006.01)

(52) **U.S. Cl.** .......................... **414/217**; 414/940; 414/810

(58) **Field of Classification Search** .................. 414/217, 414/411, 939, 810
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,239,182 | A | 8/1993 | Tateyama et al. | .............. 250/651 |
| 5,308,993 | A | 5/1994 | Holman et al. | ........... 250/223 R |
| 5,319,216 | A | 6/1994 | Mokuo et al. | ............ 250/559.09 |
| 5,407,181 | A | 4/1995 | Ohsawa | |
| 5,609,459 | A | 3/1997 | Muka | ........................ 414/217.1 |
| 5,772,386 | A | 6/1998 | Mages et al. | ............. 414/331.18 |
| 6,042,324 | A | 3/2000 | Aggarwal et al. | ............. 414/217 |

| | | | | |
|---|---|---|---|---|
| 6,050,891 | A | 4/2000 | Nering | ........................... 414/939 |
| 6,057,662 | A | 5/2000 | McAndrew et al. | .......... 318/567 |
| 6,071,059 | A | 6/2000 | Mages et al. | |
| 6,074,154 | A | 6/2000 | Ueda et al. | |
| 6,142,722 | A | 11/2000 | Genov et al. | .................. 414/217 |
| 6,247,245 | B1 | 6/2001 | Ishii | ................................ 34/210 |
| 6,375,403 | B1 | 4/2002 | Mages et al. | |
| 6,425,722 | B1 | 7/2002 | Ueda et al. | |
| 6,461,094 | B1 | 10/2002 | Mages et al. | |
| 6,481,945 | B1 | 11/2002 | Hasper et al. | |
| 6,609,876 | B2 | 8/2003 | Mages et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 10-125763 | 5/1998 |
| JP | 11-214483 | 8/1998 |
| JP | 10-256346 | 9/1998 |
| JP | 11-31729 | 2/1999 |
| JP | 11-204617 | 7/1999 |
| JP | 11-251392 | 9/1999 |
| JP | 11-251421 | 9/1999 |
| JP | 11-345854 | 12/1999 |

(Continued)

OTHER PUBLICATIONS

Korean Office Action, dated Nov. 30, 2005, issued in Korea Patent Application No. 10-2001-0020422 with English language translation.

(Continued)

*Primary Examiner* — Charles A Fox

(74) *Attorney, Agent, or Firm* — Brundidge & Stanger, P.C.

(57)        **ABSTRACT**

A substrate processing equipment comprises two pod supporting stages and two independently operable pod door openers. Each pod supporting stage is capable of placing thereon a pod for containing substrates therein. Each pod door openers having means for permitting access to the substrates inside the pod placed on a corresponding pod supporting stage.

**20 Claims, 8 Drawing Sheets**



**US RE43,023 E**

Page 2

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 11-354602 | 12/1999 |
| JP | 2000-12670 | 1/2000 |
| JP | 2000-150400 | 5/2000 |
| KR | 1998-080191 | 11/1998 |

OTHER PUBLICATIONS

Taiwanese Office Action, dated May 17, 2002, issued in Taiwanese Patent Application No. 90109146 with English language translation.

Japanese Office Action, dated Dec. 18, 2008, issued in Japanese Patent Application No. 2001-115619 with English language translation.

Japanese Office Action, dated Apr. 8, 2009, issued in Japanese Patent Application No. 2001-115619 with English language translation.

## FIG.1



# FIG.2



## FIG.3



## *FIG.4*



Case 5:17-cv-06880-BLF    Document 24-1    Filed 02/16/18    Page 88 of 225

# FIG.5



# *FIG.6A*



# *FIG.6B*





FIG.7

FIG.8



FIG.9

FIG.10

A: TRANSFERRING POD
B: OPENING POD DOOR
A': CHANGING POD

C: MAPPING
D: TRANSFERRING WAFER

E: CLOSING POD DOOR
F: WAITING

US RE43,023 E

# 1

## DUAL LOADING PORT SEMICONDUCTOR PROCESSING EQUIPMENT

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

### CROSS-REFERENCES TO RELATED APPLICATIONS

*The present application claims priority from Japanese Patent Application No. 2000-114818, filed Apr. 17, 2000, and is a reissue application of U.S. Pat. No. 6,641,350, issued Nov. 4, 2003, the contents of which are incorporated herein by reference. More than one reissue application has been filed for the reissue of U.S. Pat. No. 6,641,350. The reissue applications are application Ser. No. 12/724,026 (the present application), and application Ser. Nos. 12/724,613 and 12/724,625, both filed Mar. 16, 2010, and both of which are continuation reissue applications of the present application, and both of which are now abandoned.*

### FIELD OF THE INVENTION

The present invention relates to a semiconductor processing equipment; and, more particularly, to a device for moving doors of substrate carriers, e.g., for use in a semiconductor processing equipment such as a batch-type vertical apparatus for performing a diffusion or a CVD (chemical vapor deposition) process to form diffusion, dielectric or metallic layers on semiconductor wafers.

### BACKGROUND OF THE INVENTION

In a semiconductor processing equipment such as a batch-type vertical apparatus for performing a diffusion or a CVD process, semiconductor wafers are loaded into and unloaded from the apparatus while being kept in cassettes. Two kinds of carriers have been conventionally used. One is a box-shaped cassette having a pair of openings on two opposite sides and the other is a box-shaped FOUP (front opening unified pod; hereinafter, pod) having an opening on one side thereof with a pod door removably mounted thereon.

In the semiconductor processing equipment using the pod as the carrier, the wafers can be kept protected from contaminations of ambient atmosphere while being transferred since the pod containing the wafers is airtightly closed. Accordingly, the degree of cleanliness required for a clean room of the semiconductor processing equipment may be lowered, which in turn reduces cost for the maintenance of the clean room. For such reasons, the pod is gaining popularity as the carrier in the semiconductor processing equipment recently.

The semiconductor processing equipment using the pod as the wafer carrier is provided with a pod door opener for remaining and restoring the pod door. One example of such conventional pod door opener is disclosed in U.S. Pat. No. 5,772,386, wherein the pod door opener is disposed on a wafer loading port and equipped with a closure capable of frictionally engaging with a door of the pod located on the wafer loading port. The pod can be uncovered by lowering down the closure while the closure engages with the door.

However, since the conventional semiconductor processing equipment is provided with only a single wafer loading port, the lead time required in preparing wafers for an actual process increases due to replacement of a pod on the wafer

# 2

loading port with another, which in turn lengthens the overall processing time of the semiconductor manufacturing process, thereby reducing the throughput thereof.

Another equipment having a multi-stage pod door system is disclosed in U.S. Pat. No. 6,042,324. Since, however, the pod doors of the equipment are simultaneously opened as a single unit by a vertical actuator, the lead time may not be reduced and the height of the equipment increases.

### SUMMARY OF THE INVENTION

It is, therefore, a primary object of the present invention to provide a semiconductor processing equipment capable of increasing the throughput thereof.

In accordance with one aspect of the present invention, there is provided a semiconductor processing equipment comprising:

a plurality of wafer loading ports for seating carriers containing a number of wafers, the wafer loading ports being vertically stacked; and

a same number of carrier door openers as the wafer loading ports for opening doors of the carriers while the carriers are disposed respectively on the wafer loading ports, the pod door openers being operated independently of each other,

wherein, while one carrier on one of the wafer loading ports is under wafer loading or unloading process, other carriers are prepared for the wafer loading or unloading process on other wafer loading ports.

In accordance with another aspect of the present invention, there is provided a method for processing wafers for use in a method for processing substrates for use in a semiconductor processing equipment having at least two loading ports, a plurality of carriers each of which contains a portion of the substrates, a carrier shelf for storing the carriers, a reaction chamber and a boat for loading and unloading the substrates into and out of the reaction chamber, the method comprising the step of transferring the substrates between the carriers and the boat, wherein the transferring step includes the steps of:

conveying one carrier between the carrier shelf and one loading port; and

carrying the portion of the substrates contained in the carrier between the carrier and the boat,

wherein, while the carrier on the loading port is under the transferring step, another carrier is transferred between the carrier shelf and another loading port.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and features of the present invention will become apparent from the following description of preferred embodiments given in conjunction with the accompanying drawings, in which:

FIG. **1** schematically shows a semiconductor processing equipment in accordance with the present invention;

FIG. **2** illustrates a perspective front view of a pod door opener;

FIG. **3** is a perspective view of the pod door opener with pods disposed on the wafer loading ports;

FIG. **4** describes a schematic perspective rear view of the pod door opener with some parts eliminated;

FIG. **5** represents a perspective view of the eliminated parts V in FIG. **4**;

FIG. **6**A shows a plan view of a mechanism for mapping with the arm retracted;

FIG. **6**B shows a plan view of a mechanism for mapping with the arm in operation position;

US RE43,023 E

3

FIG. **7** illustrates a sequence for wafer loading and unloading in accordance with a first preferred embodiment of the present invention;

FIG. **8** illustrates another sequence for wafer loading and unloading in accordance with a second preferred embodiment of the present invention;

FIG. **9** illustrates still another sequence for wafer loading and unloading in accordance with a third preferred embodiment of the present invention; and

FIG. **10** illustrates still another sequence for wafer loading and unloading in accordance with a fourth preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A preferred embodiment of the present invention will now be described with reference to the accompanying drawings.

FIG. **1** shows a semiconductor processing equipment **1** having a batch-type vertical apparatus for performing, e.g., a diffusion or a CVD process. The semiconductor processing equipment **1** is provided with an airtightly sealed housing **2**. At an upper portion of the rear side of the housing **2**, a heater unit **3** is vertically installed and a process tube **4** is concentrically disposed within the heater unit **3**. The process tube **4** has a gas supply line **5** for supplying a process gas or a purge gas into the process tube **4**, and an exhaust line **6** for use in evacuating the process tube **4**. A boat elevator **7** is installed below the process tube **4** to move a boat **8** having a boat receptacle **8**a up and down, thereby loading or unloading the boat **8** into or from the process tube **4**. A plurality of wafers **9** can be loaded in the boat **8** in such a manner that the centers of the wafers are vertically aligned while maintaining a predetermined distance between two neighboring wafers.

Formed on a front wall of the housing **2** is a pod load/unload opening (not shown) through which pods **10** can be loaded into or unloaded from the housing **2**. The pod load/unload opening can be open and closed by a shutter (not shown). In front of the pod load/unload opening, a pod stage **11** is provided for receiving multiple, e.g., two, pods at a time.

At the upper central portion of the semiconductor processing equipment **1**, a rotatable pod shelf **12** is arranged. The pod shelf **12** is capable of holding, e.g., eight pods **10**. The numbers of pods that the pod shelf **12** can support is not limited to eight but may be increased, e.g., up to sixteen. The pod shelf **12** has two vertically disposed swastika-shaped pod supporting plates, each being capable of holding, e.g., 4 pods simultaneously. The pod shelf **12** is uni-directionally rotatable in a horizontal plane on a pitch-by-pitch basis by a rotary actuator (not shown), e.g., a stepping motor.

Below the pod shelf **12**, there is provided a two pod openers **20** each of which includes a wafer loading port **13**, bulkhead **21** and a closure **40**. The wafer loading ports **13** through which the wafers are carried into or out of the pod **10** are vertically stacked.

Inside the housing **2**, a pod handler **14** is installed between the pod stage **11** and the pod shelf **12**. The pod handler **14** is adapted to transfer pods between the pod shelf **12** and the wafer loading ports **13** and between the pod shelf **12** and the pod stage **11**. Pod transfer may also be conducted between the pod stage **11** and the wafer loading ports **13**, if necessary. Moreover, a wafer carry assembly **15** is provided between the boat **8** and the wafer loading ports **13** to transfer wafers **9** therebetween.

Details of the pod opener **20** will now be described with reference to FIGS. **1** to **6**B.

4

As shown in FIG. **1**, the semiconductor processing equipment in accordance with the present invention includes a vertically oriented bulkhead **21** which is used by both of the pod openers **20** in common. The wafer loading ports **13** are vertically provided on the front surface of the bulkhead **21** facing the pod stage **11** and the corresponding closures **40** are provided on the rear surface of the bulkhead **21** facing the wafer carry assembly **15** as shown in FIGS. **2** and **3**. The bulkhead **21** has rectangular-shaped openings **22** through which pod doors **10**a are coupled with the corresponding door openers **20**. The size of an opening **22** is larger than that of the pod door **10**a, which also has a rectangular shape, as shown in FIGS. **6**A and **6**B. The rectangular-shaped openings **22** are vertically provided in the bulkhead **21**.

As shown in FIG. **2**, a support **23** for each of the wafer loading ports **13** is horizontally provided on the front surface of the bulkhead **21** below each opening **22**. The plan view of the support **23** is of a substantially square frame shape having some cutout portion at the distal end thereof away from the bulkhead **21**. A pair of parallel guide rails **24** are mounted on an upper plate of the support **23**, the rails **24** running normal to the front surface of the bulkhead **21**. A loading platform **27** is slidably mounted on the guide rails **24** through guide blocks **25**. The loading platform **27** can move toward and away from the opening **22**, i.e., in a to-and-fro direction, by an air cylinder **26** mounted on the upper plate of the support **23**.

The loading platform **27** also has a substantially square frame shape with some cutout portion at the distal end thereof away from the bulkhead **21**. On the upper surface of the loading platform **27**, vertically oriented alignment pins **28** provided at locations corresponding to, e.g., three corner points of an equilateral triangle. These pins are adapted to match with corresponding holes (not shown) formed at a bottom surface of the pod **10**.

As shown in FIG. **4**, a guide rail **30** for each of the pod openers **20** is mounted on the rear surface of the bulkhead **21** below the corresponding opening **22**. The guide rail **30** is extended horizontally parallel to the rear surface of the bulkhead **21**, i.e., along the left-right direction. An angle-shaped slider **31** is slidably supported by the guide rail **30** and movable in the left-right direction. An air cylinder **32** is mounted on a vertical portion of the angle-shaped slider **31** along the left-right direction. An end portion of a piston rod **32**a of the air cylinder **32** is anchored to the bulkhead **21**. The movement of the angle-shaped slider **31** is controlled by the retraction and extension of the air cylinder **32**.

As shown in FIG. **5**, a pair of parallel guide rails **33** running along the to-and-fro direction are installed on an upper surface of a horizontal portion of the angle-shaped slider **31**. A back/forth slider **34** is slidably mounted on the guide rails **33**. The back/forth slider **34** has a guide hole **35** which extends in the left-right direction in one end portion along the left-right direction, e.g., a left end portion of the back/forth slider **34**. A bracket **36** is fixedly mounted on the left side portion of the angle-shaped slider **31** and a rotary actuator **37** is vertically mounted on the bracket **36**. A circularly moving guide pin **38** provided at an arm **37**a of the rotary actuator **37** is slidably engaged with the guide hole **35**. Therefore, the back/forth slider **34** is driven to move toward and away from the bulkhead **21** linearly along the to-and-fro direction by the rotating movement of the rotary actuator **37**.

Mounted on the top surface of the back/forth slider **34** is a bracket **39**. A square-shaped closure **40** larger than the opening **22** is vertically fixed to the bracket **39**. The square-shaped closure **40** is movable in the to-and-fro direction by the movement of the back/forth slider **34** and in the left-right direction by the movement of the angle-shaped slider **31**. The front

US RE43,023 E

**5**

surface of the closure **40** facing toward the wafer loading ports **13** has a peripheral region and a central region thicker than the peripheral region. That is, the distance from the front surface at the central region (hereinafter, referred to as central front surface) to the rear surface of the closure **40** is greater than that for the front surface at the peripheral region (hereinafter, referred to as peripheral surface) of the closure **40**. The size of the central region of the front surface of the closure **40** is slightly smaller than the opening **22**, so that the central region can get into the opening **22**.

By such configuration, a peripheral front surface of the closure **40** [can] firmly abuts with the periphery of the opening **22** by moving forward the back/forth slider **34** against the bulkhead **21** [and], *thereby closing* the opening **22** [can be closed].

Further, as shown in FIGS. **5** to **6A**, a packing member **55**, e.g., an O-ring, may be provided around the peripheral surface of the closure **40** in order to air-tightly seal against the rear side wall of the bulkhead **21** around the opening **22** when the closure **40** abuts with the bulkhead **21**. Another packing member **56** may be provided on the peripheral region of the central front surface in order to seal against the pod door **10**a lodged on the wafer loading port **13** when the closure **40** abuts with the bulkhead **21**. The packing member **56** serves to prevent potential contaminants on the door **10**a of the pod **10** from entering into the processing area where the wafer carry assembly **15** is located. An additional packing member **54** may also be provided on the region of the front side wall of the bulkhead **21** around the opening **22** in order to seal against the door frame of the pod **10** when the pod **10** is arranged to move against the bulkhead **21**.

As shown in FIGS. **2** and **4**, a pair of rotatable keys **41** are arranged on the left and the right sides of the central front surface of the closure **40**. The keys **41** are located along the horizontal centerline on the central front surface. Each key is coupled with a pulley **42** provided on the rear surface of the closure **40**. Both pulleys **42** are connected by a belt **43** which has a connection plate **44**. An air cylinder **45** is horizontally mounted above one of the pulleys **42** and a piston rod thereof is connected to the connection plate **44** such that extension and retraction of the air cylinder **45** can produce a reciprocating rotary motion of the pulleys **42**, thereby inducing the keys **41** to rotate. In addition, each key **41** includes a coupling member **41**a at the end portion thereof for engaging with a locking mechanism (not shown) on the door **10**a of the pod **10**.

As shown in FIG. **2**, a pair of suction elements **46** capable of holding the pod door **10**a by vacuum suction are diagonally provided on two corner regions of the central front surface of the closure **40**. Each suction element **46** has a suction pipe **47** and the suction pipe **47** is connected with an air exhaust/supply pipe (not shown). End portions of the suction pipes **47** are adapted to match with aligning holes in the pod door **10**a. Therefore, the suction pipes also act as supporting members for holding the pod door **10**a.

Referring to FIGS. **2**, **4**, **6A** and **6B**, on the front side wall of the bulkhead **21**, a rotary actuator **50** having a vertically oriented rotary shaft **50**a is installed beside the opening **22**. A C-shaped arm **51** is provided to pass through an opening **52** in the bulkhead **21**. One end of the C-shaped arm **51** is connected to the rotary shaft **50**a and a mapping device **53** for detecting the locations of wafers in the pod **10** is installed at the other end. The C-shaped arm **51** can be rotated in a horizontal plane.

In operation, the pods **10** are loaded onto the pod stage **11** through the pod load/unload opening and then transferred by

**6**

the pod handler **14** to predetermined positions on the pod shelf **12** for temporary storage as shown in FIG. **1**.

FIG. **7** illustrates the pod transferring process between the pod shelf **12** and the wafer loading ports **13** and also the wafer transferring process between the pods on the wafer loading ports **13** and the wafer boat **8** in accordance with the first embodiment of the present invention.

The two pod openers **20** are arranged to close the openings **22** such that the packing member **55** seals against the rear side wall of the bulkhead **21**. One pod **10** is transferred from the pod shelf **12** to, e.g., the upper wafer loading port **13** by the pod handler **14** and disposed on the loading platform **27**. The three alignment pins **28** on the loading platform **27** engage with the corresponding three holes (not shown) formed under the pod **10** to thereby complete the alignment of the pod **10** on the loading platform **27**.

The pod **10** provided on the loading platform **27** is moved toward the bulkhead **21** by the extension of the air cylinder **26** in such a manner that the respective packing members **54** and **56** are airtightly in contact with the pod door **10**a and the pod frame therearound as shown in FIG. **6A**. The keys **41** and the suction pipes **47** of the closure **40** are also inserted in the key holes (not shown) and the aligning holes provided on the door **10**a, respectively. The pod transferring process described above is generally represented as a process "A" at the first stage in FIG. **7**.

After completing the pod transferring process "A", a negative pressure is applied through the air exhaust/supply pipes **47** inside the suction elements **46** so that the suction elements **46** hold the door **10**a by vacuum suction. Thereafter, the keys **41** are rotated by the air cylinder **45** so that the coupling members **41**a unlock the door **10**a.

Next, the back/forth slider **34** is moved away from the bulkhead **21** by the rotary actuator **37** and then the angle-shaped slider **31** is moved away from the opening **22** by the air cylinder **32** so that the closure **40** holding the pod door **10**a by the suction elements **46** is moved to a retreated position. By such movement of the closure **40**, the door **10**a is separated from the pod **10** and the pod is opened as shown in FIG. **6B**, thereby the wafers **9** loaded in the pod **10** is put under a condition that the wafer carry assembly **15** can access thereto. The pod door opening process described above is represented as a process "B" at the first stage in FIG. **7**.

Thereafter, as shown in FIG. **6B**, the mapping device **53** is moved to the wafers inside the pod **10** through the opening **22** by the rotary actuator **50** and performs mapping by detecting the positions of the wafers, i.e., by identifying slots holding the wafers. After mapping is completed, the mapping apparatus **53** is returned to its initial position by the rotary actuator **50**. The mapping process described above is generally represented as a process "C" at the first stage in FIG. **7**.

Next, the wafers in the pod **10** on the wafer loading port **13** are transferred to the wafer boat **8** by the wafer transfer assembly **15**. The wafer transferring process described above is generally represented as a process "D" [at] *after* the first stage in FIG. **7**.

While the wafer transferring process *"D"* is performed [at] *after* the first *stage*, e.g., the upper wafer loading port **13**, the pod transferring process "A", the pod door opening process "B" and the mapping process "C" are sequentially carried out at the second *stage*, e.g., the lower wafer loading port **13**. [the] *The* second wafer loading port **13** waits (process [E] *"F"*) until the wafer transferring process "D" at the first wafer loading port **13** is completed.

Accordingly, upon the completion of the wafer transferring process "D" of the first wafer loading port **13** [at], *for which* the second stage *is waiting* (*process "F"*), the wafer transfer-

US RE43,023 E

7

ring process "D" can be started at the second wafer loading port **13** as shown in FIG. **7** (third stage). As a result, the wafer transferring operation can be alternatively performed by the wafer loading [port] *ports* **13** without interruption due to the replacement of the pods **10** and thus the system efficiency or the throughput of the semiconductor processing equipment can be improved.

During the third stage shown in FIG. **7**, where the wafer transferring process "D" is carried out by the second wafer loading port **13**, a pod door closing process "E", a pod changing process "A", the pod door opening process "B", the mapping process "C" and the waiting process "F" are sequentially carried out in that order, so that the wafer transferring process "D" can be started by the first wafer loading port **13** immediately after the completion of the process "D" at the second wafer loading port **13** (*fourth stage*).

The pod door closing process is carried out as follows. The closure **40** holding the pod door **10**a is removed from the retreated position toward the opening **22** by the air cylinder **32** and then toward the empty pod **10** by the rotary actuator **37** to close the pod **10** by the pod door **10**a thereafter, the keys **41** are rotated by the air cylinder **45** to actuate the locking mechanism of the pod door **10**a. After locking, the negative pressure inside the suction element **46** is removed by supplying a positive pressure through the pipe **47** and the closure **40**. The closure **40** remains in that position until the pod door opening process "B" is resumed.

The pod changing process "A" is carried out as follows. After the pod door **10**a is restored on the empty pod **10** by the pod door closing process "E", the loading platform **27** of the first wafer loading port holding the empty pod is moved away from the bulkhead **21** by the air cylinder **26**. The empty pod **10** is then stored back to the pod shelf **12** and a new pod holding wafer therein is transferred to the first wafer loading port. Thereafter, the newly supplied pod is provided to the closure **40** in an identical manner as in the pod transferring process "A". The remaining process "B", "C" and "F" are identical to those of the second stage.

The wafer loading processes are repeated until the described number of wafers are loaded from the pods **10** to the wafer boat **8**. After transferring the described number of wafers, the last two empty pods may be removed to the pod shelf **12** or stayed on the wafer loading ports **13**. Alternatively, only one empty port **13** may remain at the one wafer loading port **13**. The number of wafers which the wafer boat **8** can hold for one batch process is, e.g., 100 to 150, which is several times greater than that of wafers which one pod can contain therein, e.g., 25.

After the predetermined number of unprocessed wafers are loaded on the wafer boat **8**, the boat elevator **7** lifts the wafer boat **8** into the process tube **4**. When the wafer boat **8** is introduced into the process tube **4**, a lower end opening of the process tube **4** is hermetically sealed by the boat receptacle **8**a.

Next, the process tube **4** is evacuated through the exhaust pipe **6** to reduce the pressure therein down to a predetermined vacuum level. Thereafter, a desired wafer process, e.g., a diffusion or a CVD process, is carried out on the loaded wafers by controlling temperatures at desired levels by using the heater unit **3** while supplying predetermined process gases into the process tube **4** through the gas supply line **5**.

After a predetermined processing time has elapsed, the wafer boat **8** holding processed wafers is discharged from the process tube **4** and returned to its initial position. During the period in which the wafer boat **8** is loaded into and unloaded from the process tube **4** and the wafers are processed in the process tube **4**, either one or both of the pods **10** may be

8

prepared at the corresponding wafer loading ports **13** in order to receive the processed wafers.

Thereafter, the wafer transfer assembly **15** transfers a portion of the processed wafers held in the wafer boat **8** to one empty pod **10** disposed on, e.g., the first wafer loading port **13** (upper loading port) with the door **10**a opened. This process corresponds to the wafer transferring process "D" at the second stage shown in FIG. **7**. After completing the wafer transferring process "D" at one wafer loading port, the same process is carried out at the other wafer loading port with the door thereof being opened. This process corresponds to the process "D" at the third stage in FIG. **7**.

While the wafer loading process "D" is carried out at the second wafer loading port, the pod door closing process "E", the pod changing process "A", the pod door opening process "B" and the waiting process "F" are carried out at the first wafer loading port as in the third stage of FIG. **7**. The mapping process "C" is not performed because the processed wafers are transferred into an empty pod at this time.

The process "E", "A", "B" and "F" are identical to those described with respect to the wafer loading process from the pods **10** to the wafer boat **8**, excepting that the pod changing process "A" represents the process transferring a pod containing the processed wafers to the pod shelf **12** from a wafer loading port and moving an empty pod from the pod shelf **12** to the wafer loading port **13**.

In case all the empty pods have been transferred from the wafer loading ports **13** to the pod shelf **12** after loading all the wafers onto the boat **8**, the processed wafer unloading process can be accomplished as follows. First, one empty pod is transferred from the pod shelf **12** to one of the wafer loading ports and the pod door **10**a thereof is opened. These correspond to the process "A" and "B" of the first stage in FIG. **7**. The timing of the processes "A" and "B" can be controlled such that the wafer transferring process "D" at the second stage can be started immediately after completing the pod door opening process "B" at the first stage. Of course, the mapping process "C" is omitted at the first stage because the pod is empty.

Thereafter at the second stage, the wafer transferring process "D" is carried out at the first wafer loading port **12**, while the process "A", "B" and "F" are sequentially performed at the second wafer loading port. Then, the process at the third stage can be carried out as described above.

The processes are repeated until transferring all the processed wafers from the wafer boat **8** to the empty pods, which in turn are returned to the pod shelf **12**.

As described above, since the wafer transfer assembly **15** can transfer the processed wafers from the wafer boat **8** to the pods **10** continuously without having to wait for the replacement of the pods **10** on the wafer loading ports **13**, the throughput of semiconductor processing equipment **1** can be substantially increased.

The pods **10** containing the processed wafers are temporarily stored in the pod shelf **12** and then transferred to the pod stage **11** by the pod handler **14**. Next, the pods on the pod stage **11** are transferred through the pod load/unload opening (not shown) to another equipment for a subsequent process and new pods containing unprocessed wafers are charged on the pod stage **11**.

The processes of transferring pods between the pod shelf **12** and the pod stage **11** and charging and discharging pods into and from the semiconductor processing equipment **1** can be carried out while wafers are being processed in the process tube **4** and transferred between the wafer boat **8** and the pods

US RE43,023 E

**9**

10 on the wafer loading ports **13**. As a result, the total process time of the semiconductor processing equipment **1** can be reduced.

Referring to FIGS. **8** to **10**, there are illustrated wafer transferring sequences in accordance with further preferred embodiments of the present invention. In the sequences shown FIGS. **8** to **10**, wafer mapping is completed at least for the pods containing wafers required for one batch process before the continuous wafer loading process begins for that batch process, e.g., by transferring the corresponding pods from the pod stage **11** to the wafer loading ports **13** in order to carry out the mapping and then moving them to pod shelf **12**. Therefore, the process sequences in FIGS. **8** to **10** will be described by assuming that the wafer mapping has been completed for the pods stored on the pod shelf **12** containing wafers needed for one batch process. The processes identified as reference numerals "A" to "F" and "A" in FIGS. **8** to **10** are basically identical to those of FIG. **7**.

The wafer transferring sequence in accordance with the second embodiment of the present invention will be described with reference to FIG. **8**. At the first stage of the sequence for transferring unprocessed wafers to the wafer boat **8**, a first pod containing unprocessed wafers is transferred from the pod shelf **12** to a first wafer loading port (process "A") and the door of the first pod is opened (process "B").

Immediately thereafter at the second stage, wafer transferring from the first pod to the wafer boat **8** (process "D") starts and, at the same time, a second pod containing the unprocessed wafers are transferred to a second wafer loading port (process "A") and waits until the wafer transferring process "D" at the first wafer loading port is completed (process "F").

At the third stage, the door of the second pod is opened (process "B") and the wafers therein are transferred to the boat **8** (process "D") and the door is restored on the empty first pod (process "E"), which is then replaced with another pod carrying unprocessed wafer (process "A"), the new pod remaining at the first wafer loading port until the wafer loading process at the second wafer loading port is completed (process "F"). The processes described in connection with the third stage are alternately carried out until all the required wafers for one batch process are transferred to the wafer boat **8**.

As described above in the second embodiment of the present invention, the pod transferring process "A" and the pod changing process "A" for one wafer loading port are carried out during the wafer transferring process "D" at the other wafer loading port; and the pod door opening process "B" for one wafer loading port and the pod door closing process "E" for the other wafer loading port are simultaneously conducted.

The process sequence of the second embodiment for transferring processed wafers to empty pods is identical to that for transferring unprocessed wafers to the wafer boat **8**, excepting that the pod changing process "A" in the process sequence for transferring processed wafers represents the process of transferring a pod containing the processed wafers from a wafer loading port to the pod shelf **12** and then moving an empty pod from the pod shelf **12** to that wafer loading port. The process "A" of transferring a first empty wafer to one of the wafer loading ports is controlled in such a manner that the wafer transferring from the boat to the first empty pod can be conducted immediately after completing the opening of the door of the first pod.

The sequence shown in FIG. **9** in accordance with the third embodiment of the present invention is identical to that of the second embodiment shown in FIG. **8**, excepting that the pod door opening process "B" at one wafer loading port is con-

**10**

ducted during the wafer transferring process "D" at the other wafer loading port in such a manner that the process "D" at one wafer loading port can be started upon the completion of the process "D" at the other wafer loading port. Also, the door closing process "E" at one wafer loading port and the wafer transferring process "D" at the other wafer loading port start simultaneously.

FIG. **10** illustrates a wafer transferring process in accordance with the fourth embodiment of the present invention. The process sequence shown in FIG. **10** is identical to that of the third embodiment shown in FIG. **9**, excepting that the sequence of the waiting process "F" and the pod door opening process "B" is reversed at every stage.

Following advantages can be achieved in accordance with the present invention.

1) By vertically installing a pair of the pod door openers each of which is capable of independently opening and restoring the door of a pod on each wafer loading port, the wafer transferring process can be independently conducted at one wafer loading port while the other loading port is preparing for the subsequent wafer transferring process. As a result, the total process time can be considerably reduced and therefore the throughput of the semiconductor processing equipment can be increased.

2) By vertically arranging the wafer loading ports, the system efficiency can be improved without increasing the floor area or footprint of the semiconductor processing equipment.

3) The vertically arranged wafer loading ports eliminates the need for the left-right movement of the wafer carry assembly **15**, thereby simplifying the structure thereof and improving the system efficiency without increasing the width of the processing equipment.

4) The independently operable mapping devices provided to the respective wafer loading ports enables the mapping process at one wafer loading port and the wafer transferring process at the other to be conducted simultaneously. As a result, the loading time needed for the subsequent wafer transferring process can be eliminated and therefore the total process time of the semiconductor processing equipment can be considerably reduced, thereby increasing the system efficiency.

5) Simplified and small sized mapping device can be obtained by employing the rotary actuating mechanism therefor, wherein the rotary actuator is mounted on the front side wall of the bulkhead and the arm fixedly coupled thereto passes through the opening in the bulkhead and the mapping device is attached at the end of the arm, enabling the mapping device to approach the wafers in a pod by the rotation of the rotary actuator.

6) Any vertical component in the motion of the pod openers would result in the height increase thereof, which in turn makes the pod shelf located above the pod openers to be disposed at a higher position and increases the height of the semiconductor processing equipment. The increased number of vertically arranged pod openers would impose the multiplicative effect in the vertical position of the pod shelf and the height increase of the processing equipment itself. The higher vertical position of the pod shelf will entails the increase of the pod-transfer time, thereby decreasing the throughput of the equipment.

In contrast, the pod openers **20** in accordance with the present invention solely operate along horizontal directions and do not contribute at all to the height increase of the equipment and the pod-transfer time. Further, the pod shelf is arranged to receive two columns of pods along the width direction of the processing equipment, whereas only one

US RE43,023 E

**11**

column of wafer transferring ports is provided under the pod shelf. As a result, the purely transitional lateral motion of the pod openers can be accommodated by the reserved space under the pod shelf and, therefore, the system efficiency and the throughput can be improved without increasing the pod transfer time and sacrificing the floor area of the processing equipment.

It is to be appreciated that the configuration of the semiconductor processing equipment may be varied appropriately if necessary.

For instance, the number of the wafer loading ports is not limited to two but more than two wafer loading ports can be installed vertically of if the height increase can be accommodated.

In addition, in lieu of the rotary actuator for actuating the mapping device, another mechanism using an X-Y axis robot can be employed. Moreover, the mapping device can be omitted if so required.

Furthermore, the processing equipment can be of the type capable of processing other substrates, e.g., photo masks, printed circuit boards, liquid crystal panels, compact disks and magnetic disk, than the semiconductor wafers.

The processing equipment can be of the type adapted to perform, e.g., oxide formation, diffusion process and other types of heat treating process in place of the CVD. The present invention is also applicable to other types of semiconductor processing equipments than the batch type vertical processor.

While the invention has been shown and described with respect to the preferred embodiments, it will be understood by those skilled in the art that various changes and modifications may be made without departing from the spirit and scope of the invention as defined in the following claims.

What is claimed is:

1. A substrate processing equipment comprising:
at least two pod supporting stages, each for placing thereon a pod for containing substrates therein, the pod having a door;
at least two *independently operable* pod doors opening mechanisms, each for permitting access to substrates inside the pod placed on a corresponding one of the pod supporting stages; and
wherein each of the pod door opening mechanisms horizontally removes the door from the corresponding pod to thereby allow substrates disposed inside of the corresponding pod to be unloaded therefrom.

2. The substrate processing equipment of claim **1**, wherein the at least two pod supporting stages are vertically arranged.

3. The substrate processing equipment of claim **1**, wherein each of the pod supporting stages includes a mapping apparatus for detecting locations of the substrates in the pod placed thereon.

4. The substrate processing equipment of claim **3**, wherein the mapping apparatus moves between a mapping position at which a mapping process is carried out and a standby position located away from a pod entrance of the corresponding pod to allow a substrate loading or unloading process to be carried out through the pod entrance.

5. The substrate processing equipment of claim **1**, further comprising:
a substrate handling apparatus for loading substrates to a pod or unloading substrates from a pod placed on one of the pod supporting stages; and
a pod transferring apparatus for placing another pod on the other pod supporting stage while the substrate handling

**12**

apparatus loads substrates to the pod or unloads substrates from the pod placed on said one of the pod supporting stages.

6. The substrate processing equipment of claim **1**, wherein each pod door opening mechanism moves the door of the pod between a position where the door of the pod is closed and a retreated position where the corresponding pod is completely opened.

7. A substrate processing equipment comprising:
at least [one] *two* pod [door] *doors* opening mechanism for permitting access to substrates disposed inside a pod having a door;
wherein *each of* the pod door opening mechanism moves the door of the pod horizontally from a position where the door of the pod is closed to a retreated position where the pod is completely open thereby allowing substrates to be unloaded from the pod.

8. A substrate processing equipment comprising:
a pod supporting stage for placing thereon a pod for containing substrates therein, the pod having an opening;
a mapping apparatus mounted on the pod supporting stage for detecting the locations of substrates in the pod placed on the pod supporting stage through the opening of the pod;
a substrate handling apparatus for unloading substrates from the pod placed on the pod supporting stage through the opening of the pod; and
wherein the mapping apparatus pivotally moves between a mapping position at which a mapping process is carried out and a standby position located away from the opening of the pod to allow a substrates unloading process to be carried out through the opening.

9. A substrate processing method for use in a substrate processing equipment including at least two pod supporting stages, each for placing thereon a pod for containing substrates therein, the pod having a door, the method comprising the steps of:
(a) placing a first pod on one pod supporting stage;
(b) opening a door of the first pod only *independently of a door of a second pod* in substantially horizontal directions;
(c) loading or unloading substrates to or from the first pod; and
(d) placing [a] *the* second pod on another pod supporting stage during the loading or unloading step (c).
*10. A substrate processing equipment comprising:*
*at least two pod supporting stages, each for placing thereon a pod for containing a plurality of substrates therein, the pod having an opening for loading and unloading the substrates and a door for opening and closing the opening of the pod wherein at least two substrate loading ports for loading and unloading the plurality of substrates out of the opening of the pod are disposed vertically; and*
*at least two pod doors opening mechanisms, each for opening and closing the opening of the pod containing closures smaller than width in the vertical direction in the door at intervals in the vertical direction and horizontal guide rails which are parallel with the opening of the pod, provided at substrate loading ports, each for permitting access to substrates inside the pod placed on a corresponding one of the pod supporting stages,*
*wherein each of the closures moves the door horizontally with the opening of the opening of the pod in horizontal same direction independently by guide rails and the each of the closure moves the door horizontally with the opening of the closing of the pod in horizontal same*

US RE43,023 E

**13**

direction independently by guide rails, such that each of the pod door opening mechanisms horizontally removes the door from the corresponding pod to thereby allow substrates disposed inside of the corresponding pod to be unloaded therefrom.

11. The substrate processing equipment of claim 10, further comprising:

an air cylinder for reciprocally operating the closure horizontally and in parallel with the opening of the pod, which are provided at each of the substrate loading ports.

12. The substrate processing equipment of claim 10, wherein each of the substrate loading ports includes a mapping apparatus for detecting locations of the substrates in the pod placed thereon.

13. The substrate processing equipment of claim 12, wherein the mapping apparatus moves between a mapping position at which a mapping process is carried out and a standby position located away from a pod entrance of the corresponding pod to allow a substrate loading or unloading process to be carried out through the pod entrance.

14. The substrate processing equipment of claim 10, further comprising:

a substrate handling apparatus for loading substrates to a pod or unloading substrates from a pod placed on one of the pod supporting stages; and

a pod transferring apparatus for placing another pod on the other pod supporting stage while the substrate handling apparatus loads substrates to the pod or unloads substrates from the pod places on said one of the pod supporting stages.

15. The substrates processing equipment of claim 10, wherein each pod door opening mechanism moves the door of the pod between a position where the door of the pod is closed and a retreated position where the corresponding pod is completely opened.

16. A substrate processing method for use in a substrate processing equipment including at least two pod supporting stages, each for placing thereon a pod for containing a plurality of substrates therein, the pod having an opening for loading and unloading the substrates and a door, for opening and closing the opening of the pod wherein at least two substrate loading ports for loading and unloading the plurality of substrates out of the opening of the pod are disposed vertically smaller than width in the vertical direction in the door at intervals in the vertical direction.

at least two pod doors opening mechanisms, each for opening and closing the opening of the pod containing closures smaller than width in the vertical direction in the door at intervals in the vertical direction and horizontal guide rails which are parallel with the opening of the pod, provided at substrate loading ports, each for permitting access to substrates inside the pod placed on a corresponding one of the pod supporting stages, the method comprising the steps of:

(a) placing a first pod on one pod supporting stage;

(b) opening a door of the first pod only in substantially the first horizontal direction and in parallel with the opening of the pod by a first closure and a first guide rail;

(c) loading or unloading substrates to or from the first pod; and

(d) placing a second pod on another pod supporting stage during the loading or unloading step (c),

**14**

wherein the another pod door opening mechanism moves the door of the second pod the first horizontal direction and in parallel with the opening of the pod by a second closure and a second guide rail.

17. A substrate processing method for use in a substrate processing equipment including at least two pod supporting stages, each for placing thereon a pod for containing substrates therein, the pod having a door, the method comprising the steps of:

(a) placing a first pod on one pod supporting stage;

(b) opening a door of the first pod only in substantially horizontal directions;

(c) loading or unloading substrates to or from the first pod;

(d) placing a second pod on another pod supporting stage during the loading or unloading step (c); and

(e) opening a door of the second pod from a position where the door of the second pod is closed to a retreated position where the second pod is open thereby allowing substrates to be loaded or be unloaded from the second pod during the loading or unloading step (c).

18. A substrate processing method for use in a substrate processing equipment including at least two pod supporting stages, each for placing thereon a pod for containing substrates therein, the pod having a door, the method comprising the steps of:

(a) placing a first pod on one pod supporting stage;

(b) opening a door of the first pod only in substantially horizontal directions;

(c) loading or unloading substrates to or from the first pod;

(d) placing a second pod on another pod supporting stage during the loading or unloading step (c);

(e) opening a door of the second pod during the loading or unloading step (c);

(f) loading or unloading substrates to or from the second pod; and

(g) closing the door of the first pod in substantially horizontal directions during the loading or unloading step (f).

19. A substrate processing method for use in a substrate processing equipment including at least two pod supporting stages, each for placing thereon a pod for containing substrates therein, the pod having a door, the method comprising the steps of:

(a) placing a first pod on one pod supporting stage;

(b) opening a door of the first pod only in substantially horizontal directions;

(c) loading or unloading substrates to or from the first pod;

(d) placing a second pod on another pod supporting stage during the loading or unloading step (c);

(e) opening a door of the second pod during the loading or unloading step (c); and

(f) detecting a position of the substrate in the second pod during the loading or unloading step (c).

20. The substrate processing method for use in a substrate processing equipment according to claim 17, wherein each of said at least two pod supporting stages is disposed vertically, the method further comprising: opening the door of the first pod in substantially horizontal and in parallel with the opening of the first pod in step (b); and opening the door of the second pod in substantially horizontal and in parallel with the opening of the second pod in step (e).

*    *    *    *    *

# Exhibit E

US006744018B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,744,018 B2**
Takano                            (45) **Date of Patent:**     **Jun. 1, 2004**

(54) **SUBSTRATE PROCESSING APPARATUS AND METHOD FOR MANUFACTURING SEMICONDUCTOR DEVICE**

(75) Inventor:    **Satoshi Takano**, Tokyo (JP)

(73) Assignee:    **Hitachi Kokusai Electric Inc.**, Tokyo (JP)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/259,762**

(22) Filed:    **Sep. 30, 2002**

(65)    **Prior Publication Data**

US 2003/0183613 A1 Oct. 2, 2003

(30)    **Foreign Application Priority Data**

Mar. 27, 2002    (JP) ........................................ 2002-089028

(51) **Int. Cl.**$^7$ ................................................. **F27B 5/14**
(52) **U.S. Cl.** ....................... **219/390**; 219/405; 219/411; 392/416; 392/418; 118/724; 118/725; 118/50.1
(58) **Field of Search** ................................ 219/390, 405, 219/411; 392/416, 418; 118/724, 725, 50.1

(56)    **References Cited**

U.S. PATENT DOCUMENTS

6,225,601 B1 * 5/2001 Beer et al. .................. 219/390

FOREIGN PATENT DOCUMENTS

JP        A 6-260426        9/1994
JP        A 7-316811        10/1995

* cited by examiner

Primary Examiner—Shawntina Fuqua
(74) Attorney, Agent, or Firm—Oliff & Berridge, PLC

(57)    **ABSTRACT**

A substrate processing apparatus and a method for manufacturing semiconductor device can inhibit an elastic deformation of a substrate due to a temperature difference in a substrate surface during a substrate temperature raising process so that a substrate processing such as a film formation and the like can be performed in a temperature uniform state in a substrate surface. The substrate processing apparatus is adapted to heat a substrate **1** on a susceptor **2** by a division type resistance heating heater **3** which can perform an unequal heating in a substrate surface. Such a temperature deviation $\Delta t$ in a substrate surface represented by:

$$\Delta t \leq 350 \times EXP(-0.004 \times T),$$

wherein T is a substrate temperature, is obtained that no warpage of the substrate **1** occurs in accordance with a temperature of the substrate **1** when heating. Heating of the substrate **1** is controlled by controlling the resistance heating heater **3** such that the temperature deviation in a surface of the substrate **1** heated by the resistance heating heater **3** is maintained within the above-noted $\Delta t$.

**14 Claims, 8 Drawing Sheets**



## Fig.1



## Fig.2

## Fig.3





Fig.4

## Fig.5



## Fig.6

# Fig.7



U.S. Patent    Jun. 1, 2004    Sheet 5 of 8    US 6,744,018 B2



Fig.8



Fig.9



Fig.10



Fig.11

Fig.12

US 6,744,018 B2

# 1

## SUBSTRATE PROCESSING APPARATUS AND METHOD FOR MANUFACTURING SEMICONDUCTOR DEVICE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a substrate processing apparatus and a method for manufacturing a semiconductor device,

2. Description of the Related Art

In an individual substrate type substrate processing apparatus, a substrate is typically processed in a state in which the substrate is forcefully adsorbed onto a susceptor. In this case, if a degree of contact of the substrate with the susceptor remains uncontrolled, there is a problem that the substrate with a bad degree of contact will have a remarkably deteriorated substrate property when moving to a subsequent film formation step.

In the individual substrate type substrate processing apparatus, as shown in FIG. 3, in a state in which a substrate 1 is adsorbed and supported onto a susceptor 2 which is heated by a resistance heating heater 3, a gas is blown like a shower on the substrate 1 from a gas dispersion plate 5 which is located above the substrate 1, and consequently, a processing such as a film formation and the like will be performed on the substrate 1. A surface of the resistance heating heater 3 heats the susceptor 2 such that a temperature of the susceptor 2 is always maintained at a constant temperature.

Here, when warpage amounts d1 and d2 representing a degree of contact change which are space distances from the substrate 1 to the susceptor 2, a heat of the susceptor 2 which is always uniformly heated in an unchanging state by the resistance heating heater 3 can not be equally transferred to the substrate 1. As a result, a malfunction occurs a the substrate surface, as will be described below, due to temperature distribution nonuniformity depending on the above-noted substrate warpage amount d (a generic name for dl an d2)

Here, a warpage amount of a substrate refers to a maximum value of a gap formed between the susceptor 2 surface and the substrate 1 underside due to an uncontacted portion of the substrate 1 with the susceptor 2 occurring as a result of a deformation of the substrate 1 In a state in which the substrate 1 is supported onto the surface the susecptor 2.

The longer the distance d between the substrate 1 and the susceptor 2 is, the worse thermal conductivity from the susceptor 2 is. Accordingly, the temperature in the substrate surface will have thermal variations generated depending on the distance d. As a result, in the case of d1>d2, the substrate temperature near d2 is higher than the substrate temperature near d1.

In a technique with regard to such a warpage of a substrate, there are conventionally known examples as follows.

(a) Japanese Patent Application Laid-Open No. 7-316811

Since occurrence of a large difference in a temperature distribution in a wafer generates a warpage in the wafer which leads to a cause for occurrence of a slip and the like, an attempt has been made to realize uniformity in the temperature in the wafer surface when being in a steady state or in a transient state (when raising a temperature) by allowing a heating state of a division type heater to be variable based on temperature differences between respective zones in the wafer each temperature of which is measured with a thermocouple.

# 2

In addition, heating of the temperature difference in the surface of the wafer, mentioned here, is controlled such that the temperature difference is equal to 10° C. or less based on a maximum temperature difference 10° C. wherein no warpage occurs at a processing temperature of 300° C. That is, the temperature difference value is controlled by one fixed temperature difference in the surface.

(b) Japanese Patent Application Laid-Open No. 6-260426

Since a contact area between a wafer and a susceptor changes due to deformation of the wafer when raising a temperature, the change will affect an outermost circumferential temperature of the wafer so that a temperature difference in the surface occurs to generate a slip.

Therefore, temperature measuring points and a heating method are disclosed in order to inhibit the slip from occurring. That is, by measuring temperatures at a plurality of points of a circumferential portion of the wafer at a distance equal to 70% or more of a radius of the wafer from a center of it, and by controlling heating of a heater such that a temperature difference between the temperature measuring points is within 5° C. (this value is a value wherein no slip occurs at 800° C. or more), a heating processing without occurrence of a slip is performed without depending uniformity in a heat density of the heater and without depending a contact area between the wafer and the susceptor.

However, in the above-described prior art, there have been problems as follows.

(1) In the known example (a), a temperature rise is controlled by one value of a temperature difference $\Delta t$ in the surface (a value wherein no warpage occurs at a processing temperature (at a setpoint temperature when raising a temperature)). Since this makes it required that the heating be severely controlled when being at a low wafer temperature with a large margin of a $\Delta t$, by using a $\Delta t$ when being at a high temperature (the $\Delta t$ when being at a low wafer temperature is larger than the $\Delta t$ when being at a high wafer temperature), restriction on a control response is required so as to make a sacrifice of a temperature rising speed. As a result, since the $\Delta t$ margin becomes also small when being at a low temperature, a warpage can be inhibited, however, it can not be ensured that the temperature rising speed is increased.

(2) In the known example (b) which is similar to the known example (a), since heating is controlled by one value (a temperature difference in the surface), there is also a defect similar to the one in the known example (a).

### SUMMARY OF THE INVENTION

An object of the present invention is to provide a method for processing a substrate and a method for manufacturing a semiconductor device wherewith, by resolving the problems with the prior art noted in the foregoing, occurrence of a warpage of a substrate can be effectively prevented.

A first invention is a substrate processing apparatus which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, comprising a controller, the controller being adapted to obtain in accordance with a heating state of the substrate such a temperature deviation $\Delta t$ in the substrate surface, which varies in accordance with the heating state of the substrate, that no warpage of the substrate occurs, and the controller being adapted to control the heating member such that a temperature deviation in the surface of the substrate which is heated by the heating member is maintained within the $\Delta t$. Since heating of the substrate can be controlled based on the temperature deviation $\Delta t$ in the substrate surface, occurrence

US 6,744,018 B2

**3**

of a warpage of the substrate can be effectively prevented. Moreover, since the temperature deviation Δt in the substrate surface is allowed not to be fixed but to be variable, heating need not be severely controlled when the substrate is at a low temperature with a large margin of a Δt, by using a Δt value when being at a high temperature. Accordingly, since the heating is controlled with a large Δt margin when being at a low temperature, it can be ensured that the temperature rising speed is increased while a warpage can be inhibited at the same time. The above-noted heating member capable of performing an unequal heating in the substrate surface is, for example, a division type heater which is divided into a plurality of zones.

A second invention is a substrate processing apparatus which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, comprising a controller, the controller being adapted to obtain a Δt, which varies in accordance with a temperature when heating, for each of a plurality of temperatures which are selected from the temperatures when heating, the temperature when heating being a temperature of the substrate or a temperature of a substrate support member for supporting the substrate, the Δt being such a temperature deviation in the substrate surface that no warpage of the substrate occurs, and the controller being adapted to control the heating member such that a temperature deviation in the surface of the substrate which is heated by the heating member is maintained within the Δt based on the temperature of the substrate support member or the substrate temperature at that time. Since there is a correlation between the substrate temperature and the substrate support member temperature, the temperature deviation Δt in the substrate surface may be obtained from either of the temperatures. In either event, since the control is performed by the temperature deviation Δt in the substrate surface, which varies in accordance with the temperature of the substrate support member or the substrate when heating, that can be easily measured, it can be ensured that the temperature rising speed is increased while a warpage of the substrate can be prevented at the same time.

A third invention is a substrate processing apparatus according to the second invention, wherein the temperature deviation Δt in the substrate surface which is obtained in accordance with the temperature of the substrate when heating, is represented by the following expression:

$$\Delta t \leq 350 \times EXP(-0.004 \times T),$$

wherein T is the temperature of the substrate.

Since heating of the substrate is controlled by the temperature deviation Δt in the substrate surface represented by the above expression, a warpage of the substrate can be prevented effectively over the whole temperature of the substrate.

A fourth invention is a substrate processing apparatus according to the third invention, wherein a size of the substrate is 12 inches, the Δt is a temperature deviation in a surface between a center of the substrate and a position of 145 mm from the substrate center. For the substrate size of 12 inches, if the temperature deviation in the surface between the center of the substrate and the position of 145 mm from the substrate center is obtained, it can be ensured that heating control of the substrate is optimized when performing the control of the heating member.

A fifth invention is a substrate processing apparatus according to the second invention, wherein the temperature deviation Δt in the substrate surface is obtained in accor-

**4**

dance with a temperature of the substrate support member for supporting the substrate. Since the temperature deviation Δt in the substrate surface is obtained by measuring not the substrate temperature but the substrate support member temperature, it is possible to make a thermometer impervious to a substrate processing as compared with a case in which the substrate temperature susceptible to the substrate processing is measured, so that reliability of control is increased.

A sixth invention is a substrate processing apparatus according to the fifth invention, wherein as the temperature of the substrate support member, a temperature of a back surface of the substrate support member opposite to a surface which supports the substrate is measured. Since there is no need to expose a thermometer to a processing space owing to the measurement of the back surface temperature of the substrate support member, an unnecessary film and the like can be prevented from being deposited on the thermometer so that the reliability is further increased.

A seventh invention is a substrate processing apparatus according to the first invention or the second invention, wherein the control of the heating member is a control during a temperature raising process of the substrate. Since a warpage of the substrate, which is not eliminated when processing the substrate, due to variations of the temperature in the substrate surface which have a possibility of occurrence during a temperature raising process, can be surely eliminated, defective processing of the substrate caused by the temperature nonuniformity due to the warpage of substrate can be reduced.

An eighth invention is a substrate processing apparatus, which heats a substrata using a heating member capable of performing an unequal heating in a substrate surface, and which controls heating of the substrate at least between a first temperature and a second temperature which is different from the first temperature, the substrate processing apparatus comprising a controller, the controller controlling the heating of the substrate such that a temperature deviation in the substrate surface is maintained within a range of such a temperature deviation in the substrate surface that no warpage of the substrate occurs, and wherein a temperature deviation value in the substrate surface at the first temperature and a temperature deviation value in the substrate surface at the second temperature are set to be different, and the heating of the substrate is controlled by using these temperature deviation values which are different values from each other. Since heating of the substrate is controlled based on at least two different temperature deviations in the substrate surface, occurrence of a warpage of a substrate can be prevented with a sufficient control margin as compared with a substrate processing apparatus for controlling heating of a substrate based on one fixed temperature deviation in a substrate surface.

A nineth invention is a substrate processing apparatus according to the eighth invention, wherein the second temperature is a temperature higher than the first temperature, the temperature deviation value in the substrate surface at the first temperature is a value larger than that of the temperature deviation value in the substrate surface at the second temperature, and the heating of the substrate is controlled by using these temperature deviation values which are different values from each other. Since the temperature deviation value in the substrate surface at the first temperature is allowed to be a value larger than that of the temperature deviation value in the substrate surface at the second temperature, a further sufficient margin can be secured during a temperature raising process in which the substrate temperature becomes the first temperature.

US 6,744,018 B2

**5**

A tenth invention is a method for manufacturing a semiconductor device, which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, the method being adapted to control heating of the substrate by: obtaining in accordance with a heating state of the substrate such a temperature deviation Δt in the substrate surface, which varies in accordance with the heating state of the substrate, that no warpage of the substrate occurs; and controlling the heating member such that a temperature deviation in the surface of the substrate which is heated by the heating member is maintained within the Δt. Since heating of the substrate is controlled based on the temperature deviation Δt in the substrate surface, occurrence of a warpage of the substrate can be effectively prevented. In addition, since the temperature deviation Δt in the substrate surface is allowed not to be fixed but to be variable, heating need not be severely controlled when the substrate is at a low temperature with a large margin of a Δt, by using a Δt value when being at a high temperature. Accordingly, since the Δt margin is large when being at a low temperature, it can be ensured that the temperature rising speed is increased while a warpage can be inhibited.

An eleventh invention is a method for manufacturing a semiconductor device, which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, the method being adapted to control heating of the substrate by: obtaining a Δt, which varies in accordance with a temperature when heating, for each of a plurality of temperatures which are selected from the temperatures when heating, the temperature when heating being a temperature of the substrate or a temperature of a substrate support member for supporting the substrate, the Δt being such a temperature deviation in the substrate surface that no warpage of the substrate occurs; and controlling the heating member such that a temperature deviation in the surface of the substrate which is heated by the heating member is maintained within the Δt based on the temperature of the substrate support member or the temperature of the substrate at that time. Since there is a correlation between the substrate temperature and the substrate support member temperature, the temperature deviation Δt in the substrate surface may be obtained by either of the temperatures. In either event, since the control is performed within the temperature deviation Δt in the substrate surface which varies in accordance with the temperature of the substrate support member or the substrate when heating, that can be easily measured, it can be ensured that the temperature rising speed is increased while a warpage of the substrate can be inhibited.

A twelfth invention is a method for manufacturing a semiconductor device, which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, and controls heating of the substrate at least between a first temperature and a second temperature which is different from the first temperature, the method comprising: controlling heating of the substrate such that a temperature deviation in a surface of the substrate is maintained within a range of such a temperature deviation in the substrate surface that no warpage of the substrate occurs; and setting a temperature deviation value in the substrate surface at the first temperature and a temperature deviation value in the substrate surface at the second temperature to be different, and controlling the heating of the substrate by using these temperature deviation values which are different values from each other. Since heating of the substrate is controlled based on at least two different temperature deviations in the substrate surface, occurrence of a warpage of a

**6**

substrate can be prevented with a sufficient control margin as compared with a method for controlling heating of a substrate based on one fixed temperature deviation in a substrate surface.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic sectional view of an individual substrate type substrate processing apparatus according to an embodiment;

FIG. **2** is a schematic sectional view of an individual substrate type substrate processing apparatus according to an embodiment;

FIG. **3** is an explanatory view for showing a nonuniformity occurrence model of a temperature in a substrate surface;

FIG. **4** is a characteristic view of a correlation between a susceptor temperature and a substrate temperature according to an embodiment;

FIG. **5** is an explanatory view of substrate temperature measuring points according to an embodiment;

FIG. **6** is a conceptual view of an elastic deformation of a substrate according to an embodiment:

FIG. **7** is an explanatory view for showing a substrate temperature and a critical temperature deviation in a substrate surface according to an embodiment;

FIG. **8** is an explanatory view for showing a substrate temperature recovery by a sequence of a conventional example;

FIG. **9** is an explanatory view for showing a substrate temperature recovery by a sequence according to an embodiment;

FIG. **10** is an explanatory view for showing a change with time in a temperature deviation in a substrate surface by a sequence according to an embodiment;

FIG. **11** is an explanatory view for showing a control system according to an embodiment; and

FIG. **12** is an explanatory view for showing a heater structure according to an embodiment.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

An embodiment of a substrate processing apparatus and a method for manufacturing a semiconductor device according to the present invention will be explained below in the case of its application to an individual substrate type substrate processing apparatus. Moreover, although the individual substrate type will be explained here with respect to a single substrate type which performs a processing for every single substrate, the individual substrate type, which is not limited to a single substrate type, is applicable to an apparatus in a form wherein substrates of the order of 2 to 5, or more, are horizontally loaded on a substrate support member.

FIG. **1** and FIG. **2** are schematic sectional views of individual substrate type substrate processing apparatuses for performing a thin film formation and a thermal processing in order to conduct a method for manufacturing a semiconductor device.

The apparatus comprises a processing vessel **40** of a sealed structure. The processing vessel **40** comprises a substrate insertion port **8** for transferring a semiconductor substrate **1** such as a silicon wafer and the like from a transfer chamber (not shown) into a processing chamber **31** in the processing vessel **40**, and an open/close valve **9** which

US 6,744,018 B2

7

performs atmosphere isolation between the transfer chamber and the processing chamber 31. In addition, there are provided a gas supply port 6 through which a desired gas species, a gas flow rate and a gas ratio can be supplied into the processing chamber 31, and an exhaustion port 7 for exhausting a supply gas. A gas dispersion plate 5 for preventing a gas supply amount from being biased on a substrate processing surfaces is provided at an upper portion of the processing chamber 31 at which the gas supply port 6 Is provided.

A susceptor 2 as a substrate support member for supporting the substrate 1 and a heater unit 20 for heating the substrate 1 via the susceptor 2 are provided in the processing chamber 31. The susceptor 2 adsorbs and supports the substrate 1 on a surface of the susceptor 2, and uniformalizes a heat from the resistance heating heater 3 as a heating member in a state in which the substrate 1 is adsorbed and supported.

The heater unit 20 which is constructed from a hollow body comprises at its upper portion a substrate support plate attachment portion for attaching a substrate support body 2, and comprises at its lower portion a tubiform support shaft 21 which advances or retreats from an opening provided at a bottom portion center of the vacuum vessel 40. The heater unit 20 becomes a sealed structure by attaching the susceptor 2 to the substrate support plate attachment portion of the heater unit 20. The resistance heating heater 3 which can heat the substrate 1 to a desired temperature via the susceptor 2 is provided inside of the hollow body. In addition, the hollow body which becomes a sealed structure is provided with a vacuum exhaustion line 11, and the substrate 1 will be forcefully adsorbed to the surface of the susceptor 2 by evacuating the heater unit 20 to vacuum. The susceptor 2 is provided with a plurality of holes or grooves for vacuum adsorption.

The heater unit 20 is vertically movably provided in the processing chamber 31 by connecting the support shaft 21 of the heater unit 20 to a vertical movement mechanism 10. The support shaft is sealed with a bellows 14. The vertical movement mechanism 10 is adapted to be able to adjust in a multistage manner the heater unit 20 at different vertical positions in the processing chamber 31 in each step such as during substrate transfer, substrate processing, and the like. Substrate support pins 4 as substrate support tools for temporarily supporting the substrate 1 transferred into the processing chamber 31, are provided with the susceptor 2 such that the pins 4 can freely appear or sink in accordance with the vertical movement of the heater unit 20.

In the construction as noted above, although the substrate 1 is adsorbed and supported on the susceptor 2, the entire surface of the substrate can not always be adsorbed uniformly to the susceptor 2, and a warpage amount of the substrate can not be controlled. Therefore, in order to be able to obviate a warpage, the heater unit 20 is constructed in the following manner.

The heater unit 20 is adapted to be rotatable, and a temperature of the susceptor 2 is adapted to be measurable. That is, the above-stated tubiform support shaft 21 is adapted to be rotatable, and the heater unit 20 is provided such that the heater unit 20 can be freely rotated with the support shaft 21 as a center, so that the susceptor 2 can be rotated at an arbitrary speed in a state in which the substrate 1 is supported. On the other hand, the resistance heating heater 3 is fixedly provided in the heater unit 20, and supported by a fixture 22 which is inserted into the tubiform support shaft 21. In this way, by allowing the susceptor 2 to

8

be rotatable and the resistance heating heater 3 to be fixed, the susceptor 2 is allowed to be rotated relatively to the resistance heating heater 3. In addition, by allowing the heater unit 20 to be rotatable, the heater unit 20 becomes vertically movable and rotatable, and known means, not shown, can be adopted as a multiple mechanism having such vertical movement and rotation functions. Moreover, the resistance heating heater 3 is provided with a thermometer which is not shown in FIG. 1 or FIG. 2, for measuring a temperature of the susceptor 2. Additionally, the gas dispersion plate 5 is provided with a thermometer for measuring a temperature of the substrate 1.

A method for manufacturing a semiconductor device using the above-stated individual substrate type substrate processing apparatus will be described below.

(1) Firstly, pressures of the transfer chamber (not shown) and the processing chamber 31 are adjusted to prescribed pressures, respectively. The adjustment of the pressures is performed by supplying a noble gas such as $N_2$, Ar or the like which has no reactivity with the substrate surface, into the respective chambers so as to adjust a conductance of the exhaustion port 7. Although, here, the pressure of each chamber is set to be, for example, of the order of 13,300 Pa (100 Torr), the pressure should be determined preferably depending on thin film formation and heat processing pressures of a substrate and the like, and an optimal pressure for each substrate processing condition is preferable.

(2) Next, the open/close valve 9 is opened, and the substrate 1 is inserted into the processing chamber 31 from the transfer chamber via the substrate insertion port 8, and subsequently, the substrate 1 is temporarily supported with the substrate support tools 4 (FIG. 1). In addition, it is preferable that a pressure difference between the transfer chamber and the processing chamber 31 when opening the open/close valve 9 be monitored and controlled to be in an arbitrary range such that the pressure difference may be prevented from being a factor in occurrence of particles by pressure fluctuations. After insertion of the substrate 1, the open/close valve 9 is closed to perform atmosphere isolation between the processing chamber 31 and the transfer chamber. Then, by allowing the heater unit 20 to move up by the vertical movement mechanism 10, the substrate 1 is supported with the susceptor 2, and then, the heater unit 20 is allowed to further move up while the substrate 1 is supported with the susceptor 2, so that the substrate 1 is located at a film formation position (FIG. 2). Additionally, by adjusting a thin film formation apparatus, a gap between the gas dispersion plate 5 and the substrate 1 can be controlled, and the gap is optimized by thin film formation conditions.

(3) Subsequently, a valve (not shown) connected to the vacuum exhaustion line 11 is opened, and a pressure of an inside of the heater unit 20 is reduced to be lower than that of an atmosphere of the substrate, and the substrate 1 is forcefully adsorbed to the susceptor 2 by sucking a back surface of the substrate through the plurality of holes or grooves with which the susceptor 2 is provided. Then, by rotating the heater unit 20, the susceptor 2 is rotated in a state in which the substrate 1 is supported.

(4) The resistance heating heater 3 for heating the substrate 1 is previously set prior to the substrate transfer such that the substrate 1 in a state of FIG. 2 may reach an intended processing temperature, and an attempt is made to stabilize the temperature of the substrate in this state until the substrate reach the intended processing temperature. If the substrate temperature becomes stable, a reaction gas for performing a desired film formation is introduced from the

US 6,744,018 B2

9

gas supply port **6**, and a thin film is formed on the surface of the substrate **1**.

(5) The supply of the reaction gas is stopped immediately after passing of a period of time required to form a thin film passes, and a remaining gas component of the reaction gas is exhausted. Then, in the inverse procedures of the above-stated (1) to (3) items, the substrate **1** is delivered from the processing chamber to the transfer chamber, and subsequently, these operations are repeatedly performed until a processing of a prescribed number of substrates is completed

However, during a processing of the above-noted (2) to (4), because the substrate is heated by the resistance heating heater **3** immediately after the transfer of the substrate **1** into the processing chamber **31**, and because, conventionally, this heating is in an actually uncontrolled state with respect to the substrate temperature, there may be sometimes a certain amount or more of a temperature deviation in a surface of the substrate when raising a temperature. Thermal expansion typically occurs in the processing substrate **1** due to heating, and if the above-noted temperature deviation reaches a certain amount or mores an elastic deformation having a shape of a horseshoe or a cone is generated in the substrate. This elastic deformation continues being maintained even in a thin film formation process after stabilization of temperature, and it further causes temperature nonuniformity in the substrate surface so as to become a deterioration factor of a substrate property such as a film thickness nonuniformity and the like during a thin film formation processing. As shown in FIG. **3** noted above, if a degree of contact (a space distance) of the substrate **1** with the susceptor **2** changes, a heat of the susceptor **2** which is uniformly heated always in an unchanging state by the resistance heating heater **3** can not be uniformly transferred to the substrate **1**. As a result, a drawback occurs in the substrate surface due to temperature distribution nonuniformity depending on the space distance.

Because the deficiency of the substrate property due to the above-mentioned temperature nonuniformity in the substrate allows a performance and a yield of devices to be lowered, and because the excess elastic deformation of a substrate the amount of which reaches d=10 mm or more for a φ 300 mm (12 inches) Si substrate causes even unexpected apparatus troubles such as transfer troubles resulting from position displacement of a substrate, and the like, the improvement is desired. Therefore, in the present embodiment, by reducing the deformation amount due to the excess elastic deformation of a substrate, the unexpected apparatus troubles are prevented from occurring, as follows.

FIG. **11** is an explanatory view for showing a control system according to an embodiment. As shown in FIG. **11**, the resistance heating heater **3** is provided with, for example, radiation thermometers S1 and S2 as temperature measurement means for the susceptor **2**. The radiation thermometers S1 and S2 which comprise sensor portions located to face a back surface of the susceptor **2**, are adapted to be able to measure the temperature of the susceptor **2** from its back surface side so as to monitor the temperature of the susceptor **2** from the measured value. The location positions are set to be at least two points including substrate center portion and substrate end portion neighborhoods. If one point is further located at an intermediate point between the above-mentioned two points, a preferable configuration for more precisely controlling a substrate warpage amount as hereinafter described is obtained.

In addition, the gas dispersion plate **5** (see FIG. **1** and FIG. **2**) is provided with, for example, radiation thermometers

10

S11 and **512** as temperature measurement means for the substrate **1**. The radiation thermometers S11 and S12 which comprise sensor portions located to face a surface of the substrate **1**, are adapted to be able to measure the temperature of the substrate **1** from its surface side so as to monitor the temperature of the substrate **1** from the measured value. The location positions are set to be at least two points including substrate center portion and substrate end portion neighborhoods. If one point is further located at an intermediate point between the above-mentioned two points, a preferable configuration for more precisely controlling a substrate warpage amount as hereinafter described is obtained.

Moreover, the above-described thermometers S1, S2, S11 and S12 are not limited to radiation thermometers. They can be, for example, thermocouples.

As stated above, the radiation thermometers S1 and S2, and S11 and S12 measure each temperature close to the center portion and the end portion of the susceptor **2** and the substrate **1** from the back side of the susceptor **2** and from the surface side of the substrate **1**. Each measured value obtained by such a measurement is added into an arithmetic means **25** to provide a command value obtained by computation to a control means **26**. By controlling the resistance heating heater **3** and the vertical movement mechanism **10** by the control means **26**, the warpage state of the substrate is controlled.

Here, the temperature of the susceptor **2** may be simply monitored as a warpage amount of the substrate **1** which has a correlation with the temperature of the susceptor **2** based on the measured values of the radiation thermometers S1 and S2. The monitored data becomes a data for an empirical technique. In addition, taking this monitoring a step further, the control of the warpage amount may also be performed as mentioned above. In the case of the former, the arithmetic means **25** constitutes a monitor means, and an output of the monitor means is the warpage amount. In the case of the latter, the control means **26** constitutes a warpage control means.

Although the resistance heating heater **3** may be an integral type, it is preferable that the heater **3** be a division type heating heater comprising a plurality of concentrically disposed zone heaters **3**a, **3**b and **3**c as shown in FIG. **11** and FIG. **12**. The central zone heater **3**a, the intermediate zone heater **3**b and the circumferential zone heater **3**c constitute a central heating means, an intermediate heating means and a circumferential heating means respectively. In the case of the division type heater, a plurality of the zone heaters is individually controlled in accordance with command values corresponding to the plurality of the zone heaters. In the embodiment, although only the central zone heater **3**a (a portion of φ 180 in FIG. **12**) is controlled such that it is within the condition of such a temperature deviation Δt in the substrate surface that no warpage of the substrate occurs, even other zone heater may be used and controlled. In addition, although the susceptor is not divided, it may be divided at a point corresponding to a heater division position. When dividing, it is preferable that the susceptor be divided at a point corresponding to the point at least between φ 180 and φ 294 heaters.

Now, FIG. **4** shows a change with time in a temperature in a substrate surface when changing purposely an inner susceptor temperature corresponding to a substrate center portion neighborhood from a state after temperature stabilization of the above-described procedure (4) in a φ 300 mm Si substrate. An aim of obtaining the data of FIG. **4** is to

US 6,744,018 B2

**11**

discover what amount of the temperature deviation in the substrate surface allows the excess substrate elastic deformation which is the problem of the present invention to be generated and occur.

The change of the inner susceptor temperature is realized by independently controlling the respective temperatures of the arbitrary regions as mentioned above into which the resistance heating heater **3** is divided. In addition, with respect to the measurement points of the substrate temperature, thermocouples (the radiation thermometers S**11** and S**12** are not used) are located at a plurality of points of 75 mm and 145 mm radially from the center of the substrate which is set to be 0 mm as shown in FIG. **5**, and an average of temperature values at the same radius are taken, and the results are graphed in FIG. **4**. Moreover, with respect to the inner susceptor temperature, a temperature at a spot of the substrate center 0 mm is measured, and with respect to the outer susceptor temperature, a temperature at a spot $\phi$ 147 mm is measured. Furthermore, since the susceptor is an integrated type (that is, there is no division between the outer and the inner), with respect to the inner susceptor temperature, it is proper that the inner susceptor temperature correctly be an expression of a susceptor temperature at an inner portion. Additionally, the thickness of the $\phi$ 300 mm (12 inches) Si substrate, which varies depending on quality, is 0.775 mm±0.025 $\mu$m–0.775 mm±0.050 $\mu$m.

In FIG. **4**, in a state of an elapsed time of 0–20 sec before the inner susceptor temperature is changed, the substrate temperature is maintained at a state of approximately 700° C. due to uniformalization of the susceptor temperature. Then, until an elapsed time 20–26 sec, the entire substrate temperature exhibits an upward tendency with a temperature increase of the inner susceptor. In addition, the temperature increase amount for each measurement point is an increase amount corresponding to the temperature increase region of the inner susceptor, and specifically, the substrate temperature increase amount at the 145 mm spot which is farthermost from a temperature increase region is lower than that at the substrate center portion, and the temperature deviation in the substrate surface exhibits a tendency to be gradually enhanced with an elapsed time. Moreover, from an elapsed time 24 sec, although the substrate temperature progression at the 0 mm point exhibits a temperature progression corresponding to the temperature increase amount of the susceptor, and with respect to 75 mm and 145 mm points, the temperature gradually decreases, and with respect to 145 mm point, the temperature in a final stabilized state exhibits a tendency to decrease to be less than the initial excess state.

Furthermore, FIG. **6** shows an elastic deformation conceptual view (a cone shape or a horseshoe shape) of a substrate, and the elastic deformation state of the substrate has been visually checked experimentally, and it has been found that the elastic deformation amount is: d=5–10 mm or so.

In consideration of the progression of substrate temperature change in FIG. **4** and the substrate elastic deformation conceptual view of FIG. **6**, it is estimated that timing of occurrence of the elastic deformation of the substrate is at a spot near an elapsed time **25** sec in FIG. **4**. This is determined by an explanation that a distance between substrate **1** and susceptor **2** is caused by an excess substrate elastic deformation so that a heat transfer effect from the susceptor **2** is decreased so as to provide temperature decrease tendencies at 75 mm and 145 mm points from an elapsed time 25 sec. Therefore, the temperature difference in the substrate surface near an elapsed time 25 sec is indicative of a critical

**12**

state in which the excess elastic deformation of the substrate is caused, and it can be said that the substrate elastic deformation which is caused by the occurrence of the temperature difference equal to or more than a critical temperature deviation depending on the substrate temperature when raising a temperature, is liable to occur in a temperature raising process in which the temperature deviation in the substrate surface is liable to lapse into an uncontrolled state.

In view of the forgoing, the present embodiment resides in inhibition of the elastic deformation of a substrate by controlling a substrate temperature within such a substrate temperature deviation that no warpage occurs even in a temperature raising process.

FIG. **7** is a graph made of critical temperature differences in a substrate surface in each temperature range in a temperature raising process which is obtained at points of 350° C., 500° C., 700° C. 900° C. and 1100° C. as data in FIG. **4**. The obtained data in FIG. **7** shows that there is a correlation between a substrate temperature: X and a critical temperature difference in a substrate surface, Y, which can be represented by the following approximation expression:

$$Y=350{\times}EXP(-0.004{\times}X).$$

Accordingly, in order to inhibit a substrate elastic deformation in a temperature raising process, it is essential that the temperature deviation: $\Delta$t (° C.) In a substrate surface during a temperature raising have a relation to the substrate temperature T (° C.) during the temperature raising as follows;

$$\Delta t{\leqq}350{\times}EXP(-0.004{\times}T) \qquad (a),$$

wherein $\Delta$t: a temperature deviation (° C.) in a substrate surface during a temperature raising, and

T: a substrate temperature (° C.) during the temperature raising.

Therefore, by monitoring the substrate temperature during a processing, and controlling the resistance heating heater **3** which is optimally divided to heat an arbitrary substrate region, such that the relation expression (a) which has been obtained by the above-described experiment is satisfied, an excess elastic deformation of the substrate can be inhibited so that the substrate can be heated uniformly.

A method for obtaining temperature information about the temperature controlling method for prevention of an elastic deformation of the substrate **1** can include (A) an empirical technique for experimentally optimizing a heating sequence when substrate information and the like are known in advance, (B) a technique for directly obtaining temperature information about a substrate surface by a known optical technique such as a radiation thermometer and the like. In either case, while preventing a substrate warpage, a temperature rising speed can be enhanced by performing a feedback control on a heating element such as a resistance heating heater and the like such that a temperature difference in a substrate surface and a substrate temperature range satisfy the above-noted relation expression, which relate to the obtained temperature information about a substrate, specifically, the temperature information about a center portion of the substrate and a portion which is in the order of 10 mm from at least an outer circumference of the substrate.

In addition, two techniques for preventing a substrate warpage due to a temperature deviation in a substrate surface beyond the above-noted $\Delta$t immediately after sub-

US 6,744,018 B2

13                                                    14

strate insertion, will be described below. Firstly, a substrate processing method (A) based on an experimental technique which has a reliable long-term monitoring accuracy will be described. Secondly, a substrate processing method (B) based on an experimental technique which has a reliable short-term monitoring accuracy which leaves a long-term problem will be described.

(A) A Substrate Processing Method by an Experimental Technique

FIG. 8 is a graph for showing a change with time in a substrate temperature during a processing by a conventional sequence. Here, a procedure is the same as in the above-stated procedures (1) to (3). The measurement of a substrate temperature (center and circumference monitoring temperatures) is adapted to allow a temperature measurement after a substrate insertion to be possible by locating on the gas dispersion plate 5 of FIG. 1 and FIG. 2 the radiation thermometers S11 and S12 for observing a substrate processing surface. Moreover, the measurement of a susceptor temperature (inner and outer temperatures) is adapted to allow a temperature measurement after a substrate insertion to be possible by locating on the resistance heating heater 3 the radiation thermometers S1 and S2 for observing a susceptor back surface temperature. Furthermore, the temperature measurement with S11 and S12 is conducted at two points, namely, at the substrate center portion, and at the circumference portion which is an approximately 140 mm spot from the center portion. Additionally, in the present experiment sequence for the main purpose of measuring a substrate temperature, in order to maintain reliability of the radiation thermometers, an $N_2$ gas with a flow rate which is equivalent to the flow rate in a film formation sequence is supplied in lieu of a reaction gas without supplying the reaction gas into the processing chamber which would be supplied when forming a film. The resistance heating heater 3 which is divided into a center and a circumference is respectively controlled from the time before insertion of a substrate such that the susceptor back surface temperature becomes 700° C., and the temperature before insertion of a substrate is maintained during a processing.

The ordinate at the left of the graph represents the substrate center temperature (center monitoring temperature) and the substrate circumference temperature (circumference monitoring temperature) measured with S11 and S12, and the ordinate at the right of the graph represents the susceptor back surface temperatures of an inner susceptor and an outer susceptor measured with S1 and S2. When the substrate 1 and the susceptor 2 are rotated, the radiation thermometer S1 located at the substrate center portion makes a fixed point observation on the temperature of the inner (center portion) of the susceptor 2 from the back surface side of the susceptor 2. The radiation thermometer S2 located in the substrate end portion neighborhood draws a circular measurement locus so that the radiation thermometer S2 makes an observation on the temperature of the outer (circumferential end portion) of the susceptor 2. In the case of the substrate rotation speed=10 rpm, the radiation thermometer S2 repeatedly measures the temperature of the same spot on the circular measurement locus in a cycle of 6 sec.

The time of the abscissa of the graph allows a sequence start time after insertion of the substrate into the processing chamber to be 0 sec, and after about 10 sec, by allowing the vertical movement mechanism 10 to move up, the substrate is moved to a processing position.

In FIG. 8, the monitoring temperature before insertion of the substrate which monitors a susceptor surface tempera-

ture at a substrate transfer position, indicates a temperature slightly higher than a control temperature immediately below the susceptor back surface. The monitoring temperature after insertion of the substrate which is at a room temperature is suddenly decreased, and subsequently it begins increasing due to a contact of the substrate with the susceptor 2 at a high temperature along with the upward movement of the vertical movement mechanism 10, and after a while, it is maintained at a constant temperature. However, in the monitoring temperature even in a steady state, a temperature difference Δt' between the substrate center portion and the circumference portion is generated to be a temperature difference of about 40° C. and this temperature difference in the substrate surface is not eliminated even when transferring to the film formation event. It is estimated that this phenomenon is generated by the nonuniformity of the degree of contact in the substrate surface as mentioned in FIG. 3 when supporting the substrate 1 by the susceptor 2 as a result of the occurrence of the elastic deformation of the substrate 1 by the temperature difference in the substrate surface which is results from the difference in temperature rising speed between the substrate center portion and the circumference portion immediately after the insertion of the substrate. Moreover, in another consideration, it is estimated that the substrate 1 after insertion which is in an insufficiently heated state is brought into contact with the susceptor 2 at a high temperature so that an instantaneous heating unevenness occurs in the substrate surface when a temperature suddenly increases, and the heating unevenness causes the elastic deformation of the substrate 1. Furthermore, in the graph of FIG. 8, since the monitoring temperature at the center portion is lower than that at the circumference portion, the resultant elastic deformation of the substrate is a conical distribution in which the surface side is curved in a convex manner.

FIG. 9 shows change with time in a substrate temperature by a sequence according to the present embodiment, and a difference of the sequence in FIG. 9 from the conventional sequence in FIG. 8 is as follows.

(1) As a means for uniformalizing a temperature rising speed in a substrate surface immediately after insertion of the substrate, by temporarily setting the temperature of an inner susceptor higher than the design temperature during a substrate processing, the heating of the substrate center portion which has a low temperature rising speed is accelerated. An increase amount of the setting temperature and a timing of changing the setting temperature are optimized by experiment, and in FIG. 9, by increasing the temperature of the inner susceptor by the amount of change of 1° C./sec from the time approximately 20 sec before the insertion of the substrate, the temperature of the inner susceptor is increased to a temperature 30° C. higher than the initial setting temperature, for about 30 sec until the time when the processing sequence starts. After increasing, by decreasing the temperature of the inner susceptor by the amount of change of 1° C./sec, the temperature of the inner susceptor is returned to the initial design temperature for about 50 sec until before a film formation event, so that the temperature of the inner susceptor is equal to the temperature of the outer susceptor which corresponds to the substrate circumference neighborhood.

(2) As a means for inhibiting a sudden temperature change in a substrate surface when the substrate 1 comes into contact with the susceptor 2 at a high temperature, the substrate is brought into contact with the susceptor 2 after the temperature of the substrate increases subsequently to the insertion of the substrate to a certain temperature or more

US 6,744,018 B2

**15**

which corresponds to the temperature approximately 700° C. of the susceptor **2**. In the present experimental example, for the temperature approximately 700° C. of the susceptor **2**, when the substrate temperature (monitoring temperature) becomes about 450–500° C., the substrate is brought into contact with the susceptor **2**. That is, it is preferable that the substrate be brought into contact with the susceptor **2** around where a temperature curve of the substrate center temperature which suddenly increases by the over setting temperature of the inner susceptor catches up with and overlaps a temperature curve of the substrate circumference temperature which increases by a setting temperature heating of the outer susceptor. In addition, it is desirable that the temperature increase of the substrate **1** be accelerated by allowing the distance between the susceptor **2** and the substrate **1** to be as short as possible from the time when the processing sequence starts to the time when the substrate **1** is brought into contact with the susceptor **2** by the upward movement of the vertical movement mechanism **10**. The present experiment is conducted by setting the distance between the substrate **1** and the susceptor **2** at about 2 mm during the above-noted processing.

In this way, by the empirical optimization techniques of the heating and vertical movement sequence according to (1) and (2), the monitoring temperature difference of 40° C. between the substrate center portion and the substrate circumference portion resulting from the sudden decrease after insertion of the substrate at a room temperature, is eliminated to be zero when the vertical movement mechanism moves upward, and the temperature difference zero is maintained when transferring to the film formation event.

The graph of FIG. **10** shows a change with time in a temperature deviation in a surface between the center portion and the circumference portion of the substrate monitoring temperature performed by the sequence according to the embodiment of the above-mentioned (A). In addition, the graph also illustrates the critical temperature deviation in a substrate surface (temperature deviation in a substrate surface) $\Delta t$ of the expression (a) obtained in the present embodiment. The measured temperature deviation in a substrate surface when conducted by the present embodiment sequence is maintained at a temperature difference equal to or below the critical temperature deviation in a substrate surface at any time, so that the elastic deformation, namely a warpage, of a substrate during a temperature raising can be prevented so as to make it possible to uniformly heat a substrate in the film formation event as shown in FIG. **9**.

(B) A Substrate Processing Method by a Feedback Control

This method is a control method based on the conditional expression (a) of $\Delta t$. As shown in FIG. **10**, the vertical movement mechanism **10** and the zone heater **3a** as a center heating means are controlled so that the measured temperature deviation in a substrate surface does not exceed the critical temperature deviation $\Delta t$ in a substrate surface. Based on the experimental results of (1) and (2) of the above-noted (A), control parameters are determined as follows. The control parameters of the zone heater **3a** which are added to the arithmetic means **25** are the substrate temperatures (**S11** and **S12**) before and after insertion of the substrate, the increase amount of a setting temperature of the inner susceptor, the timing of changing the setting temperature of the inner susceptor, and the like. Moreover, the control parameters of the vertical movement mechanism **10** which are added to the arithmetic means **25** are the distance between the susceptor **2** and the substrate **1** before contact of the susceptor **2** with the substrate, the substrate temperature

**16**

when bringing the susceptor **2** into contact with the substrate **1**, and the like.

The arithmetic means **25** computes a warpage amount based on the measurement values of the radiation thermometers **S1** and **S2**, and then the arithmetic means **25** obtains by computation a command value which corrects the warpage amount so as to provide the command value to the control means **26**. Based on the command value provided by the arithmetic means **25**, the control means **26** controls the zone heater **3a**, and consequently controls the warpage state of the substrate. In addition, the arithmetic means **25** computes a warpage amount based on the measurement values of the radiation thermometers **S11** and **S12**, and then the arithmetic means **25** obtains by computation a command value which corrects the warpage amount so as to provide the command value to the control means **26**. Based on the command value provided by the arithmetic means **25**, the control means **26** controls a drive source **10a** of the vertical movement mechanism **10**, and consequently controls the warpage state of the substrate. By this feedback control, the temperature deviation in a substrate surface when conducted by the feedback control, can be maintained at a temperature difference equal to or below the critical temperature deviation in a substrate surface at any time, so that the elastic deformation of a substrate during a temperature raising can be prevented so as to make it possible to uniformly heat a substrate in the film formation event as shown in FIG. **9**. Moreover, in lieu of the above-stated computation, results may be obtained using a lookup table. Therefore, since there is no need for calculation every time results are required, speedup of control becomes possible.

As mentioned above, according to the embodiments, the following excellent effects are obtained as compared to the known examples.

(1) Based on such a temperature deviation in a substrate surface that no warpage occurs at a substrate temperature in the midstream of a substrate temperature raising, heating is controlled by allowing $\Delta t$ to be variable up to a setpoint temperature. As a result, heating need not be severely controlled when the substrate is at a low temperature with a large margin of a $\Delta t$, by using a $\Delta t$ value when being at a high temperature, and moreover, since the $\Delta t$ margin is large when being at a low temperature, it can be ensured that the temperature rising speed is increased while a warpage can be inhibited.

(2) Since a warpage of a substrate in the midstream of a substrate temperature raising can be effectively prevented, a fear of film peeling off resulting from the warpage is significantly reduced after processing.

(3) Since heating of a substrate is controlled such that no warpage occurs in the midstream of a substrate temperature raising, an elastic deformation of the substrate due to a temperature difference in a substrate surface can be inhibited and a substrate processing such as a film formation and the like can be conducted in a temperature uniform state in a substrate surface. Accordingly, defective of substrate property such as a film thickness uniformity and the like can be prevented, which can contribute to an enhanced yield of semiconductor elements.

In addition, although the inhibition condition of the substrate elastic deformation in a heating processing in the embodiment which takes an Si substrate of $\phi 300$ mm as an example, is represented by the specific function of temperature, optimization of an inhibition condition of the substrate elastic deformation even in a variety of materials is possible by discovering dependence of the inhibition condition using the experimental procedure based on the

US 6,744,018 B2

## 17

intention of the present invention. Moreover, it goes without saying that the scope of the present invention is to be limited solely by the appended claims, and that various changes and modifications can be made within the scope without departing from the intention of the invention. For example, the present invention can be applied to a GaAs substrate, in addition to an Si substrate.

Furthermore, although a warpage of a substrate during a temperature raising is mainly prevented in the above-mentioned embodiment, the present invention can also be applied to the case of preventing a warpage in a steady state or when lowering a temperature.

Additionally, during a temperature raising, the control may be possible by allowing Δt to be variable while the substrate temperature (or the susuceptor temperature) is measured in real time, and the control may be possible by allowing Δt to be variable based on the data which has been obtained in advance using a test substrate and the like. In this case, without controlling the heating of a substrate based on the linear approximate expression (a) in which Δt varies continuously in accordance with the substrate temperature, the controlling may be possible based on a stepped line graph in which Δt varies discontinuously. That is, a temperature region is divided into at least two regions, and the temperature deviation value in a substrate surface in one temperature region is different from that in another temperature region, while the temperature deviation value in a substrate surface in each temperature region is constant, so that the heating of the substrate may be more simply controlled.

Furthermore, in the embodiment which represents an expression of Δt based on the substrate temperature, since a susceptor back surface temperature is actually measured, if a relation with the substrate temperature-susceptor temperature is obtained, there is no need to directly measure the substrate temperature so that the control only by the susceptor back surface temperature becomes possible. Since measuring the susceptor back surface temperature circumvents the need to expose the thermometer to the reaction space, deposition of an unwanted film onto the thermometer can be prevented so that reliability of a long-term monitoring accuracy can be secured.

Moreover, the conditional expression of the expression (a) relates to an Si substrate of 300 mm, and it has been experimentally confirmed that the expression (a) holds in either case, 100 or 111 crystal face. Further, the Δt conditional expression in the embodiment is calculated based on the measuring locations of the center (0 mm) of an Si substrate and 145 mm from the center. Even though a different Δt conditional expression calculated from other measuring locations is used, measurements at 0 mm and 145 mm consequently will satisfy the above-noted Δt conditional expression.

According, to the present invention, heating of a substrate can be controlled based on a temperature deviation in a substrate surface Δt so that occurrence of a warpage of the substrate can be effectively prevented.

What is claimed is:

1. A substrate processing apparatus which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, comprising a controller,

said controller being adapted to obtain in accordance with a heating state of the substrate such a temperature deviation Δt in the substrate surface, which varies in accordance with the heating state of said substrate, that no warpage of said substrate occurs, and

## 18

said controller being adapted to control said heating member such that a temperature deviation in the surface of said substrate which is heated by said heating member is maintained within said Δt.

2. A substrate processing apparatus which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, comprising a controller,

said controller being adapted to obtain a Δt, which varies in accordance with a temperature when heating, for each of a plurality of temperatures which are selected from said temperatures when heating, said temperature when heating being a temperature of the substrate or a temperature of a substrate support member for supporting said substrate, said Δt being such a temperature deviation in the substrate surface that no warpage of said substrate occurs, and

said controller being adapted to control said heating member such that a temperature deviation in the surface of said substrate which is heated by said heating member is maintained within said Δ t based on the temperature of the substrate support member or the substrate temperature at that time.

3. A substrate processing apparatus according to claim 2, wherein the temperature deviation Δt in said substrate surface which is obtained in accordance with the temperature of the substrate when heating, is represented by the following expression:

$$\Delta t \leqq 350 \times EXP(-0.004 \times T),$$

wherein T is the temperature of the substrate.

4. A substrate processing apparatus according to claim 3, wherein a size of said substrate is 12 inches, said Δt is a temperature deviation in a surface between a center of said substrate and a position of 145 mm from the substrate center.

5. A substrate processing apparatus according to claim 2, wherein the temperature deviation Δt in said substrate surface is obtained in accordance with a temperature of the substrate support member for supporting said substrate.

6. A substrate processing apparatus according to claim 5, wherein as the temperature of said substrate support member, a temperature of a back surface of the substrate support member opposite to a surface which supports said substrate is measured.

7. A substrate processing apparatus according to claim 1, wherein the control of said heating member is a control during a temperature raising process of said substrate.

8. A substrate processing apparatus, which heats a substrate using a heating member capable of performing an unequal heating in a substrate surface, and which controls heating of said substrate at least between a first temperature and a second temperature which is different from the first temperature,

the substrate processing apparatus comprising a controller, the controller controlling the heating of said substrate such that a temperature deviation in said substrate surface is maintained within a range such that no warpage of the substrate occurs, and

wherein a temperature deviation value in the substrate surface at said first temperature and a temperature deviation value in the substrate surface at said second temperature are set to be different, and the heating of the substrate is controlled by using these temperature deviation values which are different values from each other.

9. A substrate processing apparatus according to claim 8, wherein said second temperature is a temperature higher

US 6,744,018 B2

19

than said first temperature, the temperature deviation value in the substrate surface at the first temperature is a value larger than that of the temperature deviation value in the substrate surface at the second temperature, and the heating of the substrate is controlled by using these temperature deviation values which are different values from each other.

10. A method for manufacturing a semiconductor device using a substrate processing apparatus:

wherein said substrate processing apparatus comprising:
a heating member which heats a substrate, and which is capable of performing an unequal heating in a substrate surface; and
a controller which is adapted to obtain in accordance with a heating state of the substrate such a temperature deviation $\Delta t$ in the substrate surface, which varies in accordance with the heating state of said substrate, that no warpage of said substrate occurs, and which is adapted to control said heating member such that a temperature deviation in the surface of said substrate which is heated by said heating member is maintained within said $\Delta t$.

11. A method for manufacturing a semiconductor device, using a substrate processing apparatus:

wherein said substrate processing apparatus comprising:
a heating member which heats a substrate, and which is capable of performing an unequal heating in a substrate surface, and
a controller which is adapted to obtain a $\Delta t$, which varies in accordance with a temperature when heating, for each of a plurality of temperatures which is selected from said temperatures when heating, said temperature when heating being a temperature of the substrate or a temperature of a substrate support member for supporting said substrate, said $\Delta t$ being such a temperature deviation in the substrate surface that no warpage of said substrate occurs, and which is adapted to control said heating member such that a temperature deviation in the surface of said substrate which is heated by said heating member is maintained within said $\Delta t$ based on the temperature

20

of the substrate support member or the substrate temperature at that time.

12. A method for manufacturing a semiconductor device using a substrate processing apparatus:

wherein said substrate processing apparatus comprising:
a heating member which heats a substrate, and which is capable of performing an unequal heating in a substrate surface, and
a controller which controls heating of said substrate at least between a first temperature and a second temperature which is different from the first temperature, and which controls said heating member such that a temperature deviation in said substrate surface is maintained within a range such that no warpage of the substrate occurs,
wherein a temperature deviation value in the substrate surface at said first temperature and a temperature deviation value in the substrate surface at said second temperature are different from each other.

13. A substrate processing apparatus according to claim 2, wherein the control of said heating member is a control during a temperature raising process of said substrate.

14. A substrate processing apparatus, comprising:

a heating member which heats a substrate, and which is capable of performing an unequal heating in a substrate surface; and

a controller which controls heating of said substrate at least between a first temperature and a second temperature which is different from the first temperature, and which controls said heating member such that a temperature deviation in said substrate surface is maintained within a range such that no warpage of the substrate occurs,

wherein a temperature deviation value in the substrate surface at said first temperature and a temperature deviation value in the substrate surface at said second temperature are different from each other.

*    *    *    *    *

# Exhibit F

US008409988B2

(12) **United States Patent**
Takasawa et al.

(10) **Patent No.:**     **US 8,409,988 B2**
(45) **Date of Patent:**     **Apr. 2, 2013**

(54) **METHOD OF MANUFACTURING SEMICONDUCTOR DEVICE AND SUBSTRATE PROCESSING APPARATUS**

(75) Inventors: **Yushin Takasawa**, Toyama (JP); **Hajime Karasawa**, Toyama (JP); **Yoshiro Hirose**, Toyama (JP)

(73) Assignee: **Hitachi Kokusai Electric Inc.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 114 days.

(21) Appl. No.: **13/115,578**

(22) Filed: **May 25, 2011**

(65) **Prior Publication Data**

US 2011/0294280 A1     Dec. 1, 2011

(30) **Foreign Application Priority Data**

May 25, 2010    (JP) ................................ 2010-119766

(51) **Int. Cl.**
**H01L 21/44**          (2006.01)
(52) **U.S. Cl.** . **438/680**; 438/513; 438/769; 257/E21.006; 257/E21.17; 257/E21.218; 257/E21.267; 257/E21.278; 257/E21.293; 257/E21.311; 257/E21.32
(58) **Field of Classification Search** .................. 438/680, 438/769, 311, 513, 742, 905, 913; 257/E21.006, 257/E21.17, E21.218, E21.267, E21.278, 257/E21.293, E21.311, E21.32
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,544,398 | B1 * | 6/2009 | Chang et al. .................. | 427/537 |
| 7,846,644 | B2 * | 12/2010 | Irving et al. .................. | 430/313 |
| 8,093,140 | B2 * | 1/2012 | Chen et al. .................... | 438/482 |
| 2010/0130024 | A1 | 5/2010 | Takasawa et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2007-048926 | A | 2/2007 |
| JP | 2007-081427 | A | 3/2007 |
| JP | 2008-502805 | A | 1/2008 |
| JP | 2008-227460 | A | 9/2008 |
| JP | 2010-153795 | A | 7/2010 |
| WO | 2005/124849 | A2 | 12/2005 |

* cited by examiner

*Primary Examiner* — David Nhu
(74) *Attorney, Agent, or Firm* — Volpe And Koenig, P.C.

(57)          **ABSTRACT**

Provided are a method of manufacturing a semiconductor device and a substrate processing apparatus capable of improving defects of conventional CVD and ALD methods, satisfying requirements of film-thinning, and realizing high film-forming rate. The method includes forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel in which the substrate is accommodated under a condition that a CVD reaction occurs, and forming a second layer including the first element and a second element being unable to become solid state by itself by supplying a gas containing the second element into the process vessel to modify the first layer, wherein a cycle including the forming of the first layer and the forming of the second layer is performed at least once to form a thin film including the first and second elements and having a predetermined thickness.

**12 Claims, 14 Drawing Sheets**



**FIG. 1**



## FIG. 2





FIG. 3





FIG. 5

## FIG. 6



U.S. Patent          Apr. 2, 2013          Sheet 7 of 14          US 8,409,988 B2



FIG. 7

Case 5:17-cv-06880-BLF     Document 24-1     Filed 02/16/18     Page 128 of 225



FIG. 8

## FIG. 9





FIG. 10



FIG. 11



FIG. 12



FIG. 13

**FIG. 14**

(A) STEP 1 (DCS SUPPLY)

FIRST LAYER (Si LAYER)

Si ATOM

200

FIRST LAYER

200

(B) STEP 2 ($C_3H_6$ SUPPLY)

SECOND LAYER (INCLUDING Si & C)

C ATOM

200

SECOND LAYER

200

(C) STEP 3 ($BCl_3$ SUPPLY)

THIRD LAYER (INCLUDING Si, C & B)

B ATOM

200

THIRD LAYER

200

(D) STEP 4 ($NH_3$ SUPPLY)

FOURTH LAYER (SiBCN LAYER)

N ATOM

STOICHIOMETRIC COMPOSITION

200

FOURTH LAYER

EXCESSIVE C FOR N IN TERMS OF STOICHIOMETRIC COMPOSITION

200

US 8,409,988 B2

1

# METHOD OF MANUFACTURING SEMICONDUCTOR DEVICE AND SUBSTRATE PROCESSING APPARATUS

## CROSS-REFERENCE TO RELATED PATENT APPLICATION

This application claims priority to and the benefit of Japanese Patent Application No. 2010-119766 filed on May 25, 2010, the disclosure of which is incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to a semiconductor device manufacturing method including a step of forming a thin film on a substrate, and a substrate processing apparatus.

## DESCRIPTION OF THE RELATED ART

Semiconductor device manufacturing processes include a step of forming an insulating film such as a silicon oxide ($SiO_2$) film or a silicon nitride ($Si_3N_4$) film on a substrate, and a step of forming a conductive film such as a titanium nitride (TiN) film or a tantalum nitride (TaN) film on the substrate. Since the silicon oxide film has good properties such as excellent insulation characteristics and a low dielectric constant, the silicon oxide film is widely used as an insulating film or an interlayer film. In addition, since the silicon nitride film has good properties such as excellent insulation characteristics, corrosion resistance, a dielectric constant, and film stress controllability, the silicon nitride film is widely used as an insulating film, a mask film, a charge storage film, and a stress control film. Further, because the titanium nitride film or the tantalum nitride film has good properties such as electrode characteristics and barrier characteristics, the titanium nitride film or the tantalum nitride film is widely used as a metal electrode film or a barrier metal film. As a method of forming such a film, a chemical vapor deposition (CVD) method or an atomic layer deposition (ALD) method is used.

## SUMMARY OF THE INVENTION

In recent times, miniaturization of semiconductor devices is further needed and thinning of the films used in the semiconductor devices is also further needed. While a high film-forming rate can be obtained through the conventional CVD method, it is difficult to accomplish thinning requirements of the films used in the semiconductor device. In addition, while requirements of the film-thinning can be satisfied through the ALD method, it is difficult to realize a high film-forming rate.

Therefore, it is an object of the present invention to provide a method of manufacturing a semiconductor device and a substrate processing apparatus that are capable of satisfying requirement of the film-thinning and realizing a high film-forming rate by improving defects of the conventional CVD method and ALD method.

According to an aspect of the present invention, there is provided a method of manufacturing a semiconductor device including:

(a) forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a CVD reaction is caused;

(b) modifying the first layer by supplying a gas containing a second element being unable to become solid state by itself

2

into the process vessel to form a second layer including the first element and the second element; and

(c) performing a cycle comprising the steps (a) and (b) at least once to form a thin film having a predetermined thickness and including the first element and the second element.

According to another aspect of the present invention, there is provided a method of manufacturing a semiconductor device including:

(a) forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a CVD reaction is caused;

(b) supplying a gas containing a second element being able to become solid state by itself or being unable to become solid state by itself into the process vessel to form a second layer including the first element and the second element by forming a layer including the second element on the first layer or by modifying the first layer;

(c) modifying the second layer by supplying a gas containing a third element being unable to become solid state by itself into the process vessel to form a third layer including the first element, the second element and the third element; and

(d) performing a cycle comprising the steps (a) through (c) at least once to form a thin film having a predetermined thickness and including the first element, the second element and the third element.

According to still another aspect of the present invention, there is provided a method of manufacturing a semiconductor device including:

(a) forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a CVD reaction is cased;

(b) supplying a gas containing a second element being able to become solid state by itself or being unable to become solid state by itself into the process vessel to form a second layer including the first element and the second element by forming a layer including the second element on the first layer or by modifying the first layer;

(c) supplying a gas containing a third element being able to become solid state by itself or being unable to become solid state by itself into the process vessel to form a third layer including the first element, the second element and the third element by forming a layer including the third element on the second layer or by modifying the second layer; and

(d) modifying the third layer by supplying a gas containing a fourth element being unable to become solid state by itself into the process vessel to form a fourth layer including the first element, the second element, the third element and the fourth element; and

(e) performing a cycle comprising the steps (a) through (d) at least once to form a thin film having a predetermined thickness and including the first element, the second element, the third element and fourth element.

According to yet another aspect of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element being able to become solid state by itself into the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element being unable to become solid state by itself into the process vessel;

a pressure regulating unit configured to regulate a pressure in the process vessel; and

a controller,

US 8,409,988 B2

3

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, and the second element-containing gas supply system so as to: form a first layer including the first element on the substrate by supplying the gas containing the first element into the process vessel in which the substrate is accommodated under a condition that a CVD reaction occurs; and form a second layer including the first element and the second element by supplying the gas containing the second element into the process vessel to modify the first layer, wherein a cycle including the forming of the first layer and the forming of the second layer is performed at least once to form a thin film including the first and second elements and having a predetermined thickness.

According to yet another aspect of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element being able to become solid state by itself into the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element being able to become solid state by itself or being unable to become solid state by itself into the process vessel;

a third element-containing gas supply system configured to supply a gas containing a third element being unable to become solid state by itself into the process vessel;

a pressure regulating unit configured to regulate a pressure in the process vessel; and

a controller,

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, the second element-containing gas supply system, and the third element-containing gas supply system so as to: form a first layer including the first element on the substrate by supplying the gas containing the first element into the process vessel in which the substrate is accommodated under a condition that a CVD reaction occurs; form a second layer including the first element and the second element by supplying the gas containing the second element into the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer; and form a third layer including the first element, the second element, and the third element by supplying the gas containing the third element into the process vessel to modify the second layer, wherein a cycle including the forming of the first layer, the forming of the second layer, and the forming of the third layer is performed at least once to form a thin film including the first to third elements and having a predetermined thickness.

According to yet another aspect of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element being able to become solid state by itself into the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element being able to become solid state by itself or being unable to become solid state by itself into the process vessel;

a third element-containing gas supply system configured to supply a gas containing a third element being able to become solid state by itself or being unable to become solid state by itself into the process vessel;

4

a fourth element-containing gas supply system configured to supply a gas containing a third element being able to become solid state by itself into the process vessel;

a pressure regulating unit configured to regulate a pressure in the process vessel; and

a controller,

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, the second element-containing gas supply system, the third element-containing gas supply system, and the fourth element-containing gas supply system so as to: form a first layer including the first element on the substrate by supplying the gas containing the first element into the process vessel in which the substrate is accommodated under a condition that a CVD reaction occurs; form a second layer including the first element and the second element by supplying the gas containing the second element into the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer; form a third layer including the first element, the second element, and the third element by supplying the gas containing the third element into the process vessel, wherein the third layer is formed by forming a layer including the third element on the second layer, or the third layer is formed by modifying the second layer; and form a fourth layer including the first to fourth elements by supplying the gas containing the fourth element into the process vessel to modify the third layer, wherein a cycle including the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer is performed at least once to form a thin film including the first to fourth elements and having a predetermined thickness.

According to the present invention, a method of manufacturing a semiconductor device and a substrate processing apparatus that are capable of satisfying requirements of film-thinning and realizing a high film-forming rate by improving defects of conventional CVD and ALD methods can be provided.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a vertical cross-sectional view schematically illustrating a vertical process furnace of a substrate processing apparatus according to an exemplary embodiment of the present invention.

FIG. **2** is a cross-sectional view taken along line A-A of FIG. **1** schematically illustrating the vertical process furnace according to the exemplary embodiment of the present invention.

FIG. **3** is a view illustrating gas supply timing in a first sequence according to an embodiment of the present invention.

FIG. **4** is a view illustrating gas supply timing in a second sequence according to an embodiment of the present invention.

FIG. **5** is a view illustrating gas supply timing in a third sequence according to an embodiment of the present invention.

FIG. **6** is a schematic view illustrating formation of a silicon nitride film on a wafer according to the first sequence of the embodiment of the present invention.

FIG. **7** is a schematic view illustrating a case where silicon is excessively supplied in Step 1 of the first sequence according to the embodiment of the present invention.

FIG. **8** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 2 of the first sequence according to the embodiment of the present invention.

US 8,409,988 B2

5

FIG. **9** is a schematic view illustrating formation of a silicon carbonitride film on a wafer according to the second sequence of the embodiment of the present invention.

FIG. **10** is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the second sequence according to the embodiment of the present invention.

FIG. **11** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 3 of the second sequence according to the embodiment of the present invention.

FIG. **12** is a schematic view illustrating formation of a silicon boron carbonitride film on a wafer in the third sequence according to the embodiment of the present invention.

FIG. **13** is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the third sequence according to the embodiment of the present invention.

FIG. **14** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 4 of the third sequence according to the embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Embodiments of the present invention will be described hereinafter with reference to the attached drawings.

FIG. **1** is a vertical cross-sectional view schematically illustrating a vertical process furnace **202** of a substrate processing apparatus according to an exemplary embodiment of the present invention, and FIG. **2** is a cross-sectional view taken along line A-A of FIG. **1** schematically illustrating the vertical process furnace **202** according to the exemplary embodiment of the present invention.

As shown in FIG. **1**, the process furnace **202** includes a heater **207** used as a heating unit (heating mechanism). The heater **207** has a cylindrical shape and is vertically installed in a state in which the heater **207** is supported on a heater base (not shown) which is a holding plate. As will be described later, the heater **207** is also used as an activation mechanism for activating a gas by heat.

Inside the heater **207**, a reaction tube **203** constituting a reaction vessel (process vessel) is installed concentrically with the heater **207**. The reaction tube **203** is made of a heat-resistant material such as quartz ($SiO_2$) or silicon carbide (SiC) and has a cylindrical shape with a top side closed and a bottom side opened. A hollow part of the reaction tube **203** forms a process chamber **201**. The process chamber **201** is configured to accommodate substrates such as wafers **200** using a boat **217**, which will be described later, such that the wafers **200** are horizontally positioned and vertically arranged in multiple stages.

A first nozzle **249a**, a second nozzle **249b**, a third nozzle **249c** and a fourth nozzle **249d** are installed in the process chamber **201** through the lower part of the reaction tube **203**. A first gas supply pipe **232a**, a second gas supply pipe **232b**, a third gas supply pipe **232c** and a fourth gas supply pipe **232d** are connected to the first nozzle **249a**, the second nozzle **249b**, the third nozzle **249c** and the fourth nozzle **249d**, respectively. In this way, four nozzles **249a**, **249b**, **249c** and **249d**, and four gas supply pipes **232a**, **232b**, **232c** and **232d**, are installed at the reaction tube **203** such that a plurality of kinds of gases, here, four kinds of gases, can be supplied into the reaction tube **203**.

A flow rate controller (a flow rate control unit) such as a mass flow controller (MFC) **241a**, and an on-off valve such as a valve **243a** are sequentially installed at the first gas supply pipe **232a** from an upstream side of the first gas supply pipe **232a**. In addition, a first inert gas supply pipe **232e** is con-

6

nected to a downstream side of the valve **243a** of the first gas supply pipe **232a**. A flow rate controller (a flow rate control unit) such as an MFC **241e**, and an on-off valve such as a valve **243e** are sequentially installed at the first inert gas supply pipe **232e** from an upstream side of the first inert gas supply pipe **232e**. Further, the above-described first nozzle **249a** is connected to a leading end of the first gas supply pipe **232a**. In an arc-shaped space between an inner wall of the reaction tube **203** and wafers **200**, the first nozzle **249a** is erected such that the first nozzle **249a** extends upward from a lower side to an upper side along the inner wall of the reaction tube **203** in a direction in which the wafers **200** are stacked. The first nozzle **249a** is an L-shaped long nozzle. Gas supply holes **250a** are formed in a side surface of the first nozzle **249a** to supply a gas. The gas supply holes **250a** are opened toward a center of the reaction tube **203**. The gas supply holes **250a** are formed at a plurality of positions along the lower side to the upper side of the reaction tube **203**, have the same opening area and are arranged at the same opening pitch. A first gas supply system is constituted mainly by the first gas supply pipe **232a**, the MFC **241a**, the valve **243a** and the first nozzle **249a**. In addition, a first inert gas supply system is constituted mainly by the first inert gas supply pipe **232e**, the MFC **241e** and the valve **243e**.

A flow rate controller (a flow rate control unit) such as an MFC **241b**, and an on-off valve such as a valve **243b** are sequentially installed at the second gas supply pipe **232b** from an upstream side of the second gas supply pipe **232b**. In addition, a second inert gas supply pipe **232f** is connected to a downstream side of the valve **243b** of the second gas supply pipe **232b**. A flow rate controller (a flow rate control unit) such as an MFC **241f**, and an on-off valve such as a valve **243f** are sequentially installed at the second inert gas supply pipe **232f** from an upstream side of the second inert gas supply pipe **232e**. In addition, the above-described second nozzle **249b** is connected to a leading end of the second gas supply pipe **232b**. In an arc-shaped space between the inner wall of the reaction tube **203** and the wafers **200**, the second nozzle **249b** is erected such that the second nozzle **249b** extends upward from the lower side to the upper side along the inner wall of the reaction tube **203** in a direction in which the wafers **200** are stacked. The second nozzle **249b** is an L-shaped long nozzle. Gas supply holes **250b** are formed in a side surface of the second nozzle **249a** to supply a gas. The gas supply holes **250b** are opened toward the center of the reaction tube **203**. The gas supply holes **250b** are formed at a plurality of positions along the lower side to the upper side of the reaction tube **203**, have the same opening area and are arranged at the same opening pitch. A second gas supply system is constituted mainly by the second gas supply pipe **232b**, the MFC **241b**, the valve **243b** and the second nozzle **249b**. In addition, a second inert gas supply system is constituted mainly by the second inert gas supply pipe **232f**, the MFC **241f** and the valve **243f**.

A flow rate controller (a flow rate control unit) such as an MFC **241c**, and an on-off valve such as a valve **243c** are sequentially installed at the third gas supply pipe **232c** from an upstream side of the third gas supply pipe **232c**. In addition, a third inert gas supply pipe **232g** is connected to a downstream side of the valve **243c** of the third gas supply pipe **232c**. A flow rate controller (a flow rate control unit) such as an MFC **241g**, and an on-off valve such as a valve **243g** are sequentially installed at the third inert gas supply pipe **232g** from an upstream side of the third inert gas supply pipe **232g**. In addition, the above-described third nozzle **249c** is connected to a leading end of the third gas supply pipe **232c**. In an arc-shaped space between the inner wall of the reaction tube

US 8,409,988 B2

7

203 and the wafers 200, the third nozzle 249c is erected such that the third nozzle 249c extends upward from the lower side to the upper side along the inner wall of the reaction tube 203 in a direction in which the wafers 200 are stacked. The third nozzle 249c is an L-shaped long nozzle. Gas supply holes 250c are formed in a side surface of the third nozzle 249c to supply a gas. The gas supply holes 250c are opened toward the center of the reaction tube 203. The gas supply holes 250c are formed at a plurality of positions along the lower side to the upper side of the reaction tube 203, have the same opening area and are arranged at the same opening pitch. A third gas supply system is constituted mainly by the third gas supply pipe 232c, the MFC 241c, the valve 243c and the third nozzle 249c. In addition, a third inert gas supply system is constituted mainly by the third inert gas supply pipe 232g, the MFC 241g and the valve 243g.

A flow rate controller (a flow rate control unit) such as an MFC 241d, and an on-off valve such as a valve 243d are sequentially installed at the fourth gas supply pipe 232d from an upstream side of the fourth gas supply pipe 232d. In addition, a fourth inert gas supply pipe 232h is connected to a downstream side of the valve 243d of the fourth gas supply pipe 232d. A flow rate controller (a flow rate control unit) such as an MFC 241h, and an on-off valve such as a valve 243h are sequentially installed at the fourth inert gas supply pipe 232h from an upstream side of the fourth inert gas supply pipe 232h. In addition, the above-described fourth nozzle 249d is connected to a leading end of the fourth gas supply pipe 232d. In an arc-shaped space between the inner wall of the reaction tube 203 and the wafers 200, the fourth nozzle 249d is erected such that the fourth nozzle 249d extends upward from the lower side to the upper side along the inner wall of the reaction tube 203 in a direction in which the wafers 200 are stacked. The fourth nozzle 249d is an L-shaped long nozzle. Gas supply holes 250d are formed in a side surface of the fourth nozzle 249d to supply a gas. The gas supply holes 250d are opened toward the center of the reaction tube 203. The gas supply holes 250d are formed at a plurality of positions along the lower side to the upper side of the reaction tube 203, have the same opening area and are arranged at the same opening pitch. A fourth gas supply system is constituted mainly by the fourth gas supply pipe 232d, the MFC 241d, the valve 243d and the fourth nozzle 249d. In addition, a fourth inert gas supply system is constituted mainly by the fourth inert gas supply pipe 232h, the MFC 241h and the valve 243h.

As described above, a method of supplying the gas in this embodiment is clearly distinguished from a conventional method of supplying the gas. In the conventional method, the gas is supplied from one end of the lower side or the upper side of the reaction tube 203, to a longitudinal arc-shaped space defined between the inner wall of the reaction tube 203 and ends of the plurality of stacked wafers 200, to allow a flow of the gas from the lower side to the upper side via the arc-shaped space or from the upper side to the lower side via the arc-shaped space, such that each wafer 200 stacked in the reaction tube 203 is reacted with the flowed gas. In this case, since an amount of the gas is relatively increased (a concentration of the gas is relatively high) in a portion near a gas supply part, a thickness of the thin film formed on the wafer 200 disposed at that portion is increased. Meanwhile, since the amount of the gas that can arrive at the wafers 200 is reduced (the concentration of the gas is relatively low) in a portion far from the gas supply part, a thickness of the thin film formed on the wafer 200 disposed at that portion is decreased. Accordingly, in this case, a difference in thickness of the thin films formed on the wafers 200 disposed at the upper portion and the lower portion occurs, and thus, the

8

conventional method is inappropriate in the vertical batch-type apparatus for forming the thin films having a uniform thickness on the wafers 200.

Meanwhile, according to the gas supply method in this embodiment, the gas is transferred through the nozzles 249a, 249b, 249c and 249d disposed in the arc-shaped space and firstly injected into the reaction tube 203 near the wafers 200 through the gas supply holes 250a, 250b, 250c and 250d opened to the nozzles 249a, 249b, 249c and 249d, respectively, so that a main stream of the gas in the reaction tube 203 becomes parallel to the surfaces of the wafers 200, i.e., in a horizontal direction. According to the above configuration, the gas can be uniformly supplied to each wafer 200, and the thickness of the thin films formed on the wafers 200 can be uniformized. While a remaining gas after the reaction flows toward an exhaust port, that is, an exhaust pipe 231, which will be described later, a flow direction of the remaining gas is not limited to the vertical direction but may be appropriately determined according to a position of the exhaust port.

For example, silicon source gas, i.e., a gas containing silicon (Si) (silicon-containing gas), is supplied through the first gas supply pipe 232a into the process chamber 201 via the MFC 241a, the valve 243a and the first nozzle 249a. For example, dichlorosilane ($SiH_2Cl_2$, abbreviation: DCS) gas may be used as the silicon-containing gas.

For example, a gas containing carbon (C) (carbon-containing gas) is supplied through the second gas supply pipe 232b into the process chamber 201 via the MFC 241b, the valve 243b and the second nozzle 249b. For example, propylene ($C_3H_6$) gas may be used as the carbon-containing gas. In addition, a gas containing hydrogen (H) (hydrogen-containing gas) may be supplied through the second gas supply pipe 232b into the process chamber 201 via the MFC 241b, the valve 243b and the second nozzle 249b. For example, hydrogen ($H_2$) gas may be used as the hydrogen-containing gas.

For example, a gas containing boron (B) (boron-containing gas) is supplied through the third gas supply pipe 232c into the process chamber 201 via the MFC 241c, the valve 243c and the third nozzle 249c. For example, boron trichloride ($BCl_3$) gas may be used as the boron-containing gas. In addition, a gas containing oxygen (O) (oxygen-containing gas) may be supplied through the third gas supply pipe 232c into the process chamber 201 via the MFC 241c, the valve 243c and the third nozzle 249c. For example, oxygen ($O_2$) gas or nitrous oxide ($N_2O$) may be used as the oxygen-containing gas.

For example, a gas containing nitrogen (N) (nitrogen-containing gas) is supplied through the fourth gas supply pipe 232d into the process chamber 201 via the MFC 241d, the valve 243d and the fourth nozzle 249d. For example, ammonia ($NH_3$) gas may be used as the nitrogen-containing gas.

For example, nitrogen ($N_2$) gas is supplied into the process chamber 201 through the inert gas supply pipes 232e, 232f, 232g and 232h via the MFCs 241e, 241f, 241g and 241h, the valves 243e, 243f, 243g and 243h, and the gas supply pipes 232a, 232b, 232c and 232d, and the gas nozzles 249a, 249b, 249c and 249d.

For example, as described above, when the gases are supplied through the gas supply pipes, respectively, the first gas supply system constitutes a source gas supply system, i.e., a silicon-containing gas supply system (silane-based gas supply system). In addition, the second gas supply system constitutes a carbon-containing or hydrogen-containing gas supply system. In addition, the third gas supply system constitutes a boron-containing or oxygen-containing gas supply system. In addition, the fourth gas supply system constitutes a nitrogen-containing gas supply system.

US 8,409,988 B2

9

The exhaust pipe 231 is installed at the reaction tube 203 to exhaust an atmosphere in the process chamber 201. As shown in FIG. 2, when seen from a horizontal cross-sectional view, the exhaust pipe 231 is installed at a side of the reaction tube 203 opposite to a side of the reaction tube 203 at which the gas supply hole 250a of the first nozzle 249a, the gas supply hole 250b of the second nozzle 249b, the gas supply hole 250c of the third nozzle 249c and the gas supply hole 250d of the fourth nozzle 249d are installed, i.e., an opposite side from the gas supply holes 250a, 250b, 250c and 250d with the wafers 200 interposed therebetween. In addition, as shown in FIG. 1, when seen from a vertical cross-sectional view, the exhaust pipe 231 is installed at a lower side of the reaction tube 203 than a place at which the gas supply holes 250a, 250b, 250c and 250d are installed. According to the above configuration, the gas supplied into a portion adjacent to the wafers 200 in the process chamber 201 through the gas supply holes 250a, 250b, 250c and 250d flows in a horizontal direction, i.e., a direction parallel to the surfaces of the wafers 200, and then flows downward to be exhausted through the exhaust pipe 231. In the process chamber 201, the fact that a main stream of the gas becomes a flow in the horizontal direction is as described above. A vacuum exhaust device such as a vacuum pump 246 is connected to the exhaust pipe 231 via a pressure detector (pressure detecting unit) such as a pressure sensor 245 configured to detect an internal pressure of the process chamber 201 and a pressure regulator (pressure regulating unit) such as an automatic pressure controller (APC) valve 244, so that the inside of the process chamber 201 can be vacuum-evacuated to a predetermined pressure (vacuum degree). The APC valve 244 is an on-off valve, which can be opened and closed to start and stop vacuum evacuation of the inside of the process chamber 201 and can be adjusted in degree of valve opening for pressure adjustment. Mainly, the exhaust pipe 231, the APC valve 244, the vacuum pump 246 and the pressure sensor 245 constitute an exhaust system.

A seal cap 219 is installed at the lower side of the reaction tube 203 as a furnace port cover that can hermetically close an opened bottom side of the reaction tube 203. The seal cap 219 is configured to make contact with the bottom side of the reaction tube 203 in a perpendicular direction from the lower side. For example, the seal cap 219 is made of a metal such as stainless steel and has a disk shape. An O-ring 220 is installed on the surface of the seal cap 219 as a seal member configured to make contact with the bottom side of the reaction tube 203. At a side of the seal cap 219 opposite to the process chamber 201, a rotary mechanism 267 is installed to rotate the boat 217. A rotation shaft 255 of the rotary mechanism 267 is connected to the boat 217, which will be described later, through the seal cap 219, to rotate the wafers 200 by rotating the boat 217. The seal cap 219 is configured to be vertically moved by an elevator such as a boat elevator 115 vertically installed outside the reaction tube 203, so that the boat 217 can be loaded into and unloaded from the process chamber 201.

The boat 217, which is a substrate support member, is made of a heat-resistant material such as quartz or silicon carbide and is configured to support the plurality of wafers 200 in a state in which the wafers 200 are horizontally oriented and concentrically arranged with each other in multiple stages. An insulating member 218 made of a heat-resistant material such as quartz or silicon carbide is installed at the lower part of the boat 217 to prevent heat transfer from the heater 207 to the seal cap 219. In addition, the insulating member 218 may include a plurality of insulating plates made of a heat-resistant material such as quartz or silicon carbide, and an insulating plate holder configured to support the insulating plates

10

in a state in which the insulating plates are horizontally oriented and arranged in multiple stages.

A temperature sensor 263 is installed in the reaction tube 203 as a temperature detector, and by controlling power supplied to the heater 207 based on temperature information detected by the temperature sensor 263, desired temperature distribution in the process chamber 201 can be attained. Like the nozzles 249a, 249b, 249c and 249d, the temperature sensor 263 has an L-shape and is installed along the inner wall of the reaction tube 203.

A controller 121, which is a control part (control unit), is connected to devices such as the MFCs 241a, 241b, 241c, 241d, 241e, 241f, 241g and 241h, the valves 243a, 243b, 243c, 243d, 243e, 243f, 243g and 243h, the pressure sensor 245, the APC valve 244, the vacuum pump 246, the heater 207, the temperature sensor 263, the boat rotary mechanism 267, the boat elevator 115, and so on. The controller 121 controls, for example, flow rates of various gases using the MFCs 241a, 241b, 241c, 241d, 241e, 241f, 241g and 241h, opening/closing operations of the valves 243a, 243b, 243c, 243d, 243e, 243f, 243g and 243h, opening/closing operations of the APC valve 244 and pressure adjusting operations of the APC valve 244 based on the pressure sensor 245, the temperature of the heater 207 based on the temperature sensor 263, starting/stopping operations of the vacuum pump 246, the rotation speed of the boat rotary mechanism 267, elevating operations of the boat elevator 115, and so on.

Next, three exemplary sequences (a first sequence, a second sequence, and a third sequence) for a step of forming an insulating film on a substrate, which is one of a plurality of processes for manufacturing a semiconductor device using the above-described process furnace of the substrate processing apparatus, will be described. In the following descriptions, operations of parts of the substrate processing apparatus are controlled by the controller 121.

As described above, while a high film-forming rate can be obtained through the conventional CVD method, it is difficult to satisfy requirements of the film-thinning due to further miniaturization. On the other hand, while the ALD method can satisfy the requirements of the film-thinning, it is difficult to realize the high film-forming rate. In the conventional CVD method, a plurality of kinds of gases containing a plurality of elements that constitute a film to be formed are simultaneously supplied. Meanwhile, in the ALD method, a plurality of kinds of gases containing a plurality of elements that constitute a film to be formed are alternately supplied. Then, a $SiO_2$ film or a $Si_3N_4$ film is formed by controlling supply conditions such as the flow rates of the supply gases, the supply times of the supply gases, and plasma power. In such a technique, for example, in the case of forming a $SiO_2$ film, supply conditions are controlled to adjust the composition ratio of the $SiO_2$ film to the stoichiometric composition of $O/Si\approx2$, and in the case of forming a $Si_3N_4$ film, supply conditions are controlled to adjust the composition ratio of the $Si_3N_4$ film to the stoichiometric composition of $N/Si\approx1.33$.

In the embodiment of the present invention, the supply conditions are controlled to improve the defects of the conventional CVD and ALD methods, satisfy the requirements of the film-thinning, and realize the high film-forming rate. In addition, the supply conditions are controlled so that the composition ratio of a film to be formed can become the stoichiometric composition or a composition ratio different from the stoichiometric composition. Hereinafter, in addition to realization of the high film-forming rate and the film-thinning, exemplary sequences for a step of forming a film

US 8,409,988 B2

11

while controlling the ratio of a plurality of elements constituting the film, i.e., the composition ratio of the film, will be explained.

(First Sequence)

First, a first sequence will now be described according to the embodiment.

FIG. **3** is a view illustrating gas supply timing in the first sequence of the embodiment; FIG. **6** is a schematic view illustrating formation of a silicon nitride film on a wafer according to the first sequence of the embodiment; FIG. **7** is a schematic view illustrating a case where silicon is excessively supplied in Step 1 of the first sequence according to the embodiment; and FIG. **8** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 2 of the first sequence according to the embodiment. The first sequence of the embodiment relates to control of a two-element-based composition ratio.

The first sequence of the embodiment includes steps of: forming a first layer including a first element being able to become solid state by itself on a wafer **200** by supplying a gas containing the first element (a first element-containing gas) into a process vessel in which the wafer **200** is accommodated under a condition that a chemical vapor deposition (CVD) reaction occurs; and

forming a second layer including the first element and a second element being unable to become solid state by itself by supplying a gas containing the second element (a second element-containing gas) into the process vessel to modify the first layer,

wherein a cycle including the steps of forming the first layer and forming the second layer is performed at least once to form a thin film including the first and second elements and having a predetermined thickness.

The step of forming the first layer is performed under a condition that a CVD reaction occurs. Here, a first element layer including the first element and having less than one atomic layer to several atomic layers is formed on the wafer **200** as the first layer. An element being able to become solid state by itself may be used as the first element. Here, "being able to become solid state by itself" means that a bonding force between the same atoms is stronger than thermal vibration (lattice vibration), and the atoms are densely filled to reach a crystalline state or an amorphous state. In the case of silicon atoms, the solid state means states of single crystalline silicon, polycrystalline silicon (polysilicon), or amorphous silicon. In addition, "forming the first layer including a first element being able to become solid state by itself on a wafer **200** by supplying a gas containing the first element (a first element-containing gas) into a process vessel in which the wafer **200** is accommodated under the condition that the CVD reaction occurs" includes supplying the gas containing the first element in an atmosphere in the process vessel, in which each element of the gas containing the first element is pyrolyzed, and depositing the first layer including the pyrolyzed first element on the surface of the substrate in a crystalline state or an amorphous state. The first element layer is a general term for a layer made of the first element, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. In addition, a continuous layer formed of the first element may also be called "a thin film." "A layer less than one atomic layer" is used to denote a discontinuous atomic layer. Here, under a condition that the first element-containing gas is not self-decomposed, a first element-containing gas adsorption layer is formed by adsorption of the first element-containing gas on the wafer **200**. On the other hand, under a condition that the CVD reaction occurs like the embodiment, i.e., under a condition that the

12

first element-containing gas is self-decomposed, the first element-containing gas is pyrolyzed, the first element is deposited on the wafer **200**, and as a result, the first element layer, which is a deposition layer of the first element, is formed. In comparison with the case that the adsorption layer of the first element-containing gas is formed on the wafer **200**, it may be preferable to form the deposition layer of the first element on the wafer **200** as in this embodiment, due to an increased film-forming rate.

In the step of forming the second layer, the second element-containing gas is activated by heat and supplied to the first layer to cause a part of the first layer to react with the second element-containing gas, modifying the first layer and thus forming the second layer including the first and second elements. For example, when the first layer including the first element and having several atomic layers is formed in the step of forming the first layer, a surface layer of the several atomic layers may be partially or entirely caused to react with the second element-containing gas. Alternatively, the surface layer and the next lower layers among the several atomic layers of the first layer including the first element may be caused to react with the second element-containing gas. However, when the first layer is constituted by the several atomic layers including the first element, it may be preferable to modify only the surface layer because the composition ratio of the thin film can be controlled more easily. Preferably, an element being unable to become solid state by itself may be used as the second element. When the second element-containing gas is supplied after being activated by heat, rather than activated by plasma, a soft reaction can be generated, and soft modification can be performed. Accordingly, in this embodiment, the second element-containing gas is supplied after being activated by heat.

In the first sequence of the embodiment, the supply conditions are controlled such that the composition ratio of the thin film is the stoichiometric composition or a predetermined composition ratio different from the stoichiometric composition. For example, when the composition ratio of the thin film is controlled to a predetermined composition ratio different from the stoichiometric composition, in the step of forming any one layer of the first and second layers, the internal pressure of the process vessel or the internal pressure and the gas supply time are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in a step of forming one layer when the thin film having the stoichiometric composition is formed.

Alternatively, in a step of forming another layer of the first and second layers, the internal pressure of the process vessel or the internal pressure and the gas supply time are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming another layer when the thin film having the stoichiometric composition is formed.

Therefore, the thin film having a composition in which one element is excessive in comparison with the other element in terms of the stoichiometric composition is formed.

For example, when the composition ratio of the thin film is controlled such that the first element is excessive in comparison with the second element in terms of the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the first layer are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the first layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to

US 8,409,988 B2

13                                              14

have the stoichiometric composition, the first element may be excessively supplied in the step of forming the first layer. And, due to the excessive supply of the first element in the step of forming the first layer, the modification reaction of the first layer is not saturated in the step of forming the second layer. That is, in comparison with the case where the thin film is formed to have the stoichiometric composition, an excessive number of atoms of the first element are supplied in the step of forming the first layer, and thus, in the step of forming the second layer, the modification reaction of the first layer is suppressed.

Alternatively, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the second element is insufficiently supplied in the step of forming the second layer. And, due to the insufficient supply of the second element in the step of forming the second layer, the modification reaction of the first layer is not saturated in the step of forming the second layer. That is, in comparison with the case where the thin film is formed to have the stoichiometric composition, an insufficient number of atoms of the second element are supplied in the step of forming the second layer, and thus, in the step of forming the second layer, the modification reaction of the first layer is suppressed.

For example, like the O/Si ratio of a $SiO_2$ film or the N/Si ratio of a $Si_3N_4$ film, when the portion of O or N being the second element is relatively great in the saturated bonding ratio, as described above, it is controlled such that the modification reaction is not saturated in the step of forming the second layer.

Meanwhile, in the first sequence of the embodiment, the thin film having the stoichiometric composition may also be formed.

Hereinafter, the first sequence of the embodiment will be explained more specifically. In the following description, an explanation will be given of an example where a silicon nitride (SiN) film is formed on a substrate as an insulating film according to the sequence shown in FIG. 3 under the conditions that silicon (Si) is the first element, nitrogen (N) is the second element, DCS gas, which is a silicon-containing gas, is used as the first element-containing gas, and $NH_3$ gas, which is a nitrogen-containing gas, is used as the second element-containing gas. Furthermore, in the following description of the example, the composition ratio of the silicon nitride film is controlled such that silicon (Si) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition. In the example, the first gas supply system constitutes a silicon-containing gas supply system (a first element-containing gas supply system), and the fourth gas supply system constitutes a nitrogen-containing gas supply system (a second element-containing gas supply system).

When the plurality of wafers 200 are charged into the boat 217 (wafer charging), as shown in FIG. 1, the boat 217 in which the plurality of wafers 200 are supported is lifted and loaded into the process chamber 201 by the boat elevator 115 (boat loading). In this state, the bottom side of the reaction tube 203 is sealed by the seal cap 219 via the O-ring 220 interposed therebetween.

The inside of the process chamber 201 is vacuum-evacuated to a desired pressure (vacuum degree) using the vacuum pump 246. At this time, the internal pressure of the process chamber 201 is measured by the pressure sensor 245, and based on the measured pressure, the APC valve 244 is feedback-controlled (pressure adjustment). In addition, the inside of the process chamber 201 is heated to a desired temperature using the heater 207. At this time, to obtain desired temperature distribution in the process chamber 201, power to the heater 207 is feedback-controlled based on temperature information measured by the temperature sensor 263 (temperature adjustment). Next, the boat 217 is rotated by the rotary mechanism 267 to rotate the wafers 200 (wafer rotation). Thereafter, the following two steps are sequentially performed.

[Step 1]

The valve 243a of the first gas supply pipe 232a is opened to allow a flow of DCS gas into the first gas supply pipe 232a. The flow rate of the DCS gas flowing through the first gas supply pipe 232a is controlled by the MFC 241a. Then, the DCS gas whose flow rate is controlled is supplied into the process chamber 201 through the gas supply holes 250a of the first nozzle 249a, horizontally flows on the surfaces of the wafers 200, and is exhausted through the exhaust pipe 231. At this time, the valve 243e is also opened so that an inert gas such as $N_2$ gas can flow through the inert gas supply pipe 232e. The flow rate of the $N_2$ gas flowing through the inert gas supply pipe 232e is controlled by the MFC 241e. Then, together with the DCS gas, the $N_2$ gas whose flow rate is controlled is supplied into the process chamber 201, horizontally flows on the surfaces of the wafers 200, and is exhausted through the exhaust pipe 231. At this time, a main flow of the gas in the process chamber 201 is in a horizontal direction, i.e., parallel to the surfaces of the wafers 200.

At this time, the APC valve 244 is properly controlled to keep the internal pressure of the process chamber 201, for example, in a range of 10 Pa to 1000 Pa. The flow rate of the DCS gas controlled by the MFC 241a is, for example, in the range of 10 sccm to 1000 sccm. The time during exposure of the wafers 200 to the DCS gas, i.e., gas supply time (exposure time), is in a range of, for example, 1 second to 120 seconds. At this time, the temperature of the heater 207 is set to a predetermined temperature such that a CVD reaction can occur in the process chamber 201. That is, the temperature of the heater 207 is set such that the temperature of the wafers 200 can be in a range of, for example, 350° C. to 700° C. Here, when the temperature of the wafers 200 is lower than 350° C., pyrolysis of the silicon-containing gas such as DCS is difficult. On the other hand, when the temperature of the wafers 200 is higher than 700° C., uniformity can be easily deteriorated due to a strong CVD reaction. Therefore, it is preferable for the wafers 200 to be kept in the temperature range of 350° C. to 700° C.

By the supply of the DCS gas, the first layer including silicon as the first element is formed on an under-layer film of each of the wafers 200. That is, as shown in FIG. 6A, a silicon layer (Si layer) is formed on the wafer 200 (on the under-layer film) as a silicon-containing layer having less than one atomic layer to several atomic layers. Silicon is an element being able to become solid state by itself. Here, upper, middle and lower parts of FIG. 6A show examples of silicon layers of several atomic layers, one atomic layer, and less than one atomic layer respectively. Here, the silicon layer is a general term for a layer made of silicon, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. A continuous layer formed of silicon may also be called "a thin film." When the thickness of the silicon layer formed on the wafer 200 is greater than the thickness of several atomic layers, a nitridation effect in Step 2, which will be described later, can not reach all over the silicon layer.

US 8,409,988 B2

15                                                                16

Meanwhile, the minimum of the silicon layer that can be formed on the wafer 200 is less than one atomic layer. Therefore, preferably, the thickness of the silicon layer may range from the thickness of less than one atomic layer to the thickness of several atomic layers. Under a condition that the DCS gas is not self-decomposed, while a DCS chemical adsorption layer is formed by chemical adsorption of DCS on the wafer 200, under a condition that the CVD reaction occurs as in this embodiment, i.e., that the DCS gas is self-decomposed, due to pyrolysis of the DCS gas, the silicon layer is formed on the wafer 200 by deposition of silicon on the wafer 200. In comparison with the case where the DCS chemical adsorption layer is formed on the wafer 200, the film forming rate can be higher in the case where the silicon layer is formed on the wafer 200 as in this embodiment.

After the silicon layer is formed, the valve 243a is closed to interrupt the supply of DCS gas. At this time, in a state in which the APC valve 244 of the exhaust pipe 231 is opened, the inside of the process chamber 201 is vacuum-evacuated using the vacuum pump 246 so that the DCS gas remaining in the process chamber 201 without participating in a reaction or after participating in the formation of the silicon layer can be removed from the process chamber 201. Furthermore, at this time, in a state in which the valve 243e is opened, supply of $N_2$ gas into the process chamber 201 is continued. Due to this, the DCS gas remaining in the process chamber 201 without participating in a reaction or after participating in the formation of the silicon layer can be removed from the process chamber 201 more effectively. On the other hand, at this time, the gas remaining in the process chamber 201 may not be completely removed therefrom, that is, the inside of the process chamber 201 may not be completely purged. When a small amount of gas remains in the process chamber 201, there is no ill effect due to the remaining gas in Step 2 to be performed thereafter. At this time, there is no need to supply a large amount of $N_2$ gas into the process chamber 201. For example, a flow rate of the $N_2$ gas supplied into the process chamber 201 may be controlled to supply the same amount of gas as a capacity of the reaction tube 203 (the process chamber 201), so that the purge can be performed with no ill effect in Step 2. As described above, since the inside of the process chamber 201 is not completely purged, a purge time can be reduced and throughput can be improved. In addition, consumption of the $N_2$ gas can be maximally suppressed.

Instead of DCS gas, another gas can be alternatively used as the silicon-containing gas. Examples of such alternative gases include: an inorganic source gas such as tetrachlorosilane ($SiCl_4$, abbreviation: TCS) gas, hexachlorodisilane ($Si_2Cl_6$, abbreviation: HCD) gas, and monosilane ($SiH_4$) gas; and an organic source gas such as an aminosilane-based gas such as tetrakisdimethylaminosilane ($Si(N(CH_3)_2)_4$, abbreviation: 4DMAS) gas, trisdimethylaminosilane ($Si(N(CH_3)_2)_3H$, abbreviation: 3DMAS) gas, bisdiethylaminosilane ($Si(N(C_2H_5)_2)_2H_2$, abbreviation: 2DEAS) gas, and bistertiarybutylaminosilane ($SiH_2(NH(C_4H_9))_2$, abbreviation: BTBAS) gas. Instead of $N_2$ gas, a rare gas such as Ar gas, He gas, Ne gas, and Xe gas may be used as the inert gas.

[Step 2]

After removing gas remaining in the process chamber 201, the valve 243d of the fourth gas supply pipe 232d is opened to allow a flow of $NH_3$ gas through the fourth gas supply pipe 232d. The flow rate of the $NH_3$ gas flowing through the fourth gas supply pipe 232d is controlled by the MFC 241d. Then, the $NH_3$ gas whose flow rate is controlled is supplied into the process chamber 201 through the gas supply holes 250d of the fourth nozzle 249d, horizontally flows on the surfaces of the wafers 200, and is exhausted through the gas exhaust pipe 231. At this time, the valve 243h is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe 232h. Then, together with the $NH_3$ gas, the $N_2$ gas is supplied into the process chamber 201, horizontally flows on the surfaces of the wafers 200, and is exhausted through the exhaust pipe 231. Here, a main flow of the gas in the process chamber 201 is in a horizontal direction, i.e., parallel to the surfaces of the wafers 200.

At this time, the APC valve 244 is properly controlled to adjust the internal pressure of the process chamber 201, for example, in a range of 50 Pa to 3000 Pa. The flow rate of the $NH_3$ gas controlled by the MFC 241d is, for example, in a range of 100 sccm to 10000 sccm. The time during exposure of the wafers 200 to the $NH_3$ gas, i.e., gas supply time (exposure time), is in a range of, for example, 1 second to 120 seconds. At this time, like in Step 1, the temperature of the heater 207 is set to a predetermined temperature so that the temperature of the wafers 200 can be in a range of, for example, 350° C. to 700° C. Since the $NH_3$ gas has a high reaction temperature and cannot easily react at the above-mentioned temperature range of the wafers 200, the internal pressure of the process chamber 201 is set to a relatively high pressure as described above to enable thermal activation thereof. Since the $NH_3$ gas is supplied after activating the $NH_3$ gas by heat (non-plasma state), a soft reaction can be caused, and soft nitridation, which will be described later, can be performed.

At this time, a gas flowing in the process chamber 201 is the thermally-activated $NH_3$ gas, and the DCS gas does not flow in the process chamber 201. Therefore, the $NH_3$ gas does not cause a vapor-phase reaction, but the activated $NH_3$ gas is brought into a reaction with a part of the silicon layer formed on the wafers 200 as the first layer in Step 1. As a result, the silicon layer is nitrided and modified into a second layer including silicon (a first element) and nitrogen (a second element), i.e., into a silicon nitride (SiN) layer.

At this time, as shown in FIG. 6B, a nitridation reaction of the silicon layer is not saturated. For example, when a silicon layer including several atomic layers is formed in Step 1, at least a part of the surface layer (the surface atomic layer) of the atomic layers is nitrided. That is, the surface layer is partially or entirely nitrided. In this case, so as not to entirely nitride the silicon layer including several atomic layers, the silicon layer is nitrided under a non-saturated condition. Alternatively, according to conditions, while the surface layer and the next lower layers among the several atomic layers of the silicon layer can be nitrided, the case where only the surface layer is nitrided is preferable because the composition ratio of the silicon nitride film can be controlled more easily. In addition, for example, when a silicon layer including one atomic layer or less than one atomic layer is formed in Step 1, a part of the silicon layer is nitrided. In this case, like in the above, so as not to entirely nitride the silicon layer including one atomic layer or less than one atomic layer, the silicon layer is nitrided under a non-saturated condition. Here, nitrogen is an element being unable to become solid state by itself.

Thereafter, the valve 243d of the fourth gas supply pipe 232d is closed to interrupt the supply of $NH_3$ gas. At this time, in a state in which the APC valve 244 of the exhaust pipe 231 is opened, the inside of the process chamber 201 is vacuum-evacuated using the vacuum pump 246 so that the $NH_3$ gas remaining in the process chamber 201 without participating in the nitridation reaction or after participating in the nitridation reaction can be removed from the process chamber 201. Furthermore, at this time, in a state in which the valve 243h is opened, supply of the $N_2$ gas into the process chamber 201 is continued. Due to this, the $NH_3$ gas remaining in the process

US 8,409,988 B2

17

chamber **201** without participating in the nitridation reaction or after participating in the nitridation reaction can be removed from the process chamber **201** more effectively. Meanwhile, at this time, the gas remaining in the process chamber **201** may not be completely removed therefrom, that is, the inside of the process chamber **201** may not be completely purged. When a small amount of gas remains in the process chamber **201**, there is no ill effect in Step 1 to be performed thereafter. At this time, there is no need to supply a large amount of $N_2$ gas into the process chamber **201**. For example, a flow rate of the $N_2$ gas supplied into the process chamber **201** may be controlled to supply the same amount of gas as the capacity of the reaction tube **203** (the process chamber **201**), so that the purge can be performed with no ill effect in Step 1. As described above, since the inside of the process chamber **201** is not completely purged, the purge time can be reduced and throughput can be improved. In addition, consumption of the $N_2$ gas can be maximally suppressed.

As a nitrogen-containing gas, not only $NH_3$ gas but also another gas such as nitrogen ($N_2$) gas, nitrogen trifluoride ($NF_3$) gas, hydrazine ($N_2H_4$) gas, $N_3H_8$ gas, and so on, may be used.

By setting the above-described Step 1 and Step 2 to one cycle and performing this cycle at least once, a thin film including silicon (a first element) and nitrogen (a second element), i.e., a silicon nitride (SiN) film, can be formed on each of the wafers **200** to a predetermined thickness. Preferably, the cycle may be repeated a plurality of times.

In Step 1, the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time are controlled to be higher or longer than the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time in Step 1 when the silicon nitride film having a stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the silicon nitride film is formed to have the stoichiometric composition, silicon can be excessively supplied in Step 1 (refer to FIG. **7**A). Therefore, due to the excessive supply of silicon in Step 1, the nitridation reaction of the silicon layer is not saturated in Step 2 (refer to FIG. **7**B). That is, in comparison with the case where the silicon nitride film is formed to have the stoichiometric composition, an excessive number of silicon atoms are supplied in Step 1, and thus, in Step 2, the nitridation reaction of the silicon layer is suppressed. Accordingly, the composition ratio of the silicon nitride (SiN) film is controlled such that silicon (Si) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **7**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiN film having a stoichiometric composition. In the lower side of FIG. **7**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of SiN film having excessive silicon (Si) in comparison with nitrogen (N) in terms of the stoichiometric composition by excessively supplying silicon (Si). FIGS. **7**A and **7**B illustrate reaction states in Step 1 and Step 2, respectively. The upper side of FIG. **7** shows an exemplary case where a continuous Si layer constituted by one atomic layer is formed in Step 1 and the Si layer is entirely nitrided in Step 2, and the lower side of FIG. **7** shows an exemplary case where a continuous Si layers constituted by two atomic layers is formed in Step 1 and the surface layer of the Si layers is nitrided in Step 2.

Alternatively, in Step 2, the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time are controlled to be lower or

18

shorter than the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time in Step 2 when the silicon nitride having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the silicon nitride film is formed to have the stoichiometric composition, nitrogen can be insufficiently supplied in Step 2 (refer to FIG. **8**B). Therefore, due to the insufficient supply of nitrogen in Step 2, the nitridation reaction of the silicon layer is not saturated in Step 2. That is, in comparison with the case where the silicon nitride film is formed to have the stoichiometric composition, an insufficient number of nitrogen atoms are supplied in Step 2, and thus, in Step 2, the nitridation reaction of the silicon layer is suppressed. Accordingly, the composition ratio of the silicon nitride (SiN) film can be controlled such that silicon (Si) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **8**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiN film having a stoichiometric composition. In the lower side of FIG. **8**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiN film having excessive silicon (Si) in comparison with nitrogen (N) in terms of the stoichiometric composition by insufficiently supplying nitrogen (N). FIGS. **8**A and **8**B illustrate reaction states in Step 1 and Step 2, respectively. The upper side of FIG. **8** shows an exemplary case where a continuous Si layer constituted by one atomic layer is formed in Step 1 and the Si layer is entirely nitrided in Step 2, and the lower side of FIG. **8** shows an exemplary case where a continuous Si layer constituted by one atomic layer is formed in Step 1 and the surface layer of the Si layer is partially nitrided in Step 2.

As described above, in the first sequence of the embodiment, the internal pressure of the process chamber **201** or the internal pressure of the process chamber **201** and the gas supply time are controlled in Steps 1 and 2 to control a balance between the supply amount (deposition amount) of silicon in Step 1 and the supply amount (reaction amount) of nitrogen in Step 2, thereby controlling the composition ratio of the SiN film to be formed. Meanwhile, in the first sequence of the embodiment, by controlling the balance between the supply amount (deposition amount) of the silicon in Step 1 and supply amount (reaction amount) of the nitrogen in Step 2, the SiN film having the stoichiometric composition can also be formed. In this case, control of the balance between the supply amount (deposition amount) of the silicon in Step 1 and supply amount (reaction amount) of the nitrogen in Step 2 is performed by controlling the internal pressure of the process chamber **201** or the internal pressure of the process chamber **201** and the gas supply time in Steps 1 and 2.

After a silicon nitride film having a predetermined composition and thickness is formed in the film-forming process, an inert gas such as $N_2$ gas is supplied into the process chamber **201** and is exhausted from the process chamber **201** to purge the inside of the process chamber **201** (gas purge). Then, the atmosphere in the process chamber **201** is replaced with an inert gas (replacement with an inert gas), and the inside of the process chamber **201** returns to a normal pressure (return to the atmospheric pressure).

Thereafter, the seal cap **219** is moved downward by the boat elevator **115** to open the bottom side of the reaction tube **203** and unload the boat **217** in which the processed wafers **200** are supported from the bottom side of the reaction tube **203** to the outside of the reaction tube **203** (boat unloading). Thereafter, the processed wafers **200** are discharged from the boat **217** (wafer discharging).

US 8,409,988 B2

19                                                        20

In the above-described example of the first sequence of the embodiment, while a silicon-containing gas and a nitrogen-containing gas are respectively used as a first element-containing gas and a second element-containing gas to form a SiN film, the present invention is not limited to the example but various changes and modifications may be made without departing from the scope of the present invention.

For example, an aluminum-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form an aluminum nitride (AlN) film; a titanium-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form a titanium nitride (TiN) film; a tantalum-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form a tantalum nitride (TaN) film; or a boron-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form a boron nitride (BN) film. In addition, for example, a silicon-containing gas and an oxygen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form a silicon oxide (SiO) film; an aluminum-containing gas and an oxygen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form an aluminum oxide (AlO) film; or a titanium-containing gas and an oxygen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form a titanium oxide (TiO) film. Furthermore, a silicon-containing gas and a carbon-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, to form a silicon carbide (SiC) film.

As an aluminum-containing gas, for example, trimethylaluminum (Al(CH$_3$)$_3$, abbreviation: TMA) gas may be used. As a titanium-containing gas, for example, titanium tetrachloride (TiCl$_4$) gas or tetrakis(dimethylamido)titanium (Ti[N(CH$_3$)$_2$]$_4$, abbreviation: TDMAT) gas may be used. As a tantalum-containing gas, for example, tantalum pentachloride (TaCl$_5$) gas or pentaethoxy tantalum (Ta(OC$_2$H$_5$)$_5$, abbreviation: PET) gas may be used. As a boron-containing gas, for example, boron trichloride (BCl$_3$) gas or diborane (B$_2$H$_6$) gas may be used. As a carbon-containing gas, for example, propylene (C$_3$H$_6$) gas or ethylene (C$_2$H$_4$) gas may be used. As an oxygen-containing gas, for example, oxygen (O$_2$) gas, ozone (O$_3$) gas, nitric oxide (NO) gas, nitrous oxide (N$_2$O) gas, or vapor (H$_2$O) may be used.

When an oxygen-containing gas is used as a second element-containing gas, a hydrogen-containing gas may be supplied together with the oxygen-containing gas. When an oxygen-containing gas and a hydrogen-containing gas are supplied into a process vessel kept at a pressure lower than the atmospheric pressure (decompressed state), the oxygen-containing gas and the hydrogen-containing gas react with each other in the process vessel to produce an oxidizing species containing oxygen (such as atomic oxygen) so that a first layer can be oxidized by the oxidizing species. In this case, oxidation can be performed with increased oxidizing power in comparison with the case of using an oxygen-containing gas solely. This oxidizing treatment is performed under a decompressed atmosphere in non-plasma state. As the hydrogen-containing gas, for example, hydrogen (H$_2$) gas may be used.

As described above, according to the first sequence of the embodiment, a semiconductor element such as silicon (Si) or boron (B), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a first element, and an element such as nitrogen (N), carbon (C), or oxygen (O) may be used as a second element.

(Second Sequence)

Next, a second sequence according to the embodiment will now be described.

FIG. 4 is a view illustrating gas supply timing in the second sequence according to the embodiment of the present invention; FIG. 9 is a schematic view illustrating formation of a silicon carbonitride film on a wafer according to the second sequence of the embodiment of the present invention; FIG. 10 is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the second sequence according to the embodiment of the present invention; and FIG. 11 is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 3 of the second sequence according to the embodiment of the present invention. The second sequence of the embodiment relates to a method of controlling a composition ratio of a three-element system.

The second sequence of the embodiment includes steps of: forming a first layer including a first element being able to become solid state by itself on a wafer 200 by supplying a gas containing the first element (a first element-containing gas) into a process vessel in which the wafer 200 is accommodated under a condition that a CVD reaction occurs;

forming a second layer including the first element and a second element being able to become solid state by itself or being unable to become solid state by itself by supplying a gas containing the second element (a second element-containing gas) into the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer; and

forming a third layer including the first element, the second element, and a third element being unable to become solid state by itself by supplying a gas containing the third element (a third element-containing gas) into the process vessel to modify the second layer,

wherein a cycle including the steps of forming the first layer, forming the second layer, and forming the third layer is performed at least once to form a thin film including the first to third elements and having a predetermined thickness.

The step of forming the first layer is the same as the step of forming the first layer in the first sequence. That is, process conditions, a motivated reaction, layers to be formed, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer in the step of forming the first layer are the same as those in the step of forming the first layer in the first sequence.

In the step of forming the second layer, the second element-containing gas is activated by heat and is then supplied to the first layer, so that a layer including the second element and having less than one atomic layer to several atomic layers can be formed on the first layer or the first layer can be modified by a reaction between a part of the first layer and the second element-containing gas. As a result, the second layer including the first and second elements is formed.

When the second layer is formed by forming a layer including the second element on the first layer, the layer including the second element may be a second element layer or a second element-containing gas adsorption layer.

The second element-containing gas adsorption layer includes an adsorption layer formed of a material decomposed from the second element-containing gas. The second element layer is a general term for a layer made of the second element, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. Here, a

US 8,409,988 B2

21

continuous layer formed of the second element may also be called "a thin film." In addition, the second element-containing gas adsorption layer is a discontinuous chemical adsorption layer that is formed of molecules of the second element-containing gas or molecules of a material decomposed from the second element-containing gas, i.e., a chemical adsorption layer having less than one atomic layer. Preferably, the layer including the second element may be a discontinuous chemical adsorption layer formed of molecules of the second element-containing gas or molecules of a material decomposed from the second element-containing gas, improving the controllability of the composition ratio of the thin film.

When the second layer is formed by modifying the first layer, the first layer is modified by the same method as the method of modifying the first layer in the step of forming the second layer in the first sequence.

Since a soft reaction can occur by supplying the second element-containing gas after being activated by heat, rather than activated by plasma, soft modification can be performed. Accordingly, in the embodiment, the second element-containing gas is supplied after being activated by heat.

In the step of forming the third layer, the third element-containing gas is activated by heat and is then supplied to the second layer to modify the second layer, forming the third layer including the first to third elements. For example, when the second layer including the first and second elements and having several atomic layers is formed in the step of forming the second layer, a surface layer of the several atomic layers may be partially or entirely allowed to react with the third element-containing gas. Alternatively, the surface layer and the next lower layers among the several layers of the second layer including the first and second elements may be allowed to react with the third element-containing gas. However, when the second layer is constituted by the several atomic layers including the first and second elements, it may be preferable to modify only the surface layer of the second layer because controllability of the composition ratio of the thin film can be improved. An element being unable to become solid state by itself may be used as the third element. When the third element-containing gas may be supplied after being activated by heat, rather than being activated by plasma, a soft reaction can be generated, and soft modification can be performed. Accordingly, in the embodiment, the third element-containing gas is supplied after being activated by heat.

In the second sequence of the embodiment, the supply conditions are controlled such that the composition ratio of the thin film becomes the stoichiometric composition or another composition ratio different from the stoichiometric composition. For example, when the composition ratio of the thin film is controlled to become another predetermined composition ratio different from the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming any one layer of the first, second and third layers are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming any one layer when the thin film having the stoichiometric composition is formed.

Alternatively, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming another layer of the first, second and third layers are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming another layer when the thin film having the stoichiometric composition is formed.

22

As a result, one of the elements composing the composition of the thin film may be excessive in comparison with the others in terms of the stoichiometric composition.

In the case of a two-element thin film, the stoichiometric composition is unique. For example, the stoichiometric composition of a SiN film is unique, i.e., Si:N=3:4. However, in the case of a three-element thin film, the stoichiometric composition is not unique unlike the two-element thin film but is two or more. In the second sequence of the embodiment, a thin film having the stoichiometric composition or a composition ratio different from any of the stoichiometric compositions is formed.

A method of controlling a composition ratio of a thin film such that the first element is excessive in comparison with the second element in terms of the stoichiometric composition is the same as the method in the first sequence.

In the case that the composition ratio of the thin film is controlled such that the second element is excessive in comparison with the third element in terms of the stoichiometric composition or the composition ratio of the thin film is controlled such that the third element is excessive in comparison with the second element in terms of the stoichiometric composition, the composition ratio is controlled based on one of the elements.

For example, when the composition ratio of the thin film is controlled such that the second element is excessive in comparison with the third element in terms of the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming of the second layer are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the second element can be excessively supplied in the step of forming the second layer. And, due to the excessive supply of the second element in the step of forming the second layer, a region in which the modification reaction of the second layer can be caused in the step of forming the third layer is reduced. That is, in comparison with the case where the thin film is formed to have the stoichiometric composition, an excessive number of atoms of the second element are supplied in the step of forming the second layer, and thus, in the step of forming the third layer, the modification reaction of the second layer is suppressed.

Alternatively, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming of the third layer are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the third layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the third element can be insufficiently supplied in the step of forming the third layer. And, due to the insufficient supply of the third element in the step of forming the third layer, the modification reaction of the second layer is suppressed in the step of forming the third layer. That is, in comparison with the case where the thin film is formed to have the stoichiometric composition, an insufficient number of atoms of the third element are supplied in the step of forming the third layer, and thus, in the step of forming the third layer, the modification reaction of the second layer is suppressed.

US 8,409,988 B2

23 | 24

In addition, for example, when the composition ratio of the thin film is controlled such that the third element is excessive in comparison with the second element in terms of the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the second element can be insufficiently supplied in the step of forming the second layer. And, due to the insufficient supply of the second element in the step of forming the second layer, a layer including the second element is formed in a smaller region or a modification reaction of the first layer is suppressed. As a result, the third element becomes relatively excessive in comparison with the second element in terms of the stoichiometric composition.

Meanwhile, when the second element is insufficiently supplied in the step of forming the second layer, a region in which the modification reaction of the second layer can be caused in the step of forming the third layer is increased. At this time, when the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the third layer are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the third layer when the thin film having the stoichiometric composition is formed, the third element can be excessively supplied in the step of forming the third layer, and thus the third element can be controlled to be further excessive in comparison with the second element in terms of the stoichiometric composition. That is, by combination of insufficient supply of the second element in the step of forming the second layer and excessive supply of the third element in the step of forming the third layer, the modification reaction of the second layer can be facilitated in the step of forming the third layer, and thus the composition ratio of the thin film can be controlled such that the third element is further excessive in comparison with the second element in terms of the stoichiometric composition.

Meanwhile, in the second sequence of the embodiment, formation of the thin film having the stoichiometric composition is also possible.

Hereinafter, the second sequence of the embodiment will be described more specifically. In the following description, an explanation will be given of an example where a silicon carbonitride (SiCN) film is formed on a substrate as an insulating film according to the sequence shown in FIG. 4 under the conditions that silicon (Si) is the first element, carbon (C) is the second element, nitrogen (N) is the third element, DCS gas, which is a silicon-containing gas, is used as the first element-containing gas, $C_3H_6$ gas, which is a carbon-containing gas, is used as the second element-containing gas, and $NH_3$ gas, which is a nitrogen-containing gas, is used as the third element-containing gas. Furthermore, in the following description of the example, the composition ratio of the silicon carbonitride film is controlled such that carbon (C) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition. In the example, the first gas supply system constitutes a silicon-containing gas supply system (a first element-containing gas supply system), the second gas supply system constitutes a carbon-containing gas supply system (a second element-containing gas supply system), and

the fourth gas supply system constitutes a nitrogen-containing gas supply system (a third element-containing gas supply system).

Wafer charging, boat loading, pressure adjustment, temperature adjustment, and wafer rotation are performed in the same way as in the first sequence, and then, the following three steps are sequentially performed.

[Step 1]

Step 1 is performed in the same way as Step 1 of the first sequence. That is, process conditions, a motivated reaction, layers to be formed, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer in Step 1 are the same as those in Step 1 of the first sequence (refer to of FIG. 9A). That is, in Step 1, the DCS gas is supplied into the process chamber 201, and thus, the silicon layer is formed on the wafer 200 as the first layer.

[Step 2]

After completion of Step 1 and removing a gas remaining in the process chamber 201, the valve 243b of the second gas supply pipe 232b is opened to allow a flow of $C_3H_6$ gas through the second gas supply pipe 232b. The flow rate of the $C_3H_6$ gas flowing through the second gas supply pipe 232b is controlled by the MFC 241b. Then, the $C_3H_6$ gas whose flow rate is controlled is supplied into the process chamber 201 through the gas supply holes 250b of the second nozzle 249b, horizontally flows on the surfaces of the wafers 200, and is exhausted through the exhaust pipe 231. At this time, the valve 243f is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe 232f. The $N_2$ gas is supplied into the process chamber 201 together with the $C_3H_6$ gas, horizontally flows on the surfaces of the wafers 200, and is exhausted through the exhaust pipe 231. At this time, a main flow of the gas in the process chamber 201 is in a horizontal direction, i.e, parallel to the surfaces of the wafers 200.

At this time, the APC valve 244 is properly controlled to adjust the internal pressure of the process chamber 201, for example, in a range of 50 Pa to 3000 Pa. The flow rate of the $C_3H_6$ gas controlled by the MFC 241b is, for example, in a range of 100 sccm to 10000 sccm. The time during exposure of the wafers 200 to the $C_3H_6$ gas, i.e., gas supply time (exposure time), is in a range of, for example, 1 second to 120 seconds. At this time, like in Step 1, the temperature of the heater 207 is set to a predetermined temperature so that the temperature of the wafers 200 can be in a range of, for example, 350° C. to 700° C. When the $C_3H_6$ gas is activated by heat and then supplied, a soft reaction can be caused, and thus a carbon-containing layer can be easily formed, which will be described later.

At this time, a gas flowing in the process chamber 201 is $C_3H_6$ gas activated by heat, and DCS gas does not flow in the process chamber 201. Therefore, without causing a vapor-phase reaction, the $C_3H_6$ gas which is in an activated state is supplied to the wafers 200, and at this time, as shown in FIG. 9B, a carbon-containing layer having less than one atomic layer, i.e., a discontinuous carbon-containing layer, is formed on a silicon layer formed on the wafer 200 in Step 1. As a result, a second layer including silicon (a first element) and carbon (a second element) is formed. Meanwhile, according to conditions, a part of the silicon layer reacts with the $C_3H_6$ gas, and thus, the silicon layer is modified (carbonized) to form a second layer including silicon and carbon.

The carbon-containing layer formed on the silicon layer may be a carbon layer (a C-layer), a chemical adsorption layer of $C_3H_6$, that is, a chemical adsorption layer of $C_xH_y$ (a material decomposed from $C_3H_6$). It is necessary for the carbon layer to be a discontinuous layer made of carbon. In

US 8,409,988 B2

25

addition, it is necessary for the chemical adsorption layer of $C_xH_y$ to be a discontinuous chemical adsorption layer made of $C_xH_y$ molecules. When the carbon-containing layer formed on the silicon layer is a continuous layer, for example, when adsorption of $C_xH_y$ on the silicon layer is saturated and thus a continuous chemical adsorption layer of $C_xH_y$ is formed on the silicon layer, the entire surface of the silicon layer is covered with the chemical adsorption layer of $C_xH_y$. In this case, there is no silicon on the surface of the second layer, and thus it is difficult to cause the nitridation reaction of the second layer in Step 3, which will be described later. This is because nitrogen couples with silicon but does not couple with carbon. To cause a desired nitridation reaction in Step 3, which will be described later, adsorption of $C_xH_y$ on the silicon layer should be non-saturated so that silicon can be exposed on the surface of the second layer.

Thereafter, the valve 243b of the second gas supply pipe 232b is closed to interrupt supply of $C_3H_6$ gas. At this time, in a state in which the APC valve 244 of the exhaust pipe 231 is opened, the inside of the process chamber 201 is vacuum-evacuated using the vacuum pump 246 so that $C_3H_6$ gas remaining in the process chamber 201 without participating in a reaction or after participating in the formation of the carbon-containing layer can be removed from the process chamber 201. At this time, in a state in which the valve 243f is opened, supply of $N_2$ gas into the process chamber 201 is continued. Due to this, the $C_3H_6$ gas remaining in the process chamber 201 without participating in a reaction or after participating in the formation of the carbon-containing layer can be removed from the process chamber 201 more effectively. At this time, the gas remaining in the process chamber 201 may not be completely removed therefrom, that is, the inside of the process chamber 201 may not be completely purged. When a small amount of gas remains in the process chamber 201, there is no ill effect due to the remaining gas in Step 3 to be performed thereafter. At this time, there is no need to supply a large amount of $N_2$ gas into the process chamber 201. For example, a flow rate of the $N_2$ gas supplied into the process chamber 201 may be controlled to supply the same amount of gas as a capacity of the reaction tube 203 (the process chamber 201), so that the purge can be performed with no ill effect in Step 3. As described above, as the inside of the process chamber 201 is not completely purged, a purge time can be reduced and throughput can be improved. In addition, consumption of the $N_2$ gas can be maximally suppressed.

As a carbon-containing gas, not only $C_3H_6$ gas, but also another gas such as acetylene ($C_2H_2$) or ethylene ($C_2H_4$) gas may be used.

[Step 3]

After removing the gas remaining in the process chamber 201, the valve 243d of the fourth gas supply pipe 232d is opened to allow a flow of $NH_3$ gas through the fourth gas supply pipe 232d. The flow rate of the $NH_3$ gas flowing through the fourth gas supply pipe 232d is controlled by the MFC 241d. Then, the $NH_3$ gas whose flow rate is controlled is supplied into the process chamber 201 through the gas supply holes 250d of the fourth nozzle 249d, horizontally flows on the surfaces of the wafers 200, and is exhausted through the gas exhaust pipe 231. At this time, the valve 243h is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe 232h. Then, together with the $NH_3$ gas, the $N_2$ gas is supplied into the process chamber 201, horizontally flows on the surfaces of the wafers 200, and is exhausted through the exhaust pipe 231. At this time, in the process chamber 201, the gas mainly flows in a horizontal direction, that is, parallel to the surface of the wafers 200.

26

At this time, the APC valve 244 is properly controlled to adjust the internal pressure of the process chamber 201, for example, in a range of 50 Pa to 3000 Pa. The flow rate of the $NH_3$ gas controlled by the MFC 241d is, for example, in a range of 100 sccm to 10000 sccm. The time during exposure of the wafers 200 to the $NH_3$ gas, i.e., gas supply time (exposure time), is in a range of, for example, 1 second to 120 seconds. At this time, like in Step 1, the temperature of the heater 207 is set to a predetermined temperature so that the temperature of the wafers 200 can be in a range of, for example, 350° C. to 700° C. Since it is difficult to make the $NH_3$ gas reactive at the above-mentioned temperature range of the wafers 200 due to a high reaction temperature of the $NH_3$ gas, the process chamber 201 is kept at a relatively high pressure as mentioned above to activate the $NH_3$ gas by heat. When the $NH_3$ gas is activated by heat and then supplied, a soft reaction can be caused, and soft nitridation, which will be described later, can be performed.

At this time, the gas flowing in the process chamber 201 is thermally-activated $NH_3$ gas, and neither DCS gas nor $C_3H_6$ gas flows in the process chamber 201. Therefore, without causing a vapor-phase reaction, the activated $NH_3$ gas reacts with a part of the layer including silicon and carbon, i.e., a part of the second layer formed on each of the wafers 200 in Step 2. As a result, the second layer is nitrided and modified into a third layer including silicon (a first element), carbon (a second element), and nitrogen (a third element), i.e., into a silicon carbonitride (SiCN) layer.

At this time, as shown in FIG. 9C, the nitridation reaction of the second layer is not saturated. For example, when a silicon layer having several atomic layers is formed in Step 1 and a carbon-containing layer having less than one atomic layer is formed in Step 2, a part of the surface layer (the surface atomic layer) of the atomic layers is nitrided. That is, a region (silicon-exposed region) of the surface layer that can be nitrided is partially or entirely nitrided. In this case, so as not to entirely nitride the second layer, the nitridation of the second layer is performed under a non-saturated condition. Alternatively, according to conditions, while the surface layer and the next lower layers among the atomic layers of the second layer can be nitrided, the case where only the surface layer is nitrided is preferable because the composition ratio of the silicon carbonitride film can be controlled more easily. In addition, for example, even when a silicon layer having one atomic layer or less than one atomic layer is formed in Step 1 and a carbon-containing layer having less than one atomic layer is formed in Step 2, a part of the surface layer is nitrided in the same way. Even in this case, similarly, so as not to nitride the entire second layer, nitridation is performed under a condition that the nitridation reaction of the second layer is not saturated.

Thereafter, the valve 243d of the fourth gas supply pipe 232d is closed to interrupt the supply of $NH_3$ gas. At this time, in a state in which the APC valve 244 of the exhaust pipe 231 is opened, the inside of the process chamber 201 is vacuum-evacuated using the vacuum pump 246 so that the $NH_3$ gas remaining in the process chamber 201 without participating in the nitridation reaction or after participating in the nitridation reaction can be removed from the process chamber 201. Furthermore, at this time, in a state in which the valve 243h is opened, supply of $N_2$ gas into the process chamber 201 is continued. Due to this, $NH_3$ gas remaining in the process chamber 201 without participating in the nitridation reaction or after participating in the nitridation reaction can be removed from the process chamber 201 more effectively. At this time, the gas remaining in the process chamber 201 may not be completely removed, that is, the inside of the process

US 8,409,988 B2

27                                                              28

chamber 201 may not be completely purged. When a small amount of gas remains in the process chamber 201, there is no ill effect in Step 1 to be performed thereafter. At this time, there is no need to supply a large amount of $N_2$ gas into the process chamber 201. For example, a flow rate of the $N_2$ gas supplied into the process chamber 201 may be controlled to supply the same amount of gas as a capacity of the reaction tube 203 (the process chamber 201), so that the purge can be performed with no ill effect in Step 1. As described above, as the inside of the process chamber 201 is not completely purged, a purge time can be reduced and throughput can be improved. In addition, consumption of the $N_2$ gas can be maximally suppressed.

As a nitrogen-containing gas, not only $NH_3$ gas but also another gas such as $N_2$ gas, $NF_3$ gas, $N_2H_4$ gas or $N_3H_8$ gas may be used.

By setting the above-described Step 1 to Step 3 to one cycle and performing this cycle at least once, a thin film including silicon (a first element), carbon (a second element), and nitrogen (a third element), i.e., a silicon carbonitride (SiCN) film, may be formed on each of the wafers 200 to a predetermined thickness. Preferably, the cycle may be repeated a plurality of times.

In Step 2, the internal pressure of the process chamber 201, or the internal pressure of the process chamber 201 and the gas supply time are controlled to be higher or longer than the internal pressure of the process chamber 201, or the internal pressure of the process chamber 201 and the gas supplying time in Step 2 when the silicon carbonitride film having a stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the silicon carbonitride film is formed to have the stoichiometric composition, carbon can be excessively supplied in Step 2 (refer to FIG. 10B). Therefore, due to the excessive supply of carbon in Step 2, a region (silicon exposed region) in which the nitridation reaction of the second layer can be caused in Step 3 is reduced. That is, in comparison with the case where the silicon carbonitride film is formed to have the stoichiometric composition, an excessive number of carbon atoms are supplied in Step 2, and thus, in Step 3, the nitridation reaction of the second layer is suppressed. As a result, the composition ratio of the silicon carbonitride (SiCN) film can be controlled such that carbon (C) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. 10, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiCN film having a stoichiometric composition. In the lower side of FIG. 10, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiCN film having excessive carbon (C) in comparison with nitrogen (N) in terms of the stoichiometric composition by excessively supplying carbon (C). FIGS. 10A to 10C illustrate reaction states in Step 1 to Step 3, respectively.

Alternatively, in Step 3, the internal pressure of the process chamber 201, or the internal pressure of the process chamber 201 and the gas supply time are controlled to be lower or shorter than the internal pressure of the process chamber 201, or the internal pressure of the process chamber 201 and the gas supplying time in Step 3 when the silicon carbonitride film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the silicon carbonitride film is formed to have the stoichiometric composition, nitrogen can be insufficiently supplied in Step 3 (refer to FIG. 11C). Therefore, due to the insufficient supply of nitrogen in Step 3, the nitridation reaction of the second layer is suppressed in Step 3. That is, in

comparison with the case where the silicon carbonitride film is formed to have the stoichiometric composition, an insufficient number of nitrogen atoms are supplied in Step 3, and thus, in Step 3, the nitridation reaction of the second layer is suppressed. As a result, the composition ratio of the silicon carbonitride (SiCN) film can be controlled such that carbon (C) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. 11, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiCN film having a stoichiometric composition. In the lower side of FIG. 11, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiCN film having excessive carbon (C) in comparison with nitrogen (N) in terms of the stoichiometric composition by insufficiently supplying nitrogen (N). FIGS. 11A to 11C illustrate reaction states in Step 1 to Step 3, respectively.

As described above, in the second sequence of the embodiment, the internal pressure of the process chamber 201, or the internal pressure of the process chamber 201 and the gas supply time are controlled in each step to control a balance between a supply amount (deposition amount) of silicon in Step 1, a supply amount (adsorption amount or reaction amount) of carbon in Step 2, and a supply amount (reaction amount) of nitrogen in Step 3, such that the composition ratio of the silicon carbonitride film is controlled. Meanwhile, in the second sequence of the embodiment, as the balance between the supply amount (deposition amount) of silicon in Step 1, the supply amount (adsorption amount or reaction amount) of carbon in Step 2, and the supply amount (reaction amount) of nitrogen in Step 3 is controlled, formation of the silicon carbonitride film having the stoichiometric composition is also possible. Even in this case, control of the balance between the supply amount (deposition amount) of silicon in Step 1, the supply amount (adsorption amount or reaction amount) of carbon in Step 2, and the supply amount (reaction amount) of nitrogen in Step 3 is performed by controlling the internal pressure of the process chamber 201, or the internal pressure of the process chamber 201 and the gas supply time in each step.

After a silicon carbonitride film having a predetermined composition and thickness is formed in the film-forming process, gas purge, replacement with inert gas, return to the atmospheric pressure, boat unloading, and wafer discharging are performed in the same way as in the first sequence.

In the above-described example of the second sequence of the embodiment, while a silicon-containing gas, a carbon-containing gas, and a nitrogen-containing gas are used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a SiCN film, the present invention is not limited to the example but various changes and modifications may be made without departing from the scope of the present invention.

For example, a silicon-containing gas, a nitrogen-containing gas, and an oxygen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a silicon oxynitride (SiON) film; or a silicon-containing gas, a boron-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a silicon boron nitride (SiBN) film. In addition, for example, a boron-containing gas, a carbon-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a

US 8,409,988 B2

29

boron carbonitride (BCN) film; an aluminum-containing gas, a boron-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form an aluminum boron nitride (AlBN) film; or a silicon-containing gas, a carbon-containing gas, and an oxygen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a silicon oxycarbide (SiOC) film. Furthermore, a titanium-containing gas, an aluminum-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a titanium aluminum nitride (TiAlN) film; or a silicon-containing gas, an aluminum-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, to form a silicon aluminum nitride (SiAlN) film. The same gas species as gas species exemplified in the description of the first sequence may also be used.

As described above, according to the second sequence of the embodiment, a semiconductor element such as silicon (Si) or boron (B), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a first element; an element such as nitrogen (N), boron (B), carbon (C), or oxygen (O), or a metal such as aluminum (Al) may be used as a second element; and an element such as nitrogen (N) or oxygen (O) may be used as a third element.

(Third Sequence)

Next, a third sequence according to the embodiment will now be described.

FIG. 5 is a view illustrating gas supply timing in the third sequence according to the embodiment of the present invention; FIG. 12 is a schematic view illustrating formation of a silicon boron carbonitride film on a wafer in the third sequence according to the embodiment of the present invention; FIG. 13 is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the third sequence according to the embodiment of the present invention; and FIG. 14 is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 4 of the third sequence according to the embodiment of the present invention. The third sequence of the embodiment relates to a method of controlling a composition ratio of a four-element system.

The third sequence of the embodiment includes steps of: forming a first layer including a first element being able to become solid state by itself on a wafer 200 by supplying a gas containing the first element (a first element-containing gas) into a process vessel in which the wafer 200 is accommodated under a condition that a CVD reaction occurs;

forming a second layer including the first element and a second element being able to become solid state by itself or being unable to become solid state by itself by supplying a gas containing the second element (a second element-containing gas) into the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer;

forming a third layer including the first element, the second element, and a third element being able to become solid state by itself or being unable to become solid state by itself by supplying a gas containing the third element (a third element-containing gas) into the process vessel, wherein the third layer is formed by forming a layer including the third element on the second layer, or the third layer is formed by modifying the second layer; and

30

forming a fourth layer including the first to third elements and a fourth element being unable to become solid state by itself by supplying a gas containing the fourth element (a fourth element-containing gas) into the process vessel to modify the third layer,

wherein a cycle including the steps of forming the first layer, forming the second layer, forming the third layer, and forming the fourth layer is performed at least once to form a thin film including the first to fourth elements and having a predetermined thickness.

The step of forming the first layer is the same as the step of forming the first layer in the second sequence. That is, process conditions, a motivated reaction, layers to be formed, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer in the step of forming the first layer are the same as those in the step of forming the first layer in the second sequence.

The step of forming the second layer is the same as the step of forming the second layer in the second sequence. That is, process conditions, a gas activating method, a motivated reaction, layers to be formed, examples of the second element, examples of the second element-containing gas, and examples of the second layer in the step of forming the second layer are the same as those in the step of forming the second layer in the second sequence.

In the step of forming the third layer, the third element-containing gas is activated by heat and is then supplied to the second layer, so that a layer including the third element and having less than one atomic layer to several atomic layers can be formed on the second layer or the second layer can be modified by a reaction between a part of the second layer and the third element-containing gas. As a result, the third layer including the first to third elements is formed.

When the third layer is formed by forming a layer including the third element on the second layer, the layer including the third element may be a third element layer or a third element-containing gas adsorption layer. The third element-containing gas adsorption layer includes an adsorption layer formed of a material decomposed from the third element-containing gas. The third element layer is a general term for a layer made of the third element, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. Here, a continuous layer formed of the third element may also be called "a thin film." In addition, the third element-containing gas adsorption layer is a discontinuous chemical adsorption layer that is formed of molecules of the third element-containing gas or molecules of a material decomposed from the third element-containing gas, that is, a chemical adsorption layer having less than one atomic layer. Preferably, the layer including the third element may be a discontinuous chemical adsorption layer formed of molecules of the third element-containing gas or molecules of a material decomposed from the third element-containing gas, improving the controllability of the composition ratio of the thin film.

When the third layer is formed by modifying the second layer, the second layer is modified by the same method as the method of modifying the second layer in the step of forming the third layer in the second sequence.

The third element-containing gas is supplied after being activated by heat, rather than being activated by plasma to cause a soft reaction, performing soft modification. Accordingly, in the embodiment, the third element-containing gas is activated by heat and then supplied.

In the step of forming the fourth layer, the fourth element-containing gas is activated by heat and then supplied to the third layer to modify the third layer, forming the fourth layer including the first to fourth elements. For example, when the

US 8,409,988 B2

**31**

third layer including the first to third elements and having several atomic layers is formed in the step of forming the third layer, a surface layer of the several atomic layers may be partially or entirely allowed to react with the fourth element-containing gas. Alternatively, the surface layer and the next lower layers among the several atomic layers of the third layer including the first to third elements may be allowed to react with the fourth element-containing gas. However, when the third layer is constituted by the several atomic layers including the first to third elements, it may be preferable to modify only the surface layer of the third layer because the composition ratio of the thin film can be controlled more easily. Preferably, the fourth element may be an element being unable to become solid state by itself. When the fourth element-containing gas may be supplied after being activated by heat, rather than being activated by plasma, a soft reaction can be generated, and soft modification can be performed. Accordingly, in the embodiment, the fourth element-containing gas is activated by heat and then supplied.

In the third sequence of the embodiment, the supply conditions are controlled such that the composition ratio of the thin film becomes the stoichiometric composition or a composition ratio different from the stoichiometric composition. For example, when the composition ratio of the thin film is controlled to be a predetermined composition ratio different from the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming any one layer of the first to fourth layers are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming any one layer when the thin film having the stoichiometric composition is formed.

Alternatively, when the composition ratio of the thin film is controlled to be a predetermined composition ratio different from the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming another layer of the first to fourth layers are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming another layer when the thin film having the stoichiometric composition is formed.

As a result, one of the elements composing the thin film may be excessive in comparison with the others in terms of the stoichiometric composition.

In the case of a four-element thin film, the stoichiometric composition is not unique unlike the two-element thin film but is two or more like the three-element thin film. In the third sequence of the embodiment, a thin film having the stoichiometric composition or a composition ratio different from any of the stoichiometric compositions is formed.

The method of controlling the composition ratio of the thin film such that the first element is excessive in comparison with the second element in terms of the stoichiometric composition is the same as the method in the first and second sequences.

The method of controlling the composition ratio of the thin film such that the second element is excessive in comparison with the third element in terms of the stoichiometric composition or the third element is excessive in comparison with the second element in terms of the stoichiometric composition is the same as the method in the second sequence.

When the composition ratio of the thin film is controlled such that the second or third element is excessive in comparison with the fourth element in terms of the stoichiometric composition or the fourth element is excessive in comparison

**32**

with the second or third element in terms of the stoichiometric composition, the composition ratio is controlled based on one of the elements.

For example, when the composition ratio of the thin film is controlled such that the second element is excessive in comparison with the fourth element in terms of the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the second element can be excessively supplied in the step of forming the second layer. And, due to the excessive supply of the second element in the step of forming the second layer, a region in which the modification reaction of the third layer can be caused in the step of forming the fourth layer is reduced. That is, in comparison with the case where the thin film is formed to have the stoichiometric composition, an excessive number of atoms of the second element are supplied in the step of forming the second layer, and thus, in the step of forming the fourth layer, the modification reaction of the third layer is suppressed.

Alternatively, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the fourth layer are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the fourth layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the fourth element can be insufficiently supplied in the step of forming the fourth layer. And, due to the insufficient supply of the fourth element in the step of forming the fourth layer, the modification reaction of the third layer is suppressed in the step of forming the fourth layer. That is, in comparison with the case where the thin film is formed to have the stoichiometric composition, an insufficient number of atoms of the fourth element are supplied in the step of forming the fourth layer, and thus, in the step of forming the fourth layer, the modification reaction of the third layer is suppressed.

In addition, for example, when the composition ratio of the thin film is controlled such that the fourth element is excessive in comparison with the second element in terms of the stoichiometric composition, the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming of the second layer are controlled to be lower or shorter than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the thin film is formed to have the stoichiometric composition, the second element can be insufficiently supplied in the step of forming the second layer. And, due to the insufficient supply of the second element in the step of forming the second layer, a layer including the second element is formed in a smaller region or a modification reaction of the first layer is suppressed. As a result, the fourth element becomes relatively excessive in comparison with the second element in terms of the stoichiometric composition.

When the second element is insufficiently supplied in the step of forming the second layer, a region in which the modi-

US 8,409,988 B2

33                                                        34

fication reaction of the third layer can be caused in the step of forming the fourth layer is increased. At this time, when the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the fourth layer are controlled to be higher or longer than the internal pressure of the process vessel or the internal pressure and the gas supply time in the step of forming the fourth layer when the thin film having the stoichiometric composition is formed, the fourth element can be excessively supplied in the step of forming the fourth layer, and thus the fourth element can be controlled to be further excessive in comparison with the second element in terms of the stoichiometric composition. That is, by combination of insufficient supply of the second element in the step of forming the second layer and excessive supply of the fourth element in the step of forming the fourth layer, the modification reaction of the third layer can be facilitated in the step of forming the fourth layer, and thus the composition ratio of the thin film can be controlled such that the fourth element is further excessive in comparison with the second element in terms of the stoichiometric composition.

Meanwhile, in the third sequence of the embodiment, formation of the thin film having the stoichiometric composition is also possible.

Hereinafter, the third sequence of the embodiment will be described in detail. In the following description, an explanation will be given on an example where a silicon boron carbonitride (SiBCN) film is formed on a substrate as an insulating film according to the sequence shown in FIG. **5** under the conditions that silicon (Si) is the first element, carbon (C) is the second element, boron (B) is the third element, nitrogen (N) is the fourth element, DCS gas, which is the silicon-containing gas, is used as the first element-containing gas, $C_3H_6$ gas, which is the carbon-containing gas, is used as the second element-containing gas, $BCl_3$ gas, which is the boron-containing gas, is used as the third element-containing gas, and $NH_3$ gas, which is the nitrogen-containing gas, is used as a fourth element-containing gas. Furthermore, in the following description of the example, the composition ratio of the silicon boron carbonitride film is controlled such that carbon (C) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition. In the example, the first gas supply system constitutes a silicon-containing gas supply system (a first element-containing gas supply system), the second gas supply system constitutes a carbon-containing gas supply system (a second element-containing gas supply system), the third gas supply system constitutes a boron-containing gas supply system (a third element-containing gas supply system), and the fourth gas supply system constitutes a nitrogen-containing gas supply system (a fourth element-containing gas supply system).

Wafer charging, boat loading, pressure adjustment, temperature adjustment, and wafer rotation are performed in the same way as in the second sequence, and then, the following four steps are sequentially performed.

[Step 1]

Step 1 is performed in the same way as Step 1 of the second sequence. That is, process conditions, a motivated reaction, layers to be formed, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer in Step 1 are the same as those in Step 1 of the second sequence (refer to FIG. **12**A). That is, in Step 1, by supply of the DCS gas into the process chamber **201**, the silicon layer is formed on the wafer **200** as the first layer.

[Step 2]

Step 2 is performed in the same way as Step 2 of the second sequence. That is, process conditions, a gas activating method, a motivated reaction, layers to be formed, examples of the second element, examples of the second element-containing gas, and examples of the second layer in Step 2 are the same as those in Step 2 of the second sequence (refer to FIG. **12**B). That is, in Step 2, the second layer including silicon and carbon is formed by supply of the $C_3H_6$ gas into the process chamber.

[Step 3]

After completion of Step 2 and removal of the gas remaining in the process chamber **201**, the valve **243**c of the third gas supply pipe **232**c is opened to allow a flow of $BCl_3$ gas through the third gas supply pipe **232**c. The flow rate of the $BCl_3$ gas flowing through the third gas supply pipe **232**c is controlled by the MFC **241**c. Then, the $BCl_3$ gas whose flow rate is controlled is supplied into the process chamber **201** through the gas supply holes **250**c of the third nozzle **249**c, horizontally flows on the surfaces of the wafers **200**, and is exhausted through the exhaust pipe **231**. At this time, the valve **243**g is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe **232**g. The $N_2$ gas is supplied into the process chamber **201** together with the $BCl_3$ gas, horizontally flows on the surfaces of the wafers **200**, and is exhausted through the exhaust pipe **231**. At this time, a main flow of the gas in the process chamber **201** is in a horizontal direction, i.e., parallel to the surfaces of the wafers **200**.

At this time, the APC valve **244** is properly controlled to adjust the internal pressure of the process chamber **201**, for example, in a range of 50 Pa to 3000 Pa. The flow rate of the $BCl_3$ gas controlled by the MFC **241**c is, for example, in a range of 100 sccm to 10000 sccm. The time during exposure of the wafers **200** to the $BCl_3$ gas, i.e., gas supply time (exposure time), is in a range of, for example, 1 second to 120 seconds. At this time, like in Step 1, the temperature of the heater **207** is set to a predetermined temperature so that the temperature of the wafers **200** can be in the range of, for example, 350° C. to 700° C. When the $BCl_3$ gas is activated by heat and then supplied, a soft reaction can be caused, and thus a boron-containing layer can be easily formed, which will be described later.

At this time, the gas flowing in the process chamber **201** is $BCl_3$ gas activated by heat and neither DCS gas nor $C_3H_6$ gas flows in the process chamber **201**. Therefore, without causing a vapor-phase reaction, the $BCl_3$ gas which is in an activated state is supplied to the wafers **200**, and at this time, as shown in FIG. **12**C, a boron-containing layer having less than one atomic layer, i.e., a discontinuous boron-containing layer, is formed on a layer which includes silicon and carbon and is formed on each of the wafers **200** as a second layer in Step 2. As a result, a third layer including silicon (a first element), carbon (a second element), and boron (a third element) is formed. Meanwhile, according to conditions, a part of the second layer reacts with the $BCl_3$ gas, and thus, the second layer is modified (bronzed) to form a third layer including silicon, carbon, and boron.

The boron-containing layer formed on the second layer may be a boron layer (a B-layer), a chemical adsorption layer of $BCl_3$, that is, a chemical adsorption layer of $B_xCl_y$ (a material decomposed from $BCl_3$). Here, since boron does not couple with carbon but it couples with silicon, the boron layer is a discontinuous layer of boron, and the chemical adsorption layer of $B_xCl_y$ is a discontinuous chemical adsorption layer formed of $B_xCl_y$ molecules.

Thereafter, the valve **243**c of the third gas supply pipe **232**c is closed to interrupt supply of $BCl_3$ gas. At this time, in a state in which the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated using the vacuum pump **246** so that $BCl_3$ gas remaining in the

US 8,409,988 B2

35                                                     36

process chamber **201** without participating in a reaction or after participating in the formation of the boron-containing layer can be removed from the process chamber **201**. At this time, in a state in which the valve **243***g* is opened, supply of $N_2$ gas into the process chamber **201** is continued. Due to this, $BCl_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the boron-containing layer can be removed from the process chamber **201** more effectively. At this time, the gas remaining in the process chamber **201** may not be completely removed therefrom, that is, the inside of the process chamber **201** may not be completely purged. When a small amount of gas remains in the process chamber **201**, there is no ill effect due to the remaining gas in Step 4 to be performed thereafter. At this time, there is no need to supply a large amount of $N_2$ gas into the process chamber **201**. For example, a flow rate of the $N_2$ gas supplied into the process chamber **201** may be controlled to supply same amount of gas as a capacity of the reaction tube **203** (the process chamber **201**), so that the purge can be performed with no ill effect in Step 4. As described above, since the inside of the process chamber **201** is not completely purged, a purge time can be reduced and throughput can be improved. In addition, consumption of the $N_2$ gas can be maximally suppressed.

As a boron-containing gas, not only $BCl_3$ gas but also another gas such as diborane ($B_2H_6$) gas may be used.

[Step 4]

After removal of the gas remaining in the process chamber **201**, the valve **243***d* of the fourth gas supply pipe **232***d* is opened to allow a flow of $NH_3$ gas through the fourth gas supply pipe **232***d*. The flow rate of the $NH_3$ gas flowing through the fourth gas supply pipe **232***d* is controlled by the MFC **241***d*. Then, the $NH_3$ gas whose flow rate is controlled is supplied into the process chamber **201** through the gas supply holes **250***d* of the fourth nozzle **249***d*, horizontally flows on the surfaces of the wafers **200**, and is exhausted through the gas exhaust pipe **231**. At this time, the valve **243***h* is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe **232***h*. Then, together with the $NH_3$ gas, the $N_2$ gas is supplied into the process chamber **201**, horizontally flows on the surfaces of the wafers **200**, and is exhausted through the exhaust pipe **231**. At this time, a main flow of the gas in the process chamber **201** is in a horizontal direction, i.e., parallel to the surfaces of the wafers **200**.

At this time, the APC valve **244** is properly controlled to adjust the internal pressure of the process chamber **201**, for example, in a range of 50 Pa to 3000 Pa. The flow rate of the $NH_3$ gas controlled by the MFC **241***d* is, for example, in a range of 100 sccm to 10000 sccm. The time during exposure of the wafers **200** to the $NH_3$ gas, i.e., gas supply time (exposure time), is in a range of, for example, 1 second to 120 seconds. At this time, like in Step 1, the temperature of the heater **207** is set to a predetermined temperature so that the temperature of the wafers **200** can be in a range of, for example, 350° C. to 700° C. Since it is difficult to make the $NH_3$ gas reactive at the above-mentioned temperature range of the wafers **200** due to a high reaction temperature of the $NH_3$ gas, the process chamber **201** is kept at a relatively high pressure as mentioned above to activate the $NH_3$ gas by heat. When the $NH_3$ gas is activated by heat and then supplied, a soft reaction can be caused, and soft nitridation, which will be described later, can be performed.

At this time, the gas flowing in the process chamber **201** is thermally-activated $NH_3$ gas, and neither DCS gas nor $C_3H_6$ gas flows in the process chamber **201**. Therefore, without causing a vapor-phase reaction, the activated $NH_3$ gas reacts with a part of the layer including silicon, carbon, and boron,

i.e., a part of the third layer formed on each of the wafers **200** in Step 3. As a result, the third layer is nitrided and modified into a fourth layer including silicon (a first element), carbon (a second element), boron (a third element), and nitrogen (a fourth element), i.e., into a silicon boron carbonitride (SiBCN) layer.

At this time, as shown in FIG. **12**D, the nitridation reaction of the third layer is not saturated. For example, when a silicon layer having several atomic layers is formed in Step 1, a carbon-containing layer having less than one atomic layer is formed in Step 2, and a boron-containing layer having less than one atomic layer is formed in Step 3, a part of the surface layer (the surface atomic layer) of the atomic layers is nitrided. That is, a region (silicon-exposed region) of the surface layer that can be nitrided is partially or entirely nitrided. In this case, so as not to entirely nitride the third layer, the nitridation of the third layer is performed under a non-saturated condition. Alternatively, according to conditions, while the surface layer and the next lower layers among the atomic layers of the third layer may be nitrided, the case where only the surface layer is nitrided is preferable because the composition ratio of the silicon boron carbonitride film can be controlled more easily. In addition, for example, even when a silicon layer having one atomic layer or less than one atomic layer is formed in Step 1, a carbon-containing layer having less than one atomic layer is formed in Step 2, and a boron-containing layer having less than one atomic layer is formed in Step 3, a part of the surface layer is nitrided in the same way. Even in this case, similarly, so as not to nitride the entire third layer, nitridation is performed under a condition that the nitridation reaction of the third layer is not saturated.

Thereafter, the valve **243***d* of the fourth gas supply pipe **232***d* is closed to interrupt the supply of $NH_3$ gas. At this time, in a state in which the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated using the vacuum pump **246** so that $NH_3$ gas remaining in the process chamber **201** without participating in the nitridation reaction or after participating in the nitridation reaction can be removed from the process chamber **201**. Furthermore, at this time, in a state in which the valve **243***h* is opened, supply of $N_2$ gas into the process chamber **201** is continued. Due to this, $NH_3$ gas remaining in the process chamber **201** without participating in the nitridation reaction or after participating in the nitridation reaction can be removed from the process chamber **201** more effectively. At this time, the gas remaining in the process chamber **201** may not be completely removed therefrom, that is, the inside of the process chamber **201** may not be completely purged. When a small amount of gas remains in the process chamber **201**, there is no ill effect in Step 1 to be performed thereafter. At this time, there is no need to supply a large amount of $N_2$ gas into the process chamber **201**. For example, a flow rate of the $N_2$ gas supplied into the process chamber **201** may be controlled to supply the same amount of gas as a capacity of the reaction tube **203** (the process chamber **201**), so that the purge can be performed with no ill effect in Step 1. As described above, as the inside of the process chamber **201** is not completely purged, a purge time can be reduced and throughput can be improved. In addition, consumption of the $N_2$ gas can be maximally suppressed.

As a nitrogen-containing gas, not only $NH_3$ gas but also another gas such as $N_2$ gas, $NF_3$ gas, $N_2H_4$ gas or $N_3H_8$ gas may be used.

By setting the above-described Step 1 to Step 4 to one cycle and performing this cycle at least once, a thin film including silicon (a first element), carbon (a second element), boron (a third element), and nitrogen (a fourth element), i.e., a silicon

US 8,409,988 B2

**37**                                                        **38**

boron carbonitride (SiBCN) film, can be formed on each of the wafers **200** to a predetermined thickness. Preferably, the cycle may be repeated a plurality of times.

In Step 2, the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time are controlled to be higher or longer than the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supplying time in Step 2 when the silicon boron carbonitride film having a stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the silicon boron carbonitride film is formed to have the stoichiometric composition, carbon can be excessively supplied in Step 2 (refer to FIG. **13**B). Therefore, due to the excessive supply of carbon in Step 2, a region (silicon-exposed region) in which the nitridation reaction of the third layer can be caused in Step 4 is reduced. That is, in comparison with the case where the silicon boron carbonitride film is formed to have the stoichiometric composition, an excessive number of carbon atoms are supplied in Step 2, and thus, in Step 4, the nitridation reaction of the third layer is suppressed. As a result, the composition ratio of the silicon boron carbonitride (SiBCN) film can be controlled such that carbon (C) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **13**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiBCN film having a stoichiometric composition. In the lower side of FIG. **13**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiBCN film having excessive carbon (C) in comparison with nitrogen (N) in terms of the stoichiometric composition by excessively supplying carbon (C). FIG. **13**A to **13**D illustrate reaction states in Step 1 to Step 4, respectively.

Alternatively, in Step 4, the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time are controlled to be lower or shorter than the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supplying time in Step 4 when the silicon boron carbonitride film having the stoichiometric composition is formed. By controlling the process conditions in this way, in comparison with the case where the silicon boron carbonitride film is formed to have the stoichiometric composition, nitrogen is insufficiently supplied in Step 4. Therefore, due to the insufficient supply of nitrogen in Step 4, the nitridation reaction of the third layer is suppressed in Step 4. That is, in comparison with the case where the silicon boron carbonitride film is formed to have the stoichiometric composition, an insufficient number of nitrogen atoms are supplied in Step 4, and thus, in Step 4, the nitridation reaction of the third layer is suppressed. As a result, the composition ratio of the silicon boron carbonitride (SiBCN) film can be controlled such that carbon (C) is excessive in comparison with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **14**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiBCN film having a stoichiometric composition. In the lower side of FIG. **14**, schematic partial section views of a wafer are shown to explain reaction states in steps during formation of a SiBCN film having excessive carbon (C) in comparison with nitrogen (N) in terms of the stoichiometric composition by insufficiently supplying nitrogen (N). FIGS. **14**A to **14**D illustrate reaction states in Step 1 to Step 4, respectively.

As described above, in the third sequence of the embodiment, the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time are controlled in each step to control a balance between a supply amount (deposition amount) of silicon in Step 1, a supply amount (adsorption amount or reaction amount) of carbon in Step 2, a supply amount (adsorption amount or deposition amount) of boron in Step 3 and a supply amount (reaction amount) of nitrogen in Step 4, such that the composition ratio of the silicon boron carbonitride film is controlled. Meanwhile, in the third sequence of the embodiment, as the balance between the supply amount (deposition amount) of silicon in Step 1, the supply amount (adsorption amount or reaction amount) of carbon in Step 2, the a supply amount (adsorption amount or deposition amount) of boron in Step 3 and the supply amount (reaction amount) of nitrogen in Step 4 is controlled, formation of the silicon boron carbonitride film having the stoichiometric composition is also possible. Even in this case, control of the balance between the supply amount (deposition amount) of silicon in Step 1, the supply amount (adsorption amount or reaction amount) of carbon in Step 2, the a supply amount (adsorption amount or deposition amount) of boron in Step 3 and the supply amount (reaction amount) of nitrogen in Step 4 is performed by controlling the internal pressure of the process chamber **201**, or the internal pressure of the process chamber **201** and the gas supply time in each step.

After a silicon boron carbonitride film having a predetermined composition and thickness is formed in the film-forming process, gas purge, replacement with inert gas, return to the atmospheric pressure, boat unloading, and wafer discharging are performed in the same way as in the first sequence.

In the above-described example of the third sequence of the embodiment, while a silicon-containing gas, a carbon-containing gas, a boron-containing gas, and a nitrogen-containing gas are used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, to form a SiBCN film, the present invention is not limited to the example but various changes and modifications can be made without departing from the scope of the present invention.

For example, a silicon-containing gas, a carbon-containing gas, an oxygen-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, to form a silicon oxygen carbonitride (SiOCN) film. In this case, alternatively, a nitrogen-containing gas and an oxygen-containing gas may be used as a third element-containing gas and a fourth element-containing gas, respectively. In addition, for example, a silicon-containing gas, an aluminum-containing gas, a titanium-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, to form a silicon aluminum titanium nitride (SiAlTiN) film. Furthermore, for example, a silicon-containing gas, a carbon-containing gas, a silicon-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, to form a silicon carbonitride (SiCN) film. In this way, a three-element thin film may be formed. That is, for example, using the same gas as the first element-containing gas and the third element-containing gas, the third sequence can be used to form a three-element thin

US 8,409,988 B2

39                                    40

film. The same gas species as gas species exemplified in the description of the first sequence may also be used.

In the third sequence of the embodiment, a semiconductor element such as silicon (Si) or boron (B), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a first element; an element such as nitrogen (N), boron (B), carbon (C), or oxygen (O), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a second element or a third element; and an element such as nitrogen (N) or oxygen (O) may be used as a fourth element.

In the conventional CVD method, as described above, while the high film-forming rate can be obtained, the thinning of the film is limited, and it is difficult to satisfy requirements of the thinning of the film due to further miniaturization. Meanwhile, in the conventional CVD method, a plurality of kinds of gases including a plurality of elements constituting a thin film to be formed are simultaneously supplied. In this case, in order to control the composition ratio of a thin film to be formed, for example, the ratio of gas supply flow rates may be controlled when gases are supplied. In this case, even when supply conditions such as a temperature of a substrate, the internal pressure of the process chamber, and the gas supply time are adjusted when the gases are supplied, the composition ratio of the thin film cannot be controlled.

Furthermore, in the case of the ALD method, as described above, while requirements of the thinning of the film can be satisfied, it is difficult to realize the high film-forming rate. Meanwhile, in the case of the ALD method, a plurality of kinds of gases including a plurality of elements constituting a thin film to be formed are supplied in turn. In this case, in order to control the composition ratio of a thin film to be formed, for example, a gas supply flow rate and gas supply time may be controlled when each gas is supplied. In the ALD method, a source gas is supplied to a substrate for the purpose of adsorption saturation of the source gas on the substrate, and thus, pressure control in the process chamber is unnecessary. That is, since adsorption saturation of the source gas occurs at a pressure equal to or lower than a predetermined pressure at which the source gas is adsorbed for a given reaction temperature, only when the internal pressure of the process chamber is kept at the predetermined pressure or less, adsorption saturation of the source gas can be realized at any pressures in the range. Therefore, generally, in a film-forming process performed by the ALD method, the internal pressure of a process chamber is allowed to be determined according to the exhausting ability of a substrate processing apparatus in relation with the gas supply amount. However, when the internal pressure of a process chamber should be varied, chemical adsorption of the source gas on the surface of the substrate may be hindered, or a reaction may become similar to a CVD reaction, thereby making it difficult to properly perform a film-forming process by the ALD method. In addition, since an ALD reaction (adsorption saturation, surface reaction) is repeatedly performed to form a thin film to a predetermined thickness by the ALD method, when the ALD reaction is not sufficiently performed to a saturation level in each ALD reaction, deposition may also be insufficient, and a sufficient deposition rate cannot be obtained. Therefore, in the case of the ALD method, it is difficult to control the composition ratio of the thin film by controlling the internal pressure of the process chamber.

However, according to the embodiments of the present invention, in any one of the first sequence, the second sequence, and the third sequence, under the conditions that a CVD reaction is caused, a step of supplying a gas containing an element being able to become solid state by itself to the wafers, a step of supplying a gas containing an element being

able to become solid state by itself or being unable to become solid state by itself to the wafers, and a step of supplying a gas containing an element being unable to become solid state by itself to the wafers are properly combined as one cycle, and the cycle is performed at least once to form a thin film to a predetermined thickness. At this time, the internal pressure of the process chamber, or the internal pressure of the process chamber and the gas supply time are controlled in each step to control the composition ratio of the thin film.

In the embodiment, in each sequence, under the conditions that the CVD reaction is caused, since the step of supplying a gas containing an element being able to become solid state by itself to the wafers, the step of supplying a gas containing an element being able to become solid state by itself or being unable to become solid state by itself to the wafers, and the step of supplying a gas containing an element being unable to become solid state by itself to the wafers are properly combined as one cycle, and the cycle is performed at least once to form the thin film to a predetermined thickness, it is possible to realize the high film-forming rate, which is not realized in the ALD method, and it is also possible to satisfy requirements of the thinning of the film, which is impossible in the conventional CVD method. Furthermore, in the embodiment, when a film is formed on a concave part such as a deep trench, it is possible to realize high step coverage, which is not realized in the conventional CVD method, and it is also possible to realize step coverage equal to or higher than that of the ALD method. That is, according to the embodiment, defects of the conventional CVD and ALD methods can be solved, requirements of the thinning of the film according to further miniaturization can be satisfied, and the high film-forming rate can be realized.

While the respective steps may be properly combined, in each cycle of each sequence of the embodiment, first (as a first step), under the conditions that the CVD reaction occurs, a step of supplying a gas containing an element being able to become solid state by itself to the wafers is performed, and finally (as a final step), a step of supplying a gas containing an element being unable to become solid state by itself to the wafers is performed. As a sequence of the steps is defined as described above, controllability of the composition ratio of the thin film can be further improved.

In addition, in the embodiment, since the composition ratio of a thin film is controlled by controlling the internal pressure of the process chamber in each step, influence of mechanical deviation between different substrate processing apparatuses can be reduced. That is, by using the same control method in the different substrate processing apparatuses, the composition ratio of thin films can be equally controlled. In this case, when the gas supply time is also controlled in each step, the composition ratio of the thin film can be finely controlled, and thus the controllability of the composition ratio of the thin film can be improved. Furthermore, by controlling the internal pressure of the process chamber in each step, the composition ratio of the thin film can be controlled while increasing the film-forming rate. That is, by controlling the internal pressure of the process chamber, the composition ratio of the thin film can be controlled, for example, while increasing the growth rate of the silicon layer in Step 1 of each sequence. As described above, according to the embodiments of the present invention, even when a different substrate processing apparatus is used, the composition ratio of the thin film can be equally controlled using the same control method, and thus the controllability of the composition ratio of the thin film can be improved, and furthermore, the film-forming rate, i.e., productivity, can be improved.

US 8,409,988 B2

41

In a film-forming process by the ALD method, when the composition ratio of the thin film is controlled by adjusting the supply flow rate or supply time of a gas in each step, the influence of mechanical deviation in the different substrate processing apparatuses is increased. That is, although the same control is performed among different substrate processing apparatuses, the composition ratio of the thin film is not equally controlled. For example, although the supply flow rate and time of the gas are set to the same values for different substrate processing apparatuses, the internal pressures of process chambers are not equal due to mechanical deviation. Therefore, in this case, since the internal pressures of the process chambers are different from one substrate processing apparatus to another, control for a desired composition ratio cannot be performed in the same manner in the different substrate processing apparatuses. In addition, when the internal pressure of the process chamber is varied from one substrate processing apparatus to another, chemical adsorption of the source gas on the surface of the substrate may be hindered, or a reaction may become similar to the CVD reaction, thereby making it difficult to perform the film-forming process properly according to the ALD method.

FIRST EXAMPLE

Next, a first example will be described.

Using silicon (Si) as a first element and nitrogen (N) as a second element, a silicon nitride (SiN) film was formed while controlling the composition ratio of the silicon nitride film according to the first sequence of the embodiment, and then, the composition ratio was measured. DCS gas was used as a first element-containing gas, and $NH_3$ gas was used as a second element-containing gas. The composition ratio control was performed by adjusting the pressure or gas supply time (exposure time) which is a composition ratio control factor. As the pressure or gas supply time was increased, a reaction was increased, and thus the thickness of a layer was increased in a corresponding process. That is, a greater amount of a substance (more atoms) was supplied in the process.

First, a silicon nitride ($Si_3N_4$) film having standard stoichiometric composition ($N/Si \approx 1.33$) was formed on the wafer. At that time, process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of DCS gas: 1 slm
Exposure time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flow rate of $NH_3$ gas: 9 slm
Exposure time to $NH_3$ gas: 24 seconds

By adjusting process conditions based on the above-listed standard process conditions, formation of a silicon nitride ($Si_4N_4$) film having a composition ratio of $N/Si \approx 1$ was attempted.

As a result, it was confirmed that, by changing the exposure time to DCS gas from 12 seconds to 48 seconds in the first step, a $Si_4N_4$ film having high silicon content could be formed. That is, it was confirmed that, by increasing the exposure time to DCS gas longer than that of the standard process conditions in the first step, the $Si_4N_4$ film having high silicon content could be formed. Except for the exposure time to DCS gas in the first step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

42

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of DCS gas: 1 slm
Exposure time to DCS gas: 48 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flow rate of $NH_3$ gas: 9 slm
Exposure time to $NH_3$ gas: 24 seconds

Alternatively, it was also confirmed that, by changing the internal pressure of the process chamber from 133 Pa (1 Torr) to 266 Pa (2 Torr) in the first step, a $Si_4N_4$ film having high silicon content could be formed. That is, it was also confirmed that, by increasing the internal pressure of the process chamber higher than that of the standard process conditions in the first step, the $Si_4N_4$ film having high silicon content could be formed. Except for the internal pressure of the process chamber in the first step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 266 Pa (2 Torr)
Flow rate of DCS gas: 1 slm
Exposure time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flow rate of $NH_3$ gas: 9 slm
Exposure time to $NH_3$ gas: 24 seconds

Alternatively, it was also confirmed that, by changing the exposure time to $NH_3$ gas from 24 seconds to 6 seconds in the second step, a $Si_4N_4$ film having relatively high silicon content could be formed because the nitrogen content was reduced. That is, it was also confirmed that, by decreasing the exposure time to $NH_3$ gas shorter than that of the standard process conditions in the second step, the $Si_4N_4$ film having high silicon content could be formed. Except for the exposure time to $NH_3$ in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of DCS gas: 1 slm
Exposure time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flow rate of $NH_3$ gas: 9 slm
Exposure time to $NH_3$ gas: 6 seconds

Alternatively, it was also confirmed that, by changing the internal pressure of the process chamber from 532 Pa (4 Torr) to 133 Pa (1 Torr) in the second step, similarly, a $Si_4N_4$ film having high silicon content could be formed. That is, it was also confirmed that, by decreasing the internal pressure of the process chamber lower than that of the standard process conditions in the second step, the $Si_4N_4$ film having high silicon content could be formed. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of DCS gas: 1 slm
Exposure time to DCS gas: 12 seconds

US 8,409,988 B2

43

(Second Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of $NH_3$ gas: 9 slm

Exposure time to $NH_3$ gas: 24 seconds

By changing the Si/N composition ratio of the silicon nitride film as described in the example, film properties such as charge density of the silicon nitride film can be controlled, and thus the silicon nitride film whose film properties are controlled can be used as a charge trapping film of a flash memory. In addition, by changing the Si/N composition ratio of the silicon nitride film as described in the example, the optical refractive index or absorption coefficient of the silicon nitride film can be controlled, and thus the silicon nitride film whose optical refractive index or absorption coefficient is controlled can be used as an anti-reflection film in a lithography process.

SECOND EXAMPLE

Next, a second example will be described.

Using silicon (Si) as a first element, carbon (C) as a second element, and nitrogen (N) as a third element, a silicon carbonitride (SiCN) film was formed while controlling the composition ratio of the silicon carbonitride film according to the second sequence of the embodiment, and then, the composition ratio was measured. DCS gas was used as a first element-containing gas, $C_3H_6$ gas was used as a second element-containing gas, and $NH_3$ gas was used as a third element-containing gas. The composition ratio control was performed by adjusting the pressure or gas supply time (exposure time) which is a composition ratio control factor. Like the case of controlling the composition ratio of a two-element film, when the composition ratio of a three-element film was controlled, as the pressure or gas supply time was increased, a reaction was increased, and thus the thickness of the layer was also increased in a corresponding process. That is, more atoms were supplied in the process.

First, a silicon carbonitride film having a standard composition (8 atoms % carbon) was formed on a wafer. At that time, process conditions were set as follows.

(First Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of DCS gas: 1 slm

Exposure time to DCS gas: 12 seconds

(Second Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of $C_3H_6$ gas: 1 slm

Exposure time to $C_3H_6$ gas: 8 seconds

(Third Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 931 Pa (7 Torr)

Flow rate of $NH_3$ gas: 9 slm

Exposure time to $NH_3$ gas: 18 seconds

By adjusting process conditions based on the above-listed standard process conditions, formation of a silicon carbonitride (SiCN) film having 16 atoms % carbon was attempted.

It was confirmed that, by changing the exposure time to $C_3H_6$ gas from 8 seconds to 16 seconds in the second step, a SiCN film having high carbon content could be formed. That is, it was confirmed that, by increasing the exposure time to $C_3H_6$ gas longer than that of the standard process conditions in the second step, the SiCN film having high carbon content could be formed. It was confirmed that as the content of carbon was increased, the content of nitrogen was decreased.

44

Except for the exposure time to $C_3H_6$ gas in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of DCS gas: 1 slm

Exposure time to DCS gas: 12 seconds

(Second Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of $C_3H_6$ gas: 1 slm

Exposure time to $C_3H_6$ gas: 16 seconds

(Third Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 931 Pa (7 Torr)

Flow rate of $NH_3$ gas: 9 slm

Exposure time to $NH_3$ gas: 18 seconds

Alternatively, it was also confirmed that, by changing the internal pressure of the process chamber from 133 Pa (1 Torr) to 266 Pa (2 Torr) in the second step, a SiCN film having high carbon content could be formed. That is, it was also confirmed that, by increasing the internal pressure of the process chamber higher than that of the standard process conditions in the second step, the SiCN film having high carbon content could be formed. It was also confirmed that as the content of carbon was increased, the content of nitrogen was decreased. Except for the internal pressure of the process chamber in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of DCS gas: 1 slm

Exposure time to DCS gas: 12 seconds

(Second Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 266 Pa (2 Torr)

Flow rate of $C_3H_6$ gas: 1 slm

Exposure time to $C_3H_6$ gas: 8 seconds

(Third Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 931 Pa (7 Torr)

Flow rate of $NH_3$ gas: 9 slm

Exposure time to $NH_3$ gas: 18 seconds

Alternatively, it was also confirmed that, by changing the exposure time to $NH_3$ gas from 18 seconds to 6 seconds in the third step, a SiCN film having relatively high carbon content could be formed because the content of nitrogen was reduced. That is, it was also confirmed that, by decreasing the exposure time to $NH_3$ gas shorter than that of the standard process conditions in the third step, the SiCN film having high carbon content could be formed. Except for the exposure time to $NH_3$, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of DCS gas: 1 slm

Exposure time to DCS gas: 12 seconds

(Second Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flow rate of $C_3H_6$ gas: 1 slm

Exposure time to $C_3H_6$ gas: 8 seconds

US 8,409,988 B2

45

(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 931 Pa (7 Torr)
Flow rate of $NH_3$ gas: 9 slm
Exposure time to $NH_3$ gas: 6 seconds
Alternatively, it was also confirmed that, by changing the internal pressure of the process chamber from 931 Pa (7 Torr) to 266 Pa (2 Torr) in the third step, similarly, a SiCN film having high carbon content could be formed. That is, it was also confirmed that, by decreasing the internal pressure of the process chamber lower than that of the standard process conditions in the third step, the SiCN film having high carbon content could be formed. Except for the internal pressure of the process chamber, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.
(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of DCS gas: 1 slm
Exposure time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $C_3H_6$ gas: 1 slm
Exposure time to $C_3H_6$ gas: 8 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 266 Pa (2 Torr)
Flow rate of $NH_3$ gas: 9 slm
Exposure time to $NH_3$ gas: 18 seconds
By changing the C/N composition ratio of a silicon carbonitride film as described in the example, film properties such as etch resistance of the silicon carbonitride film can be improved, and thus the silicon carbonitride film can be used as an etch stopper film.

When silicon (Si) is used as a first element, nitrogen (N) is used as a second element, and oxygen (O) is used as a third element to form a silicon oxynitride (SiON) film while controlling the composition ratio of the silicon oxynitride film according to the second sequence of the embodiment, the O/N composition ratio of the silicon oxynitride film can be varied to reduce the dielectric constant of the silicon oxynitride film lower than that of a $Si_3N_4$ film and improve the etch resistance of the silicon oxynitride film higher than that of a $SiO_2$ film for use in a variety of fields.

THIRD EXAMPLE

Next, a third example will be described.

Using silicon (Si) as a first element, carbon (C) as a second element, nitrogen (N) as a third element and oxygen (O) as a fourth element, a silicon oxygen carbonitride (SiOCN) film was formed while controlling the composition ratio of the silicon oxygen carbonitride film according to the third sequence of the embodiment, and then, the composition ratio was measured. DCS gas was used as a first element-containing gas, $C_3H_6$ gas was used as a second element-containing gas, $NH_3$ gas was used as a third element-containing gas, and $O_2$ gas was used as a fourth element-containing gas. The composition ratio control was performed by adjusting the pressure or gas supply time (exposure time) which is a composition ratio control factor. Like the case of controlling the composition ratio of a three-element film, when the composition ratio of a four-element film was controlled, as the pressure or gas supply time was increased, a reaction was

46

increased, and thus the thickness of the layer was also increased in a corresponding process. That is, more atoms were supplied in the process.

First, a SiOCN film having a standard composition (8 atoms % carbon) was formed on a wafer. At that time, process conditions were set as follows.
(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of DCS gas: 0.2 slm
Exposure time to DCS gas: 6 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $C_3H_6$ gas: 1 slm
Exposure time to $C_3H_6$ gas: 12 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 866 Pa (6.5 Torr)
Flow rate of $NH_3$ gas: 4.5 slm
Exposure time to $NH_3$ gas: 18 seconds
(Fourth Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $O_2$ gas: 1 slm
Exposure time to $O_2$ gas: 18 seconds
By adjusting process conditions based on the above-listed standard process conditions, formation of a SiOCN film having 16 atoms % carbon was attempted.

It was confirmed that, by changing the exposure time to $C_3H_6$ gas from 12 seconds to 36 seconds in the second step, a SiOCN film having high carbon content could be formed. That is, it was confirmed that, by increasing the exposure time to $C_3H_6$ gas longer than that of the standard process conditions in the second step, the SiOCN film having high carbon content could be formed. It was confirmed that as the content of carbon was increased, the content of nitrogen was decreased. Except for the exposure time to $C_3H_6$ gas in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.
(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of HCD gas: 0.2 slm
Exposure time to HCD gas: 6 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $C_3H_6$ gas: 1 slm
Exposure time to $C_3H_6$ gas: 36 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 866 Pa (6.5 Torr)
Flow rate of $NH_3$ gas: 4.5 slm
Exposure time to $NH_3$ gas: 18 seconds
(Fourth Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $O_2$ gas: 1 slm
Exposure time to $O_2$ gas: 18 seconds
Alternatively, it was also confirmed that, by changing the internal pressure of the process chamber from 133 Pa (1 Torr) to 866 Pa (6.5 Torr) in the second step, a SiOCN film having high carbon content could be formed. That is, it was also confirmed that, by increasing the internal pressure of the process chamber higher than that of the standard process

US 8,409,988 B2

47

conditions in the second step, the SiOCN film having high carbon content could be formed. It was also confirmed that as the content of carbon was increased, the content of nitrogen was decreased. Except for the internal pressure of the process chamber in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of HCD gas: 0.2 slm
Exposure time to HCD gas: 6 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 866 Pa (6.5 Torr)
Flow rate of $C_3H_6$ gas: 1 slm
Exposure time to $C_3H_6$ gas: 12 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 866 Pa (6.5 Torr)
Flow rate of $NH_3$ gas: 4.5 slm
Exposure time to $NH_3$ gas: 18 seconds
(Fourth Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $O_2$ gas: 1 slm
Exposure time to $O_2$ gas: 18 seconds

Alternatively, it was also confirmed that, by changing the exposure time to $NH_3$ gas from 18 seconds to 6 seconds in the third step, a SiOCN film having relatively high carbon content could be formed because the content of nitrogen was reduced. That is, it was also confirmed that, by decreasing the exposure time to $NH_3$ gas shorter than that of the standard process conditions in the third step, the SiOCN film having high carbon content could be formed. Except for the exposure time to $NH_3$, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of HCD gas: 0.2 slm
Exposure time to HCD gas: 6 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $C_3H_6$ gas: 1 slm
Exposure time to $C_3H_6$ gas: 12 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 866 Pa (6.5 Torr)
Flow rate of $NH_3$ gas: 4.5 slm
Exposure time to $NH_3$ gas: 6 seconds
(Fourth Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $O_2$ gas: 1 slm
Exposure time to $O_2$ gas: 18 seconds

Alternatively, it was also confirmed that, by changing the internal pressure of the process chamber from 866 Pa (6.5 Torr) to 133 Pa (1 Torr) in the third step, similarly, a SiOCN film having high carbon content could be formed. That is, it was also confirmed that, by decreasing the internal pressure of the process chamber lower than that of the standard process conditions in the third step, the SiOCN film having high carbon content could be formed. Except for the internal pressure of the process chamber, other process conditions were set

48

equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of HCD gas: 0.2 slm
Exposure time to HCD gas: 6 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $C_3H_6$ gas: 1 slm
Exposure time to $C_3H_6$ gas: 12 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $NH_3$ gas: 4.5 slm
Exposure time to $NH_3$ gas: 18 seconds
(Fourth Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flow rate of $O_2$ gas: 1 slm
Exposure time to $O_2$ gas: 18 seconds

By changing the C/N composition ratio of a SiOCN film as described in the example, film properties such as etch resistance or electrical characteristics of the SiOCN film can be improved or changed, and thus the SiOCN film can be used as an etch stopper film or a spacer film.

What is claimed is:

1. A method of manufacturing a semiconductor device, comprising: (a) forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a CVD reaction is caused; (b) modifying the first layer by supplying a gas containing a second element being unable to become solid state by itself into the process vessel to form a second layer including the first element and the second element; and (c) performing a cycle comprising the steps (a) and (b) at least once to form a thin film having a predetermined thickness and including the first element and the second element.

2. The method of claim 1, wherein the step (a) comprises forming a deposition layer including the first element on the substrate as the first layer, and the step (b) comprises modifying the first layer under a condition where a modification reaction of the first layer is unsaturated.

3. The method of claim 2, wherein, in the step (b), the gas containing the second element is thermally activated and supplied to the substrate.

4. The method of claim 3, wherein each of the steps (a) through (c) is performed under a heated and decompressed atmosphere in a non-plasma state.

5. A method of manufacturing a semiconductor device, comprising: (a) forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a CVD reaction is caused; (b) supplying a gas containing a second element being able to become solid state by itself or being unable to become solid state by itself into the process vessel to form a second layer including the first element and the second element by forming a layer including the second element on the first layer or by modifying the first layer; (c) modifying the second layer by supplying a gas containing a third element being unable to become solid state by itself into the process vessel to form a third layer including the first element, the second element and the third element; and (d)

US 8,409,988 B2

49

performing a cycle comprising the steps (a) through (c) at least once to form a thin film having a predetermined thickness and including the first element, the second element and the third element.

6. The method of claim 5, wherein the step (a) comprises forming a deposition layer including the first element on the substrate as the first layer, in the step (b), the second layer is formed by forming a discontinuous layer including the second element on the first layer or by modifying the first layer under a condition where a modification reaction of the first layer is unsaturated, and the step (c) comprises modifying the second layer under a condition where a modification reaction of the second layer is unsaturated.

7. The method of claim 6, wherein, in the step (b), the gas containing the second element is thermally activated and supplied to the substrate, and in the step (c), the gas containing the third element is thermally activated and supplied to the substrate.

8. The method of claim 7, wherein each of the steps (a) through (d) is performed under a heated and decompressed atmosphere in a non-plasma state.

9. A method of manufacturing a semiconductor device, comprising: (a) forming a first layer including a first element being able to become solid state by itself on a substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a CVD reaction is cased; (b) supplying a gas containing a second element being able to become solid state by itself or being unable to become solid state by itself into the process vessel to form a second layer including the first element and the second element by forming a layer including the second element on the first layer or by modifying the first layer; (c) supplying a gas containing a third element being able to become solid state by itself or being unable to become solid state by itself into the process vessel to form a third layer

50

including the first element, the second element and the third element by forming a layer including the third element on the second layer or by modifying the second layer; and (d) modifying the third layer by supplying a gas containing a fourth element being unable to become solid state by itself into the process vessel to form a fourth layer including the first element, the second element, the third element and the fourth element; and (e) performing a cycle comprising the steps (a) through (d) at least once to form a thin film having a predetermined thickness and including the first element, the second element, the third element and fourth element.

10. The method of claim 9, wherein the step (a) comprises forming a deposition layer including the first element on the substrate as the first layer, in the step (b), the second layer is formed by forming a discontinuous layer including the second element on the first layer or by modifying the first layer under a condition where a modification reaction of the first layer is unsaturated, and in the step (c), the third layer is formed by forming a discontinuous layer including the third element on the second layer or by modifying the second layer under a condition where a modification reaction of the second layer is unsaturated, and the step (d) comprises modifying the third layer under a condition where a modification reaction of the third layer is unsaturated.

11. The method of claim 10, wherein, in the step (b), the gas containing the second element is thermally activated and supplied to the substrate, in the step (c), the gas containing the third element is thermally activated and supplied to the substrate, and in the step (d), the gas containing the fourth element is thermally activated and supplied to the substrate.

12. The method of claim 11, wherein each of the steps (a) through (e) is performed under a heated and decompressed atmosphere in a non-plasma state.

*    *    *    *    *

# Exhibit G

US009318316B2

## (12) United States Patent
### Takasawa et al.

(10) **Patent No.:** **US 9,318,316 B2**
(45) **Date of Patent:** *Apr. 19, 2016

(54) **METHOD OF MANUFACTURING SEMICONDUCTOR DEVICE, METHOD OF PROCESSING SUBSTRATE AND SUBSTRATE PROCESSING APPARATUS FOR FORMING THIN FILM CONTAINING AT LEAST TWO DIFFERENT ELEMENTS**

(75) Inventors: **Yushin Takasawa**, Toyama (JP); **Hajime Karasawa**, Toyama (JP); **Yoshiro Hirose**, Toyama (JP)

(73) Assignee: **Hitachi Kokusai Electric Inc.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/625,712**

(22) Filed: **Nov. 25, 2009**

(65) **Prior Publication Data**

US 2010/0130024 A1      May 27, 2010

(30) **Foreign Application Priority Data**

Nov. 26, 2008    (JP) ................................. 2008-300891
Oct. 27, 2009    (JP) ................................. 2009-246707

(51) **Int. Cl.**
  *H01L 21/02*       (2006.01)
  *C23C 16/455*       (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC ........ *H01L 21/022* (2013.01); *C23C 16/45527* (2013.01); *C23C 16/45531* (2013.01); *C23C 16/45542* (2013.01); *C23C 16/45544* (2013.01); *C23C 16/45546* (2013.01); *C23C 16/45557* (2013.01); *C23C 16/46* (2013.01); *C23C 16/50* (2013.01); *C23C 16/52* (2013.01); *H01L*

*21/0214* (2013.01); *H01L 21/0217* (2013.01); *H01L 21/0228* (2013.01); *H01L 21/02112* (2013.01); *H01L 21/02126* (2013.01); (Continued)

(58) **Field of Classification Search**
  USPC .............................. 438/761, 791; 257/E21.24
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,058,430 A * 11/1977 Suntola et al. ........... 427/255.13
4,720,395 A * 1/1988 Foster ........................... 427/162
(Continued)

FOREIGN PATENT DOCUMENTS

JP            1043413         3/1985
JP            158481         6/2004
(Continued)

*Primary Examiner* — Scott B Geyer
(74) *Attorney, Agent, or Firm* — Brundidge & Stanger, P.C.

(57)            **ABSTRACT**

Provided are a method of manufacturing a semiconductor device and a substrate processing apparatus. The method includes forming a thin film having a predetermined thickness and a predetermined composition on the substrate, the thin film including a first element and a second element different from the first element, by repeating a cycle a plurality of times, the cycle including: (a) forming a first layer including the first element and having a thickness of several atomic layers or less on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a chemical vapor deposition (CVD) reaction is caused; and (b) forming a second layer including the first element and the second element by supplying a gas containing the second element into the process vessel to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element.

**16 Claims, 13 Drawing Sheets**



## US 9,318,316 B2

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *H01L 21/314* | (2006.01) |
| *H01L 21/318* | (2006.01) |
| *C23C 16/46* | (2006.01) |
| *C23C 16/52* | (2006.01) |
| *C23C 16/50* | (2006.01) |

(52) **U.S. Cl.**

CPC .... *H01L21/02145* (2013.01); *H01L 21/02153* (2013.01); *H01L 21/02161* (2013.01); *H01L 21/02164* (2013.01); *H01L 21/02167* (2013.01); *H01L 21/02175* (2013.01); *H01L 21/02178* (2013.01); *H01L 21/02186* (2013.01); *H01L 21/02271* (2013.01); *H01L 21/02274* (2013.01); *H01L 21/02321* (2013.01); *H01L 21/02332* (2013.01); *H01L 21/318* (2013.01); *H01L 21/3141* (2013.01); *H01L 21/3185* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,296,258 | A * | 3/1994 | Tay et al. | 438/322 |
| 6,566,147 | B2 | 5/2003 | Basceri | |
| 6,586,349 | B1 * | 7/2003 | Jeon et al. | 438/785 |
| 6,913,996 | B2 | 7/2005 | Yamasaki | |
| 7,294,582 | B2 * | 11/2007 | Haverkort et al. | 438/763 |
| 7,432,548 | B2 * | 10/2008 | Forbes et al. | 257/325 |
| 7,608,549 | B2 | 10/2009 | Van Nooten | |
| 7,713,868 | B2 * | 5/2010 | Clark | C23C 16/34 257/E21.161 |
| 7,884,034 | B2 | 2/2011 | Hirose | |
| 8,158,216 | B2 * | 4/2012 | Thomas | C12N 5/0068 427/248.1 |
| 2003/0234417 | A1 | 12/2003 | Raaijmakers | |
| 2004/0087143 | A1 | 5/2004 | Norman | |
| 2004/0142557 | A1 | 7/2004 | Levy | |
| 2006/0032443 | A1 * | 2/2006 | Hasebe et al. | 118/715 |
| 2006/0199357 | A1 * | 9/2006 | Wan et al. | 438/482 |
| 2007/0042577 | A1 * | 2/2007 | Ishizaka | C23C 16/45529 438/503 |
| 2007/0061006 | A1 * | 3/2007 | Desatnik et al. | 623/1.42 |
| 2007/0082492 | A1 * | 4/2007 | Kim et al. | 438/694 |
| 2007/0148933 | A1 * | 6/2007 | Lee et al. | 438/584 |
| 2010/0124618 | A1 | 5/2010 | Kobayashi | |
| 2011/0169049 | A1 | 7/2011 | Loo | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 288703 | 10/2004 |
| JP | 2007-48926 | 2/2007 |
| JP | 043147 | 2/2007 |
| JP | 2007-81427 | 3/2007 |
| JP | 067412 | 3/2007 |
| JP | 281181 | 10/2007 |
| JP | 2008-502805 | 1/2008 |
| JP | 2008-227460 | 9/2008 |
| KR | 101998 0063881 | 10/1998 |
| KR | 0097619 | 9/2006 |
| WO | 2005/124849 | 12/2005 |

* cited by examiner

Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6





Fig. 7

Case 5:17-cv-06880-BLF    Document 24-1    Filed 02/16/18    Page 169 of 225

Fig. 8



(A) STEP 1 (DCS SUPPY)

FIRST LAYER (Si LAYER)

Si ATOM

200

FIRST LAYER

200

(B) STEP 2 (NH₃ SUPPLY)

SECOND LAYER (SiN LAYER)

N ATOM

STOICHIOMETRIC COMPOSITION

200

INSUFFICIENT N

SECOND LAYER

EXCESSIVE Si FOR N IN TERMS OF STOICHIOMETRIC COMPOSITION

200

Fig. 9

(A) STEP 1 (DCS SUPPY)    (B) STEP 2 ($C_3H_6$ SUPPLY)    (C) STEP 3 ($NH_3$ SUPPLY)

Fig. 10



Fig. 11

Fig. 12





Fig. 13



Fig. 14

US 9,318,316 B2

# METHOD OF MANUFACTURING SEMICONDUCTOR DEVICE, METHOD OF PROCESSING SUBSTRATE AND SUBSTRATE PROCESSING APPARATUS FOR FORMING THIN FILM CONTAINING AT LEAST TWO DIFFERENT ELEMENTS

## CROSS-REFERENCE TO RELATED PATENT APPLICATION

This U.S. non-provisional patent application claims priority under 35 U.S.C. §119 of Japanese Patent Application No. 2008-300891, filed on Nov. 26, 2008, and Japanese Patent Application No. 2009-246707, filed on Oct. 27, 2009, in the Japanese Patent Office, the entire contents of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a semiconductor device manufacturing method including a process of forming a thin film on a substrate, and a substrate processing apparatus.

2. Description of the Prior Art

Among semiconductor device manufacturing processes, there is a process of forming an insulating film such as silicon oxide ($SiO_2$) film or silicon nitride ($Si_3N_4$) film. Since silicon oxide films have good properties such as excellent insulation properties and low dielectric constant, silicon oxide films are widely used as insulating films or interlayer films. In addition, since silicon nitride films have good properties such as excellent insulation properties, corrosion resistance, dielectric constant, and film stress controllability, silicon nitride films are widely used as insulating films, mask films, charge storage films, and stress control films. As a method of forming such a film, a chemical vapor deposition (CVD) method or an atomic layer deposition (ALD) is used.

In recent years, as a result of scaling down of semiconductor devices or low-temperature substrate processing processes, either in the case where the quality of films remains at the conventional level or in the case where the quality of films is degraded due to low-temperature processing, it is difficult to ensure the performance of semiconductor devices. Although new kinds of films are being developed to ensure the performance of semiconductor devices, due to tasks (such as costs and affections on another process) caused by the development of new kinds of films, the case of achieving desired performance levels by improving existing films is more preferable.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a method of manufacturing a semiconductor device and a substrate processing apparatus that are designed to modify a conventional film so as to improve the quality of the film for achieving a desired performance level of a semiconductor device.

According to an aspect of the present invention, there is provided method of manufacturing a semiconductor device, the method including forming a thin film having a predetermined thickness and a predetermined composition on the substrate, the thin film including a first element and a second element different from the first element, by repeating a cycle a plurality of times, the cycle including:

(a) forming a first layer including the first element and having a thickness of several atomic layers or less on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate under a condition where a chemical vapor deposition (CVD) reaction is caused; and

(b) forming a second layer including the first element and the second element by supplying a gas containing the second element into the process vessel to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element.

According to another aspect of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element to an inside of the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element to the inside of the process vessel;

a pressure regulating unit configured to control pressure of the inside of the process vessel; and

a controller,

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, and the second element-containing gas supply system so as to:

form a first layer including the first element on the substrate by supplying the gas containing the first element to the inside of the process vessel in which the substrate is accommodated under a condition where a CVD reaction is caused;

form a second layer including the first element and the second element by supplying the gas containing the second element to the inside of the process vessel to modify the first layer; and

form a thin film including the first and second elements and having a predetermined thickness by setting the forming of the first layer and the forming of the second layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer and the forming of the second layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer and the forming of the second layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other one process when the thin film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first and second elements of the thin film is excessive as compared with the other in terms of the stoichiometric composition.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a vertical sectional view schematically illustrating a vertical process furnace of a substrate processing apparatus according to a preferred embodiment of the present invention.

FIG. 2 is a sectional view taken along line A-A of FIG. 1 for schematically illustrating the vertical process furnace according to a preferred embodiment of the present invention.

US 9,318,316 B2

3

FIG. 3 is a view illustrating gas supply timing and plasma power supply timing in a first sequence according to an embodiment of the present invention.

FIG. 4 is a view illustrating gas supply timing in a second sequence according to an embodiment of the present invention.

FIG. 5 is a view illustrating gas supply timing in a third sequence according to an embodiment of the present invention.

FIG. 6 is a schematic view illustrating formation of a silicon nitride film on a wafer according to the first sequence of the embodiment of the present invention.

FIG. 7 is a schematic view illustrating a case where silicon is excessively supplied in Step 1 of the first sequence according to the embodiment of the present invention.

FIG. 8 is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 2 of the first sequence according to the embodiment of the present invention.

FIG. 9 is a schematic view illustrating formation of a silicon carbonitride film on a wafer according to the second sequence of the embodiment of the present invention.

FIG. 10 is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the second sequence according to the embodiment of the present invention.

FIG. 11 is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 3 of the second sequence according to the embodiment of the present invention.

FIG. 12 is a schematic view illustrating formation of a silicon boron carbon nitride film on a wafer in the third sequence according to the embodiment of the present invention.

FIG. 13 is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the third sequence according to the embodiment of the present invention.

FIG. 14 is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 4 of the third sequence according to the embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Embodiments of the present invention will be described hereinafter with reference to the attached drawings.

FIG. 1 is a vertical sectional view schematically illustrating a vertical process furnace 202 of a substrate processing apparatus according to a preferred embodiment of the present invention, and FIG. 2 is a sectional view taken along line A-A of FIG. 1 for schematically illustrating the vertical process furnace 202 according to a preferred embodiment of the present invention.

As shown in FIG. 1, the process furnace 202 includes a heater 207 used as a heating unit (heating mechanism). The heater 207 has a cylindrical shape and is vertically installed in a state where the heater 207 is supported on a heater base (not shown) which is a holding plate. As described later, the heater 207 is also used as an activation mechanism for activating gas by heat.

Inside the heater 207, a reaction tube 203 constituting a reaction vessel (process vessel) is installed concentrically with the heater 207. The reaction tube 203 is made of a heat-resistant material such as a quartz ($SiO_2$) or silicon carbide (SiC) and has a cylindrical shape with a closed top side and an opened bottom side. The hollow part of the reaction tube 203 forms a process chamber 201 and is configured to accommodate substrates such as wafers 200 by using a boat

4

217 (described later) in a manner such that the wafers 200 are horizontally positioned and vertically arranged in multiple stages.

At the lower part of the reaction tube 203 in the process chamber 201, a first nozzle 249a, a second nozzle 249b, a third nozzle 249c, and a fourth nozzle 249d are installed through the reaction tube 203. A first gas supply pipe 232a, a second gas supply pipe 232b, a third gas supply pipe 232c, and a fourth gas supply pipe 232d are connected to the first nozzle 249a, the second nozzle 249b, the third nozzle 249c, and the fourth nozzle 249d, respectively. In this way, at the reaction tube 203, four nozzles 249a, 249b, 249c, and 249d, and four gas supply pipes 232a, 232b, 232c, and 232d are installed, and it is configured such that a plurality of kinds of gases, here, four kinds of gases, can be supplied to the reaction tube 203.

At the first gas supply pipe 232a, a flowrate controller (flowrate control unit) such as a mass flow controller (MFC) 241a, and an on-off valve such as a valve 243a are sequentially installed from the upstream side of the first gas supply pipe 232a. In addition, a first inert gas supply pipe 232e is connected to the downstream side of the valve 243a of the first gas supply pipe 232a. At the first inert gas supply pipe 232e, a flowrate controller (flowrate control unit) such as an MFC 241e, and an on-off valve such as a valve 243e are sequentially installed from the upstream side of the first inert gas supply pipe 232e. In addition, the first nozzle 249a is connected to the leading end of the first gas supply pipe 232a. In an arc-shaped space between the inner wall of the reaction tube 203 and wafers 200, the first nozzle 249a is erected in a manner such that the first nozzle 249a extends upward from the lower side to the upper side along the inner wall of the reaction tube 203 in a direction in which the wafers 200 are stacked. The first nozzle 249a is an L-shaped long nozzle. Gas supply holes 250a are formed through the lateral surface of the first nozzle 249a. The gas supply holes 250a are opened toward the centerline of the reaction tube 203. The gas supply holes 250a are formed at a plurality of positions along the lower side to the upper side of the reaction tube 203, and the gas supply holes 250a have the same size and are arranged at the same pitch. A first gas supply system is constituted mainly by the first gas supply pipe 232a, the MFC 241a, the valve 243a, and the first nozzle 249a. In addition, a first inert gas supply system is constituted mainly by the first inert gas supply pipe 232e, the MFC 241e, and the valve 243e.

At the second gas supply pipe 232b, a flowrate controller (flowrate control unit) such as a mass flow controller (MFC) 241b, and an on-off valve such as a valve 243b are sequentially installed from the upstream side of the second gas supply pipe 232b. In addition, a second inert gas supply pipe 232f is connected to the downstream side of the valve 243b of the second gas supply pipe 232b. At the second inert gas supply pipe 232f, a flowrate controller (flowrate control unit) such as an MFC 241f, and an on-off valve such as a valve 243f are sequentially installed from the upstream side of the second inert gas supply pipe 232e. In addition, the second nozzle 249b is connected to the leading end of the second gas supply pipe 232b. In an arc-shaped space between the inner wall of the reaction tube 203 and wafers 200, the second nozzle 249b is erected in a manner such that the second nozzle 249b extends upward from the lower side to the upper side along the inner wall of the reaction tube 203 in a direction in which the wafers 200 are stacked. The second nozzle 249b is an L-shaped long nozzle. Gas supply holes 250b are formed through the lateral surface of the second nozzle 249a. The gas supply holes 250b are opened toward the centerline of the reaction tube 203. The gas supply holes 250b are formed at a

US 9,318,316 B2

5

plurality of positions along the lower side to the upper side of the reaction tube **203**, and the gas supply holes **250***b* have the same size and are arranged at the same pitch. A second gas supply system is constituted mainly by the second gas supply pipe **232***b*, the MFC **241***b*, the valve **243***b*, and the second nozzle **249***b*. In addition, a second inert gas supply system is constituted mainly by the second inert gas supply pipe **232***f*, the MFC **241***f*, and the valve **243***f*.

At the third gas supply pipe **232***c*, a flowrate controller (flowrate control unit) such as a mass flow controller (MFC) **241***c*, and an on-off valve such as a valve **243***c* are sequentially installed from the upstream side of the third gas supply pipe **232***c*. In addition, a third inert gas supply pipe **232***g* is connected to the downstream side of the valve **243***c* of the third gas supply pipe **232***c*. At the third inert gas supply pipe **232***g*, a flowrate controller (flowrate control unit) such as an MFC **241***g*, and an on-off valve such as a valve **243***g* are sequentially installed from the upstream side of the third inert gas supply pipe **232***g*. In addition, the third nozzle **249***c* is connected to the leading end of the third gas supply pipe **232***c*. In an arc-shaped space between the inner wall of the reaction tube **203** and wafers **200**, the third nozzle **249***c* is erected in a manner such that the third nozzle **249***c* extends upward from the lower side to the upper side along the inner wall of the reaction tube **203** in a direction in which the wafers **200** are stacked. The third nozzle **249***c* is an L-shaped long nozzle. Gas supply holes **250***c* are formed through the lateral surface of the third nozzle **249***c*. The gas supply holes **250***c* are opened toward the centerline of the reaction tube **203**. The gas supply holes **250***c* are formed at a plurality of positions along the lower side to the upper side of the reaction tube **203**, and the gas supply holes **250***c* have the same size and are arranged at the same pitch. A third gas supply system is constituted mainly by the third gas supply pipe **232***c*, the MFC **241***c*, the valve **243***c*, and the third nozzle **249***c*. In addition, a third inert gas supply system is constituted mainly by the third inert gas supply pipe **232***g*, the MFC **241***g*, and the valve **243***g*.

At the fourth gas supply pipe **232***d*, a flowrate controller (flowrate control unit) such as an MFC **241***d*, and an on-off valve such as a valve **243***d* are sequentially installed from the upstream side of the fourth gas supply pipe **232***d*. In addition, a fourth inert gas supply pipe **232***h* is connected to the downstream side of the valve **243***d* of the fourth gas supply pipe **232***d*. At the fourth inert gas supply pipe **232***h*, a flowrate controller (flowrate control unit) such as an MFC **241***h*, and an on-off valve such as a valve **243***h* are sequentially installed from the upstream side of the fourth inert gas supply pipe **232***h*. The fourth nozzle **249***d* is connected to the leading end of the fourth gas supply pipe **232***d*. The fourth nozzle **249***d* is installed in a buffer chamber **237** forming a gas diffusion space.

The buffer chamber **237** is installed in an arc-shaped space between the reaction tube **203** and wafers **200** in a manner such that the buffer chamber **237** is located from the lower side to the upper side of the inner wall of the reaction tube **203** in a direction in which the wafers **200** are stacked. At an end of a wall of the buffer chamber **237** adjacent to the wafers **200**, gas supply holes **250***e* are formed to supply gas therethrough. The gas supply holes **250***e* are opened toward the centerline of the reaction tube **203**. The gas supply holes **250***e* are formed at a plurality of positions along the lower side to the upper side of the reaction tube **203**, and the gas supply holes **250***e* have the same size and are arranged at the same pitch.

The fourth nozzle **249***d* is installed in the buffer chamber **237** at an end opposite to the end where the gas supply holes **250***e* are formed, in a manner such that the first nozzle **249***a* is erected upward along the lower side to the upper side of the

6

inner wall of the reaction tube **203** in a direction in which the wafers **200** are stacked. The fourth nozzle **249***d* is an L-shaped long nozzle. Gas supply holes **250***d* are formed through the lateral surface of the fourth nozzle **249***d*. The gas supply holes **250***d* are opened toward the centerline of the buffer chamber **237**. Like the gas supply holes **250***e* of the buffer chamber **237**, the gas supply holes **250***d* are formed at a plurality of positions along the lower side to the upper side of the reaction tube **203**. If there is a small pressure difference between the inside of the buffer chamber **237** and the inside of the process chamber **201**, it may be configured such that the gas supply holes **250***d* have the same size and are arranged at the same pitch from the upstream side (lower side) to the downstream side (upper side); however if the pressure difference is large, it may be configured such that the size of the gas supply holes **250***d* increases or the pitch of the gas supply holes **250***d* decreases as it goes from the upstream side to the downstream side.

In the current embodiment, since the size or pitch of the gas supply holes **250***d* of the fourth nozzle **249***d* is adjusted from the upstream side to the downstream side as described above, although the velocities of gas streams injected through the gas supply holes **250***d* are different, the flowrates of the gas streams injected through the gas supply holes **250***d* can be approximately equal. Gas streams injected through the respective gas supply holes **250***d* are first introduced into the buffer chamber **237** so as to reduce the velocity difference of the gas streams.

That is, gas injected into the buffer chamber **237** through the gas supply holes **250***d* of the fourth nozzle **249***d* is reduced in particle velocity and is then injected from the buffer chamber **237** to the inside of the process chamber **201** through the gas supply holes **250***e* of the buffer chamber **237**. Owing to this structure, when gas injected into the buffer chamber **237** through the gas supply holes **250***d* of the fourth nozzle **249***d* is injected into the process chamber **201** through the gas supply holes **250***e* of the buffer chamber **237**, the flowrate and velocity of the gas can be uniform.

A fourth gas supply system is constituted mainly by the fourth gas supply pipe **232***d*, the MFC **241***d*, the valve **243***d*, the fourth nozzle **249***d*, and the buffer chamber **237**. In addition, a fourth inert gas supply system is constituted mainly by the fourth inert gas supply pipe **232***h*, the MFC **241***h*, and the on-off valve **243***h*.

For example, silicon source gas, that is, gas containing silicon (Si) (Silicon-containing gas) is supplied from the first gas supply pipe **232***a* to the inside of the process chamber **201** through the MFC **241***a*, the valve **243***a*, and the first nozzle **249***a*. For example, dichlorosilane ($SiH_2Cl_2$, DCS) gas may be used as silicon-containing gas.

For example, gas containing carbon (C) (carbon-containing gas) is supplied from the second gas supply pipe **232***b* to the inside of the process chamber **201** through the MFC **241***b*, the valve **243***b*, and the second nozzle **249***b*. For example, propylene ($C_3H_6$) gas may be used as carbon-containing gas. In addition, gas containing hydrogen (H) (H-containing gas) may be supplied from the second gas supply pipe **232***b* to the inside of the process chamber **201** through the MFC **241***b*, the valve **243***b*, and the second nozzle **249***b*. For example, hydrogen ($H_2$) gas may be used as hydrogen-containing gas.

For example, gas containing boron (B) (boron-containing gas) is supplied from the third gas supply pipe **232***c* to the inside of the process chamber **201** through the MFC **241***c*, the valve **243***c*, and the third nozzle **249***c*. For example, boron trichloride ($BCl_3$) gas may be used as boron-containing gas. In addition, gas containing oxygen (O) (oxygen-containing gas) may be supplied from the third gas supply pipe **232***c* to

US 9,318,316 B2

7

the inside of the process chamber 201 through the MFC 241c, the valve 243c, and the third nozzle 249c. For example, oxygen ($O_2$) gas or nitrous oxide ($N_2O$) may be used as oxygen-containing gas.

For example, gas containing nitrogen (N) (nitrogen-containing gas) is supplied from the fourth gas supply pipe 232d to the inside of the process chamber 201 through the MFC 241d, the valve 243d, the fourth nozzle 249d, and the buffer chamber 237. For example, ammonia ($NH_3$) gas may be used as nitrogen-containing gas.

For example, nitrogen ($N_2$) gas is supplied to the inside of the process chamber 201 from the inert gas supply pipes 232e, 232f, 232g, and 232h through the MFCs 241e, 241f, 241g, and 241h, the valves 243e, 243f, 243g, and 243h, and the gas supply pipes 232a, 232b, 232c, and 232d, the gas nozzles 249a, 249b, 249c, and 249d, and the buffer chamber 237.

In the case where gases are supplied from the gas supply pipes, for example, as described above, the first gas supply system constitutes a source gas supply system, that is, a silicon-containing gas supply system (silane-based gas supply system). In addition, the second gas supply system constitutes a carbon-containing or hydrogen-containing gas supply system. In addition, the third gas supply system constitutes a boron-containing or oxygen-containing gas supply system. In addition, the fourth gas supply system constitutes a nitrogen-containing gas supply system.

Inside the buffer chamber 237, as shown in FIG. 2, a first rod-shaped electrode 269 which is a first electrode having a long slender shape, and a second rod-shaped electrode which is a second electrode having a long slender shape are installed in a manner such that the first and second rod-shaped electrodes 269 and 270 extend from the lower side to the upper side of the reaction tube 203 in a direction in which wafers 200 are stacked. Each of the first and second rod-shaped electrodes 269 and 270 is parallel with the fourth nozzle 249d. The first and second rod-shaped electrodes 269 and 270 are respectively protected by electrode protection pipes 275 which cover the first and second rod-shaped electrodes 269 and 270 from the upper parts to the lower parts thereof. One of the first and second rod-shaped electrodes 269 and 270 is connected to a high-frequency power source 273 through a matching device 272, and the other is grounded to the earth (reference potential). Therefore, plasma can be generated in a plasma generation region between the first and second rod-shaped electrodes 269 and 270. A plasma source, which is a plasma generator (plasma generating unit), is constituted mainly by the first rod-shaped electrode 269, the second rod-shaped electrode 270, the electrode protection pipes 275, the matching device 272, and the high-frequency power source 273. The plasma source is used as an activation mechanism for activating gas by using plasma.

The electrode protection pipes 275 are configured such that the first and second rod-shaped electrodes 269 and 270 can be respectively inserted into the buffer chamber 237 in a state where the first and second rod-shaped electrodes 269 and 270 are isolated from the atmosphere of the buffer chamber 237. If the insides of the electrode protection pipes 275 have the same atmosphere as the outside air, the first and second rod-shaped electrodes 269 and 270 that are respectively inserted in the electrode protection pipes 275 may be oxidized due to heat emitted from the heater 207. Therefore, an inert gas purge mechanism is installed to prevent oxidation of the first rod-shaped electrode 269 or the second rod-shaped electrode 270 by filling or purging the insides of the electrode protection pipes 275 with inert gas such as nitrogen to maintain the oxygen concentration of the insides of the electrode protection pipes 275 at a sufficiently low level.

8

At the reaction tube 203, an exhaust pipe 231 is installed to exhaust the inside atmosphere of the process chamber 201. A vacuum exhaust device such as a vacuum pump 246 is connected to the exhaust pipe 231 through a pressure detector (pressure detecting unit) such as a pressure sensor 245 configured to detect the inside pressure of the process chamber 201 and a pressure regulator (pressure regulating unit) such as an auto pressure controller (APC) valve 244, so that the inside of the process chamber 201 can be vacuum-evacuated to a predetermined pressure (vacuum degree). The APC valve 244 is an on-off valve, which can be opened and closed to start and stop vacuum evacuation of the inside of the process chamber 201 and can be adjusted in degree of valve opening for pressure adjustment. Mainly, the exhaust pipe 231, the APC valve 244, the vacuum pump 246, and the pressure sensor 245 constitute an exhaust system.

At the lower side of the reaction tube 203, a seal cap 219 is installed as a furnace port cover capable of hermetically closing the opened bottom side of the reaction tube 203. The seal cap 219 is configured to make contact with the bottom side of the reaction tube 203 in a perpendicular direction from the lower side. For example, the seal cap 219 is made of a metal such as stainless steel and has a disk shape. On the surface of the seal cap 219, an O-ring 220 is installed as a seal member configured to make contact with the bottom side of the reaction tube 203. At a side of the seal cap 219 opposite to the process chamber 201, a rotary mechanism 267 is installed to rotate the boat 217. A rotation shaft 255 of the rotary mechanism 267 is connected to the boat 217 (described later) through the seal cap 219, so as to rotate wafers 200 by rotating the boat 217. The seal cap 219 is configured to be vertically moved by an elevator such as a boat elevator 115 vertically installed outside the reaction tube 203, so that the boat 217 can be loaded into and unloaded from the process chamber 201.

The boat 217, which is a substrate support tool, is made of a heat-resistant material such as quartz or silicon carbide and is configured to support a plurality of wafers 200 in a state where the wafers 200 are horizontally oriented and arranged in multiple stages with the centers of the wafers 200 being aligned with each other. At the lower part of the boat 217, an insulating member 218 made of a heat-resistant material such as quartz or silicon carbide is installed so as to prevent heat transfer from the heater 207 to the seal cap 219. The insulating member 218 may include a plurality of insulating plates made of a heat-resistant material such as quartz or silicon carbide, and an insulating plate holder configured to support the insulating plates in a state where the insulating plates are horizontally oriented and arranged in multiple stages.

Inside the reaction tube 203, a temperature sensor 263 is installed as a temperature detector, and by controlling power supplied to the heater 207 based on temperature information detected by the temperature sensor 263, desired temperature distribution can be attained at the inside of the process chamber 201. Like the nozzles 249a, 249b, 249c, and 249d, the temperature sensor 263 has an L-shape and is installed along the inner wall of the reaction tube 203.

A controller 121, which is a control unit (control device), is connected to devices such as the MFCs 241a, 241b, 241c, 241d, 241e, 241f, 241g, and 241h; valves 243a, 243b, 243c, 243d, 243e, 243f, 243g, and 243h; the pressure sensor 245; the APC valve 244; the vacuum pump 246; the heater 207; the temperature sensor 263; the boat rotary mechanism 267; the boat elevator 115; the high-frequency power source 273; and the matching device 272. The controller 121 controls, for example, flowrates of various gases by using the MFCs 241a, 241b, 241c, 241d, 241e, 241f, 241g, and 241h; opening/clos-

US 9,318,316 B2

9

ing operations of valves **243a**, **243b**, **243c**, **243d**, **243e**, **243f**, **243g**, and **243h**; opening/closing operations of the APC valve **244** and pressure adjusting operations of the APC valve **244** based on the pressure sensor **245**; the temperature of the heater **207** based on the temperature sensor **263**; starting/stopping operations of the vacuum pump **246**; the rotation speed of the boat rotary mechanism **267**; elevating operations of the boat elevator **115**; power supply to the high-frequency power source **273**; and impedance adjusting operations using the matching device **272**.

Next, explanations will be given on three exemplary sequences (a first sequence, a second sequence, and a third sequence) for a process of forming an insulating film on a substrate, which is one of a plurality of processes for manufacturing a semiconductor device by using the above-described process furnace of the substrate processing apparatus. In the following descriptions, parts of the substrate processing apparatus are controlled by the controller **121**.

In a conventional chemical vapor deposition (CVD) method or atomic layer deposition (ALD) method, for example, in a CVD method, a plurality of kinds of gases containing a plurality of elements that constitute a film to be formed are simultaneously supplied, and in an ALD method, a plurality of kinds of gases containing a plurality of elements that constitute a film to be formed are alternately supplied. Then, a $SiO_2$ film or a $Si_3N_4$ film is formed by controlling supply conditions such as the flowrates of the supply gases, the supply times of the supply gases, and plasma power. In such a technique, for example, in the case of forming a $SiO_2$ film, supply conditions are controlled so as to adjust the composition ratio of the $SiO_2$ film to the stoichiometric composition of O/Si÷2, and in the case of forming a $Si_3N_4$ film, supply conditions are controlled so as to adjust the composition ratio of the $Si_3N_4$ film to the stoichiometric composition of N/Si÷1.33.

However, according to an embodiment of the present invention, supply conditions are controlled so that the composition ratio of a film to be formed can be different from the stoichiometric composition. That is, supply conditions are controlled so that at least one of a plurality of elements constituting a film can be excessive in amount as compared with other elements in terms of the stoichiometric composition. Hereinafter, exemplary sequences for a process of forming a film while controlling the ratio of a plurality of elements constituting the film, that is, the composition ratio of the film, will be explained.

(First Sequence)

In the first place, a first sequence will now be described according to an embodiment. FIG. **3** is a view illustrating gas supply timing and plasma power supply timing in the first sequence of the current embodiment; FIG. **6** is a schematic view illustrating formation of a silicon nitride film on a wafer according to the first sequence of the current embodiment; FIG. **7** is a schematic view illustrating a case where silicon is excessively supplied in Step 1 of the first sequence according to the current embodiment; and FIG. **8** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 2 of the first sequence according to the current embodiment.

The first sequence of the current embodiment includes a process of forming a first layer including a first element on a wafer **200** by supplying a gas containing the first element (a first element-containing gas) to the inside of a process vessel in which the wafer **200** is accommodated; and

a process of forming a second layer including the first element and a second element by supplying a gas containing

10

the second element (a second element-containing gas) to the inside of the process vessel to modify the first layer,

wherein the process of forming the first layer and the process of forming the second layer are set to one cycle, and the cycle is repeated at least once so as to form a thin film including the first and second elements and having a predetermined thickness.

In the first sequence, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in one process of the process of forming of the first layer and the process of forming of the second layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed.

Alternatively, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the other process of the process of forming the first layer and the process of forming the second layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed.

In this way, one of the elements of the thin film can be excessive as compared with the other in terms of the stoichiometric composition.

The process of forming the first layer is performed under a condition where a CVD reaction is caused. In the process, a first element layer including less than one atomic layer to several atomic layers of the first element is formed on the wafer **200** as the first layer. The first layer may be a first element-containing gas adsorption layer. Preferably, the first element may be an element that can turn into solid by itself. The first element layer is a general term for a layer made of the first element, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. In addition, a continuous layer formed of the first element may also be called "a thin film." In addition, the first element-containing gas adsorption layer is a term including a continuous chemical adsorption layer and a discontinuous chemical adsorption layer that are formed of molecules of the first element-containing gas. Furthermore, the expression "a layer less than one atomic layer" is used to denote a discontinuous atomic layer. In a condition where the first element-containing gas decomposes by itself, the first element layer is formed by deposition of the first element on the wafer **200**. In a condition where the first element-containing gas does not decompose by itself, a first element-containing gas adsorption layer is formed by adsorption of the first element-containing gas on the wafer **200**. The former case where the first element layer is formed on the wafer **200** is more preferable than the latter case where the first element-containing gas adsorption layer is formed on the wafer **200** because the film forming rate of the former case is higher than that of the latter case.

In the process of forming the second layer, the second element-containing gas is activated by plasma or heat and supplied to the first layer to cause a part of the first layer to react with the second element-containing gas for modifying the first layer and thus forming the second layer including the first and second elements. For example, if several atomic layers of the first element are formed as the first layer in the process of forming the first layer, the surface atomic layer of the several atomic layers may partially or entirely be allowed to react with the second element-containing gas. Alterna-

US 9,318,316 B2

11                                                    12

tively, the surface atomic layer and the next lower atomic layers among the several atomic layers of the first layer formed of the first element may be allowed to react with the second element-containing gas. However, in the case where the first layer is constituted by the several atomic layers including the first element, it may be preferable that only the surface atomic layer of the first layer be modified because the composition ratio of the thin film can be controlled more easily. Preferably, the second element may be an element that cannot turn into solid by itself. The second element-containing gas may be supplied after being activated by plasma or heat. FIG. 3 illustrates an example where the second element-containing gas is supplied after being activated by plasma. If the second element-containing gas is supplied after being activated by heat, soft reaction can be caused for soft modification.

For example, in the case where the composition ratio of the thin film is controlled in a manner such that the first element is excessive as compared with the second element in terms of the stoichiometric composition, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the first layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the first layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the first element can be excessively supplied in the process of forming the first layer. Therefore, owing to the excessive supply of the first element in the process of forming the first layer, the modification reaction of the first layer is not saturated in the process of forming the second layer. That is, as compared with the case where the thin film is formed to have the stoichiometric composition, an excessive number of atoms of the first element are supplied in the process of forming the first layer, and thus, in the process of forming the second layer, the modification reaction of the first layer can be restricted.

Alternatively, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the second element can be insufficiently supplied in the process of forming the second layer. Therefore, owing to the insufficient supply of the second element in the process of forming the second layer, the modification reaction of the first layer is not saturated in the process of forming the second layer. That is, as compared with the case where the thin film is formed to have the stoichiometric composition, an insufficient number of atoms of the second element are supplied in the process of forming the second layer, and thus, in the process of forming the second layer, the modification reaction of the first layer can be restricted.

For example, like the O/Si ratio of a $SiO_2$ film or the N/Si ratio of a $Si_3N_4$ film, in the case where the portion of O or N being the second element is relatively great in the saturated

bonding ratio, as described above, it is controlled such that modification reaction is not saturated in the process of forming the second layer.

Hereinafter, the first sequence of the current embodiment will be explained more specifically. In the following description, an explanation will be given on an example where a silicon nitride (SiN) film is formed on a substrate as an insulating film according to the sequence shown in FIG. 3 under the conditions where silicon (Si) is the first element, nitrogen (N) is the second element, DCS gas which is a silicon-containing gas is used as the first element-containing gas, and $NH_3$ gas which is a nitrogen-containing gas is used as the second element-containing gas. Furthermore, in the following description of the example, the composition ratio of the silicon nitride film is controlled such that silicon (Si) is excessive as compared with nitrogen (N) in terms of the stoichiometric composition. In addition, in the example, the first gas supply system constitutes a silicon-containing gas supply system (first element-containing gas supply system), and the fourth gas supply system constitutes a nitrogen-containing gas supply system (second element-containing gas supply system).

After a plurality of wafers 200 are charged into the boat 217 (wafer charging), as shown in FIG. 1, the boat 217 in which the plurality of wafers 200 are supported is lifted and loaded into the process chamber 201 by the boat elevator 115 (boat loading). In this state, the bottom side of the reaction tube 203 is sealed by the seal cap 219 with the O-ring 220 being disposed therebetween.

The inside of the process chamber 201 is vacuum-evacuated to a desired pressure (vacuum degree) by using the vacuum pump 246. At this time, the pressure inside the process chamber 201 is measured by the pressure sensor 245, and based on the measured pressure, the APC valve 244 is feedback-controlled (pressure adjustment). In addition, the inside of the process chamber 201 is heated to a desired temperature by using the heater 207. At this time, to obtain desired temperature distribution inside the process chamber 201, power to the heater 207 is feedback-controlled based on temperature information measured by the temperature sensor 263 (temperature adjustment). Next, the boat 217 is rotated by the rotary mechanism 267 to rotate the wafers 200 (wafer rotation). Thereafter, the following two steps are sequentially performed.

[Step 1]

The valve 243a of the first gas supply pipe 232a is opened to allow a flow of DCS gas. The flowrate of the DCS gas flowing through the first gas supply pipe 232a is controlled by the MFC 241a. Then, the DCS gas is supplied to the inside of the process chamber 201 through the gas supply holes 250a of the first nozzle 249a and is exhausted through the exhaust pipe 231. At the time, the valve 243e is also opened so that inert gas such as $N_2$ gas can flow through the inert gas supply pipe 232e. The flow rate of $N_2$ gas flowing through the inert gas supply pipe 232e is controlled by the MFC 241e. Then, together with the DCS gas, the $N_2$ gas is supplied to the inside of the process chamber 201 and is exhausted through the exhaust pipe 231.

At this time, the APC valve 244 is properly controlled to keep the inside pressure of the process chamber 201, for example, in the range of 10 Pa to 1000 Pa. The flowrate of the DCS gas controlled by the MFC 241a is, for example, in the range of 10 sccm to 1000 sccm. The time during which the wafers 200 are exposed to the DCS gas, that is, gas supply time (exposing time) is in the range of, for example, 2 seconds to 120 seconds. In addition, the temperature of the heater 207 is set to a predetermined temperature so that a CVD reaction

US 9,318,316 B2

13

14

can occur in the process chamber **201**. That is, the temperature of the heater **207** is set such that the temperature of the wafers **200** can be in the range of, for example, 300° C. to 650° C. If the temperature of the wafers **200** is lower than 300° C., adsorption of DCS on the wafers **200** is difficult. On the other hand, if the temperature of the wafers **200** is higher than 650° C., uniformity can be easily broken due to strong CVD reaction. Therefore, it is preferable that the wafers **200** are kept in the temperature range of 300° C. to 650° C.

By the supply of the DCS gas, a first layer including silicon as a first element is formed on an under-layer film of each of the wafers **200**. That is, as shown in section (A) of FIG. **6**, a silicon layer (Si layer) is formed on the wafer **200** (on the under-layer film of the wafer **200**) as a silicon-containing layer constituted by less than one atomic layer to several atomic layers. The silicon-containing layer may be a DCS chemical adsorption layer. Silicon is an element that can turn into solid by itself. The silicon layer is a general term for a layer made of silicon, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. In addition, a continuous layer formed of silicon may also be called "a thin film." In addition, the DCS chemical adsorption layer is a term including a continuous chemical adsorption layer of DCS molecules and a discontinuous chemical adsorption layer of DCS molecules. If the thickness of the silicon-containing layer formed on the wafer **200** is greater than the thickness of several atomic layers, nitridation effect cannot reach all over the silicon-containing layer in Step 2 (described later). In addition, the minimum of the silicon-containing layer that can be formed on the wafer **200** is less than one atomic layer. Therefore, preferably, the thickness of the silicon-containing layer ranges from the thickness of less than one atomic layer to the thickness of several atomic layers. In a condition where the DCS gas decomposes by itself, the silicon layer is formed on the wafer **200** by deposition of silicon on the wafer **200**, and in a condition where the DCS gas does not decompose by itself, a DCS chemical adsorption layer is formed by chemical adsorption of DCS on the wafer **200**. The former case where the silicon layer is formed on the wafer **200** is more preferable than the latter case where the DCS chemical adsorption layer is formed on the wafer **200** because the film forming rate of the former case is higher than that of the latter case.

After the silicon-containing layer is formed, the valve **243a** is closed to interrupt the supply of DCS gas. At this time, in a state where the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated by using the vacuum pump **246** so that DCS gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the silicon-containing layer can be removed from the inside of the process chamber **201**. Furthermore, at this time, in a state where the valve **243e** is opened, supply of N$_2$ gas to the inside of the process chamber **201** is continued. Owing to this, DCS gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the silicon-containing layer can be removed from the inside of the process chamber **201** more effectively.

Instead of DCS gas, another gas can be alternatively used as the silicon-containing gas. Examples of such alternative gases include: an inorganic source gas such as tetrachlorosilane (SiCl$_4$, abbreviation: TCS) gas, hexachlorodisilane (Si$_2$Cl$_6$, abbreviation: HCD) gas, and monosilane (SiH$_4$) gas; and an organic source gas such as aminosilane-based gas such as tetrakisdimethylaminosilane (Si(N(CH$_3$)$_2$))$_4$, abbreviation: 4DMAS) gas, trisdimethylaminosilane (Si(N (CH$_3$)$_2$)$_3$H, abbreviation: 3DMAS) gas, bisdiethylaminosi-lane (Si(N(C$_2$H$_5$)$_2$)$_2$H$_2$, abbreviation: 2DEAS) gas, and bis-tertiarybutylaminosilane (SiH$_2$(NH(C$_4$H$_9$))$_2$, abbreviation: BTBAS) gas. Instead of N$_2$ gas, a rare gas such as Ar gas, He gas, Ne gas, and Xe gas may be used as the inert gas.

[Step 2]

After removing gas remaining in the process chamber **201**, the valve **243d** of the fourth gas supply pipe **232d** is opened to allow a flow of NH$_3$ gas through the fourth gas supply pipe **232d**. The flowrate of the NH$_3$ gas flowing through the fourth gas supply pipe **232d** is controlled by the MFC **241d**. Then, the NH$_3$ gas is supplied to the inside of the buffer chamber **237** through the gas supply holes **250d** of the fourth nozzle **249d**. At this time, high-frequency power is applied across the first rod-shaped electrode **269** and the second rod-shaped electrode **270** from the high-frequency power source **273** through the matching device **272**, and thus the NH$_3$ gas supplied to the inside of the buffer chamber **237** is plasma-excited as an activated species and is supplied to the inside of the process chamber **201** through the gas supply holes **250e** while being exhausted through the exhaust pipe **231**. At this time, the valve **243h** is also opened to allow a flow of N$_2$ gas through the inert gas supply pipe **232h**. Then, together with the NH$_3$ gas, the N$_2$ gas is supplied to the inside of the process chamber **201** and is exhausted through the exhaust pipe **231**.

When the NH$_3$ gas is plasma-excited as an activated species and is allowed to flow, the APC valve **244** is properly controlled so as to adjust the inside pressure of the process chamber **201**, for example, in the range of 10 Pa to 100 Pa. The flowrate of the NH$_3$ gas controlled by the MFC **241d** is, for example, in the range of 100 sccm to 10000 sccm. The time during which the wafers **200** are exposed to the activated species obtained by plasma-exciting the NH$_3$ gas, that is, gas supply time (exposing time) is in the range of, for example, 2 seconds to 120 seconds. At this time, like in Step 1, the temperature of the heater **207** is set to a predetermined temperature so that the temperature of the wafers **200** can be in the range of, for example, 300° C. to 650° C. In addition, the high-frequency power applied across the first rod-shaped electrode **269** and the second rod-shaped electrode **270** from the high-frequency power source **273** is set to be in the range of, for example, 50 W to 1000 W. Since it is difficult to make the NH$_3$ gas reactive at the above-mentioned temperature range of the wafers **200** and the pressure range of the inside of the process chamber **201** due to a high reaction temperature of the NH$_3$ gas, the NH$_3$ gas is plasma-excited as an activated species and is then allowed to flow, and thus, the wafers **200** can be kept in the above-mentioned low temperature range. Alternatively, instead of plasma-exciting the NH$_3$ gas, the inside pressure of the process chamber **201** can be adjusted in the range of, for example, 50 Pa to 3000 Pa by properly controlling the APC valve **244** so as to activate the NH$_3$ gas not by plasma but by heat. In the case where the NH$_3$ gas is supplied after being activated by heat, soft reaction can be caused for soft nitriding (described later).

At this time, gas flowing in the process chamber **201** is either an activated species obtained by plasma-exciting NH$_3$ gas or thermally-activated NH$_3$ gas obtained by keeping the inside of the process chamber **201** at a high pressure, that is, DCS gas does not flow in the process chamber **201**. Therefore, the NH$_3$ gas does not cause a vapor-phase reaction, but the NH$_3$ gas which is an activated species or is in an activated state is brought into reaction with a part of the silicon-containing layer formed on the wafers **200** as a first layer in Step 1. As a result, the silicon-containing layer is nitrided and modified into a second layer including silicon (first element) and nitrogen (second element), that is, into a silicon nitride (SiN) layer.

US 9,318,316 B2

15

At this time, as shown in section (B) of FIG. **6**, the nitriding reaction of the silicon-containing layer is not saturated. For example, in the case where a silicon layer including several atomic layers is formed in Step 1, at least a part of the surface layer (the surface atomic layer of the atomic layers) is nitrided. That is, the surface layer is partially or entirely nitrided. In this case, so as not to entirely nitride the silicon layer including several atomic layers, the silicon layer is nitrided in a non-saturated condition. Alternatively, according to conditions, the surface atomic layer and the next lower atomic layers among the several atomic layers of the silicon layer can be nitrided; however, the case where only the surface atomic layer is nitrided is preferable because the composition ratio of the silicon nitride film can be controlled more easily. In addition, for example, in the case where a silicon layer including one atomic layer or less than one atomic layer is formed in Step 1, a part of the silicon layer is nitrided. In this case, like in the above, so as not to entirely nitride the silicon layer including one atomic layer or less than one atomic layer, the silicon layer is nitrided in a non-saturated condition. In addition, nitrogen is an element that cannot turn into solid by itself.

Thereafter, the valve **243**$d$ of the fourth gas supply pipe **232**$d$ is closed to interrupt the supply of NH$_3$ gas. At this time, in a state where the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated by using the vacuum pump **246** so that NH$_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the nitriding reaction can be removed from the inside of the process chamber **201**. Furthermore, at this time, in a state where the valve **243**$h$ is opened, supply of N$_2$ gas to the inside of the process chamber **201** is continued. Owing to this, NH$_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the nitriding reaction can be removed from the inside of the process chamber **201** more effectively.

As a nitrogen-containing gas, not only NH$_3$ gas activated by plasma or heat, but also another gas such as N$_2$ gas, NF$_3$ gas, or N$_3$H$_8$ gas activated by plasma or heat may be used; in addition, such a gas may used after diluting the gas with a rare gas such as Ar gas, He gas, Ne gas, or Xe gas and activating the gas by plasma or heat.

By setting the above-described Step 1 and Step 2 to one cycle and repeating this cycle at least once, a thin film includes silicon (first element) and nitrogen (second element), that is, a silicon nitride (SiN) film can be formed on each of the wafers **200** to a predetermined thickness. Preferably, the cycle may be repeated a plurality of times.

In Step 1, the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time are controlled to be higher or longer than the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time in Step 1 when the silicon nitride film having a stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the silicon nitride film is formed to have the stoichiometric composition, silicon can be excessively supplied in Step 1 (refer to section (A) in FIG. **7**). Therefore, owing to the excessive supply of silicon in Step 1, the nitriding reaction of the silicon-containing layer is not saturated in Step 2 (refer to section (B) in FIG. **7**). That is, as compared with the case where the silicon nitride film is formed to have the stoichiometric composition, an excessive number of silicon atoms are supplied in Step 1, and thus, in Step 2, the nitriding reaction of the silicon-containing layer can be restricted. Accordingly, the composition ratio of the silicon nitride (SiN) film can be

16

controlled in a manner such that silicon (Si) is excessive as compare with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **7**, schematic partial section views of a wafer are shown to explain reaction states of steps during which a SiN film is formed to have a stoichiometric composition. In the lower side of FIG. **7**, schematic partial section views of a wafer are shown to explain reaction states of steps during which silicon (Si) is excessively supplied to form a SiN film having excessive silicon (Si) as compared with nitrogen (N) in terms of stoichiometric composition. Section (A) and section (B) of FIG. **7** illustrate reaction states of Step 1 and Step 2, respectively. The upper side of FIG. **7** shows an exemplary case where a continuous Si layer constituted by one atomic layer is formed in Step 1 and the Si layer is entirely nitrided in Step 2, and the lower side of FIG. **7** shows an exemplary case where a continuous Si layer constituted by two atomic layers is formed in Step 1 and the surface atomic layer of the Si layer is nitrided in Step 2.

Alternatively, in Step 2, the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time are controlled to be lower or shorter than the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time in Step 2 when the silicon nitride having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the silicon nitride film is formed to have the stoichiometric composition, nitrogen can be insufficiently supplied in Step 2 (refer to section (B) in FIG. **8**). Therefore, owing to the insufficient supply of nitrogen in Step 2, the nitriding reaction of the silicon-containing layer is not saturated in Step 2. That is, as compared with the case where the silicon nitride film is formed to have the stoichiometric composition, an insufficient number of nitrogen atoms are supplied in Step 2, and thus, in Step 2, the nitriding reaction of the silicon-containing layer can be restricted. Accordingly, the composition ratio of the silicon nitride (SiN) film can be controlled in a manner such that silicon (Si) is excessive as compare with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **8**, schematic partial section views of a wafer are shown to explain reaction states of steps during which a SiN film is formed to have a stoichiometric composition. In the lower side of FIG. **8**, schematic partial section views of a wafer are shown to explain reaction states of steps during which nitrogen (N) is insufficiently supplied to form a SiN film having excessive silicon (Si) as compared with nitrogen (N) in terms of stoichiometric composition. Section (A) and section (B) of FIG. **8** illustrate reaction states of Step 1 and Step 2, respectively. The upper side of FIG. **8** shows an exemplary case where a continuous Si layer constituted by one atomic layer is formed in Step 1 and the Si layer is entirely nitrided in Step 2, and the lower side of FIG. **8** shows an exemplary case where a continuous Si layer constituted by one atomic layer is formed in Step 1 and the surface of the Si layer is partially nitrided in Step 2.

After a silicon nitride film having a predetermined composition and thickness is formed in the film-forming process, inert gas such as N$_2$ gas is supplied to the inside of the process chamber **201** and is exhausted from the inside of the process chamber **201** so as to purge the inside of the process chamber **201** (gas purge). Then, the inside atmosphere of the process chamber **201** is replaced with inert gas (replacement with inert gas), and the inside of the process chamber **201** returns to atmospheric pressure (return to atmospheric pressure).

US 9,318,316 B2

17                                                              18

Thereafter, the seal cap **219** is moved downward by the boat elevator **115** so as to open the bottom side of the reaction tube **203** and unload the boat **217** in which the processed wafers **200** are supported from the inside of the reaction tube **203** through the bottom side of the reaction tube **203** (boat unloading). After that, the processed wafers **200** are discharged from the boat **217** (wafer discharging).

In the above-described example of the first sequence of the current embodiment, a silicon-containing gas and a nitrogen-containing gas are respectively used as a first element-containing gas and a second element-containing gas so as to form a SiN film; however, the present invention is not limited to the example but various changes and modifications can be made within the scope and spirit of the present invention.

For example, an aluminum-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form an aluminum nitride (AlN) film; a titanium-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form a titanium nitride (TiN) film; or a boron-containing gas and a nitrogen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form a boron nitride (BN) film. In addition, for example, a silicon-containing gas and an oxygen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form a silicon oxide (SiO) film; an aluminum-containing gas and an oxygen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form an aluminum oxide (AlO) film; or a titanium-containing gas and an oxygen-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form a titanium oxide (TiO) film. Furthermore, a silicon-containing gas and a carbon-containing gas may be used as a first element-containing gas and a second element-containing gas, respectively, so as to form a silicon carbide (SiC) film.

As an aluminum-containing gas, for example, trimethylaluminum ($Al(CH_3)_3$, abbreviation: TMA) gas may be used. As a titanium-containing gas, for example, titanium tetrachloride ($TiCl_4$) gas or tetrakis(dimethylamido)titanium (Ti $[N(CH_3)_2]_4$, abbreviation: TDMAT) gas may be used. As a boron-containing gas, for example, boron trichloride ($BCl_3$) gas or diborane ($B_2H_6$) gas may be used. As a carbon-containing gas, for example, propylene ($C_3H_6$) gas or ethylene ($C_2H_4$) gas may be used. As an oxygen-containing gas, for example, oxygen ($O_2$) gas, ozone ($O_3$) gas, nitric oxide (NO) gas, nitrous oxide ($N_2O$), or vapor ($H_2O$) may be used.

In the case where an oxygen-containing gas is used as a second element-containing gas, a hydrogen-containing gas can be supplied together with the oxygen-containing gas. If an oxygen-containing gas and a hydrogen-containing gas are supplied to the inside of a process vessel kept at a pressure lower than atmospheric pressure (decompressed state), the oxygen-containing gas and the hydrogen-containing gas react with each other to produce an oxidizing species containing oxygen (such as atomic oxygen) so that a first layer can be oxidized by the oxidizing species. In this case, oxidation can be performed with increased oxidizing power as compared with the case of using an oxygen-containing gas only. This oxidizing treatment is performed under non-plasma and decompressed state. As the hydrogen-containing gas, for example, hydrogen ($H_2$) gas may be used.

As explained above, according to the first sequence of the current embodiment, a semiconductor element such as silicon (Si) or boron (B), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a first element, and an element such as nitrogen (N), carbon (C), or oxygen (O) may be used as a second element.

(Second Sequence)

Next, a second sequence will now be described according to an embodiment.

FIG. **4** is a view illustrating gas supply timing in the second sequence according to an embodiment of the present invention; FIG. **9** is a schematic view illustrating formation of a silicon carbonitride film on a wafer according to the second sequence of the embodiment of the present invention; FIG. **10** is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the second sequence according to the embodiment of the present invention; and FIG. **11** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 3 of the second sequence according to the embodiment of the present invention. The second sequence of the current embodiment relates to a method of controlling a composition ratio of three elements.

The second sequence of the current embodiment includes a process of forming a first layer including a first element on a wafer **200** by supplying a gas containing the first element (a first element-containing gas) to the inside of a process vessel in which the wafer **200** is accommodated;

a process of forming a second layer including the first element and a second element by supplying a gas containing the second element (second element-containing gas) to the inside of the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer; and

a process of forming a third layer including the first element, the second element, and a third element by supplying a gas containing the third element (a third element-containing gas) to the inside of the process vessel to modify the second layer,

wherein the process of forming the first layer, the process of forming the second layer, and the process of forming the third layer are set to one cycle, and the cycle is repeated at least once so as to form a thin film including the first to third elements and having a predetermined thickness.

In the second sequence, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in one process of the process of forming of the first layer, the process of forming of the second layer, and the process of forming of the third layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed.

Alternatively, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the other process of the process of forming of the first layer, the process of forming of the second layer, and the process of forming of the third layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed.

In this way, one of the elements of the thin film can be excessive as compared with the others in terms of the stoichiometric composition.

In the case of a thin film made of two elements (two-element thin film), the stoichiometric composition is unique. For example, the stoichiometric composition of a SiN film is

US 9,318,316 B2

19                                                    20

unique, that is, Si:N=3:4. However, in the case of a three-element thin film, the stoichiometric composition is not unique unlike that of a two-element thin film but is two or more. In the second sequence of the current embodiment, a thin film is formed in a manner such that the thin film has a composition ratio different from any of the stoichiometric compositions.

The process of forming the first layer is the same as the process of forming the first layer in the first sequence. That is, things regarding the process of forming the first layer, such as process conditions, motivated reaction, layers, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer, are the same as those regarding the process of forming the first layer in the first sequence.

In the process of forming the second layer, the second element-containing gas is activated by plasma or heat and is then supplied to the first layer, so that a layer including the second element and constituted by less than one to several atomic layers can be formed on the first layer or the first layer can be modified by reaction between a part of the first layer and the second element-containing gas. In this way, the second layer including the first and second elements is formed.

In the case where the second layer is formed by forming a layer including the second element on the first layer, the layer including the second element may be a second element layer or a second element-containing gas adsorption layer. The second element-containing gas adsorption layer includes an adsorption layer formed of a material decomposed from the second element-containing gas. The second element layer is a general term for a layer made of the second element, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. In addition, a continuous layer formed of the second element may also be called "a thin film." In addition, the second element-containing gas adsorption layer is a term including a continuous chemical adsorption layer and a discontinuous chemical adsorption layer that are formed of molecules of the second element-containing gas or molecules of a material decomposed from the second element-containing gas. Preferably, the layer including the second element may be a discontinuous chemical adsorption layer formed of molecules of the second element-containing gas or molecules of a material decomposed from the second element-containing gas, that is, the layer including the second element may be a chemical adsorption layer constituted by less than one atomic layer, so as to improve the controllability of the composition ratio of the thin film.

In the case where the second layer is formed by modifying the first layer, the first layer is modified by the same method as the method used for modifying the first layer in the process of forming the second layer in the first sequence.

The second element-containing gas may be supplied after being activated by plasma or heat. FIG. 4 illustrates an example where the second element-containing gas is supplied after being activated by heat, that is, an example for causing a soft reaction.

In the process of forming the third layer, the third element-containing gas is activated by plasma or heat and is then supplied to the second layer, so as to modify the second layer for forming the third layer including the first to third elements. For example, if the second layer is formed to have the first and second elements and be constituted by several atomic layers in the process of forming the second layer, the surface atomic layer of the several atomic layers may partially or entirely be allowed to react with the third element-containing gas. Alternatively, the surface atomic layer and the next lower atomic layers among the several atomic layers of the second

layer formed of the first and second elements may be allowed to react with the third element-containing gas. However, in the case where the second layer is constituted by the several atomic layers including the first and second elements, it may be preferable that only the surface atomic layer of the second layer be modified because the composition ratio of the thin film can be controlled more easily. Preferably, the third element may be an element that cannot turn into solid by itself. The third element-containing gas may be supplied after being activated by plasma or heat. FIG. 4 illustrates an example where the third element-containing gas is supplied after being activated by heat, that is, an example of causing a soft reaction for performing a soft modification.

A method such as a method of controlling the composition ratio of the thin film in a manner such that the first element is excessive as compared with the second element in terms of the stoichiometric composition is the same as that used in the first sequence.

In the case where the composition ratio of the thin film is controlled in a manner such that the second element is excessive as compared with the third element in terms of the stoichiometric composition or the third element is excessive as compared with the second element in terms of the stoichiometric composition, the composition ratio is controlled based on one of the two elements.

For example, in the case where the composition ratio of the thin film is controlled in a manner such that the second element is excessive as compared with the third element in terms of the stoichiometric composition, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the second element can be excessively supplied in the process of forming the second layer. Therefore, owing to the excessive supply of the second element in the process of forming the second layer, a region of the second layer that can be modified in the process of forming the third layer is reduced. That is, as compared with the case where the thin film is formed to have the stoichiometric composition, an excessive number of atoms of the second element are supplied in the process of forming the second layer, and thus, in the process of forming the third layer, the modification reaction of the second layer can be restricted.

Alternatively, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming of the third layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the third layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the third element can be insufficiently supplied in the process of forming the third layer. Therefore, owing to the insufficient supply of the third element in the process of forming the third layer, the modification reaction of the second layer can be restricted in the process of forming the third layer. That is, as compared with the case where the thin film is formed to have the stoichiometric composition, an insufficient number of atoms of the third element are supplied in the

US 9,318,316 B2

21

process of forming the third layer, and thus, in the process of forming the third layer, the modification reaction of the second layer can be restricted.

In addition, for example, in the case where the composition ratio of the thin film is controlled in a manner such that the third element is excessive as compared with the second element in terms of the stoichiometric composition, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the second element can be insufficiently supplied in the process of forming the second layer. Therefore, owing to the insufficient supply of the second element in the process of forming the second layer, a layer including the second element is formed in a smaller region or modification reaction of the first layer is restricted. As a result, the third element becomes excessive as compared with the second element in terms of the stoichiometric composition.

If the second element is insufficiently supplied in the process of forming the second layer, a region of the second layer that can be modified in the process of forming the third layer is increased. In this case, if the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the third layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the third layer when the thin film having the stoichiometric composition is formed, the third element can be excessively supplied in the process of forming the third layer, and thus the third element can be controlled to be much excessive as compared with the second element in terms of the stoichiometric composition. That is, by a combination of insufficient supply of the second element in the process of forming the second layer and excessive supply of the third element in the process of forming the third layer, the modification reaction of the second layer can be facilitated in the process of forming the third layer, and thus the composition ratio of the thin film can be controlled in a manner such that the third element is much excessive as compared with the second element in terms of the stoichiometric composition.

Hereinafter, the second sequence of the current embodiment will be described more specifically. In the following description, an explanation will be given on an example where a silicon carbonitride (SiCN) film is formed on a substrate as an insulating film according to the sequence shown in FIG. 4 under the conditions where silicon (Si) is the first element, carbon (C) is the second element, nitrogen (N) is the third element, DCS gas which is a silicon-containing gas is used as the first element-containing gas, $C_3H_6$ gas which is a carbon-containing gas is used as the second element-containing gas, and $NH_3$ gas which is a nitrogen-containing gas is used as the third element-containing gas. Furthermore, in the following description of the example, the composition ratio of the silicon carbonitride film is controlled such that carbon (C) is excessive as compared with nitrogen (N) in terms of the stoichiometric composition. In addition, in the example, the first gas supply system constitutes a silicon-containing gas supply system (first element-containing gas supply system),

22

the second gas supply system constitutes a carbon-containing gas supply system (second element-containing gas supply system), and the fourth gas supply system constitutes a nitrogen-containing gas supply system (third element-containing gas supply system).

Wafer charging, boat loading, pressure adjustment, temperature adjustment, and wafer rotation are performed in the same way as in the first sequence, and then, the following three steps are sequentially performed.

[Step 1]

Step 1 is performed in the same way as Step 1 of the first sequence. That is, things regarding Step 1, such as process conditions, motivated reaction, layers, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer, are the same as those regarding Step 1 of the first sequence (refer to section (A) of FIG. 9).

[Step 2]

After completing Step 1 and removing gas remaining in the process chamber 201, the valve 243*b* of the second gas supply pipe 232*b* is opened to allow a flow of $C_3H_6$ gas through the second gas supply pipe 232*b*. The flowrate of the $C_3H_6$ gas flowing through the second gas supply pipe 232*b* is controlled by the MFC 241*b*. Then, the $C_3H_6$ gas is supplied to the inside of the process chamber 201 through the gas supply holes 250*b* of the second nozzle 249*b* and is exhausted through the exhaust pipe 231. At this time, the valve 243*f* is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe 232*f*. The $N_2$ gas is supplied to the inside of the process chamber 201 together with the $C_3H_6$ gas and is exhausted through the exhaust pipe 231.

At this time, the APC valve 244 is properly controlled so as to adjust the inside pressure of the process chamber 201, for example, in the range of 50 Pa to 3000 Pa. The flowrate of the $C_3H_6$ gas controlled by the MFC 241*b* is, for example, in the range of 100 sccm to 10000 sccm. The time during which wafers 200 are exposed to the $C_3H_6$ gas, that is, gas supply time (exposing time) is in the range of, for example, 2 seconds to 120 seconds. At this time, like in Step 1, the temperature of the heater 207 is set to a predetermined temperature so that the temperature of the wafers 200 can be in the range of, for example, 300° C. to 650° C. In the case where the $C_3H_6$ gas is activated by heat and is supplied, soft reaction can be caused, and thus a carbon-containing layer can be easily formed (described later).

At this time, gas flowing in the process chamber 201 is $C_3H_6$ gas activated by heat and DCS gas does not flow in the process chamber 201. Therefore, without causing a vapor-phase reaction, the $C_3H_6$ gas which is in an activated state is supplied to the wafers 200, and at this time, as shown in section (B) of FIG. 9, a carbon-containing layer constituted by less than one atomic layer, that is, a discontinuous carbon-containing layer, is formed on a silicon-containing layer formed in Step 1. In this way, a second layer including silicon (first element) and carbon (second element) is formed. In some cases, according to conditions, a part of the silicon-containing layer reacts with the $C_3H_6$ gas, and as a result, the silicon-containing layer is modified (carbonized) to form a second layer including silicon and carbon.

The carbon-containing layer formed on the silicon-containing layer may be a carbon layer (C-layer), a chemical adsorption layer of $C_3H_6$, or a chemical adsorption layer of $C_xH_y$ (a material decomposed from $C_3H_6$). It is necessary that the carbon layer is a discontinuous layer made of carbon. In addition, it is necessary that the chemical adsorption layer of $C_3H_6$ or $C_xH_y$ is a discontinuous chemical adsorption layer made of $C_3H_6$ or $C_x H_y$. In the case where the carbon-con-

US 9,318,316 B2

23

taining layer formed on the silicon-containing layer is a continuous layer, for example, if adsorption of $C_xH_y$ on the silicon-containing layer is saturated and thus a continuous chemical adsorption layer of $C_xH_y$ is formed on the silicon-containing layer, the entire surface of the silicon-containing layer is covered with the chemical adsorption layer of $C_xH_y$. In this case, silicon does not exist on the surface of the second layer, and thus it is difficult to nitride the second layer in Step 3 (described later). The reason for this is that nitrogen couples with silicon but does not couple with carbon. So as to cause a desired nitriding reaction in Step 3 (described later), adsorption of $C_xH_y$ on the silicon-containing layer should not be saturated so that silicon can be exposed on the surface of the second layer.

Thereafter, the valve **243b** of the second gas supply pipe **232b** is closed to interrupt supply of $C_3H_6$ gas. At this time, in a state where the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated by using the vacuum pump **246** so that $C_3H_6$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the carbon-containing layer can be removed from the inside of the process chamber **201**. Furthermore, at this time, in a state where the valve **243f** is opened, supply of $N_2$ gas to the inside of the process chamber **201** is continued. Owing to this, $C_3H_6$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the carbon-containing layer can be removed from the inside of the process chamber **201** more effectively.

As a carbon-containing gas, not only $C_3H_6$ gas, but also another gas such as $C_2H_4$ gas may be used.

[Step 3]

After removing gas remaining in the process chamber **201**, the valve **243d** of the fourth gas supply pipe **232d** is opened to allow a flow of $NH_3$ gas through the fourth gas supply pipe **232d**. The flowrate of the $NH_3$ gas flowing through the fourth gas supply pipe **232d** is controlled by the MFC **241d**. Then, the $NH_3$ gas is supplied to the inside of the buffer chamber **237** through the gas supply holes **250d** of the fourth nozzle **249d**. At this time, high-frequency power is not applied across the first rod-shaped electrode **269** and the second rod-shaped electrode **270**. As a result, the $NH_3$ gas supplied to the inside of the buffer chamber **237** is activated by heat and is then supplied to the inside of the process chamber **201** through the gas supply holes **250e** while being exhausted through the exhaust pipe **231**. At this time, the valve **243h** is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe **232h**. Then, together with the $NH_3$ gas, the $N_2$ gas is supplied to the inside of the process chamber **201** and is exhausted through the exhaust pipe **231**.

When the $NH_3$ gas is activated by heat and is allowed to flow, the APC valve **244** is properly controlled so as to adjust the inside pressure of the process chamber **201**, for example, in the range of 50 Pa to 3000 Pa. The flowrate of the $NH_3$ gas controlled by the MFC **241d** is, for example, in the range of 100 sccm to 10000 sccm. The time during which the wafers **200** are exposed to the $NH_3$ gas, that is, gas supply time (exposing time) is in the range of, for example, 2 seconds to 120 seconds. At this time, like in Step 1, the temperature of the heater **207** is set to a predetermined temperature so that the temperature of the wafers **200** can be in the range of, for example, 300° C. to 650° C. Since it is difficult to make the $NH_3$ gas reactive at the above-mentioned temperature range of the wafers **200** due to a high reaction temperature of the $NH_3$ gas, the process chamber **201** is kept at a relatively high pressure as mentioned above so as to activate the $NH_3$ gas by

24

heat. In the case where the $NH_3$ gas is activated by heat and is supplied, soft reaction can be caused for soft nitriding (described later).

At this time, gas flowing in the process chamber **201** is thermally-activated $NH_3$ gas, and neither DCS gas nor $C_3H_6$ gas flows in the process chamber **201**. Therefore, without causing a vapor-phase reaction, the activated $NH_3$ gas reacts with a part of the layer including silicon and carbon, that is, a part of the second layer formed on each of the wafers **200** in Step 2. As a result, the second layer is nitrided and modified into a third layer including silicon (first element), carbon (second element), and nitrogen (third element), that is, into a silicon carbonitride (SiCN) layer.

At this time, as shown in section (C) of FIG. **9**, the nitriding reaction of the second layer is not saturated. For example, in the case where a silicon layer constituted by several atomic layers is formed in Step 1 and a carbon-containing layer constituted by less than one atomic layer is formed in Step 2, a part of the surface layer (the surface atomic layer of the atomic layers) is nitrided. That is, a region (silicon exposed region) of the surface layer that can be nitrided is partially or entirely nitrided. In this case, so as not to entirely nitride the second layer, the nitriding of the second layer is performed under a non-saturated condition. Alternatively, according to conditions, the surface atomic layer and the next lower atomic layers among the atomic layers of the second layer can be nitrided; however, the case where only the surface atomic layer is nitrided is preferable because the composition ratio of the silicon carbonitride film can be controlled more easily. In addition, for example, in the case where a silicon layer constituted by one atomic layer or less than one atomic layer is formed in Step 1 and a carbon-containing layer constituted by less than one atomic layer is formed in Step 2, a part of the surface layer is nitrided in the same way. In this case, similarly, so as not to nitride the entire second layer, nitriding is performed in a condition where the nitriding reaction of the second layer is not saturated.

Thereafter, the valve **243d** of the fourth gas supply pipe **232d** is closed to interrupt the supply of $NH_3$ gas. At this time, in a state where the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated by using the vacuum pump **246** so that $NH_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the nitriding reaction can be removed from the inside of the process chamber **201**. Furthermore, at this time, in a state where the valve **243h** is opened, supply of $N_2$ gas to the inside of the process chamber **201** is continued. Owing to this, $NH_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the nitriding reaction can be removed from the inside of the process chamber **201** more effectively.

As a nitrogen-containing gas, not only $NH_3$ gas but also another gas such as $N_2$ gas, $NF_3$ gas, or $N_3H_8$ gas may be used.

By setting the above-described Step 1 to Step 3 to one cycle and repeating this cycle at least once, a thin film includes silicon (first element), carbon (second element), and nitrogen (third element), that is, a silicon carbonitride (SiCN) film can be formed on each of the wafers **200** to a predetermined thickness. Preferably, the cycle may be repeated a plurality of times.

In Step 2, the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time are controlled to be higher or longer than the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supplying time in Step 2 when the silicon carbonitride film having a stoichiometric composition is formed. By con-

US 9,318,316 B2

25 26

trolling the process conditions in this way, as compared with the case where the silicon carbonitride film is formed to have the stoichiometric composition, carbon can be excessively supplied in Step 2 (refer to section (B) in FIG. **10**). Therefore, owing to the excessive supply of carbon in Step 2, a region (silicon exposed region) of the second layer that can be nitrided in Step 3 is reduced. That is, as compared with the case where the silicon carbonitride film is formed to have the stoichiometric composition, an excessive number of carbon atoms are supplied in Step 2, and thus, in Step 3, the nitriding reaction of the second layer is restricted. In this way, the composition ratio of the silicon carbonitride (SiCN) film can be controlled in a manner such that carbon (C) is excessive as compare with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **10**, schematic partial section views of a wafer are shown to explain reaction states of steps during which a SiCN film is formed to have a stoichiometric composition. In the lower side of FIG. **10**, schematic partial section views of a wafer are shown to explain reaction states of steps during which carbon (C) is excessively supplied to form a SiCN film having excessive carbon (C) as compared with nitrogen (N) in terms of stoichiometric composition. Section (A) to section (C) of FIG. **10** illustrate reaction states of Step 1 to Step 3, respectively.

Alternatively, in Step 3, the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time are controlled to be lower or shorter than the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supplying time in Step 3 when the silicon carbonitride film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the silicon carbonitride film is formed to have the stoichiometric composition, nitrogen can be insufficiently supplied in Step 3 (refer to section (C) in FIG. **11**). Therefore, owing to the insufficient supply of nitrogen in Step 3, the nitriding reaction of the second layer is restricted in Step 3. That is, as compared with the case where the silicon carbonitride film is formed to have the stoichiometric composition, an insufficient number of nitrogen atoms are supplied in Step 3, and thus, in Step 3, the nitriding reaction of the second layer is restricted. In this way, the composition ratio of the silicon carbonitride (SiCN) film can be controlled in a manner such that carbon (C) is excessive as compare with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **11**, schematic partial section views of a wafer are shown to explain reaction states of steps during which a SiCN film is formed to have a stoichiometric composition. In the lower side of FIG. **11**, schematic partial section views of a wafer are shown to explain reaction states of steps during which nitrogen (N) is insufficiently supplied to form a SiCN film having excessive carbon (C) as compared with nitrogen (N) in terms of stoichiometric composition. Section (A) to section (C) of FIG. **11** illustrate reaction states of Step 1 to Step 3, respectively.

After a silicon carbonitride film having a predetermined composition and thickness is formed in the film-forming process, gas purge, replacement with inert gas, return to atmospheric pressure, boat unloading, and wafer discharging are performed in the same way as in the first sequence.

In the above-described example of the second sequence of the current embodiment, a silicon-containing gas, a carbon-containing gas, and a nitrogen-containing gas are respectively used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, so as to

form a SiCN film; however, the present invention is not limited to the example but various changes and modifications can be made within the scope and spirit of the present invention.

For example, a silicon-containing gas, a nitrogen-containing gas, and an oxygen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form a silicon oxynitride (SiON) film; or a silicon-containing gas, a boron-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form a silicon boron nitride (SiBN) film. In addition, for example, a boron-containing gas, a carbon-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form a boron carbonitride (BCN) film; an aluminum-containing gas, a boron-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form an aluminum boron nitride (AlBN) film; or a silicon-containing gas, a carbon-containing gas, and an oxygen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form a silicon oxycarbide (SiOC) film. Furthermore, a titanium-containing gas, an aluminum-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form a titanium aluminum nitride (TiAlN) film; or a silicon-containing gas, an aluminum-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, and a third element-containing gas, respectively, so as to form a silicon aluminum nitride (SiAlN) film. In addition, gases such as exemplified in the description of the first sequence may also be used.

As explained above, according to the second sequence of the current embodiment, a semiconductor element such as silicon (Si) or boron (B), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a first element; an element such as nitrogen (N), carbon (C), or oxygen (O), or a metal such as aluminum (Al) may be used as a second element; and an element such as nitrogen (N) or oxygen (O) may be used as a third element.

(Third Sequence) Next, a third sequence will now be described according to an embodiment. FIG. **5** is a view illustrating gas supply timing in the third sequence according to an embodiment of the present invention; FIG. **12** is a schematic view illustrating formation of a silicon boron carbon nitride film on a wafer in the third sequence according to the embodiment of the present invention; FIG. **13** is a schematic view illustrating a case where carbon is excessively supplied in Step 2 of the third sequence according to the embodiment of the present invention; and FIG. **14** is a schematic view illustrating a case where nitrogen is insufficiently supplied in Step 4 of the third sequence according to the embodiment of the present invention. The third sequence of the current embodiment relates to a method of controlling a composition ratio of four elements.

The third sequence of the current embodiment includes a process of forming a first layer including a first element on a wafer **200** by supplying a gas containing the first element (a first element-containing gas) to the inside of a process vessel in which the wafer **200** is accommodated;

a process of forming a second layer including the first element and a second element by supplying a gas containing

US 9,318,316 B2

27

the second element (second element-containing gas) to the inside of the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer;

a process of forming a third layer including the first element, the second element, and a third element by supplying a gas containing the third element (the third element-containing gas) to the inside of the process vessel, wherein the third layer is formed by forming a layer including the third element on the second layer, or the third layer is formed by modifying the second layer; and

a process of forming a fourth layer including the first to third elements and a fourth element by supplying a gas containing the fourth element (a fourth element-containing gas) to the inside of the process vessel to modify the third layer, wherein the process of forming the first layer, the process of forming the second layer, the process of forming the third layer, and the process of forming the fourth layer are set to one cycle, and the cycle is repeated at least once so as to form a thin film including the first to fourth elements and having a predetermined thickness.

In the third sequence, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in one process of the process of forming of the first layer, the process of forming of the second layer, the process of forming of the third layer, and the process of forming of the fourth layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed.

Alternatively, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the other process of the process of forming of the first layer, the process of forming of the second layer, the process of forming of the third layer, and the process of forming of the fourth layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed.

In this way, one of the elements of the thin film can be excessive as compared with the others in terms of the stoichiometric composition.

In the case of a thin film made of a four-element thin film, the stoichiometric composition is not unique unlike the case of a two-element thin film but is two or more like the case of a three-element thin film. In the third sequence of the current embodiment, a thin film is formed in a manner such that the thin film has a composition ratio different from any of the stoichiometric compositions.

The process of forming the first layer is the same as the process of forming the first layer in the second sequence. That is, things regarding the process of forming the first layer, such as process conditions, motivated reaction, layers, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer, are the same as those regarding the process of forming the first layer in the second sequence.

The process of forming the second layer is the same as the process of forming the second layer in the second sequence. That is, things regarding the process of forming the second layer, such as process conditions, a gas activating method, motivated reaction, layers, examples of the second element, examples of the second element-containing gas, and

28

examples of the second layer, are the same as those regarding the process of forming the second layer in the second sequence.

In the process of forming the third layer, the third element-containing gas is activated by plasma or heat and is then supplied, so that a layer including the third element and constituted by less than one to several atomic layers can be formed on the second layer or the second layer can be modified by reaction between a part of the second layer and the third element-containing gas. In this way, the third layer including the first to third elements is formed.

In the case where the third layer is formed by forming a layer including the third element on the second layer, the layer including the third element may be a third element layer or a third element-containing gas adsorption layer. The third element-containing gas adsorption layer includes an adsorption layer formed of a material decomposed from the third element-containing gas. The third element layer is a general term for a layer made of the third element, such as a continuous layer, a discontinuous layer, and a thin film in which such layers are overlapped. In addition, a continuous layer formed of the third element may also be called "a thin film." In addition, the third element-containing gas adsorption layer is a term including a continuous chemical adsorption layer and a discontinuous chemical adsorption layer that are formed of molecules of the third element-containing gas or molecules of a material decomposed from the third element-containing gas. Preferably, the layer including the third element may be a discontinuous chemical adsorption layer formed of molecules of the third element-containing gas or molecules of a material decomposed from the third element-containing gas, that is, the layer including the third element may be a chemical adsorption layer constituted by less than one atomic layer, so as to improve the controllability of the composition ratio of the thin film.

In the case where the third layer is formed by modifying the second layer, the second layer is modified by the same method as the method used for modifying the second layer in the process of forming the third layer in the second sequence.

The third element-containing gas may be supplied after being activated by plasma or heat. FIG. 5 illustrates an example where the third element-containing gas is supplied after being activated by heat, that is, an example for causing a soft reaction.

In the process of forming the fourth layer, the fourth element-containing gas is activated by plasma or heat and is then supplied to the third layer, so as to modify the third layer for forming the fourth layer including the first to fourth elements. For example, if the third layer is formed to have the first to third elements and be constituted by several atomic layers in the process of forming the third layer, the surface atomic layer of the several atomic layers may partially or entirely be allowed to react with the fourth element-containing gas. Alternatively, the surface atomic layer and the next lower atomic layers among the several atomic layers of the third layer formed of the first to third elements may be allowed to react with the fourth element-containing gas. However, in the case where the third layer is constituted by the several atomic layers including the first to third elements, it may be preferable that only the surface atomic layer of the third layer be modified because the composition ratio of the thin film can be controlled more easily. Preferably, the fourth element may be an element that cannot turn into solid by itself. The fourth element-containing gas may be supplied after being activated by plasma or heat. FIG. 5 illustrates an example where the fourth element-containing gas is supplied after being acti-

US 9,318,316 B2

29

vated by heat, that is, an example of causing a soft reaction for performing a soft modification.

A method, such as a method of controlling the composition ratio of the thin film in a manner such that the first element is excessive as compared with the second element in terms of the stoichiometric composition, is the same as that used in the first sequence or the second sequence.

A method, such as a method of controlling the composition ratio of the thin film in a manner such that the second element is excessive as compared with the third element in terms of the stoichiometric composition or the third element is excessive as compared with the second element in terms of the stoichiometric composition, is the same as that used in the second sequence.

In the case where the composition ratio of the thin film is controlled in a manner such that the second or third element is excessive as compared with the fourth element in terms of the stoichiometric composition or the fourth element is excessive as compared with the second or third element in terms of the stoichiometric composition, the composition ratio is controlled based on one of the elements.

For example, in the case where the composition ratio of the thin film is controlled in a manner such that the second element is excessive as compared with the fourth element in terms of the stoichiometric composition, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the second element can be excessively supplied in the process of forming the second layer. Therefore, owing to the excessive supply of the second element in the process of forming the second layer, a region of the third layer that can be modified in the process of forming the fourth layer is reduced. That is, as compared with the case where the thin film is formed to have the stoichiometric composition, an excessive number of atoms of the second element are supplied in the process of forming the second layer, and thus, in the process of forming the fourth layer, the modification reaction of the third layer can be restricted.

Alternatively, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the fourth layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the fourth layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the fourth element can be insufficiently supplied in the process of forming the fourth layer. Therefore, owing to the insufficient supply of the fourth element in the process of forming the fourth layer, the modification reaction of the third layer can be restricted in the process of forming the fourth layer. That is, as compared with the case where the thin film is formed to have the stoichiometric composition, an insufficient number of atoms of the fourth element are supplied in the process of forming the fourth layer, and thus, in the process of forming the fourth layer, the modification reaction of the third layer can be restricted.

30

In addition, for example, in the case where the composition ratio of the thin film is controlled in a manner such that the fourth element is excessive as compared with the second element in terms of the stoichiometric composition, the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming of the second layer are controlled to be lower or shorter than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of the second layer when the thin film having the stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the thin film is formed to have the stoichiometric composition, the second element can be insufficiently supplied in the process of forming the second layer. Therefore, owing to the insufficient supply of the second element in the process of forming the second layer, a layer including the second element is formed in a smaller region or modification reaction of the first layer is restricted. As a result, the fourth element becomes excessive as compared with the second element in terms of the stoichiometric composition.

If the second element is insufficiently supplied in the process of forming the second layer, a region of the third layer that can be modified in the process of forming the fourth layer is increased. In this case, if the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the fourth layer are controlled to be higher or longer than the pressure of the inside of the process vessel, or the pressure of the inside of the process vessel and the time of supplying the gas in the process of forming the fourth layer when the thin film having the stoichiometric composition is formed, the fourth element can be excessively supplied in the process of forming the fourth layer, and thus the fourth element can be controlled to be much excessive as compared with the second element in terms of the stoichiometric composition. That is, by a combination of insufficient supply of the second element in the process of forming the second layer and excessive supply of the fourth element in the process of forming the fourth layer, the modification reaction of the third layer can be facilitated in the process of forming the fourth layer, and thus the composition ratio of the thin film can be controlled in a manner such that the fourth element is much excessive as compared with the second element in terms of the stoichiometric composition.

Hereinafter, the third sequence of the current embodiment will be described more specifically. In the following description, an explanation will be given on an example where a silicon boron carbon nitride (SiBCN) film is formed on a substrate as an insulating film according to the sequence shown in FIG. 5 under the conditions where silicon (Si) is a first element, carbon (C) is a second element, boron (B) is a third element, nitrogen (N) is a fourth element, DCS gas which is a silicon-containing gas is used as a first element-containing gas, $C_3H_6$ gas which is a carbon-containing gas is used as a second element-containing gas, $BCl_3$ gas which is a boron-containing gas is used as a third element-containing gas, and $NH_3$ gas which is a nitrogen-containing gas is used as a fourth element-containing gas. Furthermore, in the following description of the example, the composition ratio of the silicon boron carbon nitride film is controlled such that carbon (C) is excessive as compared with nitrogen (N) in terms of the stoichiometric composition. In addition, in the example, the first gas supply system constitutes a silicon-containing gas supply system (first element-containing gas supply system), the second gas supply system constitutes a

US 9,318,316 B2

**31**

carbon-containing gas supply system (second element-containing gas supply system), the third gas supply system constitutes a boron-containing gas supply system (third element-containing gas supply system), and the fourth gas supply system constitutes a nitrogen-containing gas supply system (fourth element-containing gas supply system).

Wafer charging, boat loading, pressure adjustment, temperature adjustment, and wafer rotation are performed in the same way as in the second sequence, and then, the following four steps are sequentially performed.

[Step 1]

Step 1 is performed in the same way as Step 1 of the second sequence. That is, things regarding Step 1, such as process conditions, motivated reaction, layers, layer thickness, examples of the first element, examples of the first element-containing gas, and examples of the first layer, are the same as those regarding Step 1 of the second sequence (refer to section (A) of FIG. **12**).

[Step 2]

Step 2 is performed in the same way as Step 2 of the second sequence. That is, things regarding Step 2, such as process conditions, a gas activating method, motivated reaction, layers, examples of the second element, examples of the second element-containing gas, and examples of the second layer, are the same as those regarding Step 2 of the second sequence (refer to section (B) of FIG. **12**).

[Step 3]

After completing Step 2 and removing gas remaining in the process chamber **201**, the valve **243**c of the third gas supply pipe **232**c is opened to allow a flow of $BCl_3$ gas through the third gas supply pipe **232**c. The flowrate of the $BCl_3$ gas flowing through the third gas supply pipe **232**c is controlled by the MFC **241**c. Then, the $BCl_3$ gas is supplied to the inside of the process chamber **201** through the gas supply holes **250**c of the third nozzle **249**c and is exhausted through the exhaust pipe **231**. At this time, the valve **243**g is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe **232**g. The $N_2$ gas is supplied to the inside of the process chamber **201** together with the $BCl_3$ gas and is exhausted through the exhaust pipe **231**.

At this time, the APC valve **244** is properly controlled so as to adjust the inside pressure of the process chamber **201**, for example, in the range of 50 Pa to 3000 Pa. The flowrate of the $BCl_3$ gas controlled by the MFC **241**c is, for example, in the range of 100 sccm to 10000 sccm. The time during which wafers **200** are exposed to the $BCl_3$ gas, that is, gas supply time (exposing time) is in the range of, for example, 2 seconds to 120 seconds. At this time, like in Step 1, the temperature of the heater **207** is set to a predetermined temperature so that the temperature of the wafers **200** can be in the range of, for example, 300° C. to 650° C. In the case where the $BCl_3$ gas is activated by heat and is supplied, soft reaction can be caused, and thus a boron-containing layer can be easily formed (described later).

At this time, gas flowing in the process chamber **201** is $BCl_3$ gas activated by heat and neither DCS gas nor $C_3H_6$ gas flows in the process chamber **201**. Therefore, without causing a vapor-phase reaction, the $BCl_3$ gas which is in an activated state is supplied to the wafers **200**, and at this time, as shown in section (C) of FIG. **12**, a boron-containing layer constituted by less than one atomic layer, that is, a discontinuous boron-containing layer, is formed on a layer which includes silicon and carbon and is formed on each of the wafer **200** as a second layer in Step 2. In this way, a third layer including silicon (first element), carbon (second element), and boron (third element) is formed. In some cases, according to conditions, a part of the second layer reacts with the $BCl_3$ gas, and as a result, the

**32**

second layer is modified (boronized) to form a third layer including silicon, nitrogen, and boron.

The boron-containing layer formed on the second layer may be a boron layer (B-layer), a chemical adsorption layer of $BCl_3$, or a chemical adsorption layer of $B_xCl_y$ (a material decomposed from $BCl_3$). Since boron does not couple with carbon although it couples with silicon, the boron layer is a discontinuous layer of boron, and the chemical adsorption layer of $BCl_3$ or $B_xCl_y$ is a discontinuous chemical adsorption layer formed of $BCl_3$ molecules or $B_xCl_y$ molecules.

Thereafter, the valve **243**c of the third gas supply pipe **232**c is closed to interrupt supply of $BCl_3$ gas. At this time, in a state where the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated by using the vacuum pump **246** so that $BCl_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the boron-containing layer can be removed from the inside of the process chamber **201**. Furthermore, at this time, in a state where the valve **243**g is opened, supply of $N_2$ gas to the inside of the process chamber **201** is continued. Owing to this, $BCl_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the formation of the boron-containing layer can be removed from the inside of the process chamber **201** more effectively.

As a boron-containing gas, not only $BCl_3$ gas, but also another gas such as $B_2H_6$ gas may be used.

[Step 4]

After removing gas remaining in the process chamber **201**, the valve **243**d of the fourth gas supply pipe **232**d is opened to allow a flow of $NH_3$ gas through the fourth gas supply pipe **232**d. The flowrate of the $NH_3$ gas flowing through the fourth gas supply pipe **232**d is controlled by the MFC **241**d. Then, the $NH_3$ gas is supplied to the inside of the buffer chamber **237** through the gas supply holes **250**d of the fourth nozzle **249**d. At this time, high-frequency power is not applied across the first rod-shaped electrode **269** and the second rod-shaped electrode **270**. As a result, the $NH_3$ gas supplied to the inside of the buffer chamber **237** is activated by heat and is then supplied to the inside of the process chamber **201** through the gas supply holes **250**e while being exhausted through the exhaust pipe **231**. At this time, the valve **243**h is also opened to allow a flow of $N_2$ gas through the inert gas supply pipe **232**h. Then, together with the $NH_3$ gas, the $N_2$ gas is supplied to the inside of the process chamber **201** and is exhausted through the exhaust pipe **231**.

When the $NH_3$ gas is activated by heat and is allowed to flow, the APC valve **244** is properly controlled so as to adjust the inside pressure of the process chamber **201**, for example, in the range of 50 Pa to 3000 Pa. The flowrate of the $NH_3$ gas controlled by the MFC **241**d is, for example, in the range of 100 sccm to 10000 sccm. The time during which the wafers **200** are exposed to the $NH_3$ gas, that is, gas supply time (exposing time) is in the range of, for example, 2 seconds to 120 seconds. At this time, like in Step 1, the temperature of the heater **207** is set to a predetermined temperature so that the temperature of the wafers **200** can be in the range of, for example, 300° C. to 650° C. Since it is difficult to make the $NH_3$ gas reactive at the above-mentioned temperature range of the wafers **200** due to a high reaction temperature of the $NH_3$ gas, the process chamber **201** is kept at a relatively high pressure as mentioned above so as to activate the $NH_3$ gas by heat. In the case where the $NH_3$ gas is activated by heat and is supplied, soft reaction can be caused for soft nitriding (described later).

At this time, gas flowing in the process chamber **201** is thermally-activated $NH_3$ gas, and neither DCS gas nor $C_3H_6$

US 9,318,316 B2

33                                                                    34

gas flows in the process chamber **201**. Therefore, without causing a vapor-phase reaction, the activated $NH_3$ gas reacts with a part of the layer including silicon, carbon, and boron, that is, a part of the third layer formed on each of the wafers **200** in Step 3. As a result, the third layer is nitrided and modified into a fourth layer including silicon (first element), carbon (second element), boron (third element), and nitrogen (fourth element), that is, into a silicon boron carbon nitride (SiBCN) layer.

At this time, as shown in section (D) of FIG. **12**, the nitriding reaction of the third layer is not saturated. For example, in the case where a silicon layer constituted by several atomic layers is formed in Step 1, a carbon-containing layer constituted by less than one atomic layer is formed in Step 2, and a boron-containing layer constituted by less than one atomic layer is formed in Step 3, a part of the surface layer (the surface atomic layer of the atomic layers) is nitrided. That is, a region (silicon exposed region) of the surface layer that can be nitrided is partially or entirely nitrided. In this case, so as not to entirely nitride the third layer, the nitriding of the third layer is performed under a non-saturated condition. Alternatively, according to conditions, the surface atomic layer and the next lower atomic layers among the atomic layers of the third layer can be nitrided; however, the case where only the surface atomic layer is nitrided is preferable because the composition ratio of the silicon boron carbon nitride film can be controlled more easily. In addition, for example, in the case where a silicon layer constituted by one atomic layer or less than one atomic layer is formed in Step 1, a carbon-containing layer constituted by less than one atomic layer is formed in Step 2, and a boron-containing layer constituted by less than one atomic layer is formed in Step 3, a part of the surface layer is nitrided in the same way. In this case, similarly, so as not to nitride the entire third layer, nitriding is performed in a condition where the nitriding reaction of the third layer is not saturated.

Thereafter, the valve **243***d* of the fourth gas supply pipe **232***d* is closed to interrupt the supply of $NH_3$ gas. At this time, in a state where the APC valve **244** of the exhaust pipe **231** is opened, the inside of the process chamber **201** is vacuum-evacuated by using the vacuum pump **246** so that $NH_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the nitriding reaction can be removed from the inside of the process chamber **201**. Furthermore, at this time, in a state where the valve **243***h* is opened, supply of $N_2$ gas to the inside of the process chamber **201** is continued. Owing to this, $NH_3$ gas remaining in the process chamber **201** without participating in a reaction or after participating in the nitriding reaction can be removed from the inside of the process chamber **201** more effectively.

As a nitrogen-containing gas, not only $NH_3$ gas but also another gas such as $N_2$ gas, $NF_3$ gas, or $N_3H_8$ gas may be used.

By setting the above-described Step 1 to Step 4 to one cycle and repeating this cycle at least once, a thin film includes silicon (first element), carbon (second element), boron (third element), and nitrogen (fourth element), that is, a silicon boron carbon nitride (SiBCN) film can be formed on each of the wafers **200** to a predetermined thickness. Preferably, the cycle may be repeated a plurality of times.

In Step 2, the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time are controlled to be higher or longer than the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supplying time in Step 2 when the silicon boron carbon nitride film having a stoichiometric composition is formed. By controlling the process conditions in this way, as com-

pared with the case where the silicon boron carbon nitride film is formed to have the stoichiometric composition, carbon can be excessively supplied in Step 2 (refer to section (B) in FIG. **13**). Therefore, owing to the excessive supply of carbon in Step 2, a region (silicon exposed region) of the third layer that can be nitrided in Step 4 is reduced. That is, as compared with the case where the silicon boron carbon nitride film is formed to have the stoichiometric composition, an excessive number of carbon atoms are supplied in Step 2, and thus, in Step 4, the nitriding reaction of the third layer is restricted. In this way, the composition ratio of the silicon boron carbon nitride (SiBCN) film can be controlled in a manner such that carbon (C) is excessive as compare with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **13**, schematic partial section views of a wafer are shown to explain reaction states of steps during which a SiBCN film is formed to have a stoichiometric composition. In the lower side of FIG. **13**, schematic partial section views of a wafer are shown to explain reaction states of steps during which carbon (C) is excessively supplied to form a SiBCN film having excessive carbon (C) as compared with nitrogen (N) in terms of stoichiometric composition. Section (A) to section (D) of FIG. **13** illustrate reaction states of Step 1 to Step 4, respectively.

Alternatively, in Step 4, the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supply time are controlled to be lower or shorter than the pressure of the inside of the process chamber **201**, or the pressure of the inside of the process chamber **201** and the gas supplying time in Step 4 when the silicon boron carbon nitride film having a stoichiometric composition is formed. By controlling the process conditions in this way, as compared with the case where the silicon boron carbon nitride film is formed to have the stoichiometric composition, nitrogen can be insufficiently supplied in Step 4. Therefore, owing to the insufficient supply of nitrogen in Step 4, the nitriding reaction of the third layer is restricted in Step 4. That is, as compared with the case where the silicon boron carbon nitride film is formed to have the stoichiometric composition, an insufficient number of nitrogen atoms are supplied in Step 4, and thus, in Step 4, the nitriding reaction of the third layer is restricted. In this way, the composition ratio of the silicon boron carbon nitride (SiBCN) film can be controlled in a manner such that carbon (C) is excessive as compare with nitrogen (N) in terms of the stoichiometric composition.

In the upper side of FIG. **14**, schematic partial section views of a wafer are shown to explain reaction states of steps during which a SiBCN film is formed to have a stoichiometric composition. In the lower side of FIG. **14**, schematic partial section views of a wafer are shown to explain reaction states of steps during which nitrogen (N) is insufficiently supplied to form a SiBCN film having excessive carbon (C) as compared with nitrogen (N) in terms of stoichiometric composition. Section (A) to section (D) of FIG. **14** illustrate reaction states of Step 1 to Step 4, respectively.

After a silicon boron carbon nitride film having a predetermined composition and thickness is formed in the film-forming process, gas purge, replacement with inert gas, return to atmospheric pressure, boat unloading, and wafer discharging are performed in the same way as in the second sequence.

In the above-described example of the third sequence of the current embodiment, a silicon-containing gas, a carbon-containing gas, a boron-containing gas, and a nitrogen-containing gas are respectively used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, so as to form a

US 9,318,316 B2

**35**

SiBCN film; however, the present invention is not limited to the example but various changes and modifications can be made within the scope and spirit of the present invention.

For example, a silicon-containing gas, a carbon-containing gas, an oxygen-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, so as to form a silicon oxygen carbon nitride (SiOCN) film. In this case, alternatively, a nitrogen-containing gas and an oxygen-containing gas may be used as a third element-containing gas and a fourth element-containing gas, respectively. In addition, for example, a silicon-containing gas, an aluminum-containing gas, a titanium-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, so as to form a silicon aluminum titanium nitride (SiAlTiN) film. Furthermore, for example, a silicon-containing gas, a carbon-containing gas, a silicon-containing gas, and a nitrogen-containing gas may be used as a first element-containing gas, a second element-containing gas, a third element-containing gas, and a fourth element-containing gas, respectively, so as to form a silicon carbonitride (SiCN). In this way, a three-element thin film can be formed. That is, for example, by using the same gas as the first element-containing gas and the third element-containing gas, the third sequence can be used for forming a three-element thin film. In addition, gases such as exemplified in the description of the first sequence may also be used.

In the third sequence of the current embodiment, a semiconductor element such as silicon (Si) or boron (B), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a first element; an element such as nitrogen (N), boron (B), carbon (C), or oxygen (O), or a metal element such as aluminum (Al) or titanium (Ti) may be used as a second element or a third element; and an element such as nitrogen (N) or oxygen (O) may be used as a fourth element.

In a conventional CVD method, a plurality of kinds of gases including a plurality of elements constituting a thin film to be formed are simultaneously supplied. In this case, so as to control the composition ratio of a thin film to be formed, for example, the ratio of gas supply flowrates may be controlled when gases are supplied. In this case, although supply conditions such as the temperature of a substrate, the pressure of the inside of a process chamber, and gas supply time are adjusted when gases are supplied, the composition ratio of the thin film is not controlled.

Furthermore, in the case of an ALD method, a plurality of kinds of gases including a plurality of elements constituting a thin film to be formed are supplied in turns. In this case, so as to control the composition ratio of a thin film to be formed, for example, gas supply flowrate and gas supply time may be controlled when each gas is supplied. In the ALD method, a source gas is supplied to a substrate for the purpose of saturating adsorption of the source gas on the substrate, and thus, pressure control is unnecessary for the inside of a process chamber. That is, since saturation of source gas adsorption occurs at a pressure equal to or lower than a predetermined pressure at which the source gas is adsorbed for a given reaction temperature, only if the pressure of the inside of the process chamber is kept equal to or lower than the predetermined pressure, adsorption of the source gas can be saturated at any pressures in the range. Therefore, generally, in a film-forming process performed by an ALD method, the inside pressure of a process chamber is allowed to be determined according to the exhausting ability of a substrate processing

**36**

apparatus in relation with the amount of supplied gas. However, if it is configured to vary the inside pressure of a process chamber, chemical adsorption of a source gas on the surface of a substrate may be hindered, or reaction may become similar to CVD reaction, thereby making it difficult to perform a film-forming process by an ALD method. In addition, since an ALD reaction (adsorption saturation, surface reaction) is repeatedly performed so as to form a thin film to a predetermined thickness by an ALD method, if the ALD reaction is not sufficiently performed to a saturation level in each iteration, deposition may also be insufficient, and a sufficient deposition rate cannot be obtained. Therefore, in the case of an ALD method, it is difficult to control the composition ratio of a thin film by controlling the inside pressure of a process chamber.

However, according to the embodiments of the present invention, in any one of the first sequence, the second sequence, and the third sequence, a plurality of kinds of gases including a plurality of elements constituting a thin film to be formed are alternately supplied under conditions where CVD reaction is caused; and the pressure of the inside of the process chamber, or the pressure of the inside of the process chamber and the gas supply time are controlled in each step, so as to control the composition ratio of the thin film.

In the case where the composition ratio of a thin film is controlled by controlling the pressure of the inside of the process chamber in each step, influence of mechanical deviation between different substrate processing apparatuses can be reduced. That is, by using the same control method among different substrate processing apparatuses, the composition ratio of thin films can be equally controlled. In this case, if gas supply time is also controlled in each step, the composition ratio of a thin film can be finely controlled, and thus the controllability of the composition ratio of a thin film can be improved. Furthermore, by controlling the pressure of the inside of the process chamber in each step, the composition ratio of a thin film can be controlled while increasing the film-forming rate. That is, by controlling the pressure of the inside of the process chamber, the composition ratio of a thin film can be controlled, for example, while increasing the growth rate of a silicon-containing layer in Step 1 of each sequence. As explained above, according to the embodiments of the present invention, although a different substrate processing apparatus is used, the composition ratio of a thin film can be equally controlled by using the same control method, and thus the controllability of the composition ratio of a thin film can be improved, and furthermore, the film-forming rate, that is, productivity can be improved.

In a film-forming process by an ALD method, if the composition ratio of a thin film is controlled by adjusting the supply flowrate or supply time of gas in each step, the influence of mechanical deviation among different substrate processing apparatuses is increased. That is, although the same control is performed among different substrate processing apparatuses, the composition ratio of a thin film is not equally controlled. For example, although the supply flowrate and time of gas are set to the same values for different substrate processing apparatuses, the inside pressures of process chambers are not equal due to mechanical deviation. Therefore, since the inside pressures of the process chambers are different from one substrate processing apparatus to another, control for a desired composition ratio cannot be performed in the same manner among different substrate processing apparatuses. In addition, if the inside pressure of the process chamber is varied from one substrate processing apparatus to another, chemical adsorption of a source gas on the surface of a substrate may be hindered, or reaction may become similar

US 9,318,316 B2

37

to CVD reaction, thereby making it difficult to perform a film-forming process properly according to an ALD method.

First Example

Next, a first example will be described.

By using silicon (Si) as a first element and nitrogen (N) as a second element, a silicon nitride (SiN) film was formed while controlling the composition ratio of the silicon nitride film according to the first sequence of the embodiment, and then, the composition ratio was measured. DCS gas was used as a first element-containing gas, and $NH_3$ gas was used as a second element-containing gas. The composition ratio control was performed by adjusting pressure or gas supply time (exposing time) which is a composition ratio control factor. As pressure or gas supply time was increased, reaction was increased, and thus the thickness of a layer was increased in a corresponding process. That is, a more amount of a substance (more atoms) was supplied in the process. However, if a reactive species of which the adsorption or reaction could be saturated was used, in some cases, the thickness of the layer might not be increased equal to or greater than, for example, that of one atomic layer.

First, a silicon nitride ($Si_3N_4$) film having standard stoichiometric composition (N/Si÷1.33) was formed on a wafer. At that time, process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 24 seconds

By adjusting process conditions based on the above-listed standard process conditions, it was tried to form a silicon nitride ($Si_4N_4$) film having a composition ratio of N/Si÷1.

By changing the exposing time to DCS gas from 12 seconds to 48 seconds in the first step, a $Si_4N_4$ film having a high silicon content could be formed. That is, by increasing the exposing time to DCS gas longer than that of the standard process conditions in the first step, a $Si_4N_4$ film having a high silicon content could be formed. Except for the exposing time to DCS gas in the first step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 48 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 24 seconds

Alternatively, by changing the pressure inside the process chamber from 133 Pa (1 Torr) to 266 Pa (2 Torr) in the first step, a $Si_4N_4$ film having a high silicon content could be formed. That is, by increasing the pressure inside the process chamber higher than that of the standard process conditions in the first step, a $Si_4N_4$ film having a high silicon content could be formed. Except for the pressure inside the process chamber

38

in the first step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 266 Pa (2 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 24 seconds

Alternatively, by changing the exposing time to $NH_3$ gas from 24 seconds to 6 seconds in the second step, a $Si_4N_4$ film having a relatively high silicon content could be formed because the nitrogen content was reduced. That is, by decreasing the exposing time to $NH_3$ gas shorter than that of the standard process conditions in the second step, a $Si_4N_4$ film having a high silicon content could be formed. Except for the exposing time to $NH_3$ in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 532 Pa (4 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 6 seconds

Alternatively, by changing the pressure inside the process chamber from 532 Pa (4 Torr) to 133 Pa (1 Torr) in the second step, similarly, a $Si_4N_4$ film having a high silicon content could be formed. That is, by decreasing the pressure inside the process chamber lower than that of the standard process conditions in the second step, a $Si_4N_4$ film having a high silicon content could be formed. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 24 seconds

By changing the Si/N composition ratio of a silicon nitride film as described in the example, the charge density (film property) of the silicon nitride film can be controlled, and thus the silicon nitride film can be used as a charge trapping film of a flash memory. In addition, by changing the Si/N composition ratio of a silicon nitride film as described in the example, the optical refractive index or absorption coefficient of the silicon nitride film can be controlled, and thus the silicon nitride film can be used as an antireflection film in a lithograph process.

Second Example

Next, a second example will be described.

By using silicon (Si) as a first element, carbon (C) as a second element, and nitrogen (N) as a third element, a silicon

US 9,318,316 B2

39

carbonitride (SiCN) film was formed while controlling the composition ratio of the silicon carbonitride film according to the second sequence of the embodiment, and then, the composition ratio was measured. DCS gas was used as a first element-containing gas, $C_3H_6$ gas was used as a second element-containing gas, and $NH_3$ gas was used as a third element-containing gas. The composition ratio control was performed by adjusting pressure or gas supply time (exposing time) which is a composition ratio control factor. Like in the case of controlling the composition ratio of a two-element film, when the composition ratio of a three-element film was controlled, as pressure or gas supply time was increased, reaction was increased, and thus the thickness of a layer was increased in a corresponding process. That is, more atoms were supplied in the process. However, if a reactive species of which the adsorption or reaction could be saturated was used, in some cases, the thickness of the layer might not be increased equal to or greater than, for example, that of one atomic layer.

First, a silicon carbonitride film having a standard composition (8 atom % of carbon) was formed on a wafer. At that time, process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of $C_3H_6$ gas: 1 slm
Exposing time to $C_3H_6$ gas: 8 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 931 Pa (7 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 18 seconds

By adjusting process conditions based on the above-listed standard process conditions, it was tried to form a silicon carbonitride (SiCN) film having 16 atom % of carbon.

By changing the exposing time to $C_3H_6$ gas from 8 seconds to 16 seconds in the second step, a SiCN film having a high carbon content could be formed. That is, by increasing the exposing time to $C_3H_6$ gas longer than that of the standard process conditions in the second step, a SiCN film having a high carbon content could be formed. As the content of carbon was increased, the content of nitrogen was decreased. Except for the exposing time to $C_3H_6$ gas in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of $C_3H_6$ gas: 1 slm
Exposing time to $C_3H_6$ gas: 16 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 931 Pa (7 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 18 seconds

40

Alternatively, by changing the pressure inside the process chamber from 133 Pa (1 Torr) to 266 Pa (2 Torr) in the second step, a SiCN film having a high carbon content could be formed. That is, by increasing the pressure inside the process chamber higher than that of the standard process conditions in the second step, a SiCN film having a high carbon content could be formed. As the content of carbon was increased, the content of nitrogen was decreased. Except for the pressure inside the process chamber in the second step, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 266 Pa (2 Torr)
Flowrate of $C_3H_6$ gas: 1 slm
Exposing time to $C_3H_6$ gas: 8 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 931 Pa (7 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 18 seconds

Alternatively, by changing the exposing time to $NH_3$ gas from 18 seconds to 6 seconds in the third step, a SiCN film having a relatively high carbon content could be formed because the content of nitrogen was reduced. That is, by decreasing the exposing time to $NH_3$ gas shorter than that of the standard process conditions in the third step, a SiCN film having a high carbon content could be formed. Except for the exposing time to $NH_3$, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds
(Second Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of $C_3H_6$ gas: 1 slm
Exposing time to $C_3H_6$ gas: 8 seconds
(Third Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 931 Pa (7 Torr)
Flowrate of $NH_3$ gas: 9 slm
Exposing time to $NH_3$ gas: 6 seconds

Alternatively, by changing the pressure inside the process chamber from 931 Pa (7 Torr) to 266 Pa (2 Torr) in the third step, similarly, a SiCN film having a high carbon content could be formed. That is, by decreasing the pressure inside the process chamber lower than that of the standard process conditions in the third step, a SiCN film having a high silicon content could be formed. Except for the pressure inside the process chamber, other process conditions were set equal to the standard process conditions. That is, the process conditions were set as follows.

(First Step)
Temperature in process chamber: 630° C.
Pressure in process chamber: 133 Pa (1 Torr)
Flowrate of DCS gas: 1 slm
Exposing time to DCS gas: 12 seconds

US 9,318,316 B2

**41**

(Second Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 133 Pa (1 Torr)

Flowrate of $C_3H_6$ Gas: 1 Slm

Exposing Time to $C_3H_6$ Gas: 8 Seconds

(Third Step)

Temperature in process chamber: 630° C.

Pressure in process chamber: 266 Pa (2 Torr)

Flowrate of $NH_3$ gas: 9 slm

Exposing time to $NH_3$ gas: 18 seconds

By changing the C/N composition ratio of a silicon carbonitride film as described in the example, the etch resistance (film property) of the silicon carbonitride film can be improved, and thus the silicon carbonitride film can be used as an etch stopper film.

In the case of forming silicon oxynitride (SiON) film while controlling the composition ratio of the silicon oxynitride film according to the second sequence of the embodiment by using silicon (Si) as a first element, oxygen (O) as a second element, and nitrogen (N) as a third element, the O/N composition ratio of the silicon oxynitride film can be varied so as to reduce the dielectric constant of the silicon oxynitride film lower than that of a $Si_3N_4$ film and improve the etch resistance of the silicon oxynitride film superior that of a $SiO_2$ film for use in a variety of fields.

According to the present invention, there are provided a method of manufacturing a semiconductor device and a substrate processing apparatus, which are designed to modify a conventional film so as to improve the quality of the film for achieving a desired performance level of a semiconductor device.

### SUPPLEMENTARY NOTE

The present invention also includes the following embodiments.

(Supplementary Note 1)

According to an embodiment of the present invention, there is provided a method of manufacturing a semiconductor device, the method including:

forming a first layer including a first element on a substrate by supplying a gas containing the first element to an inside of a process vessel in which the substrate is accommodated under a condition where a chemical vapor deposition (CVD) reaction is caused;

forming a second layer including the first element and a second element by supplying a gas containing the second element to the inside of the process vessel to modify the first layer; and

forming a thin film including the first and second elements and having a predetermined thickness by setting the forming of the first layer and the forming of the second layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer and the forming of the second layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer and the forming of the second layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of

**42**

supplying the gas in the other process when the thin film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first and second elements of the thin film is excessive as compared with the other in terms of the stoichiometric composition.

(Supplementary Note 2)

According to another embodiment of the present invention, there is provided a method of manufacturing a semiconductor device, the method including:

forming a first layer including a first element on a substrate by supplying a gas containing the first element to an inside of a process vessel in which the substrate is accommodated under a condition where a CVD reaction is caused;

forming a second layer including the first element and a second element by supplying a gas containing the second element to the inside of the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer;

forming a third layer including the first element, the second element, and a third element by supplying a gas containing the third element to the inside of the process vessel to modify the second layer; and forming a thin film including the first to third elements and having a predetermined thickness by setting the forming of the first layer, the forming of the second layer, and the forming of the third layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer, the forming of the second layer, and the forming of the third layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer, the forming of the second layer, and the forming of the third layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first to third elements of the thin film is excessive as compared with the others in terms of the stoichiometric composition.

(Supplementary Note 3)

According to another embodiment of the present invention, there is provided a method of manufacturing a semiconductor device, the method including:

forming a first layer including a first element on a substrate by supplying a gas containing the first element to an inside of a process vessel in which the substrate is accommodated under a condition where a CVD reaction is caused;

forming a second layer including the first element and a second element by supplying a gas containing the second element to the inside of the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer,

forming a third layer including the first element, the second element, and a third element by supplying a gas containing the third element to the inside of the process vessel, wherein

US 9,318,316 B2

43

44

the third layer is formed by forming a layer including the third element on the second layer, or the third layer is formed by modifying the second layer;

forming a fourth layer including the first to third elements and a fourth element by supplying a gas containing the fourth element to the inside of the process vessel to modify the third layer; and

forming a thin film including the first to fourth elements and having a predetermined thickness by setting the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel or a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process when the film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first to fourth elements of the thin film is excessive as compared with the others in terms of the stoichiometric composition.

(Supplementary Note 4)

According to another embodiment of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element to an inside of the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element to the inside of the process vessel;

a pressure regulating unit configured to control pressure of the inside of the process vessel; and

a controller,

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, and the second element-containing gas supply system so as to:

form a first layer including the first element on the substrate by supplying the gas containing the first element to the inside of the process vessel in which the substrate is accommodated under a condition where a CVD reaction is caused;

form a second layer including the first element and the second element by supplying the gas containing the second element to the inside of the process vessel to modify the first layer; and

form a thin film including the first and second elements and having a predetermined thickness by setting the forming of the first layer and the forming of the second layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer and the forming of the second layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer and the forming of the second layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first and second elements of the thin film is excessive as compared with the other in terms of the stoichiometric composition.

(Supplementary Note 5)

According to another embodiment of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element to an inside of the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element to the inside of the process vessel;

a third element-containing gas supply system configured to supply a gas containing a third element to the inside of the process vessel;

a pressure regulating unit configured to control pressure of the inside of the process vessel; and

a controller,

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, the second element-containing gas supply system, and the third element-containing gas supply system so as to:

form a first layer including the first element on the substrate by supplying the gas containing the first element to the inside of the process vessel in which the substrate is accommodated under a condition where CVD reaction is caused;

form a second layer including the first and second elements by supplying the gas containing the second element to the inside of the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer;

form a third layer including the first element, the second element, and the third element by supplying the gas containing the third element to the inside of the process vessel to modify the second layer; and

form a thin film including the first to third elements and having a predetermined thickness by setting the forming of the first layer, the forming of the second layer, and the forming of the third layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer, the forming of the second layer, and the forming of the third layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer, the

US 9,318,316 B2

45

forming of the second layer, and the forming of the third layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first to third elements of the thin film is excessive as compared with the others in terms of the stoichiometric composition.

(Supplementary Note 6)

According to another embodiment of the present invention, there is provided a substrate processing apparatus including:

a process vessel configured to accommodate a substrate;

a first element-containing gas supply system configured to supply a gas containing a first element to an inside of the process vessel;

a second element-containing gas supply system configured to supply a gas containing a second element to the inside of the process vessel;

a third element-containing gas supply system configured to supply a gas containing a third element to the inside of the process vessel;

a fourth element-containing gas supply system configured to supply a gas containing a fourth element to the inside of the process vessel;

a pressure regulating unit configured to control pressure of the inside of the process vessel; and

a controller,

wherein the controller is configured to control the pressure regulating unit, the first element-containing gas supply system, the second element-containing gas supply system, the third element-containing gas supply system, and the fourth element-containing gas supply system so as to:

form a first layer including the first element on the substrate by supplying the gas containing the first element to the inside of the process vessel in which the substrate is accommodated under a condition where a CVD reaction is caused;

form a second layer including the first and second elements by supplying the gas containing the second element to the inside of the process vessel, wherein the second layer is formed by forming a layer including the second element on the first layer, or the second layer is formed by modifying the first layer;

form a third layer including the first to third elements by supplying the gas containing the third element to the inside of the process vessel, wherein the third layer is formed by forming a layer including the third element on the second layer, or the third layer is formed by modifying the second layer;

form a fourth layer including the first to fourth elements by supplying the gas containing the fourth element to the inside of the process vessel to modify the third layer; and

form a thin film including the first to fourth elements and having a predetermined thickness by setting the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer to one cycle and repeating the cycle at least once,

wherein pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in one process of the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer are controlled to be higher or longer than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the one process when the thin film having a stoichiometric composition is formed, or

46

pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process of the forming of the first layer, the forming of the second layer, the forming of the third layer, and the forming of the fourth layer are controlled to be lower or shorter than pressure of the inside of the process vessel, or pressure of the inside of the process vessel and a time of supplying the gas in the other process when the thin film having the stoichiometric composition is formed,

so as to form the thin film having a composition that one of the first to fourth elements of the thin film is excessive as compared with the others in terms of the stoichiometric composition.

What is claimed is:

1. A method of manufacturing a semiconductor device, the method comprising forming a thin film having a predetermined thickness and a predetermined composition on a substrate, the thin film comprising a first element and a second element different from the first element, by repeating a cycle a plurality of times, the cycle comprising:

(a) forming a first layer comprising the first element and having a thickness of several atomic layers or less than one atomic layer on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate; and

(b) forming a second layer comprising the first element and the second element by supplying a gas containing the second element into the process vessel to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element.

2. The method of claim 1, wherein each of the steps (a) through (b) is carried out under a non-plasma, heated and decompressed atmosphere.

3. The method of claim 1, wherein only a surface layer of the first layer having the thickness of several atomic layers is modified in the step (b).

4. The method of claim 1, wherein only a part of a surface layer of the first layer having the thickness of several atomic layers is modified in the step (b).

5. The method of claim 1, wherein only a part of the first layer having the thickness of less than one atomic layer is modified in the step (b).

6. A method of manufacturing a semiconductor device, the method comprising forming a thin film having a predetermined thickness and a predetermined composition on a substrate, the thin film comprising a first element, a second element different from the first element and a third element different from the first element and the second element, by repeating a cycle a plurality of times, the cycle comprising:

(a) forming a first layer comprising the first element and having a thickness of several atomic layers or less than one atomic layer on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate;

(b) forming a second layer comprising the first element and the second element by supplying a gas containing the second element into the process vessel to form a discontinuous layer comprising the second element on the first layer or to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element; and

(c) forming a third layer comprising the first element, the second element, and the third element by supplying a gas containing the third element into the process vessel to modify the second layer without saturating a modifying reaction of the second layer by the gas containing the third element.

US 9,318,316 B2

47

**7**. The method of claim **6**, wherein each of the steps (a) through (c) is carried out under a non-plasma, heated and decompressed atmosphere.

**8**. The method of claim **6**, wherein only a surface layer of the second layer is modified in the step (c).

**9**. The method of claim **6**, wherein only a part of a surface layer of the second layer is modified in the step (c).

**10**. A method of manufacturing a semiconductor device, the method comprising forming a thin film having a predetermined thickness and a predetermined composition on a substrate, the thin film comprising a first element, a second element different from the first element, a third element different from the second element and a fourth element different from the first element, the second element and the third element, by repeating a cycle a plurality of times, the cycle comprising:

(a) forming a first layer comprising the first element and having a thickness of several atomic layers or less than one atomic layer on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate;

(b) forming a second layer comprising the first element and the second element by supplying a gas containing the second element into the process vessel to form a discontinuous layer comprising the second element on the first layer or to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element;

(c) forming a third layer comprising the first element, the second element and the third element by supplying a gas containing the third element into the process vessel to form a discontinuous layer comprising the third element on the second layer or to modify the second layer without saturating a modifying reaction of the second layer by the gas containing the third element; and

(d) forming a fourth layer comprising the first, the second element, the third element and the fourth element by supplying a gas containing the fourth element into the process vessel to modify the third layer without saturating a modifying reaction of the third layer by the gas containing the fourth element.

**11**. The method of claim **10**, wherein each of the steps (a) through (d) is carried out under a non-plasma, heated and decompressed atmosphere.

**12**. The method of claim **10**, wherein only a surface layer of the third layer is modified in the step (d).

**13**. The method of claim **10**, wherein only a part of a surface layer of the third layer is modified in the step (d).

**14**. A method of processing a substrate, the method comprising forming a thin film having a predetermined thickness and a predetermined composition on the substrate, the thin film comprising a first element and a second element different from the first element, by repeating a cycle a plurality of times, the cycle comprising:

(a) forming a first layer comprising the first element and having a thickness of several atomic layers or less than one atomic layer on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate; and

(b) forming a second layer comprising the first element and the second element by supplying a gas containing the second element into the process vessel to modify the first

48

layer without saturating a modifying reaction of the first layer by the gas containing the second element.

**15**. A method of processing a substrate, the method comprising forming a thin film having a predetermined thickness and a predetermined composition on the substrate, the thin film comprising a first element, a second element different from the first element and a third element different from the first element and the second element, by repeating a cycle a plurality of times, the cycle comprising:

(a) forming a first layer comprising the first element and having a thickness of several atomic layers or less than one atomic layer on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate;

(b) forming a second layer comprising the first element and the second element by supplying a gas containing the second element into the process vessel to form a discontinuous layer comprising the second element on the first layer or to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element; and

(c) forming a third layer comprising the first element, the second element and the third element by supplying a gas containing the third element into the process vessel to modify the second layer without saturating a modifying reaction of the second layer by the gas containing the third element.

**16**. A method of processing a substrate, the method comprising forming a thin film having a predetermined thickness and a predetermined composition on the substrate, the thin film comprising a first element, a second element different from the first element, a third element different from the second element and a fourth element different from the first element, the second element and the third element, by repeating a cycle a plurality of times, the cycle comprising:

(a) forming a first layer comprising the first element and having a thickness of several atomic layers or less than one atomic layer on the substrate by supplying a gas containing the first element into a process vessel accommodating the substrate;

(b) forming a second layer comprising the first element and the second element by supplying a gas containing the second element into the process vessel to form a discontinuous layer comprising the second element on the first layer or to modify the first layer without saturating a modifying reaction of the first layer by the gas containing the second element;

(c) forming a third layer comprising the first element, the second element and the third element by supplying a gas containing the third element into the process vessel to form a discontinuous layer comprising the third element on the second layer or to modify the second layer without saturating a modifying reaction of the second layer by the gas containing the third element; and

(d) forming a fourth layer comprising the first element, the second element, the third element and the fourth element by supplying a gas containing the fourth element into the process vessel to modify the third layer without saturating a modifying reaction of the third layer by the gas containing the fourth element.

\*    \*    \*    \*    \*

# Exhibit H



US 20170062204A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2017/0062204 A1

SUZUKI et al. (43) Pub. Date: **Mar. 2, 2017**

(54) **FORMATION OF SIN THIN FILMS**

(71) Applicant: **ASM IP Holding B.V.**, Almere (NL)

(72) Inventors: **TOSHIYA SUZUKI**, HELSINKI (FI);
**VILJAMI J. PORE**, HELSINKI (FI);
**SHANG CHEN**, TOKYO (JP);
**RYOKO YAMADA**, KANAGAWA
(JP); **DAI ISHIKAWA**, TOKYO (JP);
**KUNITOSHI NAMBA**, TOKYO (JP)

(21) Appl. No.: **14/834,290**

(22) Filed: **Aug. 24, 2015**

**Publication Classification**

(51) **Int. Cl.**
*H01L 21/02* (2006.01)

(52) **U.S. Cl.**
CPC ....... *H01L 21/0228* (2013.01); *H01L 21/0217*
(2013.01); *H01L 21/02274* (2013.01); *H01L*
*21/02208* (2013.01)

(57) **ABSTRACT**

Methods of forming silicon nitride thin films on a substrate in a reaction space under high pressure are provided. The methods can include a plurality of plasma enhanced atomic layer deposition (PEALD) cycles, where at least one PEALD deposition cycle comprises contacting the substrate with a nitrogen plasma at a process pressure of 20 Torr to 500 Torr within the reaction space. In some embodiments the silicon precursor is a silyly halide, such as $H_2SiI_2$. In some embodiments the processes allow for the deposition of silicon nitride films having improved properties on three dimensional structures. For example, such silicon nitride films can have a ratio of wet etch rates on the top surfaces to the sidewall of about 1:1 in dilute HF.



Case 5:17-cv-06880-BLF     Document 24-1     Filed 02/16/18     Page 202 of 225



FIG. 1A



FIG. 1B

Case 5:17-cv-06880-BLF    Document 24-1    Filed 02/16/18    Page 203 of 225



FIG. 2A



FIG. 2B

Patent Application Publication     Mar. 2, 2017  Sheet 4 of 9        US 2017/0062204 A1





Process A

Film formation

FIG. 4A

Process B

Conformal film improvement

FIG. 4B

(Process A x n cycle + Process B x 1 cycle) x m cycle



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6A

FIG. 6C

FIG. 6B

FIG. 6D

US 2017/0062204 A1

Mar. 2, 2017

1

# FORMATION OF SiN THIN FILMS

## BACKGROUND

[0001]  Field

[0002]  The present disclosure relates generally to the field of semiconductor device manufacturing and, more particularly, to low temperature formation of silicon nitride thin films.

[0003]  Description of the Related Art

[0004]  Spacers are widely used in semiconductor manufacturing as structures to protect against subsequent processing steps. For example, nitride spacers formed beside gate electrodes can be used as a mask to protect underlying source/drain areas during doping or implanting steps.

[0005]  As the physical geometry of semiconductor devices shrinks, the gate electrode spacer becomes smaller and smaller. The spacer width is limited by the nitride thickness that can be deposited conformably over the dense gate electrodes lines. Thus, the nitride spacer etching process is preferred to have a high ratio of spacer width to nitride layer thickness as deposited.

[0006]  Current PEALD silicon nitride processes in general suffer from anisotropic etch behavior when used to deposit on a three-dimensional structure, such as a trench structure. In other words, the film deposited on the sidewalls of a trench or fin or another three dimensional feature display inferior film properties as compared to film on the top region of the feature. The film quality may be sufficient for the target application on the top of the trench, or on planar regions of a structured wafer, but not on the sidewalls or other non-horizontal or vertical surfaces.

[0007]  FIGS. 1A and 1B illustrate a typical example of a silicon nitride film, which could be used, for example, in spacer applications. The film was deposited at 400° C. using a conventional PEALD process, not a process described in the present application. FIG. 1A illustrates the film after it was deposited on a three-dimensional surface but prior to being etched by HF. An etching process was then performed by dipping the workpiece in 0.5% BF for about 60 seconds. FIG. 1B illustrates the extent to which vertical portions of the silicon nitride film etch to a greater extent than the horizontal portions of the film. The film thicknesses are indicated in nanometers. Structures such as these would not generally survive further processing, such as in a FinFET spacer application.

## SUMMARY

[0008]  In some aspects, atomic layer deposition (ALD) methods of forming silicon nitride films are provided. In some aspects, plasma enhanced atomic layer deposition (PEALD) methods of forming silicon nitride films are provided. The methods allow for the deposition of silicon nitride films with desirable qualities, such as good step coverage and pattern loading effects, as well as desirable etch characteristics. According to some embodiments, the silicon nitride films have a relatively uniform etch rate for both the vertical and the horizontal portions, when deposited onto 3-dimensional structures. In some embodiments the wet etch rates of silicon nitride deposited on the vertical and horizontal portions of the three dimensional structure are approximately equal. Such three-dimensional structures may include, for example and without limitation, FinFETS or other types of multiple gate FETs. In some embodiments,

various silicon nitride films of the present disclosure have an etch rate of less than half the thermal oxide removal rate of about 2-3 nm per minute with diluted BF (0.5%).

[0009]  In some embodiments, methods of forming a silicon nitride thin film on a substrate in a reaction space can include a plasma enhanced atomic layer deposition (PEALD) process. The PEALD process may include at least one PEALD deposition cycle including contacting a surface of the substrate with a vapor phase silicon precursor to provide adsorbed silicon species on the surface of the substrate and contacting the adsorbed silicon species with nitrogen plasma to form silicon nitride on the surface of the substrate. In some embodiments the silicon precursor is a silicon halide. In some embodiments the silicon halide may comprise iodine, and may be, for example $H_2SiI_2$. The pressure in the reaction space during the contacting steps can be at least about 20 Torr.

[0010]  In some embodiments, the silicon nitride thin film is deposited on a three-dimensional structure on the substrate, and a wet etch rate ratio of a portion of the silicon nitride thin film formed on a top surface of the three-dimensional structure to a portion of the silicon nitride thin film formed on a sidewall surface of the three-dimensional structure is about 1:1.

[0011]  In some embodiments, the nitrogen plasma is formed using a plasma power of about 500 Watts (W) to about 1000 W. In some embodiments, the contacting steps are carried out at a process temperature of about 100° C. to about 650° C.

[0012]  In some embodiments methods of forming a silicon nitride thin film on a substrate in a reaction space can include a plurality of atomic layer deposition (ALD) cycles. At least one of the ALD deposition cycles can include contacting a surface of the substrate with a vapor phase silicon precursor to provide adsorbed silicon species on the surface of the substrate, and contacting the adsorbed silicon species with nitrogen reactants to form silicon nitride on the surface of the substrate. The pressure in the reaction space during the contacting steps can be at least about 20 Torr. In some embodiments, the process pressure within the reaction space is about 30 Torr to about 500 Torr. In some embodiments, the contacting steps can be carried out at a process temperature of about 100° C. to about 650° C.

[0013]  In some embodiments, the vapor phase silicon precursor can include a silyl halide. In some embodiments, the vapor phase silicon precursor comprises iodine, and may be, for example, $H_2SiI_2$.

[0014]  In some embodiments, the silicon nitride thin film is deposited on a three-dimensional structure on the surface of the substrate. A wet etch rate ratio of a portion of the silicon nitride thin film formed on a top surface of the three-dimensional structure to a portion of the silicon nitride thin film formed on a sidewall surface of the three-dimensional structure can be about 1:1. In some embodiments,

[0015]  In some embodiments, the at least one atomic layer deposition cycle comprises a plasma enhanced atomic layer deposition (PEALD) cycle. The nitrogen reactants can be generated by a plasma using a nitrogen precursor. In some embodiments, the nitrogen plasma is formed from nitrogen gas ($N_2$). In some embodiments, the nitrogen gas ($N_2$) flows continuously throughout the PEALD deposition cycle.

[0016]  In some embodiments, excess vapor phase silicon precursors can be removed between contacting the surface of the substrate with the vapor phase silicon precursor and

2

contacting the adsorbed silicon species with the nitrogen reactants. In some embodiments, a purge gas can be flowed between contacting the surface of the substrate with a vapor phase silicon precursor and contacting the adsorbed silicon species with the nitrogen reactants.

[0017] In some embodiments, methods of forming a silicon nitride thin film on a substrate in a reaction space can include a plurality of super-cycles including a plurality of silicon nitride deposition sub-cycles comprising alternately and sequentially contacting the substrate with a silicon precursor and a nitrogen plasma; and a plurality of high-pressure treatment sub-cycles, where at least one of the plurality of high-pressure treatment sub-cycles includes contacting the substrate with a nitrogen plasma at a pressure of greater than about 20 Torr. In some embodiments, the pressure is about 20 Torr to about 500 Torr. In some embodiments, the pressure is about 20 Torr to about 30 Torr. In some embodiments the pressure is greater than 30 Torr, or between 30 Torr and 500 Torr.

[0018] In some embodiments, the silicon precursor is $H_2SiI_2$. In some embodiments, the nitrogen-containing plasma is generated from a nitrogen precursor selected from the group consisting of $NH_3$, $N_2H_4$, an $N_2/H_2$ mixture, $N_2$, and any mixtures thereof.

[0019] In some embodiments, the silicon nitride thin film is deposited on a three-dimensional structure on the substrate. A wet etch rate ratio of a wet etch rate of silicon nitride formed on a top surface of the three-dimensional structure to a wet etch rate of the silicon nitride formed on a sidewall surface of the three-dimensional structure is 1:1.

[0020] In some embodiments, the at least one silicon nitride deposition sub-cycle can include flowing a carrier gas throughout the at least one silicon nitride deposition sub-cycle. In some embodiments, the at least one silicon nitride deposition sub-cycle further includes flowing a hydrogen-containing gas and a nitrogen-containing gas throughout the at least one silicon nitride deposition sub-cycle.

[0021] In some embodiments, the hydrogen-containing gas and the nitrogen-containing gas are used to form the nitrogen-containing plasma. In some embodiments, the at least one high-pressure treatment sub-cycle includes flowing a carrier gas throughout the at least one high-pressure treatment sub-cycle.

BRIEF DESCRIPTION OF THE DRAWINGS

[0022] The invention will be better understood from the Detailed Description of the Preferred Embodiments and from the appended drawings, which are meant to illustrate and not to limit the invention, and wherein:

[0023] FIGS. 1A and 1B illustrate a silicon nitride film deposited by a conventional method and the results of an etching process performed on the silicon nitride film;

[0024] FIG. 2A is a flow chart illustrating a method of forming a silicon nitride thin film by a high pressure PEALD process in accordance with some embodiments of the present disclosure;

[0025] FIG. 2B is a flow chart illustrating a method of forming a silicon nitride thin film using a high-pressure treatment step in accordance with some embodiments of the present disclosure.

[0026] FIGS. 3A and 3B are schematic diagrams showing exemplary ion incident angles upon vertical surfaces of a three-dimensional structure of ions generated by a lower pressure plasma and a higher pressure plasma, respectively.

[0027] FIGS. 4A and 4B are examples of timing diagrams for a silicon nitride deposition process, according to some embodiments, comprising a silicon nitride deposition sub-cycle and a high-pressure treatment sub-cycle, respectively.

[0028] FIGS. 5A-5C show wet etch rate performance curves of a SiN film formed by a process using conventional pressure (FIG. 5A and FIG. 5B), and wet etch rate performance curves of a SiN film formed using a high-pressure treatment process according to one or more embodiments described herein (FIG. 5C).

[0029] FIGS. 6A-6D are scanning electron microscope (SEM) images showing cross-sectional views of SiN films formed on trench structures prior to and after exposure of the films to a wet etch dip. FIGS. 6A and 6B illustrate conformality and wet etch of films formed using low pressure, while FIGS. 6C and 6D illustrate conformality and wet etch of films deposited according to one or more embodiments described herein.

DETAILED DESCRIPTION

[0030] Silicon nitride films have a wide variety of applications, as will be apparent to the skilled artisan, such as in planar logic, DRAM, and NAND Flash devices. More specifically, conformal silicon nitride thin films that display uniform etch behavior have a wide variety of applications, both in the semiconductor industry and also outside of the semiconductor industry. According to some embodiments of the present disclosure, various silicon nitride films and precursors and methods for depositing those films by atomic layer deposition (ALD) are provided. Importantly, in some embodiments the silicon nitride films have a relatively uniform etch rate for both vertical and horizontal portions, when deposited onto 3-dimensional structures. Such three-dimensional structures may include, for example and without limitation, FinFETS or other types of multiple gate FETs. In some embodiments, various silicon nitride films of the present disclosure have an etch rate of less than half the thermal oxide removal rate of about 2-3 nm per minute with diluted BF (0.5%).

[0031] In some embodiments, silicon nitride thin films are deposited on a substrate by plasma-enhanced atomic layer deposition (PEALD) processes. In some embodiments a silicon nitride thin film is deposited over a three dimensional structure, such as a fin in the formation of a finFET device.

[0032] The formula of the silicon nitride films is generally referred to herein as SiN for convenience and simplicity. However, the skilled artisan will understand that the actual formula of the silicon nitride, representing the Si:N ratio in the film and excluding hydrogen or other impurities, can be represented as $SiN_x$, where x varies from about 0.5 to about 2.0, as long as some Si—N bonds are formed. In some cases, x may vary from about 0.9 to about 1.7, from about 1.0 to about 1.5, or from about 1.2 to about 1.4. In some embodiments silicon nitride is formed where Si has an oxidation state of +IV and the amount of nitride in the material might vary.

[0033] In some embodiments, a high pressure PEALD process is used to deposit SiN thin films. A substrate on which the SiN film is to be deposited is alternately and sequentially contacted with a silicon precursor and a nitrogen reactant, where the nitrogen reactant comprises reactive species generated by a plasma using a nitrogen precursor. The high pressure process can comprise a plurality of deposition cycles, wherein at least one deposition cycle is

US 2017/0062204 A1

Mar. 2, 2017

3

performed in an elevated pressure regime. For example, a deposition cycle of a high pressure PEALD process may comprise alternately and sequentially contacting the substrate with a silicon precursor and a nitrogen reactant under the elevated pressure. In some embodiments, one or more deposition cycles of the PEALD process can be performed at a process pressure of about 6 Torr to about 500 Torr, about 6 Torr to about 50 Torr, or about 6 Torr to about 100 Torr. In some embodiments, the one or more deposition cycles can be performed at a process pressure of greater than about 20 Torr, including about 20 Torr to about 500 Torr, about 30 Torr to about 500 Torr, about 40 Torr to about 500 Torr, or about 50 Torr to about 500 Torr. In some embodiments, the one or more deposition cycles can be performed at a process pressure of about 20 Torr to about 30 Torr, about 20 Torr to about 100 Torr, about 30 Torr to about 100 Torr, about 40 Torr to about 100 Torr or about 50 Torr to about 100 Torr.

[0034]  In some embodiments, a high pressure PEALD process used to deposit SiN thin films can include one or more deposition cycles comprising contacting the substrate with the silicon precursor at a conventional process pressure and contacting the silicon species adsorbed on the substrate with a nitrogen reactant, such as a nitrogen plasma, under an elevated pressure regime. For example, one or more deposition cycles of a high pressure PEALD process may comprise contacting the substrate with a silicon precursor at a process pressure of about 0.1 Torr to about 5 Torr, such as at about 3 Torr or lower, and contacting the adsorbed silicon species with a nitrogen reactant at a process pressure of about 6 Torr to about 500 Torr, about 20 Torr to about 500 Torr, about 30 Torr to about 500 Torr, about 40 Torr to about 500 Torr, or about 50 Torr to about 500 Torr. In some embodiments, contacting the adsorbed silicon species with the nitrogen reactant can be performed at a process pressure of about 20 Torr to about 30 Torr, about 20 Torr to about 100 Torr, about 30 Torr to about 100 Torr, about 40 Torr to about 100 Torr or about 50 Torr to about 100 Torr.

[0035]  In some embodiments, the high-pressure PEALD process may utilize a silyl halide as the silicon precursor. In some embodiments, the silicon precursor comprises iodine. In some embodiments, the silicon precursor is $H_2SiI_2$.

[0036]  In some embodiments the nitrogen precursor for the high-pressure PEALD process comprises nitrogen plasma. For example, the second precursor may comprise N, NH or $NH_2$ radicals. In some embodiments the nitrogen plasma may be generated from $N_2$, for example from a mixture of $N_2$ and $H_2$. In some embodiments however, no hydrogen plasma is utilized. Nitrogen plasma may be generated, for example, at a power of about 10 W to about 2,000 W, about 50 W to about 1000 W, about 100 W to about 1000 W or about 500 W to about 1000 W. For example, the nitrogen plasma can be generated at a power of about 800 W to about 1000 W.

[0037]  In some embodiments, the high-pressure PEALD process can be performed at a process temperature of about 100° C. to about 650° C. In some embodiments the PEALD process can be performed at a process temperature of about 100° C. to about 550° C. or about 100° C. to about 450° C.

[0038]  For example, in some embodiments, each of a plurality of deposition cycles of a high-pressure PEALD process may be performed in the elevated pressure regime of about 6 Torr to about 500 Torr, preferably about 20 Torr to about 500 Torr, and more preferably about 30 Torr to about 500 Torr, at a temperature of about about 100° C. to about

650° C., and using a silyl halide, such as $H_2SiI_2$ as the silicon precursor. In some embodiments at least one of the plurality of deposition cycles is performed under these conditions. For example, one or more high pressure deposition cycles may be performed intermittently during deposition of a silicon nitride film, with the remaining deposition cycles being performed at conventional pressure.

[0039]  SiN thin films formed on three-dimensional structures using such deposition processes can advantageously demonstrate desired uniformity in characteristics between portions of the films formed on horizontal surfaces (e.g., top surfaces) and vertical surfaces (e.g., sidewall surfaces) of the structure. For example, SiN thin films formed using such PEALD processes can advantageously demonstrate increased uniformity in wet etch rates (WER), film thicknesses, density, and/or purity, between SiN film formed on horizontal surfaces and vertical surfaces of a three-dimensional structure. In some embodiments, such a PEALD process can advantageously provide SiN thin films having desired wet etch rate ratios (WERR). As used herein, a wet etch rate ratio refers to a ratio of an etch rate of SiN film formed on a horizontal surface (e.g., a top surface) to an etch rate of the SiN film formed on a vertical surface (e.g., a sidewall surface). For example, a wet etch rate of SiN thin film deposited using a high-pressure PEALD process described herein can demonstrate the same or substantially the same WER on both vertical and horizontal surfaces, for example providing a wet etch rate ratio (WERR) of about 1 when exposed to dilute HF (0.5 weight % aqueous solution). In some embodiments, the ratio can be about 0.25 to about 2, about 0.5 to about 1.5, about 0.75 to about 1.25, or about 0.9 to about 1.1. In some embodiments, these ratios can be achieved in aspect ratios of more than about 2, preferably in aspect ratios more than about 3, more preferably in aspect ratios more than about 5 and most preferably in aspect ratios more than about 8. In some embodiments, such a PEALD process can advantageously provide SiN thin films having the same or substantially the same thickness on both vertical and horizontal surfaces. Without wishing to be held to any particular theory, it is believed that in some embodiments, a SiN PEALD process performed in an elevated pressure regime may advantageously reduce anisotropy of ion bombardment by increasing collision between the ions of the plasma, thereby reducing differences in one or more characteristics of SiN film formed on horizontal and vertical surfaces of a three-dimensional structure.

[0040]  In some embodiments, SiN can be deposited using at least one lower pressure deposition cycle, and subsequently treated by a high-pressure treatment process, to provide SiN thin films having desired characteristics. In some embodiments, a process for forming SiN thin films can include one or more silicon nitride deposition sub-cycles and one or more high-pressure treatment sub-cycles. In some embodiments, the one or more silicon nitride deposition sub-cycles deposits SiN on the substrate at conventional pressure and the one or more high-pressure treatment sub-cycles can be provided intermittently and advantageously improve one or more characteristics of the deposited SiN to provide a SiN thin film having one or more desired characteristics, such as an improved wet etch rate ratio. The high pressure treatment sub-cycle can be provided after each silicon nitride deposition sub-cycle, or intermittently, such as at regular intervals during the deposition process, for example after every 2, 3, 4, 5, 10, 20 etc. . . . cycles.

[0041] A silicon nitride deposition sub-cycle may comprise a PEALD process performed at a conventional deposition pressure, followed by a high-pressure treatment process comprising a plasma step performed at a pressure significantly higher than the conventional deposition pressure. For example, the PEALD process can be performed at a process pressure of about 0.1 Torr to about 5 Torr, such as at about 3 Torr or lower or about 4 Torr or lower, and the high-pressure treatment sub-cycle can be performed at a process pressure of at least about 6 Torr, such as at least about 7 Torr, at least about 20 Torr, at least about 30 Torr, or at least about 40 Torr, including about 6 Torr to about 500 Torr, about 7 Torr to about 500 Torr, about 20 Torr to about 500 Torr, about 30 Torr to about 500 Torr, about 40 Torr to about 500 Torr, about 6 Torr to about 100 Torr, about 50 Torr to about 100 Torr, about 40 Torr to about 100 Torr, about 30 Torr to about 100 Torr, or about 20 Torr to about 100 Torr.

[0042] In some embodiments, the PEALD process may use a silyl halide, for example comprising iodine, such as $H_2SiI_2$, as a silicon precursor in combination with a nitrogen precursor, such as a nitrogen plasma. The high-pressure treatment process may comprise providing nitrogen plasma at the elevated pressure. In some embodiments, such a silicon nitride formation process can unexpectedly allow formation of conformal SiN films on three-dimensional structures having desired film characteristics on both vertical and horizontal surfaces. For example, such a silicon nitride formation process may unexpectedly reduce differences in quality between thin film formed on vertical and horizontal surfaces, including differences between wet etch rates (WER) and/or film thicknesses, while also providing a film having desired impurity levels. In some embodiments, such a silicon nitride formation process can advantageously provide SiN thin films having the same or substantially the same WER on both vertical and horizontal surfaces. In some embodiments, such a silicon nitride formation process can advantageously provide SiN thin films having the same or substantially the same thickness on both vertical and horizontal surfaces. In some embodiments, such a silicon nitride formation process can advantageously provide SiN thin films having desired uniformity in film density and/or impurity levels on both vertical and horizontal surfaces. For example, a ratio of a wet etch rate of a portion of the SiN thin formed on horizontal surfaces (e.g., top surfaces) of a three-dimension structure to that of a portion of the SiN film formed on vertical surfaces (e.g., sidewall surfaces) when exposed to dilute HF (0.5 weight % aqueous solution) can be about 1. In some embodiments, the ratio can be about 0.25 to about 2, about 0.5 to about 1.5, about 0.75 to about 1.25, or about 0.9 to about 1.1. These ratios can be achieved in aspect ratios, for example, of more than about 2, preferably in aspect ratios more than about 3, more preferably in aspect ratios more than about 5 and most preferably in aspect ratios more than about 8.

[0043] In some embodiments, a process for forming silicon nitride thin films can include one or more super cycles, each of the one or more super-cycles including one or more silicon nitride deposition sub-cycles and one or more high-pressure treatment sub-cycles. A super-cycle may include the one or more silicon nitride deposition sub-cycles followed by the one or more high-pressure treatment sub-cycles. In some embodiments, the super-cycle can be repeated a number of times to form a silicon nitride thin film of a desired thickness and having one or more desired characteristics. In some embodiments, the number of silicon nitride deposition sub-cycles and the number of high-pressure treatment sub-cycles of one super-cycle can be different from one or more other super cycles of a silicon nitride formation process comprising a plurality of super-cycles. In some embodiments, the number of silicon nitride deposition sub-cycles and the number of high-pressure treatment sub-cycles of one super-cycle can the same as one or more other super cycles of a silicon nitride formation process comprising a plurality of super-cycles. In some embodiments, a process for forming a silicon nitride film can include one super cycle, the super cycle including a number of silicon nitride deposition sub-cycles followed by a number of high-pressure treatment sub-cycles. The number of super cycles, and/or silicon nitride deposition sub-cycles and high-pressure treatment sub-cycles in a super cycle, can be selected to form a silicon nitride film having desired properties. As described herein, one or more processes described herein can provide a conformal SiN thin film over a three-dimensional structure, the SiN thin film formed on the three-dimensional structure also demonstrating desired uniformity in characteristics on both vertical and horizontal surfaces.

Formation of Silicon Nitride Thin Films

[0044] FIG. 2A is a flow chart generally illustrating a silicon nitride PEALD deposition cycle 200 performed under an elevated process pressure that can be used to deposit a silicon nitride thin film in accordance with some embodiments. According to certain embodiment, a silicon nitride thin film is formed on a substrate by a high-pressure PEALD-type process comprising multiple silicon nitride deposition cycles, each silicon nitride deposition cycle 200 comprising:

[0045] (1) contacting a surface of a substrate with vaporized silicon precursor under an elevated process pressure 202 such that silicon species adsorb onto the surface of the substrate;

[0046] (2) contacting the adsorbed silicon species with nitrogen-containing reactants under the elevated process pressure 204, thereby converting the adsorbed silicon species into silicon nitride.

[0047] In some embodiments, the nitrogen-containing reactants comprises reactants generated by a plasma from one or more nitrogen-containing precursors.

[0048] In some embodiments, the one or more nitrogen precursors may flow continuously throughout the cycle, with the nitrogen-containing plasma formed at the appropriate times to convert adsorbed silicon species into silicon nitride. For example, nitrogen gas ($N_2$) and/or hydrogen gas ($H_2$) may flow continuously throughout the cycle.

[0049] The contacting steps are repeated until a thin film of a desired thickness and composition is obtained. Excess reactants may be purged from the reaction space after each contacting step, i.e., steps 202 and 204.

[0050] In some embodiments, the silicon precursor of PEALD deposition cycle 200 may comprise a silyl halide. In some embodiments, the silicon precursor is $H_2SiI_2$.

[0051] In some embodiments, the high pressure PEALD process is performed at a temperature from about 100° C. to about 650° C., about 100° C. to about 550° C., about 100° C. to about 450° C., or about 200° C. to about 600° C. In some embodiments the temperature is about 300° C., or about 550° C. In some embodiments the temperature is

5

about 400° C. to about 500° C. In some embodiments, the high pressure PEALD process is performed at a temperature of about 550° C. or about 600° C.

[0052] In some embodiments, one or both of the contacting steps (1) and (2) described with reference to FIG. 2A can be followed by a step in which excess reactants and/or reaction byproducts, if any, are removed from the vicinity of the substrate. For example, a purge step can follow one or both of the contacting steps (1) and (2).

[0053] As will be described in further details below, the high-pressure PEALD process for depositing the silicon nitride thin film can be performed at a process pressure of greater than about 6 Torr, or about 20 Torr. In some embodiments, the process pressure can be performed at a pressure of about 6 Torr to about 500 Torr, about 6 Torr to about 100 Torr, about 40 Torr to about 500 Torr, about 50 Torr to about 100 Torr, about 40 Torr to about 100 Torr, about 30 Torr to about 100 Torr, or about 20 Torr to about 100 Torr. In some embodiments, the process pressure can be about 20 Torr to about 50 Torr, or about 20 Torr to about 30 Torr. For example, one or more of the PEALD deposition cycles of the high-pressure PEALD process can be performed at a process pressure of about 20 Torr to about 500 Torr, including about 30 Torr to about 500 Torr. In some embodiments, the contacting steps (1) and (2) described with reference to FIG. 2A can be performed at such elevated pressures.

[0054] As will be described in further details below, the nitrogen-containing plasma described with reference to FIG. 2A can be generated using nitrogen-containing gas, including gas comprising compounds having both N and H, such as $NH_3$ and $N_2H_4$, a mixture of $N_2/H_2$ or other precursors having an N-H bond. In some embodiments, a plasma power used for generating the nitrogen-containing plasma can be about 10 Watts (W) to about 2,000 W, about 50 W to about 1000 W, about 100 W to about 1000 W or about 500 W to about 1000 W. In some embodiments, a plasma power used for generating the nitrogen-containing plasma can be about 800 W to about 1,000 W.

[0055] As described herein, in some embodiments, one or more deposition cycles or portions of a deposition cycle of a PEALD process for forming SiN can be performed at two different process pressures. In some embodiments, contacting the substrate with the silicon precursor can be performed at a process pressure of about 0.01 Torr to about 5 Torr, including about 0.1 Torr to about 5 Torr or about 1 Torr to about 5 Torr, while contacting the adsorbed silicon species can be performed under an elevated pressure regime as described herein. For example, contacting the adsorbed silicon species with nitrogen reactants can be performed at a process pressure of at least about 6 Torr, about 7 Torr, about 20 Torr, about 30 Torr or about 40 Torr. In some embodiments, the process pressure can be about 6 Torr to about 500 Torr, about 7 Torr to about 500 Torr, about 20 to about 500 Torr, about 6 Torr to about 100 Torr, about 20 Torr to about 100 Torr, or about 30 Torr to about 100 Torr.

[0056] Referring to FIG. 2B, a flow chart generally illustrating a process for forming silicon nitride thin film according to another embodiment is shown. As described herein, in some embodiments, a process for forming a silicon nitride thin film can include one or more super-cycles 220, where each of the one or more super-cycles includes one or more silicon nitride deposition sub-cycles 226 and one or more high-pressure treatment sub-cycles 228. According to cer-

tain embodiment, a silicon nitride deposition sub-cycle 226 may comprise a PEALD process comprising:

[0057] (1) contacting a surface of a substrate with vaporized silicon precursors 222 such that silicon species adsorb onto the surface of the substrate;

[0058] (2) contacting the adsorbed silicon species with nitrogen reactants 204, thereby converting the adsorbed silicon compound into silicon nitride.

[0059] In some embodiments, the silicon nitride deposition sub-cycle 226 is performed at a process pressure of about 0.01 Torr to about 5 Torr, preferably from about 0.1 Torr to about 5 Torr, and more preferably from about 1 Torr to about 5 Torr. The one or more silicon nitride deposition sub-cycles 226 can be performed at a pressure significantly less than that applied in the PEALD process described with reference to FIG. 2A.

[0060] In some embodiments, the silicon precursor of the silicon nitride deposition sub-cycle 226 may comprise a silyl halide. In some embodiments, the silicon precursor is $H_2SiI_2$.

[0061] In some embodiments, the silicon nitride deposition sub-cycle 226 is performed at a temperature from about 100° C. to about 650° C., about 100° C. to about 550° C., about 100° C. to about 450° C., about 200° C. to about 600° C., about 300° C. and about 550° C., or at about 400° C. to about 500° C. In some embodiments, the silicon nitride deposition sub-cycle 226 is performed at a temperature of about 550° C. or about 600° C. The silicon nitride deposition sub-cycle 226 may be repeated a number of times to provide desired deposition of SiN.

[0062] As shown in FIG. 2B, the super-cycle 220 can include one or more high-pressure treatment sub-cycles 228. In some embodiments, the silicon nitride deposition sub-cycle 226 can be repeated a number of times in each of the one or more super-cycles 220 prior to performing one or more high-pressure treatment sub-cycles 228. The one or more high-pressure treatment sub-cycles 228 can be configured to improve one or more characteristics of the SiN deposited using the one or more silicon nitride deposition sub-cycles 226.

[0063] As will be described in further details below, a high-pressure treatment sub-cycle can include one or more plasma steps performed in an elevated pressure regime, such as a pressure of greater than about 6 Torr, about 20 Torr, about 30 Torr or about 50 Torr. In some embodiments, the plasma step can be performed at a pressure of about 20 Torr to about 500 Torr. In some embodiments, the one or more plasma steps can comprise a nitrogen-containing plasma free or substantially free of hydrogen-containing species. For example, the nitrogen-containing plasma can be generated using gas free or substantially free of hydrogen. For example, hydrogen-containing gas (e.g., hydrogen ($H_2$) gas) is not flowed to the reaction chamber during the one or more plasma steps of the high-pressure treatment sub-cycles 228. In some embodiments, the nitrogen-containing plasma is generated using nitrogen gas ($N_2$). In some embodiments, the high-pressure treatment sub-cycles 228 is performed at a temperature between about 100° C. to about 650° C., 100° C. to about 550° C., about 100° C. to about 450° C., about 200° C. to about 400° C., about 300° C. and about 400° C., or at about 400° C. A plasma power for a plasma step in a high-pressure treatment sub-cycle 228 can be about 100 Watts (W) to about 1,500 W, preferably from about 200 W to about 1,000 W, more preferably from about 500 W to

about 1,000 W. For example, a high-pressure treatment process may have a plasma power of about 800 W.

PEALD of Silicon Nitride

[0064] As described herein, in some embodiments, a process for forming SiN thin films can be a PEALD process performed in an elevated process pressure regime. The process pressure for a high-pressure PEALD process can be greater than about 6 Torr, including greater than about 20 Torr, about 30 Torr or about 50 Torr. In some embodiments, the process pressure for a high-pressure PEALD process can be about 20 Torr to about 500 Torr, including about 30 Torr to about 500 Torr, about 20 Torr to about 100 Torr, 30 Torr to about 100 Torr, about 20 Torr to about 50 Torr, or about 30 Torr to about 50 Torr. In some embodiments, a process for forming SiN thin films can comprise a plurality of super-cycles which can include one or more silicon nitride deposition sub-cycles comprising PEALD processes performed at lower process pressures for depositing SiN in combination with one or more high pressure treatment sub-cycles. For example, PEALD processes for the one or more silicon nitride deposition sub-cycles can comprise a process pressure of about 0.01 Torr to about 5 Torr, preferably from about 0.1 Torr to about 3 Torr, and the one or more high-pressure treatment sub-cycles can comprise a process pressure of greater than about 20 Torr, including greater than about 30 Torr or about 50 Torr.

[0065] PEALD processes can be used to deposit SiN on substrates such as integrated circuit workpieces, and in some embodiments on three-dimensional structures on the substrates. Briefly, a substrate or workpiece is placed in a reaction chamber and subjected to alternately repeated surface reactions. In some embodiments, thin SiN films are formed by repetition of a self-limiting ALD cycle. ALD-type processes are based on controlled, generally self-limiting surface reactions. Gas phase reactions are typically avoided by contacting the substrate alternately and sequentially with the reactants. Vapor phase reactants are separated from each other in the reaction chamber, for example, by removing excess reactants and/or reactant byproducts between reactant pulses. The reactants may be removed from proximity of the substrate surface with the aid of a purge gas and/or vacuum. In some embodiments excess reactants and/or reactant byproducts are removed from the reaction space by purging, for example with an inert gas.

[0066] Preferably, for depositing SiN films, each ALD cycle comprises at least two distinct phases. The provision and removal of a reactant from the reaction space may be considered a phase. In a first phase, a first reactant comprising silicon is provided and forms no more than about one monolayer on the substrate surface. This reactant is also referred to herein as "the silicon precursor," "silicon-containing precursor," or "silicon reactant" and may be, for example, $H_2SiI_2$.

[0067] In a second phase, a second reactant comprising a reactive species is provided and may convert adsorbed silicon to silicon nitride. In some embodiments the second reactant comprises a nitrogen reactant. In some embodiments, the reactive species comprises an excited species. In some embodiments the second reactant comprises a species from a nitrogen containing plasma. For example, the second reactant may comprise nitrogen-containing reactants generated by plasma from one or more nitrogen precursors. In some embodiments, the second reactant comprises nitrogen

radicals, nitrogen atoms and/or nitrogen plasma. The second reactant may comprise other species that are not nitrogen-containing reactants. In some embodiments, the second reactant may comprise a plasma of hydrogen, radicals of hydrogen, or atomic hydrogen in one form or another. In some embodiments, the second reactant may comprise a species from a noble gas, such as He, Ne, Ar, Kr, or Xe, preferably Ar or He, for example as radicals, in plasma form, or in elemental form. These reactive species from noble gases do not necessarily contribute material to the deposited film, but can in some circumstances contribute to film growth as well as help in the formation and ignition of plasma. In some embodiments a gas that is used to form a plasma may flow constantly throughout the deposition process but only be activated intermittently. In some embodiments, the second reactant does not comprise a species from a noble gas, such as Ar. Thus, in some embodiments the adsorbed silicon precursor is not contacted with a reactive species generated by a plasma from Ar.

[0068] Additional phases may be added and phases may be removed as desired to adjust the composition of the final film.

[0069] One or more of the reactants may be provided with the aid of a carrier gas, such as one or more noble gases. In some embodiments, the carrier gas comprises one or more of Ar and He. In some embodiments the silicon precursor and the second reactant are provided with the aid of a carrier gas.

[0070] In some embodiments, two of the phases may overlap, or be combined. For example, the silicon precursor and the second reactant may be provided simultaneously in pulses that partially or completely overlap. In addition, although referred to as the first and second phases, and the first and second reactants, the order of the phases may be varied, and an ALD cycle may begin with any one of the phases. That is, unless specified otherwise, the reactants can be provided in any order, and the process may begin with any of the reactants.

[0071] According to some embodiments, a silicon nitride thin film is deposited using a PEALD process on a substrate having three-dimensional features, such as in a FinFET application. The process may comprise the following steps:

[0072] (1) a substrate comprising a three-dimensional structure is provided in a reaction space;

[0073] (2) contacting the substrate with a silicon-containing precursor, such as $SiI_2H_2$, so that silicon-containing species are adsorbed to a surface of the substrate, including onto surfaces of the three-dimensional structure;

[0074] (3) excess silicon-containing precursor and reaction byproducts are removed from the reaction space;

[0075] (4) contacting the adsorbed silicon species with nitrogen-containing species, where the nitrogen-containing species are formed by generating a nitrogen-containing plasma using vapor phase reactants, such as $N_2$, $NH_3$, $N_2H_4$, or $N_2$ and $H_2$; and

[0076] (5) removing excess nitrogen atoms, plasma, or radicals and reaction byproducts;

[0077] Steps (2) through (5) may be repeated until a silicon nitride film of a desired thickness is formed.

[0078] In some embodiments step (4) can be replaced by a step in which the nitrogen atoms, plasma or radicals are formed remotely and provided to the reaction space.

[0079] In some embodiments, the PEALD process is performed at a temperature between about 100° C. to about 650° C., about 100° C. to about 550° C. , about 100° C. to

about 450° C., about 200° C. to about 600° C., or at about 400° C. to about 500° C. In some embodiments the temperature is about 300° C. In some embodiments, the PEALD process is performed at a temperature of about 550° C. or about 600° C.

[0080]   As discussed in more detail below, in some embodiments for depositing a SiN film, one or more PEALD deposition cycles begin with provision of the silicon precursor, followed by the second precursor. In other embodiments deposition may begin with provision of the second precursor, followed by the silicon precursor. One of skill in the art will recognize that the first precursor phase generally reacts with the termination left by the last phase in the previous cycle. Thus, while no reactant may be previously adsorbed on the substrate surface or present in the reaction space if the reactive species phase is the first phase in the first PEALD cycle, in subsequent PEALD cycles the reactive species phase will effectively follow the silicon phase. In some embodiments one or more different PEALD subcycles are provided in the process for forming a SiN thin film.

[0081]   Excess reactant and reaction byproducts, if any, are removed from the vicinity of the substrate, and in particular from the substrate surface, between reactant pulses. In some embodiments the reaction chamber is purged between reactant pulses, such as by purging with an inert gas. The flow rate and time of each reactant, is tunable, as is the removal step, allowing for control of the quality and various properties of the films.

[0082]   As mentioned above, in some embodiments a gas is provided to the reaction chamber continuously during each deposition cycle, and reactive species are provided by generating a plasma in the gas, either in the reaction chamber or upstream of the reaction chamber. In some embodiments the gas comprises nitrogen. In some embodiments the gas is nitrogen. In other embodiments the gas may comprise helium, or argon. In some embodiments the gas is helium or nitrogen. The flowing gas may also serve as a purge gas for the first and/or second reactant (or reactive species). For example, flowing nitrogen may serve as a purge gas for a first silicon precursor and also serve as a second reactant (as a source of reactive species). In some embodiments, nitrogen, argon, or helium may serve as a purge gas for a first precursor and a source of excited species for converting the silicon precursor to the silicon nitride film. In some embodiments the gas in which the plasma is generated does not comprise argon and the adsorbed silicon precursor is not contacted with a reactive species generated by a plasma from Ar.

[0083]   The PEALD deposition cycle is repeated until a SiN film of the desired thickness and composition is obtained. In some embodiments the deposition parameters, such as the flow rate, flow time, purge time, and/or reactants themselves, may be varied in one or more deposition subcycles in order to obtain a film with the desired characteristics. In some embodiments, hydrogen and/or hydrogen plasma are not provided in a deposition sub-cycle, or in the deposition process.

[0084]   The term "pulse" may be understood to comprise feeding reactant into the reaction chamber for a predetermined amount of time. The term "pulse" does not restrict the length or duration of the pulse and a pulse can be any length of time.

[0085]   In some embodiments, the silicon reactant is provided first. After an initial surface termination, if necessary or desired, a first silicon reactant pulse is supplied to the workpiece. In accordance with some embodiments, the first reactant pulse comprises a carrier gas flow and a volatile silicon species, such as $H_2SiI_2$, that is reactive with the workpiece surfaces of interest. Accordingly, the silicon reactant adsorbs upon these workpiece surfaces. The first reactant pulse self-saturates the workpiece surfaces such that any excess constituents of the first reactant pulse do not further react with the molecular layer formed by this process.

[0086]   The first silicon reactant pulse is preferably supplied in gaseous form. The silicon precursor gas is considered "volatile" for purposes of the present description if the species exhibits sufficient vapor pressure under the process conditions to transport the species to the workpiece in sufficient concentration to saturate exposed surfaces.

[0087]   In some embodiments the silicon reactant pulse is from about 0.05 seconds to about 5.0 seconds, about 0.1 seconds to about 3 seconds or about 0.2 seconds to about 1.0 seconds. The optimum pulsing time can be readily determined by the skilled artisan based on the particular circumstances.

[0088]   After sufficient time for a molecular layer to adsorb on the substrate surface, excess first silicon reactant is then removed from the reaction space. In some embodiments the excess first reactant is purged by stopping the flow of the first chemistry while continuing to flow a carrier gas or purge gas for a sufficient time to diffuse or purge excess reactants and reactant by-products, if any, from the reaction space. In some embodiments the excess first precursor is purged with the aid of inert gas, such as nitrogen or argon, that is flowing throughout the sub-cycle.

[0089]   In some embodiments, the first reactant is purged for about 0.1 seconds to about 10 seconds, about 0.3 seconds to about 5 seconds or about 0.3 seconds to about 1 second. Provision and removal of the silicon reactant can be considered the first or silicon phase of a PEALD process.

[0090]   In the second phase, a second reactant comprising a reactive species, such as nitrogen plasma is provided to the workpiece. Nitrogen, $N_2$, is flowed continuously to the reaction chamber during each ALD cycle in some embodiments. Nitrogen plasma may be formed by generating a plasma in nitrogen in the reaction chamber or upstream of the reaction chamber, for example by flowing the nitrogen through a remote plasma generator.

[0091]   In some embodiments, plasma is generated in flowing $H_2$ and $N_2$ gases. In some embodiments the $H_2$ and $N_2$ are provided to the reaction chamber before the plasma is ignited or nitrogen and hydrogen atoms or radicals are formed. Without being bound to any theory, it is believed that the hydrogen may have a beneficial effect on the ligand removal step i.e. it may remove some of the remaining ligands or have other beneficial effects on the film quality. In some embodiments the $H_2$ and $N_2$ are provided to the reaction chamber continuously and nitrogen and hydrogen containing plasma, atoms or radicals is created or supplied when needed.

[0092]   In some embodiments, the nitrogen-containing plasma does not or substantially does not comprise hydrogen-containing species. For example, the nitrogen-containing plasma is generated using gas free or substantially free of hydrogen-containing species. In some embodiments the

entire SiN deposition is done is hydrogen free. However, in some embodiments a plasma comprising H-species can be used during a high pressure step.

[0093] Typically, the second reactant, for example comprising nitrogen plasma, is provided for about 0.1 seconds to about 10 seconds. In some embodiments the second reactant, such as nitrogen plasma, is provided for about 0.1 seconds to about 10 seconds, 0.5 seconds to about 5 seconds or 0.5 seconds to about 2.0 seconds. However, depending on the reactor type, substrate type and its surface area, the second reactant pulsing time may be even higher than about 10 seconds. In some embodiments, pulsing times can be on the order of minutes. The optimum pulsing time can be readily determined by the skilled artisan based on the particular circumstances.

[0094] In some embodiments the second reactant is provided in two or more distinct pulses, without introducing another reactant in between any of the two or more pulses. For example, in some embodiments a nitrogen plasma is provided in two or more, preferably in two, sequential pulses, without introducing a Si-precursor in between the sequential pulses. In some embodiments during provision of nitrogen plasma two or more sequential plasma pulses are generated by providing a plasma discharge for a first period of time, extinguishing the plasma discharge for a second period of time, for example from about 0.1 seconds to about 10 seconds, from about 0.5 seconds to about 5 seconds or about 1.0 seconds to about 4.0 seconds, and exciting it again for a third period of time before introduction of another precursor or a removal step, such as before the Si-precursor or a purge step. Additional pulses of plasma can be introduced in the same way. In some embodiments a plasma is ignited for an equivalent period of time in each of the pulses.

[0095] Nitrogen plasma may be generated by applying RF power of from about 10 W to about 2000 W, preferably from about 50 W to about 1000 W, more preferably from about 500 W to about 1000 W in some embodiments. In some embodiments the RF power density may be from about 0.02 $W/cm^2$ to about 2.0 $W/cm^2$, preferably from about 0.05 $W/cm^2$ to about 1.5 $W/cm^2$. The RF power may be applied to nitrogen that flows during the nitrogen plasma pulse time, that flows continuously through the reaction chamber, and/or that flows through a remote plasma generator. Thus in some embodiments the plasma is generated in situ, while in other embodiments the plasma is generated remotely. In some embodiments a showerhead reactor is utilized and plasma is generated between a susceptor (on top of which the substrate is located) and a showerhead plate. In some embodiments the gap between the susceptor and showerhead plate is from about 0.1 cm to about 20 cm, from about 0.5 cm to about 5 cm, or from about 0.8 cm to about 3.0 cm.

[0096] After a time period sufficient to completely saturate and react the previously adsorbed molecular layer with the nitrogen plasma pulse, any excess reactant and reaction byproducts are removed from the reaction space. As with the removal of the first reactant, this step may comprise stopping the generation of reactive species and continuing to flow the inert gas, such as nitrogen or argon for a time period sufficient for excess reactive species and volatile reaction by-products to diffuse out of and be purged from the reaction space. In other embodiments a separate purge gas may be used. The purge may, in some embodiments, be from about 0.1 seconds to about 10 seconds, about 0.1 seconds to about 4 seconds or about 0.1 seconds to about 0.5 seconds.

Together, the nitrogen plasma provision and removal represent a second, reactive species phase in a silicon nitride atomic layer deposition cycle.

[0097] According to some embodiments of the present disclosure, PEALD reactions may be performed at temperatures as discussed above, for example, ranging from about 25° C. to about 700° C., from about 50° C. to about 600° C., from about 100° C. to about 600° C., from about 200° C. to about 600° C., from about 100° C. to about 450° C., or from about 200° C. to about 400° C. In some embodiments the temperature may be about 300 c, about 550° C. or about 400 to about 500° C. In some embodiments, the optimum reactor temperature may be limited by the maximum allowed thermal budget. Therefore, in some embodiments the reaction temperature is from about 300° C. to about 400° C. In some applications, the maximum temperature is about 400° C., and, therefore the PEALD process is run at that reaction temperature.

[0098] In some embodiments, the exposed surfaces of the workpiece can be pretreated to provide reactive sites to react with the first phase of the PEALD sub-cycle. In some embodiments a separate pretreatment step is not performed. In some embodiments the substrate is pretreated to provide a desired surface termination. In some embodiments the substrate is pretreated with plasma.

[0099] In some embodiments the substrate on which deposition is desired, such as a semiconductor workpiece, is loaded into a reactor. The reactor may be part of a cluster tool in which a variety of different processes in the formation of an integrated circuit are carried out. In some embodiments a flow-type reactor is utilized. In some embodiments a shower head type of reactor is utilized. In some embodiments, a space divided reactor is utilized. In some embodiments a high-volume manufacturing-capable single wafer PEALD reactor is used. In other embodiments a batch reactor comprising multiple substrates is used. For embodiments in which batch PEALD reactors are used, the number of substrates is preferably in the range of 10 to 200, more preferably in the range of 50 to 150, and most preferably in the range of 100 to 130.

[0100] Exemplary single wafer reactors, designed specifically to enhance PEALD processes, are commercially available from ASM America, Inc. (Phoenix, AZ) under the tradenames Pulsar® 2000 and Pulsar® 3000 and ASM Japan K.K (Tokyo, Japan) under the tradename Eagle® XP, XP8 and Dragon®. Exemplary batch PEALD reactors, designed specifically to enhance PEALD processes, are commercially available from and ASM Europe B.V (Almere, Netherlands) under the tradenames A400™ and A412™.

High-Pressure Treatment Sub-Cycle

[0101] As described herein, according to some embodiments, a process for forming SiN thin films can include one or more super-cycles comprising one or more SiN deposition cycles carried out at conventional pressure and one or more high-pressure treatment sub-cycles. As used herein, a high-pressure treatment sub-cycle refers to a treatment sub-cycle comprising a process pressure of at least about 6 Torr for at least a portion of the sub-cycle, including at least about 7 Torr, at least about 20 Torr, about 30 Torr, about 40 Torr, or about 50 Torr. In some embodiments, the high-pressure treatment sub-cycle comprises a plasma step performed at a process pressure of at least about 20 Torr. For example, a pressure within the reaction chamber to which the substrate

US 2017/0062204 A1

Mar. 2, 2017

9

is exposed during the plasma step may be at least about 20 Torr for at least a portion of plasma step, including at least about 30 Torr, about 40 Torr, or about 50 Torr. In some embodiments, the pressure within the reaction chamber to which the substrate is exposed during the plasma step may be up to about 50 Torr, up to about 100 Torr or up to about 500 Torr. For example, the pressure within the reaction chamber can be about 6 Torr to about 50 Torr, 20 Torr to about 50 Torr, 6 Torr to about 500 Torr, or about 20 Torr to about 500 Torr for the entire or substantially entire plasma step. In some embodiments, a process pressure of a plasma step in the high-pressure treatment sub-cycle can be about 30 Torr to about 500 Torr, about 40 Torr to about 500 Torr, about 50 Torr to about 500 Torr, about 6 Torr to about 100 Torr, about 20 Torr to about 100 Torr, about 30 Torr to about 100 Torr, about 20 Torr to about 50 Torr, or about 20 Torr to about 30 Torr.

[0102] In some embodiments, the one or more plasma steps in a high-pressure treatment sub-cycle can be free or substantially free of hydrogen ions (e.g., $H^+$ and/or $H^{3+}$ ions). For example, no or substantially no hydrogen-containing gas (e.g., hydrogen ($H_2$) gas) is flowed to the reaction chamber during the one or more plasma steps. A high-pressure treatment sub-cycle comprising plasma steps free or substantially free of energetic hydrogen ions may advantageously reduce or prevent delamination of deposited silicon nitride from the substrate. In some embodiments, no or substantially no hydrogen-containing gas is flowed to the reaction chamber throughout the high-pressure treatment sub-cycle.

[0103] In some alternative embodiments, the one or more plasma steps in a high-pressure treatment sub-cycle can include hydrogen-containing species. For example, one or more plasma steps can include a plasma generated from hydrogen-containing components.

[0104] In some embodiments, a plasma power for a plasma step in a high-pressure treatment sub-cycle can be about 100 Watts (W) to about 1,500 W, preferably from about 200 W to about 1,000 W, more preferably from about 500 W to about 1,000 W. For example, a high-pressure treatment process may have a plasma power of about 800 W.

[0105] In some embodiments, a PEALD process for depositing SiN can be performed using plasma generated by capacitively coupled parallel plates, which can generate anisotropic ion bombardment upon the substrate, for example providing a film having non-uniform characteristics on horizontal and vertical surfaces. For example, the film thicknesses and film quality on substrate top surfaces and sidewall surfaces may be significantly different. The unevenness of the film thicknesses and film quality may be further enhanced upon formation of re-entrant profile on three-dimensional features of the substrate during deposition of the SiN, the re-entrant profile shadowing a sidewall portion (e.g., a sidewall portion of a trench structure) from ion bombardment. In some embodiments, performing one or more of the high-pressure treatment sub-cycle after one or more silicon nitride deposition sub-cycles can provide SiN thin films having desired uniformity in film characteristics of film formed on vertical and horizontal surfaces.

[0106] FIGS. 3A and 3B illustrate schematically examples of ion incident angles demonstrated by ions generated in a lower pressure plasma as compared to ions generated by a higher pressure plasma. As used herein, ion incident angle values, $\theta_1$ and $\theta_2$, are full width at half maximum (FWEIM)

values of the ion incident angle distribution. As described herein, a process pressure of the higher pressure plasma step can be greater than about 6 Torr, for example about about 6 Torr to about 50 Torr, about 20 Torr to about 50 Torr, about 6 Torr to about 500 Torr, or about 20 Torr to about 500 Torr, including about 30 Torr to about 100 Torr. In some embodiments, a process pressure of the lower pressure plasma step can be less than 6 Torr, for example from about 0.1 Torr to about 5 Torr. FIG. 3A shows an example ion incident angle $\theta_1$ of an ion generated in a lower pressure plasma and FIG. 3B shows an example ion incident angle $\theta_2$ of an ion generated in a higher pressure plasma. Ion incident angle $\theta_2$ can be greater than ion incident angle $\theta_1$. For example, a higher pressure plasma may generate a greater number of ion collisions in a plasma sheath region over the substrate, providing increased ion incident angle upon vertical surfaces of the substrate.

[0107] In some embodiments, the conditions of plasma step are selected to provide an ion incident angle values of more than about 20°, including more than about 50°, or more than about 75°. In some embodiments, such incident angle values are achieved in three-dimensional structures having aspect ratios of greater than about 2, aspect ratios greater than about 3, aspect ratios greater than about 5, and in some embodiments in aspect ratios of greater than about 8.

[0108] A plasma step performed in an elevated pressure regime may advantageously facilitate formation of a conformal SiN thin film having desired uniformity in characteristics between the film formed on horizontal surfaces of the three-dimensional structure (e.g., a top surface) and film formed on vertical surfaces of the three-dimensional structure. In some embodiments, increased ion incident angles can advantageously provide improved uniformity in the wet etch rates and/or film thicknesses of SiN film formed on horizontal surfaces and vertical surfaces of a three-dimensional structure. In some embodiments, increased ion incident angles can advantageously provide SiN thin films having desired uniformity in film density and/or impurity levels between film formed on horizontal and vertical surfaces.

[0109] In some embodiments, a high-pressure treatment sub-cycle can include one or more steps during which the substrate is not exposed to a plasma, such as one or more steps in which the substrate is transported to a space free or substantially free of plasma radicals, and/or one or more purge steps. In some embodiments, a purge step can precede a plasma step in a high-pressure treatment sub-cycle. In some embodiments, a purge step can follow a plasma step in a high-pressure treatment sub-cycle. In some embodiments, a plasma step in a high-pressure treatment sub-cycle is both preceded and followed by a purge step. For example, a high-pressure treatment sub-cycle may include a first purge step, followed by a plasma step, and then a second purge step following the plasma step.

[0110] In some embodiments, a purge gas for the purge step comprises the carrier gas. In some embodiments, a purge gas for the purge step comprises the nitrogen-containing gas used in a plasma step of the high-pressure treatment sub-cycle. In some embodiments, the carrier gas and the nitrogen-containing gas can be continuously flowed throughout the high-pressure treatment sub-cycle. For example, the flow of the carrier gas and nitrogen-containing gas can be initiated for a first purge step. The flow of the carrier gas and nitrogen-containing gas may be maintained

or substantially maintained during a subsequent plasma step, and the plasma power is turned on. The plasma power may be turned off after a desired duration, and the flow of the carrier gas and nitrogen-containing gas can be maintained after the plasma power is turned off and during the second purge step following the plasma step.

[0111]   In some embodiments, a process pressure of the high-pressure treatment sub-cycle may be increased during a purge step prior to a plasma step and decreased in a purge step following the plasma step. For example, a pressure of the reaction chamber may be ramped up during the purge step to a desired pressure of the subsequent plasma step such that the plasma step begins at the desired process pressure. The desired process pressure is maintained or substantially maintained during the plasma step. The reaction chamber pressure may then be ramped down to a lower pressure during the purge step following the plasma step. In some embodiments, the process pressure of the high-pressure treatment sub-cycle can be maintained at a desired process pressure for a plasma step of the sub-cycle.

[0112]   In some embodiments, a purge step following a plasma step can include flow of one or more gases used in a first step of a subsequent silicon nitride deposition sub-cycle. For example, a purge step performed after a plasma step of a high pressure treatment sub-cycle and before a silicon nitride deposition sub-cycle can include flow of one or more gasses used a first step of the subsequent silicon nitride deposition sub-cycle. In some embodiments, the purge step can include flow of hydrogen gas ($H_2$). For example, the purge step can include flow of hydrogen gas ($H_2$) at a rate used for the subsequent silicon nitride deposition sub-cycle step such that the flow of the hydrogen gas ($H_2$) is maintained or substantially maintained at that rate for the first step of the silicon nitride deposition sub-cycle. For example, the purge step can include flow of the carrier gas and nitrogen-containing gas (e.g., $N_2$ gas), as well as hydrogen gas ($H_2$).

[0113]   FIGS. **4**A and **4**B show examples of timing diagrams of various process parameters for a silicon nitride deposition sub-cycle and a high-pressure treatment sub-cycle. In the silicon nitride deposition sub-cycle shown in FIG. **4**A, the silicon nitride deposition sub-cycle can comprise a PEALD type process. For example, the silicon nitride deposition sub-cycle may comprise a silicon precursor step (e.g., flow of one or more silicon precursors to the reaction chamber), followed by a purge step, then a plasma step comprising flow of nitrogen gas ($N_2$) and hydrogen gas ($H_2$), and another purge step. The silicon nitride deposition sub-cycle may comprise alternating and sequentially contacting the substrate with the one or more silicon precursors (e.g., by pulsing of the one or more silicon precursors) and the one or more nitrogen reactants (e.g., by application of the plasma step). Flow of a carrier gas and one or more gasses used for the plasma step (e.g., nitrogen gas ($N_2$) and hydrogen gas ($H_2$)) can be continued for the duration of the sub-cycle. As described herein, the silicon nitride deposition sub-cycle can be performed at a process pressure significantly lower than that used in a high-pressure treatment process.

[0114]   As shown in FIG. **4**A, the silicon precursor step can include starting and then stopping flow of the one or more silicon precursors (e.g., pulsing the one or more silicon precursors). The silicon precursor step may also include flow of a carrier gas, for example to facilitate delivery of the one or more silicon precursors to the substrate. In some embodi-

ments, the carrier gas is Ar or comprises Ar. The silicon precursor step may comprise flow of nitrogen gas ($N_2$) and hydrogen gas ($H_2$). In some embodiments, nitrogen gas ($N_2$) and hydrogen gas ($H_2$) can be flowed continuously or substantially continuously throughout the silicon nitride deposition sub-cycle.

[0115]   The silicon precursor step may be followed by a first purge step to remove excess silicon precursors from the vicinity of the substrate. The first purge step may comprise flow of the carrier gas and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$). As show in FIG. **4**A, the silicon precursor is not flowed during the purge step, while flow of the carrier gas, the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) can be continued. For example, flow of the carrier gas and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) can be maintained or substantially maintained throughout the first purge step at a rate flowed used in the silicon precursor step.

[0116]   The first purge step can be followed by the plasma step. As shown in FIG. **4**A, the carrier gas may be flowed during the plasma step, for example to facilitate delivery of the one or more nitrogen reactants to the substrate such that the nitrogen reactants can react with the adsorbed silicon precursors. The plasma step can include turning on and then turning off the plasma while flowing the carrier gas, and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) gas. For example, after a first purge step has been performed, the plasma step may include striking the plasma while maintaining or substantially maintaining the flow of the carrier gas and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) at a rate used during the first purge step. The plasma step can be configured to generate a plasma comprising N\*, H\*, NH\* and/or NH$_2$\* radicals.

[0117]   The plasma power may be turned off after desired plasma has been provided and a second purge step can follow. As shown in the example of FIG. **4**A, flow of the carrier gas and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) can be continued during the second purge step to remove excess reactants and/or reaction byproducts. For example, flow of the carrier gas and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) may be maintained during the second purge step at a rate used in the plasma step. In some embodiments, flow of the carrier gas and the nitrogen gas ($N_2$) and hydrogen gas ($H_2$) can be maintained or substantially maintained a same rate throughout the silicon nitride deposition sub-cycle.

[0118]   FIG. 4B shows an example of a timing diagram of various process parameters for a high-pressure treatment sub-cycle. As shown in FIG. **4**B, silicon precursors are not provided during the high-pressure treatment sub-cycle. According to the example shown in FIG. **4**B, the high-pressure treatment sub-cycle may comprise a first purge step, followed by a plasma step, and then a second purge step. The first purge step may comprise flow of a carrier gas and nitrogen gas ($N_2$). Any flow of hydrogen gas ($H_2$) can be turned off during the first purge step, for example if hydrogen gas ($H_2$) was flowed for a step in an immediately preceding silicon nitride deposition sub-cycle, such that a high-pressure treatment sub-cycle free or substantially free of hydrogen ions (e.g., $H^+$ and/or $H^{3+}$ ions) can be provided. Process pressure may be increased during the first purge step. For example, the process pressure may be ramped from an initial lower pressure (e.g., a pressure of an immediately preceding silicon nitride deposition sub-cycle or an imme-

US 2017/0062204 A1

Mar. 2, 2017

11

diately preceding high pressure treatment sub-cycle) to a desired pressure of the subsequent plasma step.

[0119] The first purge step in the high pressure treatment sub-cycle can be followed by the plasma step. Flow of the nitrogen gas ($N_2$) and the carrier gas can be continued during the plasma step. For example, in the plasma step, plasma power is provided while nitrogen gas ($N_2$) and the carrier gas are flowed, such as at a rate flowed during the first purge step. The The nitrogen gas ($N_2$) can be used to generate a plasma comprising non-reactive ions. The plasma may be turned off after desired exposure of the substrate to the plasma, and the second purge step can be performed.

[0120] Flow of the nitrogen gas ($N_2$) and the carrier gas can be continued during the second purge step. For example, flow of the nitrogen gas ($N_2$) and the carrier gas can be maintained at a rate used in the plasma step. In some embodiments, flow of the nitrogen gas ($N_2$) and the carrier gas can be maintained or substantially maintained a same rate throughout the high-pressure treatment sub-cycle. The process pressure may be decreased during the second purge step. For example, a pressure within the reaction chamber to which the substrate is exposed may be ramped down during the second purge step from the process pressure of the plasma step to a lower pressure.

[0121] In some embodiments, as shown in FIG. 4B, hydrogen gas ($H_2$) may be turned on during the second purge step. For example, the hydrogen gas ($H_2$) may be turned on if the high-pressure treatment sub-cycle is immediately followed by a silicon nitride deposition sub-cycle comprising flow of hydrogen gas ($H_2$).

[0122] In some embodiments, a process for forming a SiN thin film may comprise a plurality of super cycles, each super-cycle comprising a number of repetitions of the silicon nitride deposition sub-cycle of FIG. 4A followed by a number of repetitions of the high-pressure treatment sub-cycle of FIG. 4B. The number of super-cycles, silicon nitride deposition sub-cycles, and/or high-pressure treatment sub-cycles can be selected to form a SiN thin film having one or more desired characteristics as described herein.

Si Precursors

[0123] In some embodiments, the Si precursor for depositing SiN thin film comprises a silyl halide. In some embodiments, the Si precursor comprises iodine. In certain embodiments, the Si precursor is $H_2SiI_2$.

[0124] Examples of silicon precursors for depositing SiN are provided in U.S. patent application Ser. No. 14/167,904, filed Jan. 29, 2014, entitled "Si PRECURSORS FOR DEPOSITION OF SiN AT LOW TEMPERATURES," which is incorporated herein by reference in its entirety.

[0125] In some embodiments, the Si-precursor comprises iodine and one or more ligands such as one or more organic ligands. In some embodiment, the Si-precursor may comprise iodine and one or more alkyl groups, such as a methyl group, ethyl group, propyl group, and/or hydrogen. In some embodiments, the Si-precursor comprises iodine and one or more other halides, such as bromine or chlorine.

[0126] In some embodiments, a silicon precursor comprises three iodines and one amine or alkylamine ligands bonded to silicon. In some embodiments silicon precursor comprises one or more of the following: $(SiI_3)NH_2$, $(SiI_3)$ NHMe, $(SiI_3)NHEt$, $(SiI_3)NH^iPr$, $(SiI_3)NEl^iBu$, $(SiI_3)NMe_2$, $(SiI_3)NMeEt$, $(SiI_3)NMe^iPr$, $(SiI_3)NMe^iBu$, $(SiI_3)NEt_2$, $(SiI_3)NEt^iPr$, $(SiI_3)NEt^iBu$, $(SiI_3)N^iPr_2$, $(SiI_3)N^iPr^iBu$, and

$(SiI_3)N^iBu_2$. In some embodiments, a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen or more compounds selected from $(SiI_3)NH_2$, $(SiI_3)NHMe$, $(SiI_3)NHEt$, $(SiI_3)NH^iPr$, $(SiI_3)NH^iBu$, $(SiI_3)NMe_2$, $(SiI_3)NMeEt$, $(SiI_3)NMe^iPr$, $(SiI_3)NMe^iBu$, $(SiI_3)NEt_2$, $(SiI_3)NEt^iPr$, $(SiI_3)NEt13u$, $(SiI_3)N^iPr_2$, $(SiI_3)N^iPr^iBu$, $(SiI_3)N^iBu_2$, and combinations thereof. In some embodiments, a silicon precursor comprises two iodines and two amine or alkylamine ligands bonded to silicon. In some embodiments, silicon precursor comprises one or more of the following: $(SiI_2)(NH_2)_2$, $(SiI_2)(NHMe)_2$, $(SiI_2)(NHEt)_2$, $(SiI_2)(NH^iPr)_2$, $(SiI_2)(NH^iBu)_2$, $(SiI_2)(NMe_2)_2$, $(SiI_2)(NMeEt)_2$, $(SiI_2)(NMe^iPr)_2$, $(SiI2)(NMe^iBu)_2$, $(SiI_2)(NEt_2)_2$, $(SiI_2)(NEt^iPr)_2$, $(SiI_2)(NEt^iBu)_2$, $(SiI_2)(N^iPr_2)_2$, $(SiI_2)(N^iPr^iBu)_2$, and $(SiI_2)(N^iBu)_2$. In some embodiments, a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen or more compounds selected from $(SiI_2)(NH_2)_2$, $(SiI_2)(NHMe)_2$, $(SiI_2)(NHEt)_2$, $(SiI_2)(NH^iPr)_2$, $(SiI_2)(NH^iBu)_2$, $(SiI_2)(NMe_2)_2$, $(SiI_2)(NMeEt)_2$, $(SiI_2)(NMe^iPr)_2$, $(SiI2)(NMe^iBu)_2$, $(SiI_2)(NEt_2)_2$, $(SiI_2)(NEt^iPr)_2$, $(SiI_2)(NEt^iBu)_2$, $(SiI_2)(N^iPr_2)_2$, $(SiI_2)(N^iPr^iBu)_2$, $(SiI_2)(N^iBu)_2$, and combinations thereof.

[0127] In certain embodiments, a silicon precursor comprises two iodines, hydrogen and one amine or alkylamine ligand or two iodines and two alkylamine ligands bonded to silicon and wherein amine or alkylamine ligands are selected from amine $NH_2$—, methylamine MeNH—, dimethylamine ethylmethylamine EtMeN—, ethylamine EtNH—, and diethylamine $Et_2N$—. In some embodiments silicon precursor comprises one or more of the following: $(SiI_2H)NH_2$, $(SiI_2H)NHMe$, $(SiI_2H)NHEt$, $(SiI_2H)NMe_2$, $(SiI_2H)NMeEt$, $(SiI_2H)NEt_2$, $(SiI_2)(NH_2)_2$, $(SiI_2)(NHMe)_2$, $(SiI_2)(NHEt)_2$, $(SiI_2)(NMe_2)_2$, $(SiI_2)(NMeEt)_2$, and $(SiI_2)(NEt_2)_2$. In some embodiments a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve or more compounds selected from $(SiI_2H)NH_2$, $(SiI_2H)NHMe$, $(SiI_2H)NHEt$, $(SiI_2H)NMe_2$, $(SiI_2H)NMeEt$, $(SiI_2H)NEt_2$, $(SiI_2)(NH_2)_2$, $(SiI_2)(NHMe)_2$, $(SiI_2)(NHEt)_2$, $(SiI_2)(NMe_2)_2$, $(SiI_2)(NMeEt)_2$, $(SiI_2)(NEt_2)_2$, and combinations thereof.

[0128] In some embodiments, a silicon precursor comprises one or more of the following: $SiI_4$, $HSiI_3$, $H2SiI_2$, $H_3SiI$, $Si_2I_6$, $HSi_2I_5$, $H_2Si_2I_4$, $H_3Si_2I_3$, $H_4Si_2I_2$, $H5Si2I$, Si3I8, HSi2I5, H2Si2I4, H3Si2I3, H4Si2I2, H5Si2I, MeSiI3, Me2SiI2, Me3SiI, MeSi2I5, Me2Si2I4, Me3Si2I3, Me4Si2I2, Me5Si2I, HMeSiI2, HMe2SiI, HiMeSi2I4, HiMe2Si2I3, HiMe3Si2I2, HiMe4Si2I, H2MeSiI, H2MeSi2I3, H2Me2Si2I2, H2Me3Si2I, H3MeSi2I2, H3Me2Si2I, H4MeSi2I, EtSiI3, Et2SiI2, Et3SiI, EtSi2I5, Et2Si2I4, Et3Si2I3, Et4Si2I2, Et5Si2I, HEtSiI2, HEt2SiI, HEtSi2I4, HEt2Si2I3, HEt3Si2I2, HEt4Si2I, H2EtSiI, H2EtSi2I3, H2Et2Si2I2, H2Et3Si2I, H3EtSi2I2, H3Et2Si2I, and H4EtSi2I.

[0129] In some embodiments, a silicon precursor comprises one or more of the following: EtMeSiI2, Et2MeSiI, EtMe2SiI, EtMeSi2I4, Et2MeSi2I3, EtMe2Si2I3, Et3MeSi2I2, Et2Me2Si2I2, EtMe3Si2I2, Et4MeSi2I, Et3Me2Si2I, Et2Me3Si2I, EtMe4Si2I, HEtMeSiI, HEtMeSi2I3, HEt2MeSi2I2, HEtMe2Si2I2, HEt3MeSi2I, HEt2Me2Si2I, HEtMe3Si2I, H2EtMeSi2I2, H2Et2MeSi2I, H2EtMe2Si2I, H3EtMeSi2I.

[0130] In some embodiments, a silicon precursor comprises one iodine, one hydrogen and two amine or alkylamine ligand bonded to silicon. In some embodiments, silicon

precursor comprises one or more of the following: (SiIH)2 (NH2)2, (SiIH)(NHMe)2, (SiIH)(NHEt)2, (SiIH)(NHiPr)2, (SiIH)(NHtBu)2, (SiIH)(NMe2)2, (SiIH)(NMeEt)2, (SiIH)(NMeiPr)2, (SiIH)(NMetBu)2, (SiIH)(NEt2)2, (SiIH)(NEtiPr)2, (SiIH)(NEttBu)2, (SiIH)(NiPr2)2, (SiIH)(NiPrtBu)2, and (SiIH)(NtBu)2. In some embodiments, a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen or more compounds selected from (SiIH)(NH2)2, (SiIH)(NHMe)2, (SiIH)(NHEt)2, (SiIH)(NHiPr)2, (SiIH)(NHtBu)2, (SiIH)(NMe2)2, (SiIH)(NMeEt)2, (SiIH)(NMeiPr)2, (SiIH)(NMetBu)2, (SiIH)(NEt2)2, (SiIH)(NEtiPr)2, (SiIH)(NEttBu)2, (SiIH)(NiPr2)2, (SiIH)(NiPrtBu)2, and (SiIH)(NtBu)2, and combinations thereof.

[0131] In some embodiments, a silicon precursor comprises one iodine, two hydrogens and one amine or alkylamine ligand bonded to silicon. In some embodiments silicon precursor comprises one or more of the following: (SiIH2)NH2, (SiIH2)NHMe, (SiIH2)NHEt, (SiIH2)NHiPr, (SiIH2)NHtBu, (SiIH2)NMe2, (SiIH2)NMeEt, (SiIH2)NMeiPr, (SiIH2)NMetBu, (SiIH2)NEt2, (SiIH2)NEtiPr, (SiIH2)NEttBu, (SiIH2)NiPr2, (SiIH2)NtPrtBu, and (SiIH2)NtBu2. In some embodiments a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen or more compounds selected from (SiIH2)NH2, (SiIH2)NHMe, (SiIH2)NHEt, (SiIH2)NHiPr, (SiIH2)NHtBu, (SiIH2)NMe2, (SiIH2)NMeEt, (SiIH2)NMeiPr, (SiIH2)NMetBu, (SiIH2)NEt2, (SiIH2)NEtiPr, (SiIH2)NEttBu, (SiIH2)NiPr2, (SiIH2)NiPrtBu, (SiIH2)NtBu2, and combinations thereof.

[0132] In some embodiments, a silicon precursor comprises one iodine and three amine or alkylamine ligands bonded to silicon. In some embodiments, silicon precursor comprises one or more of the following: (SiI)(NH2)3, (SiI)(NHMe)3, (SiI)(NHEt)3, (SiI)(NHiPr)3, (SiI)(NHtBu)3, (SiI)(NMe2)3, (SiI)(NMeEt)3, (SiI)(NMeiPr)3, (SiI)(NMetBu)3, (SiI)(NEt2)3, (SiI)(NEtiPr)3, (SiI)(NEttBu)3, (SiI)(NiPr2)3, (SiI)(NiPrtBu)3, and (SiI)(NtBu)3. In some embodiments a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen or more compounds selected from (SiI)(NH2)3, (SiI)(NHMe)3, (SiI)(NHEt)3, (SiI)(NHiPr)3, (SiI)(NHtBu)3, (SiI)(NMe2)3, (SiI)(NMeEt)3, (SiI)(NMeiPr)3, (SiI)(NMetBu)3, (SiI)(NEt2)3, (SiI)(NEtiPr)3, (SiI)(NEttBu)3, (SiI)(NiPr2)3, (SiI)(NiPrtBu)3, (SiI)(NtBu)3, and combinations thereof.

[0133] In certain embodiments, a silicon precursor comprises two iodines, hydrogen and one amine or alkylamine ligand or two iodines and two alkylamine ligands bonded to silicon and wherein amine or alkylamine ligands are selected from amine NH2-, methylamine MeNH—, dimethylamine Me2N—, ethylmethylamine EtMeN—, ethylamine EtNH—, and diethylamine Et2N—. In some embodiments silicon precursor comprises one or more of the following: (SiI2H)NH2, (SiI2H)NHMe, (SiI2H)NHEt, (SiI2H)NMe2, (SiI2H)NMeEt, (SiI2H)NEt2, (SiI2)(NH2)2, (SiI2)(NHMe)2, (SiI2)(NHEt)2, (SiI2)(NMe2)2, (SiI2)(NMeEt)2, and (SiI2)(NEt2)2. In some embodiments a silicon precursor comprises two, three, four, five, six, seven, eight, nine, ten, eleven, twelve or more compounds selected from (SiI2H)NH2, (SiI2H)NHMe, (SiI2H)NHEt, (SiI2H)NMe2, (SiI2H)NMeEt, (SiI2H)NEt2, (SiI2)(NH2)2, (SiI2)(NHMe)2, (SiI2)(NHEt)2, (SiI2)(NIVIe2)2, (SiI2)(NMeEt)2, (SiI2)(NEt2)2, and combinations thereof.

N Precursors

[0134] As discussed above, the second reactant for depositing silicon nitride according to the present disclosure may comprise a nitrogen precursor, which may comprise a reactive species. Suitable plasma compositions of a PEALD process include nitrogen plasma, radicals of nitrogen, or atomic nitrogen in one form or another. In some embodiments, hydrogen plasma, radicals of hydrogen, or atomic hydrogen in one form or another are also provided. And in some embodiments, a plasma may also contain noble gases, such as He, Ne, Ar, Kr and Xe, preferably Ar or He, in plasma form, as radicals, or in atomic form. In some embodiments, the second reactant does not comprise any species from a noble gas, such as Ar. Thus, in some embodiments plasma is not generated in a gas comprising a noble gas.

[0135] Thus, in some embodiments the second reactant may comprise plasma formed from compounds having both N and H, such as $NH_3$ and $N_2H_4$, a mixture of $N_2/H_2$ or other precursors having an N—H bond. In some embodiments the second reactant may be formed, at least in part, from $N_2$. In some embodiments the second reactant may be formed, at least in part, from $N_2$ and $H_2$, where the $N_2$ and $H_2$ are provided at a flow ratio ($N_2/H_2$) from about 20:1 to about 1:20, preferably from about 10:1 to about 1:10, more preferably from about 5:1 to about 1:5 and most preferably from about 1:2 to about 4:1, and in some cases 1:1. For example, a nitrogen-containing plasma for depositing silicon nitride can be generated using both $N_2$ and $H_2$ at one or more ratios described herein.

[0136] In some embodiments, the nitrogen plasma may be free or substantially free of hydrogen-containing species (e.g., hydrogen ions, radicals, atomic hydrogen). For example, hydrogen-containing gas is not used to generate the nitrogen plasma. In some embodiments, hydrogen-containing gas (e.g., $H_2$ gas) is not flowed into the reaction chamber during the nitrogen plasma step.

[0137] In some embodiments, a plasma power used for generating a nitrogen-containing plasma can be about 10 Watts (W) to about 2,000 W, about 50 W to about –1000 W, about 100 W to about 1000 W or about 500 W to about 1000 W. In some embodiments, a plasma power used for generating a nitrogen-containing plasma can be about 800 W to about 1,000 W.

[0138] The second reactant may be formed in some embodiments remotely via plasma discharge ("remote plasma") away from the substrate or reaction space. In some embodiments, the second reactant may be formed in the vicinity of the substrate or directly above substrate ("direct plasma").

SiN Film Characteristics

[0139] Silicon nitride thin films deposited according to some of the embodiments discussed herein may achieve impurity levels or concentrations below about 3 at-%, preferably below about 1 at-%, more preferably below about 0.5 at-%, and most preferably below about 0.1 at-%. In some thin films, the total impurity level excluding hydrogen may be below about 5 at-%, preferably below about 2 at-%, more preferably below about 1 at-%, and most preferably below about 0.2 at-%. And in some thin films, hydrogen levels may

US 2017/0062204 A1

Mar. 2, 2017

13

be below about 30 at-%, preferably below about 20 at-%, more preferably below about 15 at-%, and most preferably below about 10 at-%.

[0140] In some embodiments, the deposited SiN films do not comprise an appreciable amount of carbon. However, in some embodiments a SiN film comprising carbon is deposited. For example, in some embodiments an ALD reaction is carried out using a silicon precursor comprising carbon and a thin silicon nitride film comprising carbon is deposited. In some embodiments a SiN film comprising carbon is deposited using a precursor comprising an alkyl group or other carbon-containing ligand. Different alkyl groups, such as Me or Et, or other carbon-containing ligands may produce different carbon concentrations in the films because of different reaction mechanisms. Thus, different precursors can be selected to produce different carbon concentration in deposited SiN films. In some embodiments, a SiN film comprising carbon having desired dielectric constant can be deposited. In some embodiments the thin SiN film comprising carbon may be used, for example, as a low-k spacer. In some embodiments the thin films do not comprise argon.

[0141] According to some embodiments, the silicon nitride thin films may exhibit step coverage and pattern loading effects of greater than about 50%, preferably greater than about 80%, more preferably greater than about 90%, and most preferably greater than about 95%. In some cases step coverage and pattern loading effects can be greater than about 98% and in some case about 100% (within the accuracy of the measurement tool or method). These values can be achieved in features with aspect ratios of 2 or greater, in some embodiments in aspect ratios of about 3 or greater, in some embodiments in aspect ratios of about 5 or greater and in some embodiments in aspect ratios of about 8 or greater.

[0142] As used herein, "pattern loading effect" is used in accordance with its ordinary meaning in this field. While pattern loading effects may be seen with respect to impurity content, density, electrical properties and etch rate, unless indicated otherwise the term pattern loading effect when used herein refers to the variation in film thickness in an area of the substrate where structures are present. Thus, the pattern loading effect can be given as the film thickness in the sidewall or bottom of a feature inside a three-dimensional structure relative to the film thickness on the sidewall or bottom of the three-dimensional structure/feature facing the open field. As used herein, a 100% pattern loading effect (or a ratio of 1) would represent about a completely uniform film property throughout the substrate regardless of features i.e. in other words there is no pattern loading effect (variance in a particular film property, such as thickness, in features vs. open field).

[0143] In some embodiments, silicon nitride films are deposited to a thicknesses of from about 3 nm to about 50 nm, preferably from about 5 nm to about 30 nm, more preferably from about 5 nm to about 20 nm. These thicknesses can be achieved in feature sizes (width) below about 100 nm, preferably about 50 nm, more preferably below about 30 nm, most preferably below about 20 nm, and in some cases below about 15 nm. According to some embodiments, a SiN film is deposited on a three-dimensional structure and the thickness at a sidewall may be slightly even more than 10 nm.

[0144] According to some embodiments silicon nitride films with various wet etch rates (WER) may be deposited.

When using a blanket WER in 0.5% dHF (nm/min), silicon nitride films may have WER values of less than about 5, preferably less than about 4, more preferably less than about 2, and most preferably less than about 1. In some embodiments it could less than about 0.3.

[0145] The blanket WER in 0.5% dHF (nm/min) relative to the WER of thermal oxide may be less than about 3, preferably less than about 2, more preferably less than about 1, and most preferably less than about 0.5.

[0146] And in some embodiments, the sidewall WER of the three dimensional feature, such as fin or trench relative to the top region WER of a three dimensional feature, such as fin or trench, in 0.5% dHF may be less than about 4, preferably less than about 3, more preferably less than about 2, most preferably about 1.

[0147] In some embodiments, SiN formed according to one or more processes described herein can advantageously demonstrate a WERR of about 1, for example in 0.5% dHF. For example, a ratio of a wet etch rate of SiN thin film formed over horizontal surfaces (e.g., top surfaces) to a wet etch rate of the SiN thin film formed over vertical surfaces (e.g., sidewall surfaces) of three-dimensional structures on a substrate surface can be the same or substantially the same. In some embodiments, the ratio can be about 0.25 to about 2, about 0.5 to about 1.5, about 0.75 to about 1.25, or about 0.9 to about 1.1. These ratios can be achieved in features with aspect ratios of about 2 or more, about 3 or more, about 5 or more or even about 8 or more.

[0148] It has been found that in using the silicon nitride thin films of the present disclosure, thickness differences between top and side may not be as critical for some applications, due to the improved film quality and etch characteristics. Nevertheless, in some embodiments, the thickness gradient along the sidewall may be very important to subsequent applications or processes.

[0149] In some embodiments, the amount of etching of silicon nitride films according to the present disclosure may be about one or two times less than amount of etching observed for thermal $SiO_2$ (TOX) in a 0.5% RF-dip process (for example in a process in which about 2 to about 3 nm TOX is removed, one or two times less SiN is removed when deposited according to the methods disclosed herein). The WER of preferred silicon nitride films may be less than that of prior art thermal oxide films.

[0150] FIGS. **5A** through **5C** are wet etch rate (WER) curves showing example wet etch rate performances in dilute HF (0.5 weight % aqueous solution) of SiN thin films deposited over three-dimensional trench structures. The films were deposited using PEALD processes using $H_2SiI_2$ as the silicon precursor and $N_2$ and $H_2$ gases for generating the reactive nitrogen-containing species. The wet etch rate is shown on the y-axis in nanometers per minute (nm/min) and the plasma power used in the deposition of the SiN thin film is shown on the x-axis in Watts (W). The SiN films of FIGS. **5A** through **5C** were deposited on trench structures having an aspect ratio of about 3.

[0151] The SiN films of FIGS. **5A** and **5B** were deposited using a PEALD process at a process pressure of about 350 Pascals (Pa). WER curve **502** shows etch performance of the portion of the SiN film formed on top surfaces of the trench structures using the process pressure of about 350 Pa. WER curve **504** shows etch performance of the portion of the SiN film formed on sidewall surfaces of the trench structures

US 2017/0062204 A1

Mar. 2, 2017

14

using the process pressure of about 350 Pa. FIG. **5**B shows a portion of the WER curves **502**, **504** shown in FIG. **5**A.

[0152] FIGS. **5**A and **5**B show RF power dependency of wet etch rate performance of SiN film deposited at the process pressure of about 350 Pa. For example, portions of SiN films deposited on top surfaces of the trench structures at RF powers less than about 600 W demonstrated better wet etch rate performance than that formed on sidewall surfaces of the trenches. In some embodiments, such a difference in wet etch rate performance may be due to less ion bombardment on the side wall surfaces of the trenches than on the top surfaces. In SiN films deposited using the process pressure of about 350 Pa, wet etch rate of the portions of the films formed on sidewall surfaces improved with increased RF power in the deposition process, while that of the portions of the films formed on top surfaces deteriorated. In some embodiments, such an improvement in wet etch rate of film formed on sidewall surfaces may be due, at least in part, to increased density of ion species in higher RF power processes. In some embodiments, the deterioration of wet etch rate of film formed on top surfaces may be due, at least in part, degradation of film quality on the top surfaces at higher RF powers, for example due to over exposure of the top surfaces to ion bombardment.

[0153] The SiN films of FIG. **5**C were deposited using a PEALD process performed at a process pressure of about 3000 Pascals (Pa). WER curve **506** shows etch performance of the portions of the SiN films formed on top surfaces of the trench structures using the process pressure of about 3000 Pa. WER curve **508** shows etch performance of the portions of the SiN films formed on sidewall surfaces of the trench structures using the process pressure of about 3000 Pa.

[0154] As shown in FIG. **5**C, higher RF power used in the higher pressure PEALD process improved the wet etch rate performance of SiN film formed on side wall surfaces, while desired wet etch rate performance of SiN film formed on top surfaces of the trenches was maintained. In some embodiments, the higher pressure process may reduce effects on film quality due to anisotropy of ion bombardment by increasing collision of plasma species. As shown in FIG. **5**C, using a higher pressure process may provide desired film wet etch rate performances of film formed both on top and side wall surfaces. For example, wet etch rate of SiN film portions formed on top and side wall surfaces can be improved from about 0.50 nm/min to about 0.32 nm/min.

[0155] FIGS. **6**A and **6**B are scanning electron microscope (SEM) images showing cross-sectional views of SiN films formed on trench structures, prior to and after exposure to a 5 minute dip in dHF 100:1 wet etch solution, respectively. The SiN films of FIGS. **6**A and **6**B were formed according to the process described with reference to FIG. **5**A above.

[0156] FIGS. **6**C and **6**D are SEM images showing cross-sectional views of SiN films formed on trench structures, prior to and after exposure to a 5 minute dip in dHF 100:1 wet etch solution, respectively, where the SiN films are formed according to the process described with reference to FIG. **5**C above.

[0157] As shown in FIGS. **6**A and **6**C, the SiN film formed using the higher pressure PEALD process demonstrated improved conformality (e.g., a conformality value of about 92%) prior to the wet etch dip, as compared to the SiN film formed using the lower pressure PEALD process (e.g., a conformality value of about 69%). As shown in FIGS. **6**B and **6**D, the conformality of the SiN thin film formed using

the higher pressure PEALD process was maintained subsequent to the wet etch dip, while that of the SiN thin film formed using the lower pressure PEALD process was significantly decreased. Additionally, the SiN thin film formed using the higher pressure PEALD process demonstrated a wet etch rate ratio (WERR) of about 1, while the SiN thin film formed using the lower pressure PEALD process demonstrated a WERR of about 1.55 to about 0.26 (top surfaces to sidewall surfaces).

Specific Contexts for Use of SiN films

[0158] The methods and materials described herein can provide films with increased quality and improved etch properties not only for traditional lateral transistor designs, with horizontal source/drain (S/D) and gate surfaces, but can also provide improved SiN films for use on non-horizontal (e.g., vertical) surfaces, and on complex three-dimensional (3D) structures. In certain embodiments, SiN films are deposited by the disclosed methods on a three-dimensional structure during integrated circuit fabrication. The three-dimensional transistor may include, for example, double-gate field effect transistors (DG FET), and other types of multiple gate FETs, including FinFETs. For example, the silicon nitride thin films of the present disclosure may be useful in nonplanar multiple gate transistors, such as Fin-FETs, where it may be desirable to form silicide on vertical walls, in addition to the tops of the gate, source, and drain regions.

[0159] Another 3D structure for which the SiN deposition techniques taught herein are particularly useful is a 3D elevated source/drain structure, as taught in U.S. Patent Publication No. 2009/0315120 by Shifren et al., the disclosure of which is incorporated herein by reference in its entirety. Shifren et al. teach elevated source/drain structures that include vertical sidewalls.

[0160] It will be understood by those of skill in the art that numerous and various modifications can be made without departing from the spirit of the present invention. The described features, structures, characteristics and precursors can be combined in any suitable manner. Therefore, it should be clearly understood that the forms of the present invention are illustrative only and are not intended to limit the scope of the present invention. All modifications and changes are intended to fall within the scope of the invention, as defined by the appended claims.

1. A method of forming a silicon nitride thin film on a substrate in a reaction space by a plasma enhanced atomic layer deposition (PEALD) process, wherein the PEALD process comprises at least one PEALD deposition cycle comprising:

contacting a surface of the substrate with a vapor phase silicon precursor to form up to a monolayer of silicon species on the surface of the substrate, wherein the silicon precursor is $H_2SiI_2$; and

contacting the adsorbed silicon species with nitrogen plasma to form silicon nitride on the surface of the substrate, wherein the pressure in the reaction space during the contacting steps is at least 20 Torr, and

wherein the silicon nitride thin film is deposited on a three-dimensional structure on the substrate, and wherein a wet etch rate ratio of a portion of the silicon nitride thin film formed on a top surface of the three-dimensional structure to a portion of the silicon nitride

US 2017/0062204 A1

Mar. 2, 2017

15

thin film formed on a sidewall surface of the three-dimensional structure is from about 0.75 to about 1.25 in dilute 0.5 weight % HF.

2. The method of claim **1**, wherein a wet etch rate ratio of a portion of the silicon nitride thin film formed on a top surface of the three-dimensional structure to a portion of the silicon nitride thin film formed on a sidewall surface of the three-dimensional structure is 1:1 in dilute 0.5 weight % HF

3. The method of claim **1**, wherein the nitrogen plasma is formed using a plasma power of 500 Watts (W) to 1000 W.

4. The method of claim **1**, wherein the contacting steps are carried out at a process temperature of 100° C. to 650° C.

5. A method of forming a silicon nitride thin film on a substrate in a reaction space comprising a plurality of deposition cycles, wherein at least one deposition cycle comprises:

contacting a surface of the substrate with a vapor phase silicon precursor to provide adsorbed silicon species on the surface of the substrate; and

contacting the adsorbed silicon species with reactive species generated by a plasma from a nitrogen precursor to form silicon nitride on the surface of the substrate, wherein the pressure in the reaction space during the contacting steps is at least 20 Torr,

wherein the silicon nitride thin film is deposited on a three-dimensional structure on the surface of the substrate and a wet etch rate ratio of a portion of the silicon nitride thin film formed on a top surface of the three-dimensional structure to a portion of the silicon nitride thin film formed on a sidewall surface of the three-dimensional structure is from about 0.75 to about 1.25 in dilute HF.

6. The method of claim **5**, wherein contacting the surface of the substrate with the vapor phase silicon precursor comprises forming up to a monolayer of the adsorbed silicon species on the surface of the substrate.

7. The method of claim **5**, wherein the vapor phase silicon precursor comprises a silyl halide.

8. The method of claim **7**, wherein the vapor phase silicon precursor comprises iodine.

9. The method of claim **8**, wherein the vapor phase silicon precursor is $H_2SiI_2$

10. The method of claim **5**, wherein the process pressure within the reaction space is 30 Torr to 500 Torr.

11. (canceled)

12. The method of claim **5**, wherein a wet etch rate ratio of a portion of the silicon nitride thin film formed on a top surface of the three-dimensional structure to a portion of the silicon nitride thin film formed on a sidewall surface of the three-dimensional structure is about 1:1 in dilute HF.

13. The method of claim **5**, wherein the at least one deposition cycle is a plasma enhanced atomic layer deposition (PEALD) cycle.

14. The method of claim **5**, wherein the nitrogen precursor comprises nitrogen gas ($N_2$).

15. The method of claim **14**, wherein the nitrogen gas ($N_2$) flows continuously throughout the at least one deposition cycle.

16. The method of claim **5**, wherein the contacting steps are carried out at a process temperature of 100° C. to 650° C.

17. The method of claim **5**, further comprising flowing a purge gas between contacting the surface of the substrate with a vapor phase silicon precursor and contacting the adsorbed silicon species with the reactive species.

18. The method of claim **5**, further comprising removing excess vapor phase silicon precursor between contacting the surface of the substrate with the vapor phase silicon precursor and contacting the adsorbed silicon species with the reactive species.

19. A method of forming a silicon nitride thin film on a substrate in a reaction space comprising:

a plurality of super-cycles comprising:

a plurality of silicon nitride deposition sub-cycles comprising alternately and sequentially contacting the substrate with a silicon precursor and a nitrogen plasma at a pressure of less than 20 Torr; and

a plurality of high-pressure treatment sub-cycles, wherein at least one of the plurality of high-pressure treatment sub-cycles comprises contacting the substrate with a nitrogen plasma at a pressure of greater than 20 Torr,

wherein the silicon nitride thin film is deposited on a three-dimensional structure on the substrate and a wet etch rate ratio of a wet etch rate of silicon nitride formed on a top surface of the three-dimensional structure to a wet etch rate of the silicon nitride formed on a sidewall surface of the three-dimensional structure is from about 0.75 to about 1.25 in dilute HF.

20. The method of claim **19**, wherein the silicon precursor is $H_2SiI_2$.

21. The method of claim **19**, wherein the nitrogen-containing plasma is generated from a nitrogen precursor selected from the group consisting of $NH_3$, $N_2H_4$, an $N_2/H_2$ mixture, $N_2$, and any mixtures thereof.

22. (canceled)

23. The method of claim of claim **19**, wherein a wet etch rate ratio of a wet etch rate of silicon nitride formed on a top surface of the three-dimensional structure to a wet etch rate of the silicon nitride formed on a sidewall surface of the three-dimensional structure is 1:1 in dilute HF.

24. The method of claim **19**, wherein the at least one silicon nitride deposition sub-cycle further comprises flowing a carrier gas throughout the at least one silicon nitride deposition sub-cycle.

25. The method of claim **19**, wherein the at least one silicon nitride deposition sub-cycle further comprises flowing a hydrogen-containing gas and a nitrogen-containing gas throughout the at least one silicon nitride deposition sub-cycle.

26. The method of claim **25**, wherein the hydrogen-containing gas and the nitrogen-containing gas are used to form the nitrogen-containing plasma.

27. The method of claim **19**, wherein the at least one high-pressure treatment sub-cycle further comprises flowing a carrier gas throughout the at least one high-pressure treatment sub-cycle.

28. The method of claim **19**, wherein the pressure in the high pressure treatment sub-cycles is 20 Torr to 500 Torr.

29. The method of claim **19**, wherein the pressure in the high pressure treatment sub-cycles is 20 Torr to 30 Torr.

* * * * *